IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Daniel D. Ingham, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)305-3274
Fax: (202)514-8624
E-mail:Matthew.Solomson@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: March 7, 2007

s/ Matthew H, Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that, on this 7th day of March 2007, I caused to be placed in the United States mail (first-class, postage prepaid), as well as filed electronically, the foregoing NOTICE OF APPEARANCE. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mr. Gary Myers
78 Clark Mill Road
Weare, NH 03281

Mr. Daniel D. Ingham
3105 Robinson Run Rd.
McDonald, PA 15057

s/ Matthew H, Solomson
MATTHEW H. SOLOMSON