AREAS RENDER FORM VOID

DD FORM 214 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (*Last, first, middle*): INGHAM, DANIEL CURTIS

2. DEPARTMENT, COMPONENT AND BRANCH: ARMY-RA

3. SOCIAL SECURITY NO.: 262 | 71 | 3067

4a. GRADE, RATE OR RANK: SP5

4b. PAY GRADE: E5

5. DATE OF BIRTH: 600906

6. PLACE OF ENTRY INTO ACTIVE DUTY: Knoxville, Tennessee

7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 50th Co, 5th Stu Bn, TSB, USAIS, TRADOC

8. STATION WHERE SEPARATED: Fort Benning, Georgia

9. COMMAND TO WHICH TRANSFERRED: USAR Control Group (Reinforcement) RCPAC, St Louis MO 63152

10. SGLI COVERAGE AMOUNT $ 35,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (*Additional specialty numbers and titles involving periods of one or more years*)

09S00 Student Officer Candidate

| 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 82 | 10 | 20 |
| b. Separation Date This Period | 83 | 04 | 21 |
| c. Net Active Service This Period | 00 | 06 | 02 |
| d. Total Prior Active Service | 00 | 08 | 00 |
| e. Total Prior Inactive Service | 00 | 07 | 10 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 83 | 01 | 16 |
| i. Reserve Oblig. Term. Date | 88 | 10 | 19 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (*All periods of service*)

Rifle M16 Marksman Qualification Badge/ Hand Grenade First Class Qualification Badge

14. MILITARY EDUCATION (*Course Title, number weeks, and month and year completed*)

Officer Candidate Course 2-45/14 weeks/Apr 83

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO

16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO

17. DAYS ACCRUED LEAVE PAID: N/A

18. REMARKS

NONE "NOTHING FOLLOWS"

19. MAILING ADDRESS AFTER SEPARATION

Route #1, P.O. Box 491 EEE
Benton, TN 37307

20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS ☐ YES ☒ NO

21. SIGNATURE OF MEMBER BEING SEPARATED

22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN

D. W. SMITH, CW4, USA, Assistant Adjutant General

## SPECIAL ADDITIONAL INFORMATION (*For use by authorized agencies only*)

23. TYPE OF SEPARATION: Discharge

24. CHARACTER OF SERVICE (*Include upgrades*): Honorable

25. SEPARATION AUTHORITY: Chapter 2, AR 635-200

26. SEPARATION CODE: KGL

27. REENLISTMENT CODE: RE-2

28. NARRATIVE REASON FOR SEPARATION: To accept commission in US Army

29. DATES OF TIME LOST DURING THIS PERIOD: None

30. MEMBER REQUESTS COPY 4: ______ INITIALS

2

Apr-18-07 06:50pm From- T-635 P.003/004 F-462

IDENTIFICATION PURPOSES — SAFEGUARD IT — AREAS RENDER FORM VOID

**DD FORM 214** 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, first, middle): INGHAM, DANIEL CURTIS
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY USAR ADJUTANT GENERAL
3. SOCIAL SECURITY NO.: 262 | 71 | 3067

BOOK 2 8 1 3 PAGE 1 5 3 7

4a. GRADE, RATE OR RANK: 1LT
4b. PAY GRADE: 02
5. DATE OF BIRTH: 60 09 06
6. PLACE OF ENTRY INTO ACTIVE DUTY: FORT BENNING, GEORGIA
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC 2d SUPCOM ( COJAA) USAREUR
8. STATION WHERE SEPARATED: FORT JACKSON, SOUTH CAROLINA
9. COMMAND TO WHICH TRANSFERRED: USAR CON GP (REINF) RCPAC 9700 PAGE BLVD ST LOUIS, MO 63132
10. SGLI COVERAGE AMOUNT: $ 50,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

42A, ADMINISTRATIVE & PERSONNEL SYSTEM MANAGEMENT 03 YRS 00 MOS//

53B, AUTOMATED DATA PROCESSING 02 YRS 06 MOS//NOTHING FOLLOWS//

12. RECORD OF SERVICE

| | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 83 | 04 | 22 |
| b. Separation Date This Period | 86 | 04 | 21 |
| c. Net Active Service This Period | 03 | 00 | 00 |
| d. Total Prior Active Service | 00 | 06 | 02 |
| e. Total Prior Inactive Service | 00 | 01 | 09 |
| f. Foreign Service | 02 | 04 | 27 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 84 | 10 | 22 |
| i. Reserve Oblig. Term. Date | 88 | 01 | 11 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

PARACHUTIST BADGE//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// NOTHING FOLLOWS//

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

OFFICER CANDIDATE CRS, 14 wks, 1983//BASIC AIRBORNE CRS, 3 wks, 1983//ADJUTANT GENERAL OFFICER BASIC CRS, 11 wks, 1983//AUTOMATED DATA PROCESSING OFFICER CRS, 12 wks, 1983// SYSTEM ANALYSIS CRS, 2 wks, 1985//LARGE DATA PROCESSING INSTALLATION MANAGEMENT CRS, 1 wk, 1985// NOTHING FOLLOWS//

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: XX YES ☐ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: XX YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: NONE

18. REMARKS

DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS OF SEPARATION//NOTHING FOLLOWS//

FILED FOR RECORD
RECORD VERIFIED
APR 29 4 12 PM '86
CLERK OF CIRCUIT COURT
VOLUSIA COUNTY, FLORIDA
047150

19. MAILING ADDRESS AFTER SEPARATION: 488 McGREGOR ROAD DELAND, FLORIDA 32720
20. MEMBER REQUESTS COPY 6 BE SENT TO FL DIR. OF VET AFFAIRS: XX YES ☐ NO
21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: JOHN D. HUSS CPT, AGC COMMANDING [signature]

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: RELIEF FROM ACTIVE DUTY
24. CHARACTER OF SERVICE (Includes upgrades): HONORABLE
25. SEPARATION AUTHORITY: AR 635-100 CHAPTER 3 PARA 3-57c (1)
26. SEPARATION CODE: MBK
27. REENLISTMENT CODE: NONE
28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: DCI INITIALS

Apr-18-07 06:51pm From- T-635 P.004/004 F-462

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle): INGHAM, DANIEL CURTIS | 2. DEPARTMENT, COMPONENT AND BRANCH: ARMY/USAR/AG | 3. SOCIAL SECURITY NO.: 262 73 3067 |
| 4.a GRADE, RATE OR RANK: LTC / 4.b PAY GRADE: O5 | 5. DATE OF BIRTH (YYYYMMDD): 19600906 | 6. RESERVE OBLIG. TERM. DATE: Year 0000 Month 00 Day 00 |
| 7.a PLACE OF ENTRY INTO ACTIVE DUTY: DELAND, FL | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known): DELAND, FL 32720 | |
| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 99 REGIONAL READINESS COMMAND AR | 8.b STATION WHERE SEPARATED: FORT GEORGE G. MEADE, MD 20755-5073 | |
| 9. COMMAND TO WHICH TRANSFERRED: USAR CON GP (RET) AR-PERSCOM, 9700 PAGE BLVD, ST LOUIS, MO 63132 | | 10. SGLI COVERAGE: [ ] None; Amount: $ 250,000.00 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
42A 00 AG GENERAL--21 YRS-3 MOS//53A 00 SYS AUTO MANAGEMENT--20 YRS-11 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1984 | 11 | 28 |
| b. Separation Date This Period | 2005 | 01 | 31 |
| c. Net Active Service This Period | 0020 | 02 | 03 |
| d. Total Prior Active Service | 0003 | 06 | 02 |
| e. Total Prior Inactive Service | 0002 | 09 | 00 |
| f. Foreign Service | 0000 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 2003 | 01 | 13 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
MERITORIOUS SERVICE MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (4TH AWARD)//ARMY ACHIEVEMRNT MEDAL//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMED FORCES RESERVE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY LAPEL BUTTON //NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
COMMAND GENERAL STAFF COLLEGE, 1999//CAS3, 1993//AG OFFICER ADVANCED COURSE, 1991//SYSTEMS AUTOMATION, 1983//AG OFFICER BASIC COURSE, 1983//AIRBORNE COURSE, 1983//ARMY MANAGEMENT PROFRAM COURSE, 2002//NOTHING FOLLOWS

| | | | | | | |
|---|---|---|---|---|---|---|
| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes: | No: X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes: X | No: | 16. DAYS ACCRUED LEAVE PAID: 0 |

17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION [ ] Yes [X] No

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//U
S FLAG ISSUED //NOTHING FOLLOWS

| | |
|---|---|
| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code): 3105 ROBINSON RUN ROAD MCDONALD, PA 15057 | 19.b NEAREST RELATIVE (Name and address - include Zip Code): INGHAM, LINDA L 3105 ROBINSON RUN ROAD MCDONALD, PA 15057 |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO PA DIR OF VETS AFFAIRS [X] Yes [ ] No | |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature): AMANDA D. CORNWALL, SFC, NCOIC, PERS PROC BR |