**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Daniel D. Ingham, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO**
**SUPPLEMENT THE ADMINISTRATIVE RECORD**

Under Rule 7 of the Rules of the United States Court of Federal Claims, the plaintiff respectfully moves this Court to supplement the administrative record by ordering the inclusion of the three DD 214s dated: 21 April 1983 (Enclosure 1), 21 April 1986 (Enclosure 2), and 31 January 2005 (Enclosure 3).

Respectfully Submitted,

Gary R. Myers
Counsel for Plaintiff
78 Clark Mill Road
Weare, NH 03281
Tel: 800-355-1095
Fax: 603-529-3009
E-mail: myers@mclaw.us

April 21, 2007