(1)

AREAS RENDER FORM VOID

DD FORM 214, 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

1. NAME (Last, first, middle): INGHAM, DANIEL CURTIS
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY-RA
3. SOCIAL SECURITY NO.: 262 | 71 | 3067
4a. GRADE, RATE OR RANK: SP5
4b. PAY GRADE: E5
5. DATE OF BIRTH: 600906
6. PLACE OF ENTRY INTO ACTIVE DUTY: Knoxville, Tennessee
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 50th Co, 5th Stu Bn, TSB, USAIS, TRADOC
8. STATION WHERE SEPARATED: Fort Benning, Georgia
9. COMMAND TO WHICH TRANSFERRED: USAR Control Group (Reinforcement) RCPAC, St Louis MO 63132
10. SGLI COVERAGE AMOUNT: $ 35,000 ☐ NONE
11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years): 09S00 Student Officer Candidate

| 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|
| a. Date Entered AD This Period | 82 | 10 | 20 |
| b. Separation Date This Period | 83 | 04 | 21 |
| c. Net Active Service This Period | 00 | 06 | 02 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 01 | 10 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 83 | 01 | 16 |
| i. Reserve Oblig. Term. Date | 88 | 10 | 19 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service): Rifle M16 Marksman Qualification Badge/ Hand Grenade First Class Qualification Badge

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed): Officer Candidate Course 2-83/14 weeks/Apr 83

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: ☐ YES ☒ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: ☒ YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: N/A

18. REMARKS: NONE "NOTHING FOLLOWS"

19. MAILING ADDRESS AFTER SEPARATION: Route #1, P.O. Box 491 EEE Benton, TN 37307
20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS: ☐ YES ☒ NO
21. SIGNATURE OF MEMBER BEING SEPARATED:
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: D. W. SMITH, CW4, USA, Assistant Adjutant General

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

23. TYPE OF SEPARATION: Discharge
24. CHARACTER OF SERVICE (Includes upgrades): Honorable
25. SEPARATION AUTHORITY: Chapter 2, AR 635-200
26. SEPARATION CODE: KGL
27. REENLISTMENT CODE: RE-2
28. NARRATIVE REASON FOR SEPARATION: To accept commission in US Army
29. DATES OF TIME LOST DURING THIS PERIOD: None
30. MEMBER REQUESTS COPY 4: INITIALS

2

Apr-18-07 06:50pm From- T-635 P.003/004 F-462

IDENTIFICATION PURPOSES SAFEGUARD IT AREAS RENDER FORM VOID

**DD FORM 214** 1 JUL 79

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, first, middle): INGHAM, DANIEL CURTIS
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY USAR ADJUTANT GENERAL
3. SOCIAL SECURITY NO.: 262 | 71 | 3067

2 8 1 5 3 7 BOOK PAGE

4a. GRADE, RATE OR RANK: 1LT
4b. PAY GRADE: 02
5. DATE OF BIRTH: 60V0BU86
6. PLACE OF ENTRY INTO ACTIVE DUTY: FORT BENNING, GEORGIA
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC 2d SUPCOM ( COJAA) USAREUR
8. STATION WHERE SEPARATED: FORT JACKSON, SOUTH CAROLINA
9. COMMAND TO WHICH TRANSFERRED: USAR CON GP (REINF) RCPAC 9700 PAGE BLVD ST LOUIS, MO 63132
10. SGLI COVERAGE AMOUNT $ 50,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

42A, ADMINISTRATIVE & PERSONNEL SYSTEM MANAGEMENT 03 YRS 00 MOS//

53B, AUTOMATED DATA PROCESSING 02 YRS 06 MOS//NOTHING FOLLOWS//

| 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 83 | 04 | 22 |
| b. Separation Date This Period | 86 | 04 | [illegible] |
| c. Net Active Service This Period | 03 | 00 | 00 |
| d. Total Prior Active Service | 00 | 06 | 02 |
| e. Total Prior Inactive Service | 00 | 01 | 09 |
| f. Foreign Service | 02 | 04 | 27 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 84 | 10 | 22 |
| i. Reserve Oblig. Term. Date | 88 | 01 | 11 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

PARACHUTIST BADGE//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// NOTHING FOLLOWS//

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

OFFICER CANDIDATE CRS, 14 wks, 1983//BASIC AIRBORNE CRS, 3 wks, 1983//ADJUTANT GENERAL OFFICER BASIC CRS, 11 wks, 1983//AUTOMATED DATA PROCESSING OFFICER CRS, 12 wks, 1983// SYSTEM ANALYSIS CRS, 2 wks, 1985//LARGE DATA PROCESSING INSTALLATION MANAGEMENT CRS, 1 wk, 1985// NOTHING FOLLOWS//

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: XX YES ☐ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: XX YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: NONE

18. REMARKS

DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS OF SEPARATION//NOTHING FOLLOWS//

FILED FOR RECORD RECORD VERIFIED APR 29 4 12 PM '86 CLERK OF CIRCUIT COURT VOLUSIA COUNTY, FLORIDA

047150

19. MAILING ADDRESS AFTER SEPARATION: 488 McGREGOR ROAD DELAND, FLORIDA 32720

20. MEMBER REQUESTS COPY 6 BE SENT TO FL DIR. OF VET AFFAIRS: XX YES ☐ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]

22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: JOHN D HUSS CPT AGC COMMANDING

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: RELIEF FROM ACTIVE DUTY
24. CHARACTER OF SERVICE (Includes upgrades): HONORABLE
25. SEPARATION AUTHORITY: AR 635-100 CHAPTER 3 PARA 3-57c (1)
26. SEPARATION CODE: MBK
27. REENLISTMENT CODE: NONE
28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: DCI INITIALS

Apr-18-07 06:51pm From- T-635 P.004/004 F-462

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: INGHAM, DANIEL CURTIS

**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/USAR/AG

**3. SOCIAL SECURITY NO.**: 262 73 3067

**4.a GRADE, RATE OR RANK**: LTC

**4.b PAY GRADE**: 05

**5. DATE OF BIRTH** *(YYYYMMDD)*: 19600906

**6. RESERVE OBLIG. TERM. DATE**: Year 0000 Month 00 Day 00

**7.a PLACE OF ENTRY INTO ACTIVE DUTY**: DELAND, FL

**7.b HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: DELAND, FL 32720

**8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: 99 REGIONAL READINESS COMMAND AR

**8.b STATION WHERE SEPARATED**: FORT GEORGE G. MEADE, MD 20755-5073

**9. COMMAND TO WHICH TRANSFERRED**: USAR CON GP (RET) AR-PERSCOM, 9700 PAGE BLVD, ST LOUIS, MD 63132

**10. SGLI COVERAGE** ☐ None — Amount: $ 250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

42A 00 AG GENERAL--21 YRS-3 MOS//53A 00 SYS AUTO MANAGEMENT--20 YRS-11 MOS//NOTHING FOLLOWS

**12. RECORD OF SERVICE**

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1984 | 10 | 28 |
| b. Separation Date This Period | 2005 | 01 | 31 |
| c. Net Active Service This Period | 0020 | 02 | 03 |
| d. Total Prior Active Service | 0002 | 06 | 02 |
| e. Total Prior Inactive Service | 0002 | 09 | 00 |
| f. Foreign Service | 0000 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 2003 | 01 | 13 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*

MERITORIOUS SERVICE MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (4TH AWARD)//ARMY ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMED FORCES RESERVE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY LAPEL BUTTON //NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks and month and year completed)*

COMMAND GENERAL STAFF COLLEGE, 1999//CAS3, 1993//AG OFFICER ADVANCED COURSE, 1991//SYSTEMS AUTOMATION, 1983//AG OFFICER BASIC COURSE, 1983//AIRBORNE COURSE, 1983//ARMY MANAGEMENT PROFRAM COURSE, 2002//NOTHING FOLLOWS

**15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM**: Yes ☐ No X

**15.b HIGH SCHOOL GRADUATE OR EQUIVALENT**: Yes X No ☐

**16. DAYS ACCRUED LEAVE PAID**: 0

**17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**: Yes ☐ X No

**18. REMARKS**

DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//U S FLAG ISSUED //NOTHING FOLLOWS

**19.a MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*: 3105 ROBINSON RUN ROAD MCDONALD, PA 15057

**19.b NEAREST RELATIVE** *(Name and address - include Zip Code)*: INGHAM, LINDA L 3105 ROBINSON RUN ROAD MCDONALD, PA 15057

**20. MEMBER REQUESTS COPY 6 BE SENT TO** PA **DIR. OF VET AFFAIRS**: X Yes ☐ No

**21. SIGNATURE OF MEMBER BEING SEPARATED**

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: AMANDA D. CORNSTALK, SFC, NCOIC, PERS PROC BR