**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Daniel D. Ingham,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-124C<br>(Judge Lynn J. Bush) |

**ORDER**

Upon consideration of the Plaintiff's motion to supplement the administrative record, it is hereby ORDERED that the administrative record is hereby supplemented by adding Plaintiff's three DD 214s dated: 21 April 1983, 21 April 1986, and 31 January 2005.

It is so ORDERED.

Judge Lynn J. Bush
United States Court of Federal Claims