# In the United States Court of Federal Claims

No. 07-124 C

(Filed April 26, 2007)

* * * * * * * * * * * * * * * * * * * * *
DANIEL D. INGHAM , *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 23, 2007, plaintiff filed Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. With this pleading, plaintiff enclosed three one-page documents, alleged to be copies of plaintiff's discharge papers from the military. On the same date, plaintiff filed Plaintiff's Motion to Supplement the Administrative Record, comprised of a memorandum of law and an enclosure of the same three one-page documents, again alleged to be copies of plaintiff's discharge papers from the military. The memorandum of Plaintiff's Motion to Supplement the Administrative Record asserts that these three documents provide jurisdictional facts necessary to resolving the issues before the court as it rules on defendant's motion to dismiss.

These two filings, read together, offer plaintiff's response to defendant's motion to dismiss, and include the three one-page documents as an exhibit in support of plaintiff's arguments. The memorandum of Plaintiff's Motion to Supplement the Administrative Record presents jurisdictional facts and arguments which respond to defendant's motion to dismiss. In particular, this memorandum addresses the scope of the court's inquiry when ruling on a motion to dismiss for lack of jurisdiction. For these reasons, the court prefers to view the two filings as a unified whole, namely plaintiff's response to defendant's motion to dismiss, which also provides an exhibit consisting of three one-page documents in support of the arguments presented therein.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's Motion to Supplement the Administrative Record, filed April 23, 2007, is **DEEMED** to be "Plaintiff's Additional Arguments

in Opposition to Defendant's Motion to Dismiss"; and

(2) The Clerk's office shall **STRIKE** any deadlines associated with Plaintiff's Motion to Supplement the Administrative Record, because no such motion is now before the court.

/s/Lynn J. Bush
LYNN J. BUSH
Judge