**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Daniel D. Ingham, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In response to this Court's May 16, 2007 Order, instructing the parties to confer and subsequently file a joint status report proposing a schedule to resolve the issues raised by the Court in that Order, defendant hereby respectfully submits this joint status report on behalf of the parties. Plaintiff has reviewed, and consented to, this filing.

Defendant agrees that the statute identified by this Court, 50 U.S.C. app. § 526, "tolls the running of this court's six year limitations period" in the instant case. May 16, 2007 Order at 8. Notwithstanding that statute, however, defendant believes plaintiff's claim is barred under the doctrine of laches, an issue this Court also identified as requiring resolution. Id. at 9.

Accordingly, the parties propose the following agreed-upon schedule to resolve the laches issue:

- Defendant shall file a new motion to dismiss on or before July 6, 2007.
- Plaintiff shall file his response on or before July 23, 2007.
- Defendant shall file a reply on or before August 3, 2007.

The foregoing proposed schedule takes into account the schedules of both parties' counsel during the months of June and July.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

May 29, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 29th day of May 2007, I caused to be placed in the United States mail (first-class, postage prepaid) the foregoing JOINT STATUS REPORT addressed to the below-listed individuals. I also understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mr. Gary Myers
78 Clark Mill Road
Weare, NH 03281

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON