# In the United States Court of Federal Claims

No. 07-124 C

(Filed May 30, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DANIEL D. INGHAM, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On May 29, 2007, defendant filed a Joint status Report on behalf of the parties pursuant to the court's order of May 16, 2007. The parties' report contains a proposed agreed-upon briefing schedule, as set forth below, to resolve the issues raised by the court's order. Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion to Dismiss for Lack of Jurisdiction, filed March 22, 2007, is **DENIED** as moot;

(2) Defendant shall **FILE** a new **Motion to Dismiss**, on or before **July 6, 2007**;

(3) Plaintiff shall **FILE** a **Response to Defendant's Motion to Dismiss**, on or before **July 23, 2007**; and

(4) Defendant shall **FILE** a **Reply to Plaintiff's Response to Defendant's Motion to Dismiss**, on or before **August 3, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge