# APPLICATION FOR CORRECTION OF MILITARY RECORD UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552

*(Please read instructions on reverse side BEFORE completing this application.)*

*Form Approved OMB No. 0704-0003 Expires May 31, 2006*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0003). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.

## PRIVACY ACT STATEMENT

AUTHORITY: Title 10 US Code 1552, EO 9397.

ROUTINE USE(S): None.

PRINCIPAL PURPOSE: To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

DISCLOSURE: Voluntary; however, failure to provide identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

JACOBS

**1. APPLICANT DATA** *(The person whose record you are requesting to be corrected.)*

a. BRANCH OF SERVICE *(X one)*: X ARMY | NAVY | AIR FORCE | MARINE CORPS | COAST GUARD

b. NAME *(Print - Last, First, Middle Initial)*: Ingham, D. Daniel

c. PRESENT OR LAST PAY GRADE: O-5

d. SERVICE NUMBER *(If applicable)*: N/A

e. SSN: [redacted]

**2. PRESENT STATUS WITH RESPECT TO THE ARMED SERVICES** *(Active Duty, Reserve, National Guard, Retired, Discharged, Deceased)*: Reserve

**3. TYPE OF DISCHARGE** *(If by court-martial, state the type of court.)*: Honorable

**4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY** *(YYYYMMDD)*: 21 Apr 04

**5. I REQUEST THE FOLLOWING ERROR OR INJUSTICE IN THE RECORD BE CORRECTED:** *(Entry required)*

SEE ATTACHED

**6. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST FOR THE FOLLOWING REASONS:** *(Entry required)*

SEE ATTACHED

**7. ORGANIZATION AND APPROXIMATE DATE** *(YYYYMMDD)* **AT THE TIME THE ALLEGED ERROR OR INJUSTICE IN THE RECORD OCCURRED** *(Entry required)*: USA EUR, HHC 2d SUPCOM (COJAA)

**8. DISCOVERY OF ALLEGED ERROR OR INJUSTICE**

a. DATE OF DISCOVERY *(YYYYMMDD)*: 2000

b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THE APPLICATION.: ONGOING PROCEEDINGS.

**9. IN SUPPORT OF THIS APPLICATION, I SUBMIT AS EVIDENCE THE FOLLOWING ATTACHED DOCUMENTS:** *(If military documents or medical records are pertinent to your case, please send copies. If Veterans Affairs records are pertinent, give regional office location and claim number.)*

SEE ATTACHED

**10. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** *(At no expense to the Government) (X one)*: X YES. THE BOARD WILL DETERMINE IF WARRANTED. | NO. CONSIDER MY APPLICATION BASED ON RECORDS AND EVIDENCE.

**11.a. COUNSEL** *(If any)* **NAME** *(Last, First, Middle Initial)* **and ADDRESS** *(Include ZIP Code)*:
Myers, Gary R.
78 Clark Mill Road
Weare, NH 03281

b. TELEPHONE *(Include Area Code)*: (800) 355-1095

c. E-MAIL ADDRESS: grmyers44@aol.com

d. FAX NUMBER *(Include Area Code)*: (603) 529-3009

**12. APPLICANT MUST SIGN IN ITEM 15 BELOW.** If the record in question is that of a deceased or incompetent person, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY THE APPLICATION. If the application is signed by other than the applicant, indicate the name *(print)* ______ and relationship by marking one box below.

SPOUSE | WIDOW | WIDOWER | NEXT OF KIN | LEGAL REPRESENTATIVE | OTHER *(Specify)*

**13.a. COMPLETE CURRENT ADDRESS** *(Include ZIP Code)* **OF APPLICANT OR PERSON IN ITEM 12 ABOVE** *(Forward notification of all changes of address.)*: [redacted]

b. TELEPHONE *(Include Area Code)*: (800) 355-1095

c. E-MAIL ADDRESS: grmyers44@aol.com

d. FAX NUMBER *(Include Area Code)*: (603) 529-3009

**14.** I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. *(U.S. Code, Title 18, Sections 287 and 1001, provide that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

CASE NUMBER *(Do not write in this space.)*

**15. SIGNATURE** *(Applicant must sign here)*: [signature]

**16. DATE SIGNED** *(YYYYMMDD)*: 20051015

DD FORM 149, FEB 2005 PREVIOUS EDITION IS OBSOLETE.

INGHAM, DANIEL, D
Assigned To: Chun, Carl
Receipt Date: 2005/10/17
I20050020219

AR20050015133
INGHAM, DANIEL, D
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
Receipt Date 2005/10/24

INGHAM, DANIEL, D
Assigned To: Jones, Tanya
Receipt Date: 2005/10/24
I20050020309

# APPLICATION FOR CORRECTION OF MILITARY RECORD UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552

*(Please read instructions on reverse side BEFORE completing application.)*

*Form Approved OMB No. 0704-0003 Expires Aug 31, 2000*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0003), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.

## PRIVACY ACT STATEMENT

AUTHORITY: Title 10 US Code 1552, EO 9397.

PRINCIPAL PURPOSE: To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

ROUTINE USE(S): None.

DISCLOSURE: Voluntary; however, failure to provide identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

**1. APPLICANT DATA**

a. BRANCH OF SERVICE *(X one)*: [X] ARMY [ ] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD

b. NAME *(Last, First, Middle Initial) (Please print)*: INGHAM, DANIEL C.

c. PRESENT PAY GRADE: MAJ

d. SERVICE NUMBER *(If applicable)*:

e. SSN: 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

**2. TYPE OF DISCHARGE** *(If by court-martial, state type of court)*: N/A

**3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES** *(Active duty, Retired, Reserve, etc.)*: Active Guard Reserve (AGR)

**4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY**: 19860421

**5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD**: HHC, 2D SUPCOM NELLIGEN, FRG

**6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** *(No expense to the Government) (X one)*: [X] YES [ ] NO

**7. COUNSEL** *(If any)*

a. NAME *(Last, First, Middle Initial)*: N/A

b. ADDRESS *(Street, Apartment Number, City, State and ZIP Code)*:

**8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:**

DOR to CPT be adjusted to 860422, DOR to MAJ be adjusted to 930422, I should be considered for promotion to LTC by a special selection board under the criteria of CY99 LTC APL Board.

**9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:**

I was selected for promotion by the 851126 CPT Competitive Category, Active Component Board. I wished to single track in the AOC 53 (Computer Science) and knew that was only possible in the USAR. Prior to voluntarily leaving active duty I asked the OIC of the Personnel Support Company in Germany if my selection would carry over to the reserves. I was guaranteed that it would so I transferred to the IRR. Subsequent to that I was told that I was not promotable and would have to wait to be considered by a USAR Promotion Board. (See Continuation Page).

**10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING:** *(If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)*

1. Promotion Selection letter from AC CPTs Board
2. DD 214
3. Promotion to CPT USAR
4. Promotion to MAJ USAR
5. DODI 1310.1

**11. ALLEGED ERROR OR INJUSTICE**

a. DATE OF DISCOVERY: 198609/20000515

b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.

While I have known the entire time that I had been penalized by this action, it was only recently that I became aware of my potential for redress by the board. I request consideration of this application as I am still serving in the USAR and the error continues,to impact my career.

**12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.**

[ ] SPOUSE [ ] WIDOW [ ] WIDOWER [ ] NEXT OF KIN [ ] LEGAL REPRESENTATIVE [ ] OTHER *(Specify)*

**13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** *(U.S. Code, Title 18, Sec. 287, 1001, provides that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

**14a. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE** *(Applicant should forward notification of all changes of address.)*: [redacted]

b. TELEPHONE NUMBER *(Include Area Code)*: [redacted]

DOCUMENT NUMBER *(Do not write in this space.)*: INV 81 855 / PARTY 42736 / AR 20020704 20

**15. DATE SIGNED**: 20000823

**16. SIGNATURE** *(Applicant must sign here.)*: [signature]

DD FORM 149, SEP 1997 (EG) PREVIOUS EDITION IS OBSOLETE. USAPA V1.00

ABCMR Complaint Continued

Considering that I had a relatively low promotion sequence number, I would have remained on active status the few additional months to secure my promotion had I known that I was not eligible for promotion in the USAR.

Therefore, I request that:

a) My date of rank, Reserve (DORR) to captain be adjusted to 19860422 (from 19890421), the date I was assigned to the Individual Ready Reserve.

b) My DORR to major be adjusted to 19930422 (from 19960420), seven years from adjusted date of promotion to captain.

c) I be considered for promotion to lieutenant colonel by a Special Selection Board under the criteria of the CY99 LTC APL Promotion Board.

d) That I be awarded back pay for any periods of service for which my dates of rank are adjusted.

I am aware that DODI 1310.1, which effectively married the DOPMA and ROPMA promotion systems, was not enacted until April 1996. However, I feel strongly that my decision to leave active status was based upon inaccurate guidance provided by an officer in authority and entrusted to provide career counseling to officers in his command. Based upon this guidance and change in my status my career has been penalized by being moved 3 years outside my peer group.

Thank you for your consideration.

## INSTRUCTIONS

*(All data should be typed or printed)*

1. For detailed information see: Air Force Instruction 36-2603; Army Regulation 15-185; Coast Guard, Code of Federal Regulations; Title 33, Part 52; or Navy, Code of Federal Regulations; Title 32, Part 723.
2. Submit only original of this form.
3. Complete all items. If the question is not applicable, mark "None."
4. If space is insufficient, use "Remarks" or attach additional sheet.
5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.
6. List all attachments and enclosures.
7. ITEMS 6 AND 7. Personal appearance of you and your witnesses or representation by counsel is not required to ensure full and impartial consideration of applications. Appearances and representations are permitted, at no expense to the Government, when a hearing is authorized.
8. ITEM 8. State the specific correction of record desired.
9. ITEM 9. In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust. Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting application. All evidence not already included in your record must be submitted by you. The responsibility for securing new evidence rests with you.
10. ITEM 11. 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

## MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

### ARMY

(For Active Duty Personnel)
Army Board for the Correction of Military Records
1941 Jefferson Davis Highway, 2nd Floor
Arlington, VA 22202-4508

(For Other than Active Duty Personnel)
Army Review Boards Agency
Support Division, St. Louis
ATTN: SFMR-RBR-SL
9700 Page Avenue
St. Louis, MO 63132-5200

### COAST GUARD

Chairman
Board for Correction of Military Records (C-60)
Department of Transportation
400 7th St., SW
Washington, DC 20590

### NAVY AND MARINE CORPS

Board for Correction of Naval Records
2 Navy Annex
Washington, DC 20370-5100

### AIR FORCE

Board for Correction of Air Force Records
SAF/MIB
550-C Street West, Suite 40
Randolph AFB, TX 78150-4742

17. REMARKS *(Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her servicing military personnel office. (Applicable only to active duty and reserve personnel.))*

I am currently on AGR tour assigned to HQ, U.S. Army Reserve Command. I attempted to correct this initially on my assignment to a TPU unit in 1986.

In May of 2000 I became aware of the exsistence of the ABCMR as an avenue to correct injustices. I approached Mr. Jeff White, USARC DCSPer, Officer Personnel Management Branch for advice. He advised me to file this application after consultation with the OCAR, TAPC, and AR-PERSCOM.

DD FORM 149 (BACK), SEP 1997

USAPA V1.00

J. G. 1256 4/20/87

IMPORTANT! CARD TO BE IN WINDOW EXCEPT WHEN ANNOTATING

78098

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

DD FORM 1 JUL 79 214 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, first, middle): INGHAM, DANIEL CURTIS | 2. DEPARTMENT, COMPONENT AND BRANCH: ARMY USAR ADJUTANT GENERAL | 3. SOCIAL SECURITY NO.: [redacted] |
| 4a. GRADE, RATE OR RANK: 1LT | 4b. PAY GRADE: 02 | 5. DATE OF BIRTH: 60 09 06 |
| 6. PLACE OF ENTRY INTO ACTIVE DUTY: FORT BENNING, GEORGIA | | |
| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC 2d SUPCOM (COJAA) USAREUR | 8. STATION WHERE SEPARATED: FORT JACKSON, SOUTH CAROLINA | |
| 9. COMMAND TO WHICH TRANSFERRED: USAR CON GP (REINF) RCPAC 9700 PAGE BLVD ST LOUIS, MO 63132 | 10. SGLI COVERAGE AMOUNT $ 50,000 | NONE |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years)

42A, ADMINISTRATIVE & PERSONNEL SYSTEM MANAGEMENT 03 YRS 00 MOS//

53B, AUTOMATED DATA PROCESSING 02 YRS 06 MOS//NOTHING FOLLOWS//

| 12. RECORD OF SERVICE | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 83 | 04 | 22 |
| b. Separation Date This Period | 86 | 04 | 21 |
| c. Net Active Service This Period | 03 | 00 | 00 |
| d. Total Prior Active Service | 00 | 06 | 02 |
| e. Total Prior Inactive Service | 00 | 01 | 09 |
| f. Foreign Service | 02 | 04 | 27 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 84 | 10 | 22 |
| i. Reserve Oblig. Term. Date | 88 | 01 | 11 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

PARACHUTIST BADGE//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// NOTHING FOLLOWS//

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

OFFICER CANDIDATE CRS, 14 wks, 1983//BASIC AIRBORNE CRS, 3 wks, 1983//ADJUTANT GENERAL OFFICER BASIC CRS, 11 wks, 1983//AUTOMATED DATA PROCESSING OFFICER CRS, 12 wks, 1983// SYSTEM ANALYSIS CRS, 2 wks, 1985//LARGE DATA PROCESSING INSTALLATION MANAGEMENT CRS, 1 wk, 1985// NOTHING FOLLOWS//

| | | |
|---|---|---|
| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: XXX YES ☐ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT: XX YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID: NONE |

18. REMARKS

DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS OF SEPARATION//NOTHING FOLLOWS//

| | |
|---|---|
| 19. MAILING ADDRESS AFTER SEPARATION: [redacted] | 20. MEMBER REQUESTS COPY 6 BE SENT TO FL DIR. OF VET AFFAIRS: XX YES ☐ NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED: Daniel C. Ingham | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: JOHN D. HUSS CPT, AGC COMMANDING |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | | |
|---|---|---|
| 23. TYPE OF SEPARATION: RELIEF FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Includes upgrades): HONORABLE | |
| 25. SEPARATION AUTHORITY: AR 635-100 CHAPTER 3 PARA 3-57c (1) | 26. SEPARATION CODE: MBK | 27. REENLISTMENT CODE: NONE |
| 28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD: NONE | | 30. MEMBER REQUESTS COPY 4: DCI INITIALS |

S/N 0102-LF-000-2140

SERVICE - 2

DEPARTMENT OF THE ARMY
U.S. ARMY MILITARY PERSONNEL CENTER
200 STOVALL STREET
ALEXANDRIA, VIRGINIA 22332-0400

REPLY TO ATTENTION OF

DAPC-MSP-O

21 FEB 1986

SUBJECT: Promotion Lists for Captain, Army Competitive Category

SEE DISTRIBUTION

1. References.

a. 10 USC and AR 624-100

b. MILPERCEN MILPO message number 86-374 DTG: 131300 SEP 85, subject: Zone of Consideration for Promotion to Captain, Army Competitive Category.

c. MILPERCEN letter, DAPC-MS-X, dated 18 SEP 85 subject: Audit of ORB to be Viewed by 1985 Captain (Army Competitive Category) Promotion Selection Board.

d. MILPERCEN letter, DAPC-MSP-O, dated 26 SEP 1985, subject: 2LT With Over 18 Months AFCS

e. MILPERCEN MILPO message 85-387, DTG 301230 SEP 85, subject: Audit of ORB for 1985 Captain's Board

f. MILPERCEN letter, DAPC-MSP-O, dated 2 OCT 85, subject: Verification of Eligibles in the Zone of Consideration for Promotion to Captain, Army Competitive Category.

2. General.

a. A promotion selection board, convened in accordance with governing references, considered officers for promotion to the grade of Captain. The board adjourned on 16 December 1985.

b. Board membership and the Secretary of the Army's instructions to the board are at Enclosures 1 and 2, respectively.

DAPC-MSP-O 21 FEB [illegible]
SUBJECT: Promotion Lists for Captain, Army Competitive Category

3. Summary of Board Actions.

| Competitive Category | Previously Cons/Sel | First Time Cons/Sel | Total Cons/Sel (AZ & PZ) |
|---|---|---|---|
| Army | 50/12 (24.0%) | 6020/5480 (91.0%) | 6070/5492 (90.4%) |

4. Promotion Lists.

a. Enclosure 3 contains the names of officers who were recommended for promotion. Commanders will notify those officers who were recommended as well as those officers who were not recommended for promotion.

b. The promotion list is subject to additional administrative review and is not to be construed as promotion orders. Accordingly, individuals listed herein should not assume that the structure of a list or the presence of a name on a list constitutes a firm forecast for promotion. Promotions will be announced in Headquarters, US Army MILPERCEN orders.

c. Some officers selected by the board are not included in the enclosed promotion list or considered list. Their names have been omitted as a result of administrative matters which affect the officers' status or promotion eligibility. Information concerning these officers will be made available only upon release of the enclosed lists.

d. Promotion sequence numbers reflect the precedence criteria outlined in chapter 6, AR 600-20 (Army Command Policy and Procedures), using appropriate data elements listed on each officer's name line in the enclosed recommended lists. If a data element used to assign a sequence number is incorrect, MILPO must initiate a data element correction IAW procedure 5-1, DA Pamphlet 600-8 and forward a request for recomputation of an officer's sequence number to Promotions Branch (DAPC-MSP-O). Requests must identify the affected promotion list, the erroneous data element and include supporting documentation.

e. To preclude promotion of officers who are ineligible under the provisions of AR 600-31 or AR 624-100, commanders will ensure continuing review of these lists until the lists are exhausted. Commanders will advise CDR MILPERCEN ALEX VA//DAPC-MSP-O// by electrical means of any ineligible officer listed and not previously reported as required by cited regulations.

DAPC-MSP-O 21 FEB 1995
SUBJECT: Promotion Lists for Captain, Army Competitive Category

f. Commander, US Army MILPERCEN will remove from the appropriate list those officers who separate or retire prior to being promoted from these lists without provision for reinstatement on the list if they subsequently return to active duty.

5. Counseling. Counseling for officers not selected for promotion is available through the officer's commander or through the officer's HQDA career manager. Officers who desire counseling or who request that information be provided to their commanders should contact their career manager.

6. Considered Lists. Enclosure 4 contains the names of officers above and in the promotion zone who were considered by the selection board. Commanders may use this list to verify promotion eligibility and selection status.

7. Declination of Promotion. Commander, US Army MILPERCEN will remove from the appropriate promotion list the name of any officer listed herein who declines promotion under provisions of paragraph 1-8, AR 624-100.

8. HQDA Point of Contact. Officer Promotions Section (DAPC-MSP-O), Promotions Branch, Autovon 221-9340, Commercial (202) 325-9340, is the HQDA point of contact for questions concerning these promotions lists.

BY ORDER OF THE SECRETARY OF THE ARMY:

James R. Hall Jr.

JAMES R. HALL, JR.
Major General, USA
Commanding

5 Enclosures
1. Board Membership
2. Letter of Instruction
3. Promotion List
4. Considered List
5. Statistical Analysis

DISTRIBUTION:
1 Each MILPO
1 Selected Commanders

BOARD MEMBERSHIP

FOR

1986 CAPTAIN, ARMY COMPETITIVE CATEGORY,
PROMOTION BOARD

President

BG Michael F. Spigelmire, IN
Assistance Division Commander
Fort Stewart, GA 31314

Members

COL William E. Duey, AG
Director Faculty and Student
USA War College
Carlisle Barracks, PA

COL Marshall R. Mcree, FA
4th U.S. Army
Reserve Component-Support Group
Fort Sheridan, IL

COL Lewis R. Heffner, TC
Chief, Investigation Division
IG Activity, USA Material Command
Alexandria, VA 22333

COL Leonard S.Y. Lai, OD
Chief, Munitions Div J-4
USFK EUSA
APO San Francisco 96301

COL Bernard F. Gately, JR, MI
Chief, Central American Joint
Intelligence Taskforce
Washington, DC

LTC Karen L. Frey, MP
Personnel Staff Officer
Pentagon
Washington, DC 20310

LTC Joseph L. Cook, SC
Director
USA Broadcasting Services
Texas National Guard

Enclosures 1

SECRETARY OF THE ARMY
WASHINGTON

November 26, 1985

SUBJECT: Letter of Instruction to the Army Selection Board Considering Officers of the Army Competitive Category for Promotion to Captain

President, Captain, Army Promotion Selection Board

1. Authority. This selection board is appointed under the provisions of Section 611(a), Title 10, United States Code, to consider officers of the Army competitive category for promotion to the grade of captain.

2. General. The board will convene at Headquarters, U.S. Army Military Personnel Center, Hoffman II Building, at 0800, 3 December 1985, or on call. Enclosure 1 provides administrative instructions, specific reports required, and the oath for the selection board and recorder. The board will consider each of the following officers who have completed at least one year of continuous active duty since their most recent placement on the active duty list:

a. Officers above the zone: A promotion eligibility category of officers whose dates of rank are senior to any officer in the "promotion zone." For this board, such officers include all eligible first lieutenants with dates of rank of 31 March 1984 or earlier.

b. Officers in the promotion zone: All eligible first lieutenants with dates of rank of 1 April 1984 through 31 March 1985.

3. Method and Number to be Selected.

a. The "best qualified" to meet the needs of the Army method of selection, as prescribed in AR 624-100, will be used to recommend the number of officers specified below:

| Competitive Category | Maximum Number to be Recommended (Includes Above and In the Zone Officers) |
|---|---|
| Army | 5536 |

Enclosures 2

ADMINISTRATIVE INSTRUCTIONS

1. Eligibility. The DA Secretariat for Selection Boards will furnish the board with the names and personnel records of the officers to be considered for promotion. If discrepancies or apparent inconsistencies are noted, the recorder assigned to these boards will obtain necessary additional information.

2. Procedures. Board members will use the following general procedures in evaluating records of the officers in the zone of consideration:

a. Initial consideration will be accomplished by independent panels evaluating the entire record of all officers under consideration in and above the promotion zone to determine those who are best qualified for promotion to meet the needs of the Army based upon the overall assessment of their records. Each board member on each panel will review the file of each officer in the zone of consideration for promotion. Records will then be ordered sequentially by relative score standing within each panel.

b. Panel scores will then be merged to produce a single relative score standing of all officers in and above the promotion zone. At this time the board may reconsider files as necessary in order to finalize the relative standing.

c. Specialty floors listed in Annex A to Enclosure 2 which have not been met will be identified and adjustments will be made at that time to meet the floors with officers from in and above the promotion zone who are fully qualified to meet the needs of the Army.

d. At the conclusion of the deliberative process described in subparagraphs a through e, above, the board will conduct a formal vote designed to ensure that no officer is recommended for promotion unless he or she receives the recommendation of a majority of the members of the board.

3. Reports.

a. Officers considered will be identified as indicated below and reported to the Secretary of the Army by the board.

| Status | Competitive Category |
|---|---|
| Recommended for promotion | Army |
| Not recommended for promotion | Army |

Enclosure 1

AZ AND PZ ARMY COMPETITIVE CATEGORY
FIRST LIEUTENANTS RECOMMENDED FOR PROMOTION
TO THE GRADE OF CAPTAIN

| PROM SEQ NO. | NAME | SSN | BR SPEC | 1LT ADOR | 2LT ADOR | AFCS | RAPLN | DTRA | DOB | SOC | COMPT | MILPO CODE | UNIT CODE | STATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | HYNES TRUDY A | | | 5 | 830525 | 02829 | | 830430 | [redacted] | B | R | FS04 | 0075 | FT KNOX |
| 3562 | HYRES DAVID SCOTT | | | 5 | 830525 | 02722 | | 830609 | [redacted] | C | R | FS13 | 0008 | FT CARSON |
| 2623 | HYSLOP NICHOLAS DR | | | 5 | 830525 | 02806 | 00052 | 830525 | [redacted] | A | R | FS23 | 0864 | FT LEWIS |
| 1562 | HYSONG BELEN ESCOB | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | TD03 | WOU5 | FT GORDON |
| 1591 | IBARRA FELIPE SANT | | | 2 | 830422 | 02909 | | 830422 | [redacted] | D | V | TD22 | 0027 | FT SILL |
| 4841 | IGLESIAS ALLISON | | | 8 | 830831 | 02500 | | 830607 | [redacted] | C | V | EU14 | 0003 | ASCHAFNBG |
| 597 | LJAMES DON DAVIDSO | | | 8 | 821124 | 03403 | | 821124 | [redacted] | C | V | TD17 | 0046 | FT RUCKER |
| 4683 | IKEMOTO DEAN MASAK | | | 7 | 830809 | 02514 | | | [redacted] | C | V | EU12 | 0165 | WIESBADEN |
| 3514 | IKSTRUMS ANDRIS MA | [redacted] | [illegible] | [illegible]5 | 830525 | 02726 | | 830605 | [redacted] | C | R | EU18 | 0055 | NECKRSULM |
| 1705 | INGHAM DANIEL CURT | [redacted] | AG 42/53 | 841022 | 830422 | 02909 | | | [redacted] | E | V | EU46 | 0002 | NELLINGEN |
| 5133 | INGIGNOLI ANNETTE | | | 2 | 830912 | 02419 | | 830812 | [redacted] | C | V | KO41 | 0595 | YONG SAN |
| 5081 | INGRAHAM JOHN HARD | | | 9 | 830909 | 02422 | | 830909 | [redacted] | E | V | FS14 | 0061 | FT POLK |
| 3585 | INGRAM JEFFREY DON | | | 5 | 830525 | 02721 | | 830610 | [redacted] | B | R | EU37 | 0066 | GARLSTEDT |
| 571 | IONA DEREK KUA | | | 7 | 810527 | 01216 | | 810529 | [redacted] | C | V | FS06 | AWET | FT LEWIS |
| 3842 | IPPOLITO FRANK PAU | | | | 830526 | 02805 | | 830526 | [redacted] | C | R | EU37 | W001 | GARLSTEDT |
| 4868 | IRVINE MICHAEL PAT | | | [illegible] | 820728 | 02427 | | 820728 | [redacted] | C | V | FS22 | W4J9 | FT IRWIN |
| 1581 | ISAACS WALTER KENN | | | [illegible] | 830422 | 02909 | | 830422 | [redacted] | E | V | EU20 | 0007 | SCHWEINFT |
| 3582 | ISBELL VALERIE SUE | | | [illegible] | 830525 | 02721 | | 830610 | [redacted] | B | R | EU68 | 0013 | NEU ULM |
| 263 | IVES BARTLEY J | | | [illegible] | 821110 | 03421 | | 821110 | [redacted] | E | V | TD12 | WOUY | FT BLVOIR |
| 3676 | IVES LINDA SUSANA | | | 5 | 830525 | 02707 | | 830315 | [redacted] | C | V | WC01 | W4QQ | FT SHAFTR |
| 5225 | IVY JACQUELINE | | | 3 | 830805 | 02413 | | 830918 | [redacted] | C | V | TD12 | WOUY | FT BLVOIR |
| 1673 | JACHENS CRAIG ROBE | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | EU14 | 0069 | ASCHAFNBG |
| 5240 | JACK DOUGLAS LEE | | | 9 | 830919 | 02412 | | 830919 | [redacted] | C | R | FS17 | 0082 | FT HOOD |
| 1600 | JACKSON DOUGLAS CH | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | WC02 | 0021 | SCHOFLD B |
| 696 | JACKSON GATO BUZOT | | | 7 | 820526 | 03311 | | 820516 | [redacted] | B | R | KO02 | 0061 | CP HOVEY |
| 3377 | JACKSON HARRY GEOR | | | 5 | 830525 | 02806 | 00853 | 830525 | [redacted] | A | R | KO02 | 0017 | CP PELHAM |
| 3466 | JACKSON HAYWOOD ME | | | 5 | 830525 | 02800 | | 830525 | [redacted] | B | V | EU12 | 0563 | WIESBADEN |
| 3308 | JACKSON JERRY DEWA | | | 5 | 830525 | 02806 | 00775 | 830525 | [redacted] | A | R | EU44 | 0035 | HOHNKIRCH |
| 3280 | JACKSON JULIUS HEN | | | 25 | 830525 | 02806 | 00746 | 830525 | [redacted] | A | R | FS12 | 0007 | FT BENING |
| 3232 | JACKSON LIBBY ANN | | | 25 | 830525 | 02806 | 00695 | 830525 | [redacted] | A | R | EU02 | 0051 | MANNHEIM |
| 3210 | JACKSON MATTHEW WA | | | 25 | 830525 | 02806 | 00670 | 830525 | [redacted] | A | R | AM03 | 0259 | WH SND MR |

76

DEPARTMENT OF THE ARMY
U. S. TOTAL ARMY PERSONNEL AGENCY
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF
DAPC-MSL-N

31 MAR 89

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

THRU COMMANDER
US ARMY INFORMATION SYSTEMS COMMAND
9700 PAGE BLVD
ST LOUIS MO 63132-5200

A- 21 APR 89
B- NONE

TO INGHAM, DANIEL C. CPT
[redacted] AG - USAR

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B then date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

DANIEL B. COOLEY
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) OFFICER CONCERNED
(1) OMPF
(1) DARP-ARO

SENT BY: XEROX Telecopier 7017; 7- 8-80 ; 0:08 ; 3142636882→1 404 752 2381;# 17

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS MO 63132-5200

REPLY TO ATTENTION OF

TAPC-MSL-N

17 APR 96

MEMORANDUM THRU

COMMANDER
USARC
ATTN: AFRC-PRP-F
3800 N CAMP CREEK PKWY SW
ATLANTA GA 30331-5009

A- 20 APR 96
B- NONE

FOR INGHAM, DANIEL C. MAJ
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 AG USAR

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B the date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

JAMES E. TRIMBLE
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) Officer Concerned
(1) OMPF
(1) ARPC-ARO

TAPC-SL-FL 2081, Mar 95 (Prior editions are obsolete.)

345 24 APR 86 C.T

MSR-S B14

88098-2

DAPC-OPC-P

4 December 1985

SUBJECT: Withdrawal of Conditional Voluntary Indefinite (CVI) Status

THRU: Commander
2d Support Command (Corps)
ATTN: AETS-SC-DS
APO New York 09160

TO: First Lieutenant Daniel C. Ingham, AG
[redacted]

1. Your request for withdrawal of your application for extended active duty is approved.

2. The expiration date of your term of obligated service is reestablished as 21 April 1986. You will be released from active duty as prescribed in Section IV, AR 635-100.

3. This letter is the authority for amending your official records to show your status as an obligated officer with the expiration date of 21 April 1986.

4. A copy of this letter will be placed in your field 201 file and separation action will be accomplished by your local commander.

BY ORDER OF THE SECRETARY OF THE ARMY:

BOBBY S. BOWERS
Captain, GS
Personnel Actions Branch
Combat Service Support Division

DAPC-MSR