DEPARTMENT OF THE ARMY
REVIEW BOARDS AGENCY
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

February 26, 2001

REPLY TO
ATTENTION OF

SFMR-RBR-ST/pmp
INGHAM, DANIEL C.
[redacted]

MAJ Daniel C. Ingham
[redacted]

Dear Major Ingham:

This is in reference to your application for correction of military records, dated August 23, 2000.

The enclosed staff advisory opinion is furnished for your information and possible rebuttal, prior to the Board's consideration of your case.

If you choose to submit a rebuttal to this opinion, it should be received in this office within 10 days of the date of this letter. If you choose not to reply, your application will be processed and you will be advised of the final determination.

Sincerely,

Rick A. Schweigert
Chief, Screening Team (703) 607-0878

Enclosure

Fax # (703) 607-2054

Printed on Recycled Paper

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA

REPLY TO ATTENTION OF

Item ID:...........58090
Name:..............Ingham, Daniel C.
SSN:..............[redacted]
MSN:................
Doc Type:..........Opin
Receipt Date /Time.02/23/2001/11:23:37 AM
Edited By.........HAMILA

TAPC-MSP-S (15-185

15 FEB 2001

MEMORANDUM FOR OSA, ABCMR, DA Review Board Agency, Room 212, 1941 Jefferson Davis Highway, Arlington, VA 22202-4508

SUBJECT: Review of ABCMR Application - Ingham, Daniel C., [redacted]

1. The applicant requests that his captain date of rank be adjusted to 22 April 1986 and his major date of rank adjusted to 22 April 1993.

2. The applicant was considered and selected for promotion to captain by the FY85 Captain, Army Promotion Selection Board that recessed on 16 December 1985. The applicant had a sequence number of 1705 with a promotion eligibility date to captain of 1 March 1987. The applicant was told that he could transfer to the Reserve and carry his promotion to captain. The applicant left active duty on 21 March 1986. The applicant left active duty before his promotion eligibility date. The applicant is asking the Reserves to adjust his captain date of rank.

3. No action is required by this office.

4. Point of contact is Mrs. Carroll, Promotions Branch (703) 325-9216.

FOR THE COMMANDER:

Encl

KEVIN P. LOGAN
Lieutenant Colonel
Chief, Promotions Branch

Printed on Recycled Paper

C

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

25 APR 2001

SFMR-RBR

Dear Applicant:

I regret to inform you that the Army Board for Correction of Military Records has denied your application.

The Board considered your application under procedures established by the Secretary of the Army. I enclose a copy of the Board's Memorandum of Consideration. This memorandum explains the Board's reasons for denying your application.

This decision is final. You may request reconsideration only if you can present newly discovered relevant evidence that was not available to the Board when it denied your application.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure

Printed on Recycled Paper

DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

# MEMORANDUM OF CONSIDERATION

IN THE CASE OF: INGHAM, DANIEL C.
[redacted]

BOARD DATE: 10 April 2001
DOCKET NUMBER: AR2000046700

I certify that hereinafter is recorded the record of consideration of the Army Board for Correction of Military Records in the case of the above-named individual.

| | |
|---|---|
| Mr. Carl W. S. Chun | Director |
| Ms. Stephanie Thompkins | Analyst |

The following members, a quorum, were present:

| | |
|---|---|
| Ms. Sherri V. Ward | Chairperson |
| Mr. George D. Paxson | Member |
| Mr. James E. Anderholm | Member |

The Board, established pursuant to authority contained in 10 U.S.C. 1552, convened at the call of the Chairperson on the above date. In accordance with Army Regulation 15-185, the application and the available military records pertinent to the corrective action requested were reviewed to determine whether to authorize a formal hearing, recommend that the records be corrected without a formal hearing, or to deny the application without a formal hearing if it is determined that insufficient relevant evidence has been presented to demonstrate the existence of probable material error or injustice.

The applicant requests correction of military records as stated in the application to the Board and as restated herein.

The Board considered the following evidence:

Exhibit A - Application for correction of military records
Exhibit B - Military Personnel Records (including advisory opinion, if any)

Printed on Recycled Paper

ABCMR Memorandum of Consideration (cont) AR2000046700

APPLICANT REQUESTS: Adjustment to his date of ranks for captain to 22 April 1986 and major to 22 April 1993, with entitlement to all back pay. He further requests promotion consideration to lieutenant colonel (LTC) by a special selection board (SSB) under the 1999 criteria.

APPLICANT STATES: That he was selected for promotion to captain by the 26 November 1985 Captain Competitive Category, Active Component (AC) Board. He wanted to single track in the area of concentration 53 (Computer Science) and knew this was only possible in the USAR. Prior to voluntarily leaving active duty he inquired if his selection would carry over to the Reserve. He further states that he was guaranteed that it would and so he transferred to the Individual Ready Reserve (IRR). Subsequent to that he was advised he was not promotable and would have to wait to be considered by an USAR Promotion Board. He strongly feels his decision to leave active status was based upon inaccurate guidance provided by an officer in authority and entrusted to provide career counseling to officers in his command. He submits copies of his promotion selection letter from the AC Captain's Board, separation document (DD Form 214), promotion orders to captain and major in the Reserve and Department of Defense Directive 1310.1 in support of his request.

EVIDENCE OF RECORD: The applicant's military records show:

He was appointed in the Reserve as a second lieutenant effective 22 April 1983 and entered on active duty the same date.

He was promoted to first lieutenant effective 22 October 1984.

He was considered and recommended for promotion to captain by the Army Promotion Selection Board which convened on 16 December 1985.

He was honorably separated from active duty in the rank of first lieutenant effective 21 April 1986 for expiration of term of service.

Based on the required 4 years time in grade his promotion eligibility (PED) date for promotion to captain was 21 October 1988 and based on the required 6 years time in service his PED was 21 April 1989. His PED is 21 April 1989, the latter of the two dates.

He was considered and selected for promotion to captain by the 1989 Reserve Components Selection Board. His effective date and date of rank was 21 April 1989.

He was promoted to major effective 20 April 1996. Based on the required 7 years time in grade his PED for LTC is 19 April 2003.

Army Regulation 135-155 prescribes the policies and procedures for promotion of Reserve officers. This regulation provides that to be eligible for promotion to the next higher grade, an USAR officer must be in an active status and meet the minimum promotion service and military education requirements.

The regulation further specifies that officers transferring from active duty to the USAR will be given an adjusted date of rank to the date after the transfer. Eligibility for promotion will be based on the time in service and time in grade eligibility whichever is the latest.

The Reserve Officer Personnel Management Act (ROPMA), a public law enacted by Congress on 5 October 1994, prescribes the policies and procedures to consolidate and modernize the laws that govern Reserve component officers. The law became effective 1 October 1996. ROPMA provides for transfer of promotion list status between components on or subsequent to 1 October 1996.

The Chief, Promotion and Notifications Branch, Office of Promotion, Total Army Personnel Command (PERSCOM), expressed the opinion that the applicant is requesting correction to his date of rank while on active duty and their office only handles Reserve Promotion corrections. The applicant was on active duty when selected for captain initially, then upon being released from active duty, that promotion did not transfer as he was told. At the time of the transferring to the Reserve, Reserve promotions were based on time in service and time in grade eligibility, whichever is the latest. In the applicant's case, his promotion eligibility date was the latter of the two dates. As a result of the facts presented, it is recommended that the applicant's request be forwarded to the Commander, PERSCOM.

The Chief, Promotions Branch, PERSCOM, expressed the opinion that the applicant was considered and selected for promotion to captain by the Fiscal Year 1985 Captain, Army Promotion Selection Board that recessed on 16 December 1985. The applicant had a sequence number of 1705 with a promotion eligibility date to captain of 1 March 1987. The applicant was told that he could transfer to the Reserve and carry his promotion to captain. The applicant left active duty on 21 March 1986 [sic]. The applicant is asking the Reserves to adjust his captain date of rank. No action is required by this office.

The opinions were forwarded to the applicant for rebuttal on 26 February 2001. In his rebuttal dated 14 March 2001, he states that he can only assume that his PED to captain is correct. The date he left active duty was 21 April 1986 not 21 March 1986. He further states that prior to leaving active duty he took expert advice from the Officer in Charge and feels this is an injustice and that he was misled. His peers are at least 2 years ahead of him in rank because he believed and trusted he was receiving accurate guidance.

ABCMR Memorandum of Consideration (cont) AR2000046700

DISCUSSION: Considering all the evidence, allegations, and information presented by the applicant, together with the evidence of record, applicable law and regulations, and advisory opinion(s), it is concluded:

1. In view of the circumstances in this case, the applicant is not entitled to adjustment to his date of ranks for captain to 22 April 1986 and major to 22 April 1993, with entitlement to all back pay. The evidence shows he has been properly considered for promotion. He has not shown error, injustice, or inequity for the relief he now requests.

2. The Board notes his contentions that he was misinformed that his promotion while on active duty would transfer with him to the Reserve which has affected his captain and major dates of rank and eligibility for promotion consideration to LTC under 1999 criteria. However, the applicant was selected for promotion to captain while on active duty. Prior to this promotion becoming effective he transferred to the USAR. Had the applicant stayed on active duty he would have been promoted to captain with a date of rank of 1 March 1987 and not 2 April 1986. The Board further notes that the applicant's date of rank was correctly adjusted to 22 April 1986, the date after his transfer to the Reserve.

3. It is also noted that based on his adjusted date of rank and meeting the required time in grade requirements for promotion to major, the applicant was given an appropriate date of rank for major. It is further noted that based on his date of rank for major he is not eligible for promotion consideration to LTC under 1999 criteria.

4. The applicable regulation does not provide transferring of active duty promotion status with an individual upon transfer to the Reserve prior to 1 October 1996.

5. In order to justify correction of a military record the applicant must show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the record is in error or unjust. The applicant has failed to submit evidence that would satisfy this requirement.

6. In view of the foregoing, there is no basis for granting the applicant's request.

ABCMR Memorandum of Consideration (cont) AR2000046700

DETERMINATION: The applicant has failed to submit sufficient relevant evidence to demonstrate the existence of probable error or injustice.

BOARD VOTE:

________ ________ ________ GRANT

________ ________ ________ GRANT FORMAL HEARING

A SW ✓ DENY APPLICATION

Stephanie Thompson
for Carl W. S. Chun
Director, Army Board for Correction
of Military Records

DEPARTMENT OF THE ARMY
NORTH CENTRAL INFORMATION OPERATIONS COORDINATION CENTER
9225 PEEBLES ROAD
ALLISON PARK, PA 15101-1926

REPLY TO
ATTENTION OF

14 Mar 2001

Rick A. Schweigert
DA Review Boards Agency
1941 Jefferson Davis Highway 2nd floor
Arlington, VA 22202-4508

Dear Mr Schweigert:

I've read the opinion of the Promotions Branch and have made one assumption, a correction, and a few comments. I can only assume that my promotion eligibility date to captain is correct. The date I left active duty was 21 April 1986 not 21 March 1986.

I would like to explain that I left active duty prior to my promotion eligibility date due to guidance I took as expert advice from the Officer In Charge (OIC) of the Personnel Support Company (PSC) in Germany. I specifically asked the OIC if I would be better off staying on active duty for another few months to be promoted to captain. He stated it didn't matter. Once my sequence number was announced I would be promoted regardless of active duty or reserve status. It was this assurance that I would be promoted to captain with my peers that I made the decision to leave active federal service and join the Reserves to pursue an Active Guard Reserve (AGR) career concentrating in the computer field. I presently have in excess of 16 years of active federal service and plan on retiring in the next four years.

I had no knowledge of recourse until several months ago while describing my situation to a retiree at church. He told me that I could address my situation to the ABCMR.

I feel this is an injustice and that I was misled. My peers are at least 2 years ahead of me in rank because I believed and trusted that the PSC OIC was giving me accurate guidance and made my decision on that guidance. This decision is impacting me on the types of assignments I am eligible for, the types of schooling I can take, my true peer group is two years ahead of me and I'm reminded of my decision every time I see one of my true peer group, and ultimately financially. The financial hardships started when I was expecting and relying on making Captains pay 14 years ago and still impacts me today when I'm making $651.00/month less than my peers on base pay alone (difference between MAJ and LTC pay). My superiors had enough faith and confidence in my abilities that I worked in a LTC slot for the last few years.

In essence, I am requesting that my Date of Rank to CPT and MAJ be adjusted, and be considered for promotion to LTC by a special board.

POC is the undersigned at (412) 364-5449/5444.

Respectfully,

DANIEL C. INGHAM
MAJ, AG
I/O Planner

D

14 Mar 2002

MEMORANDUM FOR ABCMR

SUBJECT: Docket Number AR2000046700 – MAJ Daniel C. Ingham

1. Reference 25 Apr 01 decision on the above docket number.

2. I request my first application be reconsidered. The Memorandum of Consideration is in error at the last sentence of paragraph 2 page 4. My date of rank to CPT was not adjusted to 22 April 86. I'm under the impression, by the last sentence, that the board was under the wrong impression by thinking I received an earlier date of rank.

3. ROPMA does not apply to my case. The ABCMR cited the provisions of ROPMA in its Memorandum of Consideration. It is my understanding that the board was conducting a special ROPMA project at the same time it considered my application. The board may have dismissed my request out of hand because my request did not fall within the ROPMA criteria. I believe this to be true because ROPMA was cited within the Memorandum of Consideration.

4. After a great deal of research I located the individual who gave me the incorrect advice regarding my decision to leave active duty and enter the Reserves. The advice that I was given was that the rank of CPT from the active duty promotion list would be transferred to the Reserves. In essence, I would be promoted to CPT with my active duty peers therefore by transferring to the Reserves it would not adversely impact my career. I had no reason to doubt CPT Patterson's advice. I looked to him as the expert. I have attached his statement as evidence not previously considered.

5. I made a career decision based on bad advice from someone I regarded as an expert that produced an injustice and that advice has wreaked havoc on my career (i.e. limits the types of assignments I am eligible for, the types of schools I can apply to, and ultimately financially). This decision also impacts me throughout my retirement (I'm on the high three year retirement plan).

6. In summary, I am requesting that my Date of Rank to CPT be adjusted to 1 Mar 1987 with my peers, my promotion to MAJ be adjusted, and be considered for promotion to LTC by a special board as is stated on the attached DD Form 149.

DANIEL C. INGHAM
MAJ, AG
Operations Officer

JAV 81855

AR 2002070420

Equity Liberty Justice
Patterson Law Firm

# Patterson Law Firm

305 East Main St.
P.O. Box 1475
Cabot, AR 72023

Facsimile: (501) 843-6200 (501) 843-6100 Email:mpatterson@ipa.net

March 5, 2002

Major Daniel Ingham
3105 Robinson Run Rd.
McDonald, PA 15057

Dear Major Daniel Ingham:

I apologize for any harm that I might have done to your career by giving you what appears to be incorrect information. In 1984 through 1986 as Chief of Personnel Management and simultaneously Chief of Personnel Actions in the Nelligen Comp Team, 198th Personnel Service Company, 38th Personnel and Administration Battalion, VII Corps, Nelligen, West Germany, I thought I correctly interpreted the Army Regulations when I informed you that your selection for promotion and dates of rank would transfer to the Guard or Reserve. Had I realized I was in error, I would have recommended that you stay on active duty through promotion and the mandatory service immediately following promotion, prior to transferring to the Guard or Reserves. I wish that I could cite to the regulation I interpreted when advising you, but too many years have passed since I perused them.

I hope I have been more help today than I was back then.

Sincerely,

Martin J. Patterson
Captain, A.G.
U.S.A., (retired)

E

DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

September 10, 2002

INGHAM, DANIEL C., [redacted]
AR 2002070420

Item ID:..........94594
Name:..............Ingham, Daniel C. Mr. Troxell
SSN:..............[redacted]
MSN:..............
Doc Type:.........RetM
Receipt Date /Time.09/23/2002/03:10:34 PM
Edited By.........WILLICL

Major Daniel C. Ingham
[redacted]

D

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

OFFICIAL BUSINESS

ARLINGTON VA SEP 11 '02

U.S. 0' H METER 7

INGH114* 302812031 1501 05 09/17/02
FORWARD TIME EXP RTN TO SEND
INGHAM, DONALD DORIS
85 FORTUNE LN
PALM COAST FL 32137-8439
RETURN TO SENDER

...... of an active duty promotion selection to the Reserve. ..... of law or regulation 1996, when a Reserve officer was released from active duty, any active duty promotion selection not enacted was voided and the officer came under the provisions of the Reserve promotion regulation, Army Regulation 135-155, wherein promotion was determined by unit vacancy and / or maximum time in grade and service. Your date of rank for captain was 21 April 1989, which was at the required 6 years time in service. Accordingly, you were correctly and justly promoted according to your service ..s at the time you became eligible for promotion in the Reserve.

Printed on Recycled Paper

DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

September 10, 2002

INGHAM, DANIEL C., [redacted]
AR 2002070420

Major Daniel C. Ingham
[redacted]

Dear Major Ingham:

This is in reference to your request, dated March 14, 2002, for reconsideration of your Application for Correction of Military Records, concerning your date of rank for captain and major and subsequent consideration for promotion to lieutenant colonel.

The records of this office reveal that your original application, case number AR2000046700, was previously considered and denied by the Board on April 10, 2001. If a request for a reconsideration is received within one year of the prior consideration and the case has not been previously reconsidered, it will be resubmitted to the Board if there is evidence (including but not limited to any facts or arguments as to why relief should be granted) that was not in the record at the time of the Board's prior consideration. The staff of the Board is authorized to determine whether or not you have submitted any such matters.

The staff of the Board has determined that, while you have once again detailed your contentions and provided a statement from the officer that was reported to have told you that if you were released from active duty your active duty promotion selection would transfer to the Reserve, these do not amount to new evidence that was not previously available to the Board. The Board considered this contention on April 10, 2001. In spite of the statement provided, there was no provision of law or regulation that provided for transfer of an active duty promotion selection to the Reserve. Prior to 1996, when a Reserve officer was released from active duty, any active duty promotion selection not enacted was voided and the officer came under the provisions of the Reserve promotion regulation, Army Regulation 135-155, wherein promotion was determined by unit vacancy and / or maximum time in grade and service. Your date of rank for captain was 21 April 1989, which was at the required 6 years time in service. Accordingly, you were correctly and justly promoted according to your service status at the time you became eligible for promotion in the Reserve.

Printed on Recycled Paper

It is noted that the Board proceedings, discussion paragraph 4, incorrectly state that your captain date of rank was adjusted to 22 April 1986. This error does not however, invalidate the conclusion that as a first lieutenant in the Reserve, you were correctly and justly promoted to captain with a date of rank of 21 April 1989, according to Army Regulation 135-155 in effect at the time.

The reference in the Board proceedings to the Reserve Officer Personnel Management Act (ROPMA) is presented to show that provision for transfer of promotion list status between components did not occur until ROPMA became effective on 1 October 1996, well after your transfer from active duty to the Reserve in 1986.

There is no basis for resubmitting your request to the Board and it is returned to you without action.

Sincerely,

Victor D. Whitney
For Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure

H

DEPARTMENT OF THE ARMY
HEADQUARTERS, 99TH REGIONAL SUPPORT COMMAND
99 SOLDIERS LANE
CORAOPOLIS, PENNSYLVANIA 15108-2550

REPLY TO
ATTENTION OF

AFRC-CPA-JA

24 April 2003

MEMORANDUM FOR Army Board for the Correction of Military Records, 1941 Jefferson Davis Highway, 2nd Floor, Arlington, VA 22202-4508

SUBJECT: Appeal for correction of date of rank of LTC Daniel Ingham

1. I have been consulted by LTC Daniel Ingham, regarding the issue of his date of rank for Captain, and his subsequent reconsideration request. After speaking with him and reviewing documents he provided regarding this matter, I believe that both the underlying issue of injustice and the reconsideration have not been looked at properly, and he is being denied due process because of technical irregularities in the correction of military records process itself.

Initial Issue of Injustice

2. The initial issue is that of LTC Ingham's date of rank of Captain, and corresponding changes to subsequent promotions and pay adjustments. The proper issue for consideration is one of injustice not due to the fault of the soldier. At the relevant time period 1LT Ingham was on active duty in the U.S. Army and was selected for promotion to Captain by the 26 November 1985 Captain Competitive Category, Active Component Board. Subsequently, he consulted with CPT Martin J. Patterson, OIC of the Personnel Support Company in Germany, during normal duty hours and in his capacity as OIC of the Personnel Support Company and specifically asked him if this selection for Captain would transfer to the U.S. Army Reserve. He was informed that his selection for promotion would transfer.

3. Based on this information, 1LT Ingham then decided to leave active duty, and transfer to the U.S. Army Reserve. After transferring to the Army Reserve, 1LT Ingham was informed that he was not promotable, and would have to be considered for promotion by a USAR promotion board. His effective date of rank for promotion to Captain was 21 April 1989.

4. There is little argument that, technically, he was promoted according to applicable regulations and procedures in place at the time of the promotion. The issue that should have been presented and considered by the Department of the Army Board for Correction of Military Records is not one of actual error, but one of injustice. It appears that this issue was not properly considered by the Board.

Reconsideration of Decision

5. Subsequent to receiving the decision of the Board, then MAJ Ingham requested reconsideration of his Application for Correction of Military Records. Included with this reconsideration was a letter from the individual who informed him that his selection for promotion would transfer to the Reserve. This is new evidence that was not available to the

109173
42736

AR2003089635

(AFRC-CPA-JA)
SUBJECT: Appeal for correction of date of rank of LTC Daniel Ingham, Page 2

Board during their consideration of the initial Application. However, this reconsideration was then dismissed by citing the applicable regulation in place at the time of his promotion, apparently ignoring the issue of injustice. In fact, the letter informing MAJ Ingham of the results of his reconsideration states that the letter from the officer that informed 1LT Ingham that his promotion would transfer to the Reserve did not amount to new evidence, and, therefore, there was no basis for resubmitting his request. This statement certainly is new evidence concerning the issue of injustice. Because the statement by Martin J. Patterson, CPT (Retired) certainly is new evidence, we request that the Board reconsider this matter concerning the issue of injustice.

6. MAJ Ingham then attempted to bring this situation as stated above to the Board's attention in a Memorandum dated 19 December 2002. He was then informed that because this Reconsideration was beyond the one year limit to request reconsideration, his reconsideration was not considered. MAJ Ingham was not attempting to submit an initial reconsideration beyond the one year period, but was attempting to properly focus attention on the proper issue, which was contained in the request for reconsideration dated March 12, 2002, but not adequately addressed.

Timothy E. Bellew
1LT, JA
Legal Assistance Attorney

I

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

NOV 18 2003

SFMR-RBR
INGHAM, DANIEL C.
[redacted]
AR2003089635

LTC Daniel D. Ingham, USAR
[redacted]

Dear Colonel Ingham:

This is in response to 1LT Bellew's 24 April 2003 letter to the Army Board for Correction of Military Records (ABCMR) on your behalf requesting reconsideration of your earlier applications to correct your records to adjust your date of rank to captain to 22 April 1986 and to adjust your subsequent promotion dates of rank accordingly.

Army Regulation 15-185 sets forth the procedures for processing requests to correct military records. Paragraph 2-15b provides specific guidance to be applied in cases involving requests for reconsideration that are received more than 1 year after the ABCMR's original consideration or after the ABCMR has already reconsidered the case.

Your case was considered and denied on 10 April 2001 (docket number AR2000046700). On 10 September 2002 and 27 March 2003, the staff of the ABCMR informed you that you had not submitted any new evidence or argument and your applications were returned without action.

As you were informed on those two occasions, your case can be reconsidered by the ABCMR only if the staff of the ABCMR determines if substantial relevant evidence has been submitted that shows fraud, mistake in law, mathematical miscalculation, manifest error, or if there exists substantial relevant new evidence discovered contemporaneously with or within a short time after the ABCMR's original decision. If the staff finds such evidence, the case will be resubmitted to the ABCMR. If no such evidence is found, the application will be returned to the applicant without action.

Your argument that you relied, to your detriment, on the misinformation given you by CPT Patterson has been noted. However, the letter from CPT Patterson you provided with your request for reconsideration was not new evidence – that argument had been considered by the 10 April 2001 ABCMR panel. The letter only provided written backup to your earlier argument.

It is noted that you stated you wanted to single track in area of concentration 53 and knew this was only possible in the USAR. It is also noted that had you remained on active duty you would not have been promoted to

SFMR-RBR
INGHAM, DANIEL
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
AR2003089635

captain until 1 March 1987. There is no evidence to show you would have been willing to remain on active duty for 11 more months awaiting promotion to captain prior to requesting release from active duty.

In addition, the officers who remained on active duty and were promoted to captain effective 1 March 1987 (with subsequent promotions) ceased to be your peers once you were released from active duty. Those officers are now Regular Army officers. Upon your transfer to the USAR your peer group changed to USAR officers with similar USAR 1LT dates of rank (i.e., 22 April 1986).

The staff has determined that you have provided no relevant new evidence or argument with your current submission that was not previously considered by the ABCMR.

Accordingly, there is no basis for resubmitting your request to the ABCMR and it will be administratively closed.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records