DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1901 SOUTH BELL STREET 2ND FLOOR
ARLINGTON, VA 22202-4508

MAR 2 5 2005

Ingham, Daniel C.
AR20040003830

The Honorable Bob Graham
United States Senate
Attention: Mr. Charles Yonts
2252 Killearn Center Boulevard, Suite 300
Tallahassee, Florida 32309

Dear Senator Graham:

This is in further response to your June 3, 2004 request on behalf of your constituent, Mr. Daniel C. Ingham, regarding reconsideration of his previous petition to adjust his dates of rank to captain and to adjust his subsequent promotion dates of rank accordingly. Mr. Ingham's original request (Army Board for Correction of Military Records (ABCMR) Docket Number AR2000046700) was considered and denied by the ABCMR on April 10, 2001. He has since submitted three appeals of this decision. His case was looked at again on each occasion, and in each instance, on September 10, 2002, March 27, 2003, and November 18, 2003, he was informed that he had no basis for resubmitting his request to the ABCMR. His requests were returned without action.

Mr. Ingham's basis for his numerous petitions is that an injustice was done to him because he was misinformed regarding a promotion to captain, causing him to make a career decision that he otherwise would not have made. The original Board considered

DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1901 SOUTH BELL STREET, 2ND FLOOR
ARLINGTON VA 22202-4508

OFFICIAL BUSINESS

ARLINGTON VA

NOT DELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

RETURN TO SENDER

THE HONORABLE BOB GRAHAM
UNITED STATES SENATE
ATTN: MR CHARLES YONTS
2252 KILLEARN CTR BLVD STE 300
TALLAHASSEE FL 32309

32309+3573-7 22202+4508

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1901 SOUTH BELL STREET 2ND FLOOR
ARLINGTON, VA 22202-4508

MAR 2 5 2005

Ingham, Daniel C.
AR20040003830

The Honorable Bob Graham
United States Senate
Attention: Mr. Charles Yonts
2252 Killearn Center Boulevard, Suite 300
Tallahassee, Florida 32309

Dear Senator Graham:

This is in further response to your June 3, 2004 request on behalf of your constituent, Mr. Daniel C. Ingham, regarding reconsideration of his previous petition to adjust his dates of rank to captain and to adjust his subsequent promotion dates of rank accordingly. Mr. Ingham's original request (Army Board for Correction of Military Records (ABCMR) Docket Number AR2000046700) was considered and denied by the ABCMR on April 10, 2001. He has since submitted three appeals of this decision. His case was looked at again on each occasion, and in each instance, on September 10, 2002, March 27, 2003, and November 18, 2003, he was informed that he had no basis for resubmitting his request to the ABCMR. His requests were returned without action.

Mr. Ingham's basis for his numerous petitions is that an injustice was done to him because he was misinformed regarding a promotion to captain, causing him to make a career decision that he otherwise would not have made. The original Board considered all the evidence, and was well aware of his contentions, and determined that there was no error in his records or any injustice done to him. His continued dissatisfaction with this decision, while understood; however, is not reason to grant his plea.

As you may know, Army Regulation 15-185 sets forth procedures for processing requests for correction of military records. A recent court decision ordered the deletion of paragraph 2-15b which applies to requests for reconsideration. The effect of this court decision now permits an applicant to request reconsideration of an earlier ABCMR decision if the request is received within one year of the ABCMR's original decision and it has not previously been reconsidered. Such requests must provide new evidence or arguments that were not considered at the time of the ABCMR's prior consideration.

Printed on Recycled Paper

Ingham, Daniel C.
AR20040003830

The ABCMR staff reviewed Mr. Ingham's request for reconsideration and again examined the original ABCMR decision with the information that you submitted with your request. Mr. Ingham's case was considered in 2001, more than four years ago, and in his ensuing requests he provided no new evidence or argument that had not been considered by the Board. Consequently, there is no further ABCMR action contemplated. Mr. Ingham has exhausted all administrative remedies in this matter and he is not eligible for further consideration by this Board. Therefore, we are returning your request without action.

The ABCMR will not consider any further requests for reconsideration of this matter. However, Mr. Ingham does have the option to seek relief in a court of appropriate jurisdiction.

I regret my response could not be more favorable, but do appreciate your interest in this case.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure

OMPF
SFMR-RBR/K. Aucock
ANALYST

BOB GRAHAM
FLORIDA

# United States Senate

WASHINGTON, DC 20510-0903

June 3, 2004

Colonel Timothy Peterson
United States Department of the Army
Congressional Coordinator
Congressional Liaison (OCLL)
Washington, D.C. 20310-1600

Dear Colonel Peterson:

Enclosed is a letter from Daniel Ingham regarding the correction of his military records.

I would appreciate your reviewing this request and providing me with your comments. Please send your response to my state office: 2252 Killearn Center Boulevard, #300, Tallahassee, Florida 32309; Attention: Charles Yonts.

I am grateful for your cooperation and assistance and look forward to hearing from you soon.

Sincerely,

United States Senator

BG/cey

Enclosure

40663115

AR20040003830

Ingham, Daniel, C.
Screening Tm Arl
Receipt Date: 2004/07/12

4

Honorable Bob Graham
2252 Killearn Center Blvd
Suite 300
Tallahassee, Fl 32309

Dear Senator Graham:

I am writing this letter to you for help. I submitted an ABCMR (Army Board for the Correction of Military Records) packet on 23 August 2000. In my opinion, my initial inquiry has not been answered by the board and the board has purposely avoided answering my question. The ABCMR's final opinion, dated 18 Nov 2003, stated that my packet would be administratively closed. After several months of reflection I still feel that they have not addressed my initial issue of injustice which has brought me to this letter.

I have never considered doing a congressional in the 19 + years that I have been on active duty. I have been left with no other recourse thus, I am writing this letter to you.

I am submitting to you two files in the hope that you can help me. The middle Adobe acrobat file consists of a quick synopsis (timeline) of events that has brought me to this letter requesting help. The file also consists of the ABCMR response to my last appeal for correction of my military date of rank to CPT and the letter that 1LT Bellew wrote on my behalf to the board. The third or right most Adobe acrobat attachment starts again with 1LT Bellew's letter and contains all correspondence from the day I submitted the DD Form 149 (23 August 2003) in chronological order.

I am requesting that my packet be reviewed by the Assistant Secretary of Army for Manpower and Reserve Affairs (Mr Brown) and a decision be rendered on this matter that addresses my initial complaint.

If you have any questions please do not hesitate to contact me.

Sincerely,

[signature]

LTC Daniel Ingham
3105 Robinson Run Rd
McDonald, PA 15057
(412)604-8111 (w)
(724)693-0381 (h)

Timeline

16 Dec 85 - CPT Promotion board I was given a promotion sequence number of 1705.

Jan 86 – Discussed CPT promotion and transferring to the USAR with the PSC to pursue a military career single tracking in the FA 53. I am given the advice that the sequence number will transfer to the USAR and I will be promoted with my active duty peers to CPT. I based my decision to leave the active duty on the advice given to me by the PSC.

21 Apr 86 – Date of relief from active duty. I left Active Duty expecting to be promoted with my active duty peers.

Nov 86 - Enter the USAR and I'm informed that the promotion sequence number that I received on active duty is no longer valid.

1 Mar 87 - The date that I would have been promoted to CPT (promotion sequence # 1705 – promotion eligibility date).

12 Jun 88 - Date entered AGR program and have been on continuous active duty since.

21 Apr 89 – Promoted to CPT in the USAR > 2 years after promotion sequence # 1705

Aug 00 – Informed by a retired officer at church that my rank situation could be forwarded to the ABCMR. I inquired at work and started the ABCMR paperwork.

23 Aug 00 – Submitted DD Form 149 (Application for Correction of Military Record) -- based upon inaccurate information from the PSC I made a decision that has been detrimental to my career ever since.

15 Feb 01 - Staff advisory opinion – no action

26 Feb 01 – Review Board letter opportunity for rebuttal

14 Mar 01 – Submitted a letter to the DA Review Board – clarifying the document

10 Apr 01 – Board determination – The applicant has failed to submit sufficient relevant evidence to demonstrate the existence of probable error or injustice.

25 Apr 01 – Board sends a letter denying application. Decision is final unless new relevant evidence is found.

5 Mar 02 - New evidence – I received a letter from the officer at the PSC stating that he gave me incorrect information.

14 Mar 02 – Submitted new evidence to the board.

10 Sept 02 – Board responds with: no basis for resubmitting request to the board - returned without action.

19 Dec 02 – Reconsideration letter submitted to the board for correction of date of rank predicated upon the feeling that the board has still not considered the case from the perspective of an injustice. (JAG assistance)

27 Mar 03 – Board writes more than 1 year has elapsed from the original consideration and the staff of the board has determined that the current application does not contain evidence that meets the above criteria - returned without action.

24 Apr 03 - Another appeal to the board written by a JAG officer on behalf of Daniel Ingham re-framing the issue of an injustice.

18 Nov 03 – Board determined that no relevant new evidence or argument with this submission that was not previously considered by the ABCMR and the case is administratively closed.

I feel that the response from the ABCMR never addressed the core issue of erroneous information coming from an expert that has negatively impacted my career.

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

NOV 18 2003

SFMR-RBR
INGHAM, DANIEL C.
[redacted]
AR2003089635

LTC Daniel D. Ingham, USAR
[redacted]

Dear Colonel Ingham:

This is in response to 1LT Bellew's 24 April 2003 letter to the Army Board for Correction of Military Records (ABCMR) on your behalf requesting reconsideration of your earlier applications to correct your records to adjust your date of rank to captain to 22 April 1986 and to adjust your subsequent promotion dates of rank accordingly.

Army Regulation 15-185 sets forth the procedures for processing requests to correct military records. Paragraph 2-15b provides specific guidance to be applied in cases involving requests for reconsideration that are received more than 1 year after the ABCMR's original consideration or after the ABCMR has already reconsidered the case.

Your case was considered and denied on 10 April 2001 (docket number AR2000046700). On 10 September 2002 and 27 March 2003, the staff of the ABCMR informed you that you had not submitted any new evidence or argument and your applications were returned without action.

As you were informed on those two occasions, your case can be reconsidered by the ABCMR only if the staff of the ABCMR determines if substantial relevant evidence has been submitted that shows fraud, mistake in law, mathematical miscalculation, manifest error, or if there exists substantial relevant new evidence discovered contemporaneously with or within a short time after the ABCMR's original decision. If the staff finds such evidence, the case will be resubmitted to the ABCMR. If no such evidence is found, the application will be returned to the applicant without action.

Your argument that you relied, to your detriment, on the misinformation given you by CPT Patterson has been noted. However, the letter from CPT Patterson you provided with your request for reconsideration was not new evidence – that argument had been considered by the 10 April 2001 ABCMR panel. The letter only provided written backup to your earlier argument.

It is noted that you stated you wanted to single track in area of concentration 53 and knew this was only possible in the USAR. It is also noted that had you remained on active duty you would not have been promoted to

Printed on Recycled Paper

SFMR-RBR
INGHAM, DANIEL
[redacted]
AR2003089635

captain until 1 March 1987. There is no evidence to show you would have been willing to remain on active duty for 11 more months awaiting promotion to captain prior to requesting release from active duty.

In addition, the officers who remained on active duty and were promoted to captain effective 1 March 1987 (with subsequent promotions) ceased to be your peers once you were released from active duty. Those officers are now Regular Army officers. Upon your transfer to the USAR your peer group changed to USAR officers with similar USAR 1LT dates of rank (i.e., 22 April 1986).

The staff has determined that you have provided no relevant new evidence or argument with your current submission that was not previously considered by the ABCMR.

Accordingly, there is no basis for resubmitting your request to the ABCMR and it will be administratively closed.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

DEPARTMENT OF THE ARMY
HEADQUARTERS, 99TH REGIONAL SUPPORT COMMAND
99 SOLDIERS LANE
CORAOPOLIS, PENNSYLVANIA 15108-2550

REPLY TO ATTENTION OF

AFRC-CPA-JA

24 April 2003

MEMORANDUM FOR Army Board for the Correction of Military Records, 1941 Jefferson Davis Highway, 2nd Floor, Arlington, VA 22202-4508

SUBJECT: Appeal for correction of date of rank of LTC Daniel Ingham

1. I have been consulted by LTC Daniel Ingham, regarding the issue of his date of rank for Captain, and his subsequent reconsideration request. After speaking with him and reviewing documents he provided regarding this matter, I believe that both the underlying issue of injustice and the reconsideration have not been looked at properly, and he is being denied due process because of technical irregularities in the correction of military records process itself.

Initial Issue of Injustice

2. The initial issue is that of LTC Ingham's date of rank of Captain, and corresponding changes to subsequent promotions and pay adjustments. The proper issue for consideration is one of injustice not due to the fault of the soldier. At the relevant time period 1LT Ingham was on active duty in the U.S. Army and was selected for promotion to Captain by the 26 November 1985 Captain Competitive Category, Active Component Board. Subsequently, he consulted with CPT Martin J. Patterson, OIC of the Personnel Support Company in Germany, during normal duty hours and in his capacity as OIC of the Personnel Support Company and specifically asked him if this selection for Captain would transfer to the U.S. Army Reserve. He was informed that his selection for promotion would transfer.

3. Based on this information, 1LT Ingham then decided to leave active duty, and transfer to the U.S. Army Reserve. After transferring to the Army Reserve, 1LT Ingham was informed that he was not promotable, and would have to be considered for promotion by a USAR promotion board. His effective date of rank for promotion to Captain was 21 April 1989.

4. There is little argument that, technically, he was promoted according to applicable regulations and procedures in place at the time of the promotion. The issue that should have been presented and considered by the Department of the Army Board for Correction of Military Records is not one of actual error, but one of injustice. It appears that this issue was not properly considered by the Board.

Reconsideration of Decision

5. Subsequent to receiving the decision of the Board, then MAJ Ingham requested reconsideration of his Application for Correction of Military Records. Included with this reconsideration was a letter from the individual who informed him that his selection for promotion would transfer to the Reserve. This is new evidence that was not available to the

109173
42736

AR2003089632

(AFRC-CPA-JA)
SUBJECT: Appeal for correction of date of rank of LTC Daniel Ingham, Page 2

Board during their consideration of the initial Application. However, this reconsideration was then dismissed by citing the applicable regulation in place at the time of his promotion, apparently ignoring the issue of injustice. In fact, the letter informing MAJ Ingham of the results of his reconsideration states that the letter from the officer that informed 1LT Ingham that his promotion would transfer to the Reserve did not amount to new evidence, and, therefore, there was no basis for resubmitting his request. This statement certainly is new evidence concerning the issue of injustice. Because the statement by Martin J. Patterson, CPT (Retired) certainly is new evidence, we request that the Board reconsider this matter concerning the issue of injustice.

6. MAJ Ingham then attempted to bring this situation as stated above to the Board's attention in a Memorandum dated 19 December 2002. He was then informed that because this Reconsideration was beyond the one year limit to request reconsideration, his reconsideration was not considered. MAJ Ingham was not attempting to submit an initial reconsideration beyond the one year period, but was attempting to properly focus attention on the proper issue, which was contained in the request for reconsideration dated March 12, 2002, but not adequately addressed.

Timothy E. Bellew
1LT, JA
Legal Assistance Attorney

5

I

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

NOV 18 2003

SFMR-RBR
INGHAM, DANIEL C.
[redacted]
AR2003089635

LTC Daniel D. Ingham, USAR
[redacted]

Dear Colonel Ingham:

This is in response to 1LT Bellew's 24 April 2003 letter to the Army Board for Correction of Military Records (ABCMR) on your behalf requesting reconsideration of your earlier applications to correct your records to adjust your date of rank to captain to 22 April 1986 and to adjust your subsequent promotion dates of rank accordingly.

Army Regulation 15-185 sets forth the procedures for processing requests to correct military records. Paragraph 2-15b provides specific guidance to be applied in cases involving requests for reconsideration that are received more than 1 year after the ABCMR's original consideration or after the ABCMR has already reconsidered the case.

Your case was considered and denied on 10 April 2001 (docket number AR2000046700). On 10 September 2002 and 27 March 2003, the staff of the ABCMR informed you that you had not submitted any new evidence or argument and your applications were returned without action.

As you were informed on those two occasions, your case can be reconsidered by the ABCMR only if the staff of the ABCMR determines if substantial relevant evidence has been submitted that shows fraud, mistake in law, mathematical miscalculation, manifest error, or if there exists substantial relevant new evidence discovered contemporaneously with or within a short time after the ABCMR's original decision. If the staff finds such evidence, the case will be resubmitted to the ABCMR. If no such evidence is found, the application will be returned to the applicant without action.

Your argument that you relied, to your detriment, on the misinformation given you by CPT Patterson has been noted. However, the letter from CPT Patterson you provided with your request for reconsideration was not new evidence – that argument had been considered by the 10 April 2001 ABCMR panel. The letter only provided written backup to your earlier argument.

It is noted that you stated you wanted to single track in area of concentration 53 and knew this was only possible in the USAR. It is also noted that had you remained on active duty you would not have been promoted to

Printed on Recycled Paper

SFMR-RBR
INGHAM, DANIEL
[redacted]
AR2003089635

captain until 1 March 1987. There is no evidence to show you would have been willing to remain on active duty for 11 more months awaiting promotion to captain prior to requesting release from active duty.

In addition, the officers who remained on active duty and were promoted to captain effective 1 March 1987 (with subsequent promotions) ceased to be your peers once you were released from active duty. Those officers are now Regular Army officers. Upon your transfer to the USAR your peer group changed to USAR officers with similar USAR 1LT dates of rank (i.e., 22 April 1986).

The staff has determined that you have provided no relevant new evidence or argument with your current submission that was not previously considered by the ABCMR.

Accordingly, there is no basis for resubmitting your request to the ABCMR and it will be administratively closed.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records