ADMINISTRATIVE INSTRUCTIONS

1. Eligibility. The DA Secretariat for Selection Boards will furnish the board with the names and personnel records of the officers to be considered for promotion. If discrepancies or apparent inconsistencies are noted, the recorder assigned to these boards will obtain necessary additional information.

2. Procedures. Board members will use the following general procedures in evaluating records of the officers in the zone of consideration:

a. Initial consideration will be accomplished by independent panels evaluating the entire record of all officers under consideration in and above the promotion zone to determine those who are best qualified for promotion to meet the needs of the Army based upon the overall assessment of their records. Each board member on each panel will review the file of each officer in the zone of consideration for promotion. Records will then be ordered sequentially by relative score standing within each panel.

b. Panel scores will then be merged to produce a single relative score standing of all officers in and above the promotion zone. At this time the board may reconsider files as necessary in order to finalize the relative standing.

c. Specialty floors listed in Annex A to Enclosure 2 which have not been met will be identified and adjustments will be made at that time to meet the floors with officers from in and above the promotion zone who are fully qualified to meet the needs of the Army.

d. At the conclusion of the deliberative process described in subparagraphs a through e, above, the board will conduct a formal vote designed to ensure that no officer is recommended for promotion unless he or she receives the recommendation of a majority of the members of the board.

3. Reports.

a. Officers considered will be identified as indicated below and reported to the Secretary of the Army by the board.

| Status | Competitive Category |
|---|---|
| Recommended for promotion | Army |
| Not recommended for promotion | Army |

Enclosure 1

AZ AND PZ ARMY COMPETITIVE CATEGORY
FIRST LIEUTENANTS RECOMMENDED FOR PROMOTION
TO THE GRADE OF CAPTAIN

| PROM SEQ NO. | NAME | SSN | BR SPEC | 1LT ADOR | 2LT ADOR | AFCS | RAPLN | DTRA | DOB | SOC | COMPT | MILPO CODE | UNIT CODE | STATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | HYNES TRUDY A | | | 5 | 830525 | 02829 | | 830430 | [redacted] | B | R | FS04 | 0075 | FT KNOX |
| 3562 | HYRES DAVID SCOTT | | | 5 | 830525 | 02722 | | 830609 | [redacted] | C | R | FS13 | 0008 | FT CARSON |
| 2623 | HYSLOP NICHOLAS DR | | | 5 | 830525 | 02806 | 00052 | 830525 | [redacted] | A | R | FS23 | 0864 | FT LEWIS |
| 1562 | HYSONG BELEN ESCOB | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | TD03 | WOU5 | FT GORDON |
| 1591 | IBARRA FELIPE SANT | | | 2 | 830422 | 02909 | | 830422 | [redacted] | D | V | TD22 | 0027 | FT SILL |
| 4841 | IGLESIAS ALLISON | | | 8 | 830831 | 02500 | | 830607 | [redacted] | C | V | EU14 | 0003 | ASCHAFNBG |
| 597 | IJAMES DON DAVIDSO | | | 8 | 821124 | 03403 | | 821124 | [redacted] | C | V | TD17 | 0046 | FT RUCKER |
| 4683 | IKEMOTO DEAN MASAK | | | 7 | 830809 | 02514 | | | [redacted] | C | V | EU12 | 0165 | WIESBADEN |
| 3514 | IKSTRUMS ANDRIS MA | | [illegible] | [illegible]41125 | 830525 | 02726 | | 830605 | [redacted] | C | R | EU18 | 0055 | NECKRSULM |
| 1705 | INGHAM DANIEL CURT | [redacted] | AG 42/53 | 841022 | 830422 | 02909 | | | [redacted] | E | V | EU46 | 0002 | NELLINGEN |
| 5133 | INGIGNOLI ANNETTE | | | 2 | 830912 | 02419 | | 830812 | [redacted] | C | V | KO41 | 0595 | YONG SAN |
| 5081 | INGRAHAM JOHN HARD | | | 9 | 830909 | 02422 | | 830909 | [redacted] | E | V | FS14 | 0061 | FT POLK |
| 3585 | INGRAM JEFFREY DON | | | 5 | 830525 | 02721 | | 830610 | [redacted] | B | R | EU37 | 0066 | GARLSTEDT |
| 571 | IONA DEREK KUA | | | 7 | 810527 | 01216 | | 810529 | [redacted] | C | V | FS06 | AWET | FT LEWIS |
| 3842 | IPPOLITO FRANK PAU | | | | 830526 | 02805 | | 830526 | [redacted] | C | R | EU37 | W001 | GARLSTEDT |
| 4868 | IRVINE MICHAEL PAT | | | [illegible] | 820728 | 02427 | | 820728 | [redacted] | C | V | FS22 | W4J9 | FT IRWIN |
| 1581 | ISAACS WALTER KENN | | | [illegible] | 830422 | 02909 | | 830422 | [redacted] | E | V | EU20 | 0007 | SCHWEINFT |
| 3582 | ISBELL VALERIE SUE | | | [illegible] | 830525 | 02721 | | 830610 | [redacted] | B | R | EU68 | 0013 | NEU ULM |
| 263 | IVES BARTLEY J | | | [illegible] | 821110 | 03421 | | 821110 | [redacted] | E | V | TD12 | WOUY | FT BLVOIR |
| 3676 | IVES LINDA SUSANA | | | 5 | 830525 | 02707 | | 830315 | [redacted] | C | V | WC01 | W4QQ | FT SHAFTR |
| 5225 | IVY JACQUELINE | | | 3 | 830805 | 02413 | | 830918 | [redacted] | C | V | TD12 | WOUY | FT BLVOIR |
| 1673 | JACHENS CRAIG ROBE | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | EU14 | 0069 | ASCHAFNBG |
| 5240 | JACK DOUGLAS LEE | | | 9 | 830919 | 02412 | | 830919 | [redacted] | C | R | FS17 | 0082 | FT HOOD |
| 1600 | JACKSON DOUGLAS CH | | | 2 | 830422 | 02909 | | 830422 | [redacted] | E | V | WC02 | 0021 | SCHOFLD B |
| 696 | JACKSON GATO BUZOT | | | 7 | 820526 | 03311 | | 820516 | [redacted] | B | R | KO02 | 0061 | CP HOVEY |
| 3377 | JACKSON HARRY GEOR | | | 5 | 830525 | 02806 | 00853 | 830525 | [redacted] | A | R | KO02 | 0017 | CP PELHAM |
| 3466 | JACKSON HAYWOOD ME | | | 5 | 830525 | 02800 | | 830525 | [redacted] | B | V | EU12 | 0563 | WIESBADEN |
| 3308 | JACKSON JERRY DEWA | | | 5 | 830525 | 02806 | 00775 | 830525 | [redacted] | A | R | EU44 | 0035 | HOHNKIRCH |
| 3280 | JACKSON JULIUS HEN | | | 25 | 830525 | 02806 | 00746 | 830525 | [redacted] | A | R | FS12 | 0007 | FT BENING |
| 3232 | JACKSON LIBBY ANN | | | 25 | 830525 | 02806 | 00695 | 830525 | [redacted] | A | R | EU02 | 0051 | MANNHEIM |
| 3210 | JACKSON MATTHEW WA | | | 25 | 830525 | 02806 | 00670 | 830525 | [redacted] | A | R | AM03 | 0259 | WH SND MR |

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL AGENCY
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF
DAPC-MSL-N

31 MAR 89

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

THRU COMMANDER
US ARMY INFORMATION SYSTEMS COMMAND
9700 PAGE BLVD
ST LOUIS MO 63132-5200

A- 21 APR 89
B- NONE

TO INGHAM, DANIEL C. CPT
[redacted] AG - USAR

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B then date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

Daniel B. Cooley

DANIEL B. COOLEY
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) OFFICER CONCERNED
(1) OMPF
(1) DARP-ARO

SENT-BY: XEROX Telecopier 7017; 7- 8-80 ; 10:08 ; 3142636862→1 404 752 2381;# 17

MB

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS MO 63132-5200

REPLY TO
ATTENTION OF

TAPC-MSL-N

17 APR 96

MEMORANDUM THRU

COMMANDER
USARC
ATTN: AFRC-PRP-F
3800 N CAMP CREEK PKWY SW
ATLANTA GA 30331-5009

A- 20 APR 96
B- NONE

FOR INGHAM, DANIEL C.
[redacted] AG MAJ USAR

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B the date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

JAMES E. TRIMBLE
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) Officer Concerned
(1) OMPF
(1) ARPC-ARO

TAPC-SL-FL 2081, Mar 95 (Prior editions are obsolete.)

9

C

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

25 APR 2001

SFMR-RBR

Dear Applicant:

I regret to inform you that the Army Board for Correction of Military Records has denied your application.

The Board considered your application under procedures established by the Secretary of the Army. I enclose a copy of the Board's Memorandum of Consideration. This memorandum explains the Board's reasons for denying your application.

This decision is final. You may request reconsideration only if you can present newly discovered relevant evidence that was not available to the Board when it denied your application.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure

Printed on Recycled Paper

DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

# MEMORANDUM OF CONSIDERATION

IN THE CASE OF: INGHAM, DANIEL C.
[redacted]

BOARD DATE: 10 April 2001
DOCKET NUMBER: AR2000046700

I certify that hereinafter is recorded the record of consideration of the Army Board for Correction of Military Records in the case of the above-named individual.

| | |
|---|---|
| Mr. Carl W. S. Chun | Director |
| Ms. Stephanie Thompkins | Analyst |

The following members, a quorum, were present:

| | |
|---|---|
| Ms. Sherri V. Ward | Chairperson |
| Mr. George D. Paxson | Member |
| Mr. James E. Anderholm | Member |

The Board, established pursuant to authority contained in 10 U.S.C. 1552, convened at the call of the Chairperson on the above date. In accordance with Army Regulation 15-185, the application and the available military records pertinent to the corrective action requested were reviewed to determine whether to authorize a formal hearing, recommend that the records be corrected without a formal hearing, or to deny the application without a formal hearing if it is determined that insufficient relevant evidence has been presented to demonstrate the existence of probable material error or injustice.

The applicant requests correction of military records as stated in the application to the Board and as restated herein.

The Board considered the following evidence:

Exhibit A - Application for correction of military records
Exhibit B - Military Personnel Records (including advisory opinion, if any)

Printed on Recycled Paper

APPLICANT REQUESTS: Adjustment to his date of ranks for captain to 22 April 1986 and major to 22 April 1993, with entitlement to all back pay. He further requests promotion consideration to lieutenant colonel (LTC) by a special selection board (SSB) under the 1999 criteria.

APPLICANT STATES: That he was selected for promotion to captain by the 26 November 1985 Captain Competitive Category, Active Component (AC) Board. He wanted to single track in the area of concentration 53 (Computer Science) and knew this was only possible in the USAR. Prior to voluntarily leaving active duty he inquired if his selection would carry over to the Reserve. He further states that he was guaranteed that it would and so he transferred to the Individual Ready Reserve (IRR). Subsequent to that he was advised he was not promotable and would have to wait to be considered by an USAR Promotion Board. He strongly feels his decision to leave active status was based upon inaccurate guidance provided by an officer in authority and entrusted to provide career counseling to officers in his command. He submits copies of his promotion selection letter from the AC Captain's Board, separation document (DD Form 214), promotion orders to captain and major in the Reserve and Department of Defense Directive 1310.1 in support of his request.

EVIDENCE OF RECORD: The applicant's military records show:

He was appointed in the Reserve as a second lieutenant effective 22 April 1983 and entered on active duty the same date.

He was promoted to first lieutenant effective 22 October 1984.

He was considered and recommended for promotion to captain by the Army Promotion Selection Board which convened on 16 December 1985.

He was honorably separated from active duty in the rank of first lieutenant effective 21 April 1986 for expiration of term of service.

Based on the required 4 years time in grade his promotion eligibility (PED) date for promotion to captain was 21 October 1988 and based on the required 6 years time in service his PED was 21 April 1989. His PED is 21 April 1989, the latter of the two dates.

He was considered and selected for promotion to captain by the 1989 Reserve Components Selection Board. His effective date and date of rank was 21 April 1989.

He was promoted to major effective 20 April 1996. Based on the required 7 years time in grade his PED for LTC is 19 April 2003.

Army Regulation 135-155 prescribes the policies and procedures for promotion of Reserve officers. This regulation provides that to be eligible for promotion to the next higher grade, an USAR officer must be in an active status and meet the minimum promotion service and military education requirements.

The regulation further specifies that officers transferring from active duty to the USAR will be given an adjusted date of rank to the date after the transfer. Eligibility for promotion will be based on the time in service and time in grade eligibility whichever is the latest.

The Reserve Officer Personnel Management Act (ROPMA), a public law enacted by Congress on 5 October 1994, prescribes the policies and procedures to consolidate and modernize the laws that govern Reserve component officers. The law became effective 1 October 1996. ROPMA provides for transfer of promotion list status between components on or subsequent to 1 October 1996.

The Chief, Promotion and Notifications Branch, Office of Promotion, Total Army Personnel Command (PERSCOM), expressed the opinion that the applicant is requesting correction to his date of rank while on active duty and their office only handles Reserve Promotion corrections. The applicant was on active duty when selected for captain initially, then upon being released from active duty, that promotion did not transfer as he was told. At the time of the transferring to the Reserve, Reserve promotions were based on time in service and time in grade eligibility, whichever is the latest. In the applicant's case, his promotion eligibility date was the latter of the two dates. As a result of the facts presented, it is recommended that the applicant's request be forwarded to the Commander, PERSCOM.

The Chief, Promotions Branch, PERSCOM, expressed the opinion that the applicant was considered and selected for promotion to captain by the Fiscal Year 1985 Captain, Army Promotion Selection Board that recessed on 16 December 1985. The applicant had a sequence number of 1705 with a promotion eligibility date to captain of 1 March 1987. The applicant was told that he could transfer to the Reserve and carry his promotion to captain. The applicant left active duty on 21 March 1986 [sic]. The applicant is asking the Reserves to adjust his captain date of rank. No action is required by this office.

The opinions were forwarded to the applicant for rebuttal on 26 February 2001. In his rebuttal dated 14 March 2001, he states that he can only assume that his PED to captain is correct. The date he left active duty was 21 April 1986 not 21 March 1986. He further states that prior to leaving active duty he took expert advice from the Officer in Charge and feels this is an injustice and that he was misled. His peers are at least 2 years ahead of him in rank because he believed and trusted he was receiving accurate guidance.

ABCMR Memorandum of Consideration (cont) AR2000046700

DISCUSSION: Considering all the evidence, allegations, and information presented by the applicant, together with the evidence of record, applicable law and regulations, and advisory opinion(s), it is concluded:

1. In view of the circumstances in this case, the applicant is not entitled to adjustment to his date of ranks for captain to 22 April 1986 and major to 22 April 1993, with entitlement to all back pay. The evidence shows he has been properly considered for promotion. He has not shown error, injustice, or inequity for the relief he now requests.

2. The Board notes his contentions that he was misinformed that his promotion while on active duty would transfer with him to the Reserve which has affected his captain and major dates of rank and eligibility for promotion consideration to LTC under 1999 criteria. However, the applicant was selected for promotion to captain while on active duty. Prior to this promotion becoming effective he transferred to the USAR. Had the applicant stayed on active duty he would have been promoted to captain with a date of rank of 1 March 1987 and not 2 April 1986. The Board further notes that the applicant's date of rank was correctly adjusted to 22 April 1986, the date after his transfer to the Reserve.

3. It is also noted that based on his adjusted date of rank and meeting the required time in grade requirements for promotion to major, the applicant was given an appropriate date of rank for major. It is further noted that based on his date of rank for major he is not eligible for promotion consideration to LTC under 1999 criteria.

4. The applicable regulation does not provide transferring of active duty promotion status with an individual upon transfer to the Reserve prior to 1 October 1996.

5. In order to justify correction of a military record the applicant must show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the record is in error or unjust. The applicant has failed to submit evidence that would satisfy this requirement.

6. In view of the foregoing, there is no basis for granting the applicant's request.

ABCMR Memorandum of Consideration (cont) AR2000046700

DETERMINATION: The applicant has failed to submit sufficient relevant evidence to demonstrate the existence of probable error or injustice.

BOARD VOTE:

________ ________ ________ GRANT

________ ________ ________ GRANT FORMAL HEARING

A SW ________ DENY APPLICATION

Stephanie Thompson
for Carl W. S. Chun
Director, Army Board for Correction
of Military Records

10

DEPARTMENT OF THE ARMY
NORTH CENTRAL INFORMATION OPERATIONS COORDINATION CENTER
9225 PEEBLES ROAD
ALLISON PARK, PA 15101-1926

REPLY TO
ATTENTION OF

14 Mar 2001

Rick A. Schweigert
DA Review Boards Agency
1941 Jefferson Davis Highway 2nd floor
Arlington, VA 22202-4508

Dear Mr Schweigert:

I've read the opinion of the Promotions Branch and have made one assumption, a correction, and a few comments. I can only assume that my promotion eligibility date to captain is correct. The date I left active duty was 21 April 1986 not 21 March 1986.

I would like to explain that I left active duty prior to my promotion eligibility date due to guidance I took as expert advice from the Officer In Charge (OIC) of the Personnel Support Company (PSC) in Germany. I specifically asked the OIC if I would be better off staying on active duty for another few months to be promoted to captain. He stated it didn't matter. Once my sequence number was announced I would be promoted regardless of active duty or reserve status. It was this assurance that I would be promoted to captain with my peers that I made the decision to leave active federal service and join the Reserves to pursue an Active Guard Reserve (AGR) career concentrating in the computer field. I presently have in excess of 16 years of active federal service and plan on retiring in the next four years.

I had no knowledge of recourse until several months ago while describing my situation to a retiree at church. He told me that I could address my situation to the ABCMR.

I feel this is an injustice and that I was misled. My peers are at least 2 years ahead of me in rank because I believed and trusted that the PSC OIC was giving me accurate guidance and made my decision on that guidance. This decision is impacting me on the types of assignments I am eligible for, the types of schooling I can take, my true peer group is two years ahead of me and I'm reminded of my decision every time I see one of my true peer group, and ultimately financially. The financial hardships started when I was expecting and relying on making Captains pay 14 years ago and still impacts me today when I'm making $651.00/month less than my peers on base pay alone (difference between MAJ and LTC pay). My superiors had enough faith and confidence in my abilities that I worked in a LTC slot for the last few years.

In essence, I am requesting that my Date of Rank to CPT and MAJ be adjusted, and be considered for promotion to LTC by a special board.

POC is the undersigned at (412) 364-5449/5444.

Respectfully,

DANIEL C. INGHAM
MAJ, AG
I/O Planner

11

A

DEPARTMENT OF THE ARMY
REVIEW BOARDS AGENCY
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

February 26, 2001

REPLY TO
ATTENTION OF

SFMR-RBR-ST/pmp
INGHAM, DANIEL C.
[redacted]

MAJ Daniel C. Ingham
[redacted]

Dear Major Ingham:

This is in reference to your application for correction of military records, dated August 23, 2000.

The enclosed staff advisory opinion is furnished for your information and possible rebuttal, prior to the Board's consideration of your case.

If you choose to submit a rebuttal to this opinion, it should be received in this office within 10 days of the date of this letter. If you choose not to reply, your application will be processed and you will be advised of the final determination.

Sincerely,

Rick A. Schweigert
Chief, Screening Team (703) 607-0878

Enclosure

Fax # (703) 607-2054

Printed on Recycled Paper

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA

REPLY TO
ATTENTION OF

Item ID:...........59090
Name:..............Ingham, Daniel C.
SSN:...............[redacted]
MSN:...............
Doc Type:..........Opin
Receipt Date /Time.02/23/2001/11:23:37 AM
Edited By..........HAMILA

TAPC-MSP-S (15-185

15 FEB 2001

MEMORANDUM FOR OSA, ABCMR, DA Review Board Agency, Room 212, 1941 Jefferson Davis Highway, Arlington, VA 22202-4508

SUBJECT: Review of ABCMR Application - Ingham, Daniel C., 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

1. The applicant requests that his captain date of rank be adjusted to 22 April 1986 and his major date of rank adjusted to 22 April 1993.

2. The applicant was considered and selected for promotion to captain by the FY85 Captain, Army Promotion Selection Board that recessed on 16 December 1985. The applicant had a sequence number of 1705 with a promotion eligibility date to captain of 1 March 1987. The applicant was told that he could transfer to the Reserve and carry his promotion to captain. The applicant left active duty on 21 March 1986. The applicant left active duty before his promotion eligibility date. The applicant is asking the Reserves to adjust his captain date of rank.

3. No action is required by this office.

4. Point of contact is Mrs. Carroll, Promotions Branch (703) 325-9216.

FOR THE COMMANDER:

Encl

KEVIN P. LOGAN
Lieutenant Colonel
Chief, Promotions Branch

Printed on Recycled Paper