13

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*
INGHAM, DANIEL CURTIS

**2. DEPARTMENT, COMPONENT AND BRANCH**
ARMY/USAR/AG

**3. SOCIAL SECURITY NO.**
[redacted]

**4.a GRADE, RATE, OR RANK**
LTC

**4.b PAY GRADE**
O5

**5. DATE OF BIRTH** *(YYYYMMDD)*
[redacted]

**6. RESERVE OBLIG. TERM. DATE**
Year 0000 Month 00 Day 00

**7.a PLACE OF ENTRY INTO ACTIVE DUTY**
DELAND, FL

**7.b HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*
DELAND, FL 32720

**8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
99 REGIONAL READINESS COMMAND AR

**8.b STATION WHERE SEPARATED**
FORT GEORGE G. MEADE, MD 20755-5073

**9. COMMAND TO WHICH TRANSFERRED**
USAR CON GP (RET) AR-PERSCOM, 9700 PAGE BLVD, ST LOUIS, MO 63132

**10. SGLI COVERAGE** None ☐
Amount: $ 250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
42A 00 AG GENERAL--21 YRS-3 MOS//53A 00 SYS AUTO MANAGEMENT--20 YRS-11 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1984 | 11 | 28 |
| b. Separation Date This Period | 2005 | 01 | 31 |
| c. Net Active Service This Period | 0020 | 02 | 03 |
| d. Total Prior Active Service | 0003 | 06 | 02 |
| e. Total Prior Inactive Service | 0002 | 03 | 00 |
| f. Foreign Service | 0000 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 2003 | 01 | 13 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
MERITORIOUS SERVICE MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (4TH AWARD)//ARMY ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMED FORCES RESERVE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY LAPEL BUTTON //NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks and month and year completed)*
COMMAND GENERAL STAFF COLLEGE, 1999//CAS3, 1993//AG OFFICER ADVANCED COURSE, 1991//SYSTEMS AUTOMATION, 1983//AG OFFICER BASIC COURSE, 1983//AIRBORNE COURSE, 1983//ARMY MANAGEMENT PROFRAM COURSE, 2002//NOTHING FOLLOWS

**15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM** Yes ☐ No X

**15.b HIGH SCHOOL GRADUATE OR EQUIVALENT** Yes X No ☐

**16. DAYS ACCRUED LEAVE PAID**
0

**17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** Yes X No

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//U. S. FLAG ISSUED.//NOTHING FOLLOWS

**19.a MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*
3105 ROBINSON RUN ROAD
MCDONALD, PA 15057

**19.b NEAREST RELATIVE** *(Name and address - include Zip Code)*
INGHAM LINDA L
3105 ROBINSON RUN ROAD
MCDONALD, PA 15057

**20. MEMBER REQUESTS COPY 6 BE SENT TO** PA **DIR OF VET AFFAIRS** X Yes ☐ No

**21. SIGNATURE OF MEMBER BEING SEPARATED**

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
AMANDA D. CORNELIUS, SFC, NCOIC, PERS PROC BR

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**
RETIREMENT

**24. CHARACTER OF SERVICE** *(Include upgrades)*
HONORABLE

**25. SEPARATION AUTHORITY**
AR 600-8-24, PARA 6-14C(1) OR (2) OR D OR E

**26. SEPARATION CODE**
RBD

**27. REENTRY CODE**
NA

**28. NARRATIVE REASON FOR SEPARATION**
SUFFICIENT SERVICE FOR RETIREMENT

**29. DATES OF TIME LOST DURING THIS PERIOD**
NONE

**30. MEMBER REQUESTS COPY 4**
Initials

DD Form 214-AUTOMATED, NOV 88 *Previous editions are obsolete.* SERVICE - 00103

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PAP-0551
ORDERS P-09-490166

20 September 2004

INGHAM, DANIEL C., [redacted] LTC, U.S. Army Human Resources Command, St. Louis, MO 63132-5200, atch to 99TH RRC (W8BZA1) Coraopolis, PA 15108 w/dy SAME

You are released from active service, released from assignment and duty, and on the date following, placed on the retired list. On the date placed on the retired list, you are transferred to the Retired Reserve and assigned to the U.S. Army Reserve Control Group (Retired), U.S. Army Human Resources Command, St Louis, MO 63132-5200.

Effective date: 31 January 2005
Retirement grade/Date of rank: MAJ DOR: 20 April 1996
Date placed on retired list: 1 February 2005
DOB: 6 September 1960
Sex: Male
Citizenship code: A
Retirement type and allotment code: Non-disability code 3
Component: USAR
Statute authorizing retirement: 3911
Other eligible laws: 1370
Total active federal service: 20 years 02 months 03 days
Section 1405: 20 years 04 months 20 days
Basic pay: 22 years 04 months 21 days
Completed over 4 years of active service as Enl or WO: NO
Member of the armed forces on 24 Sep 75: NO
Additional instructions:

(a) You are authorized up to one year to complete selection of a home and complete travel in connection with this action.
(b) Soldiers with 8 years or more of continuous active duty service on the date of retirement, are authorized movement of dependents and HHG to home of selection per JFTR U5130-A1b.
(c) Contact the Retirement Services Officer 30 days prior to the report date.
(d) Retirement physical is now mandatory and must be scheduled sufficiently in advance to assure completion prior to retirement date.
(e) You are not authorized separation pay per 10 USC 1174.
(f) Upon completion of transition processing, MPRJ minus final transition documentation will be given to the soldier.

ORDERS P-09-490166, U.S. Army Human Resources Command, dated 20 Sep 04

FOR ARMY USE
Ret list: AUS
Total active federal commissioned service date: 22 April 1983
Authorized place of retirement: Fort Meade, MD
Requested place of retirement: Fort Meade, MD
Date initially entered military service: 10 September 1982
18 years active federal svc on 1 Nov 81: NO
HOR: Deland, FL
Place EAD: Deland, FL
Accounting classification: 2142070 23-6100 P2H1104.000 (1198-1199-1210-1250-21P3-21P4-22NL-22NZ-2578-2579) PRAG S99999 2152070 23-6100 P2H1104.000 (1198-1199-1210-1250-21P3-21P4-22NL-22NZ-2578-2579) PRAG S99999

Gr HHG wt alw auth: LTC
FORMAT: 682

**************
*    AHRC    *
*  OFFICIAL  *
**************

DEBRA A. COOK
COL, MS
Commanding

DISTRIBUTION: F2
1-Commander, U.S. ARMY HUMAN RESOURCES COMMAND, ATTN: AHRC-RMB-C, 1 Reserve Way, St Louis, MO 63132-5200
1-Commander, U.S. ARMY HUMAN RESOURCES COMMAND, ATTN: AHRC-ARO, 1 Reserve Way, St Louis, MO 63132-5200
1-Cdr, 99TH RRC, 99 Soldiers Lane, Coraopolis, PA 15108
1-Cdr, 99TH RRC, ATTN: DCSPER, 99 Soldiers Lane, Coraopolis, PA 15108
1-Defense Finance & Accounting Svc, US Military Retirement Pay, PO Box 7130, London, KY 40742-7130
1-Cdr, US Army Transition Point, ATTN: ANME-PER-PTC, 2234 Huber Rd, Ft George G. Meade, MD 20755
1-FAO, Ft George G. Meade, MD 20755
2-LTC DANIEL C. INGHAM, 3105 Robinson Run Road, McDonald, PA 15057-2597
1-File

# OFFICER RECORD BRIEF (DA Pam 600-8)

| CON NO 0561 | BRIEF DATE 04/06/23 | LTC 20030113 | BASIC/CON BR AG<br>BR DTL EXPIRES | COMPONENT USAR | SSN [redacted] | NAME INGHAM DANIEL CURTIS |
|---|---|---|---|---|---|---|

## SECTION I - ASSIGNMENT INFORMATION

OVERSEAS DUTY

| YR MO RTN | COUNTRY | MONTHS | TCS | NUMBER OF OS TOURS SHORT | LONG |
|---|---|---|---|---|---|
| 8604 | GE | | | | |

DROS | DEROS

CONUS DEPARTURE DATE

DATE DEPENDENTS ARRIVED OS

SPECIALTY/MOS DATA

42A00

ADDITIONAL SSI MOS

ASI DATA

SPECIALITIES 53A

PREV DESIGNATED SPEC 1

PREV DESIGNATED SPEC 2

CONTROL SPECIALTY 53A

PROJECTED SPECIALTY 53A

FAO GEOG AREA

AVIATOR/GUNNERY QUALIFICATIONS

ASED

TOFDC AS OF

| PILOT STATUS | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL |
|---|---|---|---|---|---|---|---|---|
| INST CERT | | | | | | | | |
| S/T COURSES | | | | | | | | |
| RATING DATE | | | | | | | | |

GUNNERY SYSTEMS

## SECTION II - SECURITY DATA

SCTY CLEARANCE TS W/SENS COMP INFO

COMPL DATE OF SCTY INVES 20020315

TYPE/COMD OF SCTY INVES SSBI

## SECTION V - FOREIGN LANGUAGE

| LANGUAGE | READ | LISTEN |
|---|---|---|
| | | |

DLAT

## SECTION VI - MILITARY EDUCATION

MEL B 1

| COURSE | YEAR |
|---|---|
| CGSC | 1999 |
| CAS3 | 1993 |
| AG OAC | 1991 |
| AIRBORNE | 1983 |
| SYSTEMS AUTOMATION | 1983 |
| AG OBC | 1983 |

## SECTION III - SERVICE DATA

| PEBD | CURRENT PPN | EAD CURRENT TOUR |
|---|---|---|
| 19820910 | | 19880612 |

| BASIC DATE OF APT | BASIC YR GP | SOURCE OF ORIG APT |
|---|---|---|
| 19830422 | | OCS-AOCS-OTS |

| MONTHS DAYS AFCS | MO AFS | TYPE OF ORIG APT |
|---|---|---|
| | 235 | |

CURR SVC AGRMT/EXPR DATE | DATE OF PROJ/MAND RET 20110430

| | 2LT-WO1 | 1LT-CW2 | CPT-CW3 | MAJ-CW4 |
|---|---|---|---|---|
| TDOR | 19830422 | 19841022 | 19890421 | |
| PDOR | 19830422 | 19841022 | 19890421 | 19960420 |

| | LTC | COL | BG | MG |
|---|---|---|---|---|
| TDOR | | | | |
| PDOR | 20030113 | | | |
| TDOR | LTG | | GEN | |

## SECTION VII - CIVILIAN EDUCATION

CEL

INSTITUTION LINDENWOOD COLLEGE,MO

DISCIPLINE BUSINESS DEG MBA YR 1990

INSTITUTION STETSON UNIVERSITY,FL

DISCIPLINE COMMERCE MARKETIN DEG BBA YR

INSTITUTION

DISCIPLINE DEG YR

## SECTION VIII - AWARDS AND DECORATIONS

| | | | |
|---|---|---|---|
| MSM | 2 | ARMY-SVC-RBN | 1 |
| ARCM | 4 | OS-SVC-RBN | 1 |
| AAM | 1 | | |
| ARMED-FCS-RES-MDL | 1 | | |
| NATL-DEF-SVC-MDL | 2 | | |
| GWOTSM | 1 | | |

## SECTION IV - PERSONAL/FAMILY DATA

| DATE OF BIRTH | BIRTHPLACE |
|---|---|
| [redacted] | FL |

| COUNTRY OF CIT | SEX/RACE |
|---|---|
| US | M C |

NO. DEPENDENT ADULTS/CHILDRENS 1/3 | RELIGION PROT-NO-DENOM

MARITAL STATUS MARRIED | SPOUSE BIRTHPLACE/CIT NH US US

PULHES/DATE 212111 19990326 | HEIGHT/WEIGHT 69 / 144

HOME OF RECORD AT EAD FL

MAILING ADDRESS

3105 ROBINSON RUN ROAD
MCDONALD
PA 150572597

## SECTION X - REMARKS

HOME PHONE:
DUTY PHONE:
EMAIL1: daniel.ingham@us.army.mil
EMAIL2: inghamda@usarc-emh2.army.mil
DATE LAST PHOTO: 20020701
BASD(Off): 19841128
WBASD(WO):
RRD: 20070831
DA1506 Concur: Y

## SECTION IX - ASSIGNMENT HISTORY

DATE OF AVAILABLITY | DATE OF LAST PCS 20000906 | DATE OF LAST OER 20031130 | ORG ZIP CODE 15108

| ASGT | FROM DATE | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS |
|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | |
| CURRENT | 030212 | | 8BZA | 99TH REGIONAL SUPPORT | CORAOPOLIS | PA | 0099 | CHIEF | 53A00 |
| 1ST PREV | 021216 | | 8BZA | 99TH REGIONAL SUPPORT | CORAOPOLIS | PA | 0099 | CHIEF | 24A00 |
| 2ND PREV | 010215 | | 8MBD | N CENTRAL ELMNT USAR | ALLISON PARK | PA | 0099 | IO PLANNER | 01A00 |
| 3RD PREV | 000906 | | 8MBD | N CENTRAL ELMNT USAR | ALLISON PARK | PA | 0099 | IO PLANNER | 01A |
| 4TH PREV | 980428 | 0 | 496A | US ARMY RESERVE | FT MCPHERSON | GA | RCMD | DEP DIR NETWORK SVCS | 53A00 |
| 5TH PREV | 961116 | 17 | 47A | US ARMY RESERVE | ATLANTA | GA | RCMD | CHIEF NETWORK CONTROL | 53C00 |
| 6TH PREV | 951116 | 12 | 496A | US ARMY RESERVE | ATLANTA | GA | RCMD | SYSTEM ENGINEER | 53C00 |
| 7TH PREV | 910919 | 41 | 0095 | DIVISION (TRAINING) | OKLAHOMA CITY | OK | WVSX | AUTOMATION OFFICER | 53A |
| 8TH PREV | 880601 | 0 | | ARPERCEN | ST LOUIS | MO | | ADP PROJ OFF | 53A |
| 9TH PREV | 861101 | 0 | | 167 SPT GP | MANCHESTER | NH | | S1 | 42A |
| 10TH PREV | 850301 | 0 | | HHC 2ND SUPCOM | NELLINGEN | GE | | CHIEF, SYSTEMS & TNG ANAL | 53A |
| 11TH PREV | 840301 | 0 | | HHC 2 SUPCOM | NELLINGEN | GE | | SYSTEMS ANAL | 53A |
| 12TH PREV | 831101 | 0 | | HHC 7 SUP GP | LUDWIGSBURG | GE | | ASST ADJ | 42A |
| 13TH PREV | | | | | | | | | |
| 14TH PREV | | | | | | | | | |
| 15TH PREV | | | | | | | | | |
| 16TH PREV | | | | | | | | | |
| 17TH PREV | | | | | | | | | |
| 18TH PREV | | | | | | | | | |

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

# STATEMENT OF SERVICE - FOR COMPUTATION OF LENGTH OF SERVICE FOR PAY PURPOSES

For use of this form, see AR 37-104-3; the proponent agency is ASA(FM)

## PRIVACY ACT STATEMENT

**Authority:** 37 USC, Section 1006; Executive Order 9397.

**Purpose:** This form is used to document a member's request for verification of military service. It is also used to adjust a soldier's Other Entry Pay Effective Date (OPED) and Basic Pay Entry Effective Date (BPED) which will affect the rate and period of basic pay entitlement.

**Routine Uses:** Information collected on this form becomes part of the Joint Uniform Military Pay System (JUMPS) and is subject to all of the routine disclosures made by that system. Routine recipients of JUMPS disclosures include, but are not limited to the Red Cross and State and local governments for tax and welfare purposes.

**Disclosure:** Voluntary; however, nondisclosure may result in nonverification of service. Disclosure of your social security number (SSN) is voluntary; however, this form will not be processed without your SSN because it is used to identify you for pay purposes.

1. LAST NAME, FIRST NAME, MIDDLE INITIAL
INGHAM DANIEL CURTIS

2. SSN
[redacted]

3. COMPLETE MAILING ADDRESS (Unit Personnel Officer, if member on AD)(Unit Commander if member of ACDUTRA)
Commander, AR-PERSCOM
ATTN: ARPC-ARO
1 Reserve Way
St Louis, MO 63132-5200

*I have held a commission, appointment as commissioned warrant officer, flight officer, or Army field clerk, or have been enlisted as a member of the respective service(s) shown below for the inclusive period indicated. All National Guard service claimed hereon was federally recognized. I was not in the Inactive National Guard. All officers' training camp service was in the capacity of an enlisted person and all initial appointments are shown from the date of acceptance.*

| 4. SERVICE (Army, Air Force, Navy, etc) | 5. CHECK | | | 6. FROM | | | 7. TO | | | 8. Time Lost (Days) | 9. COMPUTATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ENL | WO | COM | YR. | MO. | DAYS | YR. | MO. | DAYS | | YR. | MO. | DAYS |
| DEP | X | | | 1982 | 09 | 10 | 1982 | 10 | 19 | 0 | 0 | 01 | 10 |
| RA | X | | | 1982 | 10 | 20 | 1983 | 04 | 21 | 0 | 00 | 06 | 02 |
| USAR ON AD | | | X | 1983 | 04 | 22 | 1986 | 04 | 21 | 0 | 03 | 00 | 00 |
| USAR NOT ON AD (REINF) | | | X | 1986 | 04 | 22 | 1986 | 11 | 27 | 0 | 00 | 07 | 06 |
| USAR NOT ON AD (TPU) | | | X | 1986 | 11 | 28 | 1988 | 06 | 11 | 0 | 01 | 06 | 14 |
| USAR ON AD (AGR) | | | X | 1988 | 06 | 12 | 2003 | 10 | 15 | 0 | 15 | 04 | 04 |
| | | | | | | | | | | | | | |
| PEBD: 1982/09/10 | | AT/ | ADT: | 0 yrs | 0 mos | 12 dys | | | | | | | |
| BASD: 1984/11/28 | | | | Total Years Active Federal Service → | | | | | | | 18 | 10 | 18 |
| | | | | 10. Total creditable service (years) → | | | | | | | 21 | 01 | 06 |

11a. SIGNATURE OF MEMBER
Daniel C. Ingham

11b. DATE
16 Oct 03

FOR USE BY THE ADJUTANT GENERAL (When statement above is incorrect, correct service will be entered.)

| 12. SERVICE (Army, Air Force, Navy, etc.) | 13. CHECK | | | 14. FROM | | | 15. TO | | | 16. Time Lost (Days) | 17. COMPUTATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ENL | WO | COM | YR. | MO. | DAYS | YR. | MO. | DAYS | | YR. | MO. | DAYS |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1. I DO CONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION.

Daniel Ingham (SIGNATURE) 17 Oct 03 (DATE)

2. I NONCONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION, ATTACHED IS COPY OF MY SUPPORTING DOCUMENTATION TO ADJUST PEBD/BASD.

(SIGNATURE) (DATE)

18. Total service creditable for basic pay (years) →

19a. AUTHENTICATION
ANTREMEL SMITH, SGT, RECORDS NCO ARADMD

19b. DATE
October 15, 2003

DA FORM 1506, AUG 87 Pg. 1 of 1 EDITION OF MAY 85 IS OBSOLETE CFP V1.0

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS MO 63132-5200

ARPC-ARO

01 OCT 2003

MEMORANDUM FOR LTC Daniel C. Ingham, [redacted]

SUBJECT: 2003 Active Federal Service (AFS) Extension Board

1. Reference AR 600-8-24, Officer Transfers and Discharges, paragraph 6-18, 3 February 2003.

2. The Chief, Army Reserve approved the 2003 AFS Extension Board results. The board recommended you to remain on active duty (AD) in the U.S. Army Reserve Active Guard Reserve (AGR) Program. Your new Retire or Removal Date (RRD) is 31 August 2007.

3. The following information is pertinent to this extension:

a. Lieutenant Colonels are extended in their current grade only. A LTC selected and approved for promotion to COL will receive a revised RRD based on the needs and limitations for that grade.

b. You are subject to a Permanent Change of Station (PCS) based on the needs of the Army.

c. If a PCS is directed, you may request retirement (if eligible) in lieu of PCS:

(1) Election of "retirement in lieu of PCS" must be made within 30 days of alert to a PCS assignment per reference above.

(2) Retirement in lieu of PCS is voluntary; therefore, an officer in the grade of LTC who requests this option, but who has not served on AD in the higher grade for 36 months will be retired at the next lower grade. The 36-month service requirement applies to the retirement of a LTC or above anytime prior to the termination date of the officer's AFS extension. Officers below the grade of LTC must have served satisfactorily in grade for six months. The required time in grade for warrant officers is 31 days.

4. Your records will be updated. A copy of this memorandum will be filed in your Official Military Personnel File. No further action is required of you at this time.

ARPC-ARO
SUBJECT: 2003 Active Federal Service (AFS) Extension Board

5. Active Federal Service extension approvals are made to enhance and ensure a viable military force; however, extensions are subject to curtailment by the Secretary of the Army due to unsatisfactory performance, misconduct, or required force reduction.

6. For additional information, contact your Personnel Management Officer, MAJ Walsh at 1-800-325-4118, extension 0608 or e-mail: theresa.walsh@arpstl.army.mil.

FOR THE COMMANDER:

Norma J. Nixon

NORMA J. NIXON
COL, AG
Director, Full Time Support
Management Directorate

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS, MISSOURI 63132-5200

REPLY TO
ATTENTION OF

TAPC-MSL-N (135-155)

4 FEB 2003

MEMORANDUM FOR

COMMANDER
99TH REGIONAL SUPPORT COMMAND
99 SOLDIERS LANE
CORAOPOLIS PA 15108

A - 13 JAN 2003
B - NONE

FOR INGHAM, DANIEL C. LTC
[redacted] AG USAR

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status under Provision of Title 10, USC Chapter 1405

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank, shown after B above. If there is no date shown after B the date of rank will be established from the effective date of this promotion. No acceptance or oath of office required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, Chapter 1405 on the date shown after A above.

BY ORDER OF THE SECRETARY OF THE ARMY:

GERALD T. MAYER
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) OFFICER CONCERNED
(1) OMPF
(1) ARPC-ARO

PRIVACY ACT STATEMENT

**Authority:** 37 USC, Section 1006, Executive Orde.. .397.

**Purpose:** This form is used to document a member's request for verification of military service. It is also used to adjust a soldier's Other Entry Pay Effective Date (OPED) and Basic Pay Entry Effective Date (BPED) which will affect the rate and period of basic pay entitlement.

**Routine Uses:** Information collected on this form becomes part of the Joint Uniform Military Pay System *(JUMPS)* and is subject to all of the routine disclosures made by that system Routine recipients of JUMPS disclosures include, but are not limited to the Red Cross and State and local governments for tax and welfare purposes.

**Disclosure:** Voluntary; however, nondisclosure may result in nonverification of service. Disclosure of your social security number (SSN) is voluntary, however, this form will not be processed without your SSN because it is used to identify you for pay purposes.

1 LAST NAME, FIRST NAME, MIDDLE INITIAL

INGHAM DANIEL CURTIS

2. SSN

[redacted]

3. COMPLETE MAILING ADDRESS *(Unit Personnel Officer, if member on AD)(Unit Commander if member of ACDUTRA)*

Commander, AR-PERSCOM
ATTN: ARPC-ARO
1 Reserve Way
St. Louis, MO 63132-5200

*I have held a commission: appointment as commissioned warrant officer, flight officer, or Army field clerk, or have been enlisted as a member of the respective service(s) shown below for the inclusive period indicated. All National Guard service claimed hereon was federally recognized: it was not in the inactive National Guard: all officers' training camp service was in the capacity of an enlisted person and all initial appointments are shown from the date of acceptance.*

| 4 SERVICE (Army, Air Force, Navy, etc.) | 5. CHECK | | | 6. FROM | | | 7. TO | | | 8. Time Lost (Days) | 9 COMPUTATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ENL | WO | COM | YR. | MO. | DAYS | YR. | MO. | DAYS | | YR. | MO. | DAYS |
| DEP | X | | | 1982 | 09 | 10 | 1982 | 10 | 19 | 0 | 0 | 1 | 10 |
| RA | X | | | 1982 | 10 | 20 | 1983 | 04 | 21 | 0 | 0 | 6 | 2 |
| USAR ON AD | | | X | 1983 | 04 | 22 | 1986 | 04 | 21 | 0 | 3 | 0 | 0 |
| USAR NOT ON AD (REINF) | | | X | 1986 | 04 | 22 | 1986 | 11 | 27 | 0 | 0 | 7 | 6 |
| USAR NOT ON AD (TPU) | | | X | 1986 | 11 | 28 | 1988 | 06 | 11 | 0 | 1 | 6 | 14 |
| USAR ON AD (AGR) | | | X | 1988 | 06 | 12 | 2001 | 10 | 19 | 0 | 13 | 4 | 8 |
| | | | | | | | | | | | | | |
| PEBD: 1982/09/10 | | AT/ | ADT: | 0 yrs | 0 mos | 12 dys | | | | | | | |
| BASD: 1984/11/28 | | | | Total Years Active Federal Service → | | | | | | | 16 | 10 | 22 |
| | | | | 10. Total creditable service (years) → | | | | | | | 19 | 1 | 10 |

11a. SIGNATURE OF MEMBER

11b. DATE 8 July 02

FOR USE BY THE ADJUTANT GENERAL (When statement above is incorrect, correct service will be entered.)

| 12 SERVICE (Army, Air Force, Navy etc.) | 13. CHECK | | | 14. FROM | | | 15. TO | | | 16. Time Lost (Days) | 17. COMPUTATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ENL | WO | COM | YR. | MO. | DAYS | YR. | MO. | DAYS | | YR. | MO. | DAYS |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1 I DO CONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION.

(SIGNATURE) (DATE) 8 July 02

2 I NONCONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION. ATTACHED IS COPY OF MY SUPPORTING DOCUMENTATION TO ADJUST PEBD/BASD

(SIGNATURE) (DATE)

18. Total service creditable for basic pay (years) →

19a. AUTHENTICATION

ARCELIA M. MOORE, CW4, MPT

19b. DATE

October 19, 2001

DA FORM 1506, AUG 87 Pg. 1 of 1 EDITION OF MAY 85 IS OBSOLETE CFP V1.0

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MISSOURI 63132-5200

[redacted]

REPLY TO
ATTENTION OF

Officer Management Division

23 AUG 00

MAJ INGHAM
[redacted]

Dear MAJ INGHAM:

Per Army Regulation 600-8-22, 25 FEB 95, Military Awards. The United States Army Reserve Personnel Command awards you the Armed Forces Reserve Medal (1ST AWARD) for the period 1983-04-22 - 1993-09-09 based on completion of 10 years qualifying service in a 12-year period. The Full Time Support Management Directorate verified this from your Official Military Personnel File.

The Officer Management Division's records team will post this memorandum in your Military Personnel Records Jacket, and section VII of your Officer Record Brief, Department of the Army Form 4037, will be updated to reflect this award.

Sincerely,

BETTY A. KNIGHT
LTC, TC
Chief, Officer Management
Division

Copies Furnished:

Individual concerned
AR-PERSCOM ARPC-CIS-P
Personnel Management Officer

*"Taking e-Care of Soldiers"*

MB

# DEPARTMENT OF THE ARMY

U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS MO 63132-5200

REPLY TO
ATTENTION OF

TAPC-MSL-N 17 APR 96

MEMORANDUM THRU

COMMANDER
USARC
ATTN: AFRC-PRP-F
3800 N CAMP CREEK PKWY SW
ATLANTA GA 30331-5009

A- 20 APR 96
B- NONE

FOR INGHAM, DANIEL C. MAJ
[redacted] AG USAR

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B the date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

JAMES E. TRIMBLE
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) Officer Concerned
(1) OMPF
(1) ARPC-ARO

TAPC-SL-FL 2081, Mar 95 (Prior editions are obsolete.)

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL AGENCY
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF
DAPC-MSL-N

31 MAR 89

SUBJECT: Promotion as a Reserve Commissioned Officer of the Army in Active Guard/Reserve Status Under Provision of Title 10, Section 3380

THRU COMMANDER
US ARMY INFORMATION STSTEMS COMMAND
9700 PAGE BLVD
ST LOUIS MO 63132-5200

A- 21 APR 89
B- NONE

TO INGHAM, DANIEL C. CPT
[redacted] AG - USAR

1. By direction of the President, the officer named above is promoted as a Reserve commissioned officer of the Army effective on the date shown after A above.

2. Time in grade will be computed from the date of rank shown after B above. If there is no date shown after B then date of rank will be established from the effective date of this promotion. No acceptance or oath of office is required.

3. Officer is assigned to a position equal to or higher than the grade shown above IAW Title 10 USC, 3380 on the date shown after A.

BY ORDER OF THE SECRETARY OF THE ARMY:

DANIEL B. COOLEY
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION FL 2081
(2) OFFICER CONCERNED
(1) OMPF
(1) DARP-ARO

UNITED STATES ARMY

THE CHIEF OF STAFF

25 April 1994

MEMORANDUM THRU CHIEF, ARMY RESERVE, 2400 ARMY PENTAGON, WASHINGTON, DC 20310-2400

FOR CAPTAIN DANIEL C. INGHAM, [redacted] HEADQUARTERS AND HEADQUARTERS COMPANY, 95TH DIVISION (TRAINING), OKLAHOMA CITY, OKLAHOMA 73150-9704

SUBJECT: Memorandum of Commendation - General Douglas MacArthur Leadership Award 1993

1. Congratulations on your selection as a recipient of the General Douglas MacArthur Leadership Award for 1993. It is a distinct honor to receive an award that bears the name of General Douglas MacArthur, a great captain of military history and an inspiration to all of us in uniform.

2. We bear the responsibility of ensuring that the legacy of excellence handed down to us by leaders such as General MacArthur is in turn passed on to future generations untarnished. I believe that this award, recognizing excellence as it does, will help in achieving that end.

3. Again, congratulations for your achievement and I challenge you to continue to excel. A copy of this memorandum will be placed into your Official Military Personnel File.

GORDON R. SULLIVAN
General, United States Army
Chief of Staff

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



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

CAPTAIN DANIEL C. INGHAM

HEADQUARTERS, 95TH DIVISION(IT)

FOR

MERITORIOUS SERVICE WHILE ASSIGNED AS THE AUTOMATION OFFICER FOR THE DEPUTY CHIEF OF STAFF, INFORMATION MANAGEMENT. YOUR PROFESSIONALISM, KNOWLEDGE, AND INGENUTIY HAS BROUGHT GREAT CREDIT UPON YOURSELF, THE 95TH DIVISION(INSTITUTIONAL TRAINING), AND THE UNITED STATES ARMY RESERVES.

FROM: 20 OCTOBER 1991 TO: 15 NOVEMBER 1995

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 29TH DAY OF OCTOBER 1995

PERMANENT ORDER# 302-2
HQ, 95TH DIVISION(IT)
OKLAHOMA CITY, OKLAHOMA

BILLY F. JESTER
MAJOR GENERAL, USAR
COMMANDING GENERAL

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

W47 RCMD 5

NOV 2 9 1995

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 / 04 / 21 | AG | 42A | | 40581 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| USAR CONTROL GROUP (AGR), St Louis, MO 63132-5000, ATCHD HQ, 95th Div (Tng) (WVSX99), Oklahoma City, OK 73150-9704 | 04 PCS C | 5 FC |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 95 / 02 / 25 | 95 / 11 / 15 | 9 | F505 | 1. GIVEN TO OFFICER ☐ 2. FORWARDED TO OFFICER ☒ 951130 | |

q. EXPLANATION OF NONRATED PERIODS

**PART II - AUTHENTICATION** *(Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)*

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| KINSEY, DON F. | [redacted] | Don F Kinsey | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: MAJ, AG, HHC, 95th Division (IT), Administration Service Officer | | | DATE: 16 NOV 95 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| c. NAME OF SENIOR RATER (Last, First, MI): KATZ, GEORGE A. | [redacted] | George A. Katz Jr. | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, GS, HHC, 95th Division (IT), DCofS, IM | | | DATE: 16 NOV 95 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 16 NOV 95 | | | [signature] | 0 |

**PART III - DUTY DESCRIPTION** *(Rater)*

a. PRINCIPAL DUTY TITLE: AUTOMATION OFFICER    b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serves as Automation Officer for the Division and advisor to the command and staff on Automation policy and technical matters. Responsible for designing and implementing training programs. Responsible for maintaining accurate ADPE inventory. Manages approximately700 automation systems (over a nine state region) with peripherals to include maintenance, training, budget, and logistic support. Conducts and evaluates system tests. Performs as analyst, developer, Contracting Officer technical representative, fielding and configuration specialist. Responsible for projecting future automation requirements, obtaining approvals, funding, procuring, fielding, maintaining, and training. Responsible for the management, administration, and growth of the HQ local area network (LAN) and training center. For a command with approximately 4,700 soldiers.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE *(In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| | | | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9510 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2. Strong manager, well respected, strategist, visionary, change agent.
b.7. Daily performance highlighted by energetic personality, positive "can do" attitude, and a deep pride in job accomplishment.
b.10. Understands the dynamics of change management.
b.14. Excellent influencing skills

PERIOD COVERED 950225- 951115

## PART V - PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham identified training deficiencies within the information management (IM) community which led to the development of a training task selection board. As a key member of this team, a performance based curriculum with topics ranging from budget to networking, was developed for IM training. This class is the only one of its kind in the IM field and will be used to train all IM personnel (at approximately 100/yr) within the United States Army Reserve Command (USARC). CPT Ingham developed a United States Army Reserve Forces (USARF) school automation plan, overseeing each step to include coordination with all entities involved, determination of requirements, configuration, approvals and procurement of hardware/software. This pilot program (approximately $1 million) will be closely scrutinized to determine the automation needs for the USARF schools USARC wide (94 schools -potential impact to 35,000 students/yr). CPT Ingham determined that the 95th Division(IT) could realize a savings of approximately $75,000 in the area of training through the use of a tape based training approach to handle the transition from Enable to Microsoft Office with no degradation to the quality of training. CPT Ingham procured in excess of $1.2 million of new automation hardware and software in FY 95. CPT Ingham personally assisted on-site 75% of all the units within the 95th Division(IT). CPT Ingham was a guest speaker at the USARC Center Level Application System (CLAS) workshop with approximately 400 attendees. CPT Ingham was responsible for training approximately 500 soldiers in a variety of different applications at a cost savings of approximately $50,000 using in-house versus contract training.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

CPT Ingham is a self motivator that has unlimited energy, enthusiasm, and a proven track record as a performer. He has unlimited potential to be an asset in any organization. He is a superior performer and should be assigned to positions of increased responsibility. Promote CPT Ingham to MAJ as soon as possible.

## PART VI - INTERMEDIATE RATER

a. COMMENTS

## PART VII - SENIOR RATER

a. POTENTIAL

SR

```
CMC 0512
ERGRES CPT
X   6 INGHAM DANIEL
    0 SSN [redacted]
    0       SR: COL
    0 KATZ GEORGE A
    0 [redacted]
    0 PROC 19960306
    0 SIGN 19951116
    0   RATINGS    6
    0  OFFICERS    6
                 LO
```

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO *(Explain in b)*

b. COMMENTS

The USARF classroom automation initiative is an example of how CPT Ingham's influencing skills can produce major change and transformation within the MUSARC and throughout the USARC involving multidimensional issues. CPT Ingham is in a perpetual state of implementing cost and time saving approaches to business processes as is demonstrated in his training programs. He ensures both the user and management understand and makes use of information technology. The IM training initiative is one example of how CPT Ingham has the ability to get to the root of the problem and implement workable solutions by his openess and candor with customers and management. CPT Ingham looks beyond unit boundaries and takes into account the impact on the Reserves and ultimately the American taxpayer. I have yet to meet such an exemplary officer. Promote to MAJ immediately and send to Command and General Staff College.

USAPPC V2.10