SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

FILE OMPF 5081 PRE

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

1995 03 15 0238

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 / 04 / 21 | AG | 42A | | 40581 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| USAR CONTROL GROUP (AGR), St Louis, MO 63132-5000, ATCHD HQ, 95th Div (Tng) (WVSX99), Oklahoma City, OK 73150-9704 | 05 ANNUAL C | 5 FC |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 94 / 02 / 25 | 95 / 02 / 24 | 12 | FS07 | ☒ 1. GIVEN TO OFFICER<br>☒ 2. FORWARDED TO OFFICER 950310 | |

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| STEWART, PATSY K. | [redacted] | Patsy K Stewart | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: CPT, AG, HHC, 95th Division (Training), Administration Service Officer | | | DATE 950225 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| c. NAME OF SENIOR RATER (Last, First, MI): ZIWESLIN, JAMES E. | [redacted] | SIGNATURE (signed) | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, GS, HHC, 95th Division (Training)DCofS, IM | | | DATE 950226 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 950225 | | | (initialed) | 1 |

## PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE AUTOMATION OFFICER    b. SSI/MOS 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serves as Automation Officer for the Division and advisor to the command and staff on Automation policy and technical matters. Responsible for designing and implementing training programs. Responsible for maintaining accurate ADPE inventory. Manages approximately 350 automation systems (over a four state region) with peripherals to include maintenance, training, budget, and logistic support. Conducts and evaluates system tests. Performs as analyst, developer, Contracting Officer technical representative, fielding and configuration specialist. Responsible for projecting future automation requirements, obtaining approvals, funding, procuring, fielding, maintaining, and training. Responsible for the mngement, administration, and growth of the HQ local area network (LAN). For a command with approximately 2,700 soldiers.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | | Item | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9410 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2. Strong manager, well respected, strategist, visionary, change agent.
a.3. Scored maximum on physical fitness test.
b.7. Daily performance highlighted by energetic personality, positive "can do" attitude, and a deep pride in job accomplishment.
b.10. Understands the dynamics of change management.
b.14. Excellent influencing skills

PERIOD COVERED 940225 - 950224

**PART V - PERFORMANCE AND POTENTIAL EVALUATION** *(Rater)*

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham was selected as a recipient of the General Douglas MacArthur Leadership award. This award is the most prestigious company grade leadership award within the Army. CPT Ingham has provided invaluable visibility to the command for implementing creative ways of accomplishing the mission. He has had the Division in the forefront in no less than three major Army publications and one major USARC workshop. CPT Ingham has trained in excess of 500 soldiers this year at a savings of $50,000 using in-house versus vendor provided training. He has received numerous letters of appreciation from other MUSARC's for providing critical assistance/support for a myriad of IM programs. To date he has assisted approximately 50% (24 MUSARC's) of the USARC's IM sections. CPT Ingham procured in excess of $300,000 of new automation hardware/software. CPT Ingham designed, configured, procured, built, and maintained a local area network (LAN) enabling all staff sections E-mail and access to the corporate database. The 95th Div(IT) is the only MUSARC that has the corporate database equally accesible to all staff sections. CPT Ingham's justification for Videoteleconferencing was used to justify Videoteleconferencing for each of the remaining MUSARC's (approximately 27) . CPT Ingham's unit status report (USR) input was used to assist in changing the USR reporting procedures. CPT Ingham manages a $750,000 budget and supervises 10 soldiers. CPT Ingham is an asset to not only the 95th Division (IT) but the U.S. Army Reserve and ultimately to the American taxpayer.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

CPT Ingham is a self motivator that has unlimited energy, enthusiasm, and a proven track record as a performer. He has unlimited potential to be an asset in any organization. He is a superior performer in positions of increased responsibility. Promote CPT Ingham to MAJ as soon as possible.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL

CMC BB E
ERGRES CPT
X 8 INGHAM DANIEL
4 SSN [redacted]
0 SR: LTC
0 ZIWESLIN JAME
0 [redacted]
0 19950321
0
0 19950226
0 RATED 12

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO *(Explain in b)*

b. COMMENTS

CPT Ingham has a demonstrated track record of influencing major change and transformation within the MUSARC and throughout the USARC involving multidimensional issues. CPT Ingham is in a perpetual state of implementing cost and time saving approaches to business processes. He ensures the user and management understand and makes use of information technology. CPT Ingham has the uncanny nak of getting to the root of the problem and imlementing workable solutions by his openess and candor with customers, vendors, and management. I have yet to meet such an exemplary officer. Promote to MAJ immediately and send to the Command and General Staff College.

USAPPC V2.10

FILE OMPF 5081 PRE

DEPARTMENT OF THE ARMY
HEADQUARTERS, 95TH DIVISION (TRAINING)
5316 SOUTH DOUGLAS BOULEVARD
OKLAHOMA CITY, OKLAHOMA 73150-9704

REPLY TO
ATTENTION OF.

AFRC-TOK-CG (600-20) 25 February 1993

MEMORANDUM FOR ACofS, Information Management, 95th Division (Training), 5316 South Douglas Boulevard, Oklahoma City, OK 73150-9404

SUBJECT: Designation of Staff Supervisory Position

In accordance with para 2-5.b.(2), AR 600-20, CPT Patsy K. Stewart, [redacted], AG, is designated as the full-time staff supervisor for the Information Management Section, 95th Division (Training), 5316 South Douglas Boulevard, Oklahoma City, OK 73150-9704

Billy F. Jester
BILLY F. JESTER
Brigadier General
Commanding

1 - CPT Stewart -
1 - CPT Stewart's
& file in G-1 -
R

Encl 1

MAR 10 1995

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

4-3811, ext 281
(405) 736-1681

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 / 04 / 21 | AG | 42A | | 40581 |

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND: USAR CONTROL GROUP (AGR), St Louis, MO 63132-5000, ATCHD HQ, 95th Div (Tng) (WVSX99), Oklahoma City, OK 73150-9704

j. REASON FOR SUBMISSION: 05 ANNUAL

k. CMD CODE: FC

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE |
|---|---|---|---|
| 93 / 02 / 25 | 94 / 02 / 24 | 12 | FS07 |

o. RATED OFFICER COPY (Check one and date)
1. GIVEN TO OFFICER
[X] 2. FORWARDED TO OFFICER 940310

p. FORWARDING ADDRESS

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First, MI): STEWART, PATSY K. SSN: [redacted] SIGNATURE: Patsy K. Stewart

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: CPT, AG, HHC, 95th Division (Training), Administrative Services Officer, Information Management DATE: 26 Feb 94

b. NAME OF INTERMEDIATE RATER (Last, First, MI) SSN SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT DATE

c. NAME OF SENIOR RATER (Last, First, MI): ZIWESLIN, JAMES E. SSN: [redacted] SIGNATURE: James E. Z

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, GS, HHC, 95th Division (Training), ACofS, Information Management DATE: 27 Feb 94

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 26 Feb 94 | 940310 | | cmw | 1 |

## PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: AUTOMATION OFFICER b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Automation Officer for a Training Division and advisor to the command and staff on Automation policy and technical matters. Responsible for designing and implementing training programs and maintaining 100% ADPE accountability for $600,000 worth of equipment and software. Manages approximately 300 automation systems (over a four state region) with peripherals to include maintenance, training, budget, and logistic support. Conducts and evaluates system tests. Performs as analyst, developer, contracting officer technical representative, fielding and configuration specialist. Responsible for projecting future automation requirements, obtaining approvals, funding, procuring, fielding, maintaining, and training.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9311 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2. Consistently produces outstanding results.
a.3. Scored maximum on physical fitness test.
b.2. Anticipates problem areas and plans accordingly.
b.3. Works hard to make other people's jobs easier.
b.7. Daily performance highlighted by energetic personality, posititve "can do" attitude, and a deep pride in job accomplishment.

99E
Encl 2

CERTIFIED TRUE COPY [signature] MAJ, PMO 12 Dec 94

PERIOD COVERED 930223 - 940224

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME: INGHAM, DANIEL C. SSN: [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS: [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1.

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham manages approximately $600,000 worth of automation assets. He prepared a detailed analysis and justification for the Army Audit Agency (AAA) on the cost benefit to replace versus upgrade all the obsolete automation equipment in the Division. USARC then used his analysis USARC wide, impacting $4.5 million worth of computer systems (approximately 1600 systems) with an overall estimated three-year USARC savings of $864,000 in maintenance alone. He developed and executed a plan to train Army, Air Force, Marines, and Navy personnel which saved $250,000 in training costs. CPT Ingham led the way with SIDPERS-USAR interconnectivity by being the first MUSARC on-line without USARC onsite assistance. The time savings alone from manual to electronic transmission equates to approximately $150,000/yr. He also assisted 13 different MUSARCs in transitioning from manual to electronic transmission. The USARC is using CPT Ingham's cost analysis as the justification to bring Videoconferencing into the USARC which has the potential for tremendous savings. CPT Ingham's suggested comments and detailed critique of the POI for the 74F and 74D series MOSs resulted in Ft Gordon merging the two MOSs into the 74B series. CPT Ingham spoke as a guest speaker at the USARC G1 Workshop and the USARC IM conference. He successfully completed CAS3.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

CPT Ingham is a self motivator that has unlimited energy, enthusiasim and a proven track record as a superior performer. He has unlimited potential to be an asset in any organization. Promote CPT Ingham immediately and assign to USARC Information Management.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL

SR

CMC
ERGRES CPT
X 5 INGHAM DANIEL
4 SSN [redacted]
0 SR: LTC
0 ZIWESLIN JAME
0 [redacted]
0 19940509
0
0 19940227
0 RATED 9
LO

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

b. COMMENTS

CPT Ingham's cost analysis on upgrading ADPE, his involvement and performance with SIDPERS interconnectivity, and his training plans involving joint service training of all branches of the service have impacted over $5.7 million USARC-wide this year. CPT Ingham tackles significant problems and always finds a way to fulfill the mission in a system that at times is bureaucratic and slow to respond. He is intelligent, proactive, has a keen work ethic, and is one of the most brilliant and successful officers in this 4,500 soldier Division. This is demonstrated by being the recepient of the Division's most prestigious company grade award: The General Douglas McArthur Leadership award. CPT Ingham has unlimited potential. He should be retained, sent to CGS resident course, and promoted immediately.

CERTIFIED TRUE COPY [signature] / MAJ, AMD 12 DEC 97

USAPPC V2.10

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO CAPTAIN DANIEL C. [illegible]
HEADQUARTERS, 95TH DIVISION (TRAINING)

FOR MERITORIOUS ACHIEVEMENT WHILE SERVING AS THE AUTOMATIC DATA PROCESSING OFFICER. YOUR PROFESSIONAL DUTY PERFORMANCE, EXPERT COORDINATION, ACHIEVEMENTS, AND DEVOTION TO DUTY CONTRIBUTED IMMEASURABLY TO THE INFORMATION MANAGEMENT SECTION AND BRINGS GREAT CREDIT UPON YOURSELF AND THE 95TH DIVISION (TRAINING).

FROM: 20 OCTOBER 1991 TO: 31 MARCH 1993

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 21ST DAY OF APRIL 19 93

PERMANENT ORDER # 4-16
95TH DIVISION (TRAINING)
OKLAHOMA CITY, OKLAHOMA

BILLY F. [illegible]
BRIGADIER GENERAL, USAR
COMMANDING GENERAL

REC IN G-1 95TH DIV
23 MAR 93
COPIES FURNISHED TO

# RECOMMENDATION FOR AWARD *(For Other Than Valor)* OF ARMY ACHIEVEMENT MEDAL *(AAM)*, ARMY COMMENDATION MEDAL *(ARCOM)*, AND MERITORIOUS SERVICE MEDAL *(MSM)*

For use of this form, see AR 672-5-1; the proponent agency is ODCSPER

| 1. TO | 2. FROM | 3. DATE |
|---|---|---|
| 95th Division (Tng) | G-1 Section<br>95th Division (Tng) | 12 MAR 1993 |

## PART A - SOLDIER DATA

4. BRANCH OF SERVICE: [X] ARMY [ ] USN [ ] USAF [ ] USMC [ ] USCG

5. RECOMMENDED AWARD: [ ] MSM [X] ARCOM [ ] AAM [X] OLC# 2 [ ] INTERIM

6. REASON: [X] ACH [X] SVC [ ] PCS [ ] ETS [ ] RET

| 7. PERIOD OF AWARD a. FROM | b. TO | 8. POSTHUMOUS? | 9. PROPOSED PRESENTATION DATE |
|---|---|---|---|
| 20 OCT 91 | 31 MAR 93 | [ ] Yes [X] No | 25 April 1993 |

| 10a. NAME *(Last, First, Middle)* | 10b. RANK | 10c. SSN |
|---|---|---|
| IHGHAM, DANIEL C. | CPT | [redacted] |

| 11. DUTY POSITION/TITLE | 12 ORGANIZATION |
|---|---|
| ADP Officer | HHC, 95th Division (Tng)<br>I-M Section<br>95th Division (Tng) |

13. PREVIOUS AWARDS

2 ARCOMS

14. Recommender

| a. NAME | b. TITLE/POSITION | c. ADDRESS |
|---|---|---|
| KAISER, MARK M. | Personnel Information Supv. | HHC, 95th Division (Tng)<br>5316 S. Douglas Blvd<br>Oklahoma City, OK 73150 |
| d. SIGNATURE (signed) | e. RANK: SGT | |

## PART B - JUSTIFICATION AND CITATION DATA *(Use Specific Bullet Examples of Meritorious Acts or Service)*

15. ACHIEVEMENT #1

CPT Ingham through his ingenuity, aggressiveness and expertise, developed and established a state-of-the art Regional Computer Training Center for the 95th Division. Initiated and recived $180,000 worth of approvals to upgrade the ADPE in the HQ and the field.

16. ACHIEVEMENT #2

Continually searched for ways to improve procedures and raise the efficiency for his section and rest of the Division. Many suggestions were incorporated at the MUSARC level and were proven benefical and successful.

17. ACHIEVEMENT #3

CPT Ingham has corrdinated the successful training of Unit Administrators Division wide and has been the only MUSARC to date, without USARC on-site assistance, to transmit Personnel data form Bn to ARPERCEN.

18. ACHIEVEMENT #4

Provides guidance to 27 units in 4 states in over 250 thousand square mile area on resolution and implementation of CLAS 5.01 software issues.

19. PROPOSED CITATION

For meritorious service while serving as the ADP Officer for I-M section. His highly professional duty performance, expert coordination, achievements and deveotion to duty contributed immeasurably to the I-M section, 95th Division and the U.S. Army Reserve.

DA FORM 638-1, NOV 90

## PART C - RECOMMENDATIONS/APPROVAL/DISAPPROVAL

**20. Immediate Supervisor/Unit Commander/Staff Officer Recommendation**

| a. TO | b. FROM | c. DATE |
|---|---|---|
| CDR, 95th Division (Tng) | ACofS, I-M Section, 95th Division (Tng) | |

d. Recommend: APPROVAL UPGRADE TO DOWNGRADE TO DISAPPROVAL

| e. NAME | f. TITLE/POSITION | g. SIGNATURE / h. RANK |
|---|---|---|
| ZIWESLIN, JAMES E. | ACofS, IM | [signature] / LTC |

i. COMMENTS

**21. Certification of Eligibility and Data**

*I certify that this individual is eligible for an award in accordance with AR 600-8-2; and that the information contained in Part A is correct.*

a. SIGNATURE [signature] b. DATE 2 Apr 93

**22. AAM APPROVAL AUTHORITY**

| a. TO | b. FROM | c. DATE |
|---|---|---|
| | | |

d. Recommend: APPROVAL UPGRADE TO DOWNGRADE TO DISAPPROVAL

| e. NAME | f. TITLE/POSITION | g. SIGNATURE / h. RANK |
|---|---|---|
| | | |

i. COMMENTS

**23. ARCOM APPROVAL AUTHORITY**

| a. TO | b. FROM | c. DATE |
|---|---|---|
| Orders Issuing Authority | CDR, 95th Div (Tng) | 2 Apr 93 |

d. Recommend: APPROVAL (circled) UPGRADE TO DOWNGRADE TO DISAPPROVAL

| e. NAME | f. TITLE/POSITION | g. SIGNATURE / h. RANK |
|---|---|---|
| CLAUDE J. ROBERTS JR. | Division Commander | [signature] / Major General |

i. COMMENTS

**24. MSM APPROVAL AUTHORITY**

| a. TO | b. FROM | c. DATE |
|---|---|---|
| | | |

d. APPROVED DOWNGRADE TO RECOMMEND UPGRADE TO DISAPPROVED

| e. NAME | f. TITLE/POSITION | g. SIGNATURE / h. RANK |
|---|---|---|
| | | |

i. COMMENTS

## PART D - ORDERS DATA

25. ORDERS ISSUING HQ
95th Division (Training)
5316 S. Douglas Blvd
Oklahoma City, OK 73150-9704

[Stamp: HEADQUARTERS 95th DIVISION (TRAINING) OFFICIAL COPY]

25a. PERMANENT ORDER NUMBER: 4-16
25b. DATE: 21 Apr 93
26. APPROVED AWARD: ARCOM 2OLC

27a. NAME OF ORDERS APPROVAL AUTHORITY: JAMES E. ZIWESLIN
27b. TITLE/POSITION: ACofS IM
27c. SIGNATURE: [signature]
27d. RANK: LTC

28. DISTRIBUTION
1-HQ, 95th Div (Tng)
1-Unit
1-Individual



*U.S. Government Printing Office: 1991 — 281-485/40555

00126

DSN 884-3811 ext 281
(405) 736-1681

B11

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

523

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year Month Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 04 21 | AG | 42A | | 40581 |

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND: USAR CONTROL GP (AGR) ST LOUIS MO 63132-5200 ATCH TO: 95 DIV TNG HHC AUG (WVSX99) OKLAHOMA CITY, OK 73150

j. REASON FOR SUBMISSION: 03 CHANGE OF RATER

k. CMD CODE: FC

| l. PERIOD COVERED FROM (Year Month Day) | THRU (Year Month Day) | m. NO. OF MONTHS | n. MILPO CODE |
|---|---|---|---|
| 92 09 19 | 93 02 24 | 5 | FS05 |

o. RATED OFFICER COPY (Check one and date)
[X] 1. GIVEN TO OFFICER 24 Mar 93
[ ] 2. FORWARDED TO OFFICER

p. FORWARDING ADDRESS

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** *(Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)*

a. NAME OF RATER (Last, First, MI): BUTLER, James A.
SSN: [redacted]
SIGNATURE: James A. Butler
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: CPT, IN, HQ, 95th Division (Training), AGR/USAR OPS/TRAINING OFFICER
DATE: Feb 93

b. NAME OF INTERMEDIATE RATER (Last, First, MI):
SSN:
SIGNATURE:
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT:
DATE:

c. NAME OF SENIOR RATER (Last, First, MI): ZIWESLIN, James E.
SSN: [redacted]
SIGNATURE: James E. Z[illegible]
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, GS, HQ, 95th Division (Training), ACofS, IM
DATE: 21 Mar 93

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 9 Mar 93 | 930324 | [illegible] | CMV | 0 |

**PART III – DUTY DESCRIPTION** *(Rater)*

a. PRINCIPAL DUTY TITLE: AUTOMATION OFFICER

b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Responsible for acquisition, maintenance of all computer related items within the 95th Division. Is the primary advisor to ACofS IM and the Commanding General on Automation budget, policies, and architecture. Provides guidance to 27 units in 4 states in over 250 thousand square mile area on resolution and implementation of software issues. Directs engineering change proposals to USARC on behalf of the Command. Provides direct input on the Budget cycle and Information Management program. Manages and directs training in the USARC Regional Computer Training Center.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE *(In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)* HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9211 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.3 This officer is dedicated to excellence as he leads by example. His last PT score was 300.

b.1 He has tirelessly visited all centers in the 250 thousand square mile area assisting in software installation and system maintenance.

b.6 CPT Ingham has the moral courage to confront situations others would shy away from and resolve issues that would impede progress.

99E

DA FORM 1 SEP 79 67-8    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

Encl 1
001127

B1

PERIOD COVERED 920919 - 930224

PART V – PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

a. RATED OFFICER'S NAME INGHAM, Daniel C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67–8 AND PART III a, b, AND c, DA FORM 67–8–1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67–8 AND PART III a, b, AND c, DA FORM 67–8–1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham configured, developed, procured and set up a $110,000 state of the art Regional Computer Training Center. Initiated and received $180,000 worth of approvals to upgrade the ADPE in the HQ and the field. Received $15,000 worth of Unfinanced requirements for automation upgrades. CPT Ingham is the primary advisor to the ACofS IM and the CG on all ADP related issues impacting a Division of approximately 4,000 soldiers and personally supervised 6 personnel. He coordinated with Army, Air Force, Marines, and the Navy to ensure full utilization of the training center. He saved approximately $8,000 by developing and implementing a successful download procedure for RM. CPT Ingham initiated, coordinated, and followed-up on correspondence on proposed changes to the initial Automation training given throughout Department of the Army for Enlisted and Officers. He established procedures for MUSARC to ARPERCEN connectivity via DDN. As a result the 95th Division was used as a model by USARC for the rest of the Army Reserve for on-line access to personnel data and an economical means of delivering personnel transactions from MUSARC to ARPERCEN which impacts approximately 2,000 units and 140,000 troops.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

CPT Ingham is a mature leader who always accomplishes his mission. There is no task of which he is not capable. He has proven at this Command that he is ready to assume more responsible positions at higher level. He should be promoted as soon as possible.

PART VI – INTERMEDIATE RATER

a. COMMENTS

PART VII – SENIOR RATER

a. POTENTIAL EVALUATION *(See Chapter 4, AR 623-105)*

SR

| SR | |
|---|---|
| X | CMC<br>ERGRES CPT<br>X 4 INGHAM DANIEL<br>4 SSN [redacted]<br>0 SR: LTC<br>0 ZIWESLIN JAME<br>0 [redacted]<br>0 19930503<br>0<br>0 19930321<br>0 RATED 8 |

A COMPLETED DA FORM 67–8–1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO *(Explain in b)*

b. COMMENTS

Through his ingenuity, aggressiveness and expertise, CPT Ingham has established a state-of-the-art Regional Computer Training Center for the 95th Division. This center is being utilized by both Army and Air Force at tremendous cost savings to the government. CPT Ingham has coordinated the successful training of Unit Administrators Division wide and has been the only MUSARC to date, without USARC on-site assistance, to transmit Personnel data from Bn to ARPERCEN. The 95th Division was used as a model for MUSARC to ARPERCEN connectivity using the Defense Data Network (DDN) to transmit personnel data. His achievements are unsurpassed.

CERTIFIED TRUE COPY [signature], MAJ, PMS 12 DEC 94

U.S. G.P.O. 1979-665-041/1009

00128

DEPARTMENT OF THE ARMY
[illegible]
[illegible]
[illegible]

ASQNI-RPC-G 24 Sep 92

MEMORANDUM FOR Personnel Records Custodian

SUBJECT: Army Superior Unit Award (ASUA)

1. Information Systems Command - Army Reserve Personnel Center (ISC-ARPERCEN) was awarded the ASUA for the period of 17 Aug 90 to 15 Aug 91. During that period the following personnel were members of this Command and are authorized a permanent award for the ASUA. The appropriate documentation for this award authorization is enclosed.

LTC Alford, Luther V.
MAJ Blakney, Peter J. Jr.
MAJ Hill, James H. III
LTC Horsley, Tip A. Jr.
CW2 Hochauer, Michael A.
CPT Ingham, Daniel C.
MAJ Otis, R. Gray
1LT Reed, John A. Jr.
LTC Saarinen, Linda E.
CPT Tressler, Scott W.
SGM Berry, Raymond C.
SFC Bishop, Raymond A.
MSG Bishop, Vallerie L.
SFC Hanson, Kim C.
MSG Jones, Diane L.
MSG Reichardt, Stanley C.
SFC Richardson, Glenn E. T.
SFC Rowe, Ronald D.

2. Request your office post the award to the individual's military personnel record.

3. Point of contact is LTC Falbot, DSN 892-3479.

Encl

[signature] LTC
GARY W. SUTHERLAND
Colonel, SC
Commanding

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

3

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 / 04 / 21 | AG | 42A0 | | 40581 |

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND: USAR CONTROL GP (AGR) ST. LOUIS, MO 63132-5200 ATCH TO: 95 DIV TNG HHC AUG (WVSX99) OKLAHOMA CITY, OK 73150

j. REASON FOR SUBMISSION: 05 ANNUAL

k. COMD CODE: FC

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE |
|---|---|---|---|
| 91 / 09 / 19 | 92 / 09 / 18 | 11 | FS07 |

o. RATED OFFICER COPY (Check one and date)
1. GIVEN TO OFFICER [ ]
2. FORWARDED TO OFFICER [X] 921103

p. FORWARDING ADDRESS

q. EXPLANATION OF NONRATED PERIODS: AER 910428 - 910918 / 910919-911019 Assigned to previous Command and Leave.

**PART II — AUTHENTICATION** (*Rated officer signature verifies PART I data and RATING OFFICIALS ONLY*)

a. NAME OF RATER (*Last, First, MI*): LENINGTON, JOSEPH P. — SSN: [redacted] — SIGNATURE: Joseph P Lenington
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: MAJ, IN, HQ 95th Division (Tng), DEP ACofS, IM — DATE: 921001

b. NAME OF INTERMEDIATE RATER (*Last, First, MI*): — SSN: — SIGNATURE:
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: — DATE:

c. NAME OF SENIOR RATER (*Last, First, MI*): ZIWESLIN, JAMES E. — SSN: [redacted] — SIGNATURE: James E...
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, GS, HQ 95th Division (Tng), ACofS, IM — DATE: 921013

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 920919 | 921103 | | | 0 |

**PART III — DUTY DESCRIPTION** (*Rater*)

a. PRINCIPAL DUTY TITLE: AUTOMATION OFFICER AGR/USAR — b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serves as Automation Officer for the Division and advisor to the command and staff on Automation policy and technical matters. Responsible for designing and implementing training programs. Responsible for maintaining accurate ADPE inventory. Plans, programs, and budgets for automation resource requirements. Manages in excess of 215 automation systems (over a four state region) with peripherals to include maintenance, training, budget, and logistic support. Conducts and evaluates system tests. Performs as analyst, developer, Contracting Officer technical representative, fielding and configuration specialist.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (*Rater*)

a. PROFESSIONAL COMPETENCE (*In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.*)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9204 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (*Comment on any area where the rated officer is particularly outstanding or needs improvement*)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

b.1. CPT Ingham displays excellent dedication to duty and commitment through countless hours spent on duty beyond normal duty hours.

b.6. Demonstrates strong moral courage by not being afraid to voice his opinion.

b.7. Exhibits friendly cooperative attitude which enables his section to provide invaluable service to subordinate units of the Division.

NOV 10 1992

DA FORM 67-8, 1 SEP 79 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT

PERIOD COVERED 910919-920918

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham managed the Automation branch of the Information Management Section which consists of $600,000 worth of automation assets. He formulated, developed, and implemented the automation policy for the command. He saved the Division $123,000 by developing new maintenance procedures for Automated Data Processing Equipment (ADPE). He successfully completed major on-site fielding of hardware and software to all 37 units in the four state region which resulted in 100% telecommunication of approximately 5,000 soldiers' pay. He initiated and received approval for two different policy changes for FORSCOM-wide (4,200 units and approximately 300,000 soldiers) implementation. He trained approximately 200 Division personnel in different ADP applications. He researched, documented, and received approval for the establishment of a $110,000 regional computer training center. He initiated, coordinated, and received approval for the purchase of $165,000 of ADPE. He initiated and successfully installed an operational Bulletin Board System (BBS) which will save money in postage, communication, and paper costs. He manages a budget in excess of $500,000. He received $150,000 by heavily lobbying HQ United States Army Reserve Command for unfinanced requirements.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

CPT Ingham is a very enthusiastic, energetic Officer who has accomplished a multitude of diverse tasks for the Division within the last twelve months. He will be a superior performer in positions of increased responsibility. He initiated and completed 140 hours of AS3 correspondence courses (Phase 1). Promote CPT Ingham as soon as possible.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTE

SR

CMC
ERGRES CPT
X 2 INGHAM DANIEL
3 SSN [redacted]
0 SR: LTC
0 ZIWESLIN JAME
0 [redacted]
0 19930130
0
0 19921013
0 RATED 5

COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH HIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

b. COMMENTS

CPT Ingham began his tenure as ADPO with nothing short of a debacle. He took the initiative to change the attitude, educational level, training, antiquated equipment, obsolete maintenance, and procurement of ADPE within the command. Within one year he has achieved outstanding results while producing $123,000 worth of cost savings and $150,000 worth of new/upgraded procurements. CPT Ingham is capable of taking an idea from the concept to the implementation stage, considering all aspects from the costs involved to the broad policy. CPT Ingham is action oriented, astute, organized, and knows how to interact with all levels of command. Retain this highly qualified soldier in the AGR program. CPT Ingham has unlimited potential. Send to C&GS College and promote to Major.

By direction of the Secretary of the Army, the Army Superior Unit Award is awarded to:

UNITED STATES ARMY INFORMATION SYSTEMS COMMAND – ARMY RESERVE PERSONNEL CENTER

For outstanding meritorious performance during peacetime of a difficult and challenging mission:

During the period of 17 August 1990 to 16 August 1991, the United States Army Information Systems Command – Army Reserve Personnel Center accomplished the assigned missions in a superior manner in the support of mobilization and demobilization of Individual Ready Reserve soldiers during Operations Desert Shield/Storm. The efficient implementation of automated personnel management applications, immediate establishment of a telecommunications network, instant distribution of mobilization orders and global, 24 hour customer support directly enabled the flow of critical manpower assets to Southwest Asia. The contributions of the United States Army Information Systems Command – Army Reserve Personnel Center significantly supported the Nation, the Citizen Soldiers, and their families. The United States Army Information Systems Command – Army Reserve Personnel Center extraordinary service in the support of Operations Desert Shield/Storm and the Southwest Asia sustainment effort is in keeping with the finest tradition of military service and reflect distinct credit on them and the United States Army.

Department of the Army

*This Is To Certify That The*

# Army Superior Unit Award

*Has Been Awarded To The*

[illegible]

*For Meritorious Performance Of A Difficult And Challenging Mission*

[illegible]

Given Under My Hand In The City Of Washington
This [illegible] Day Of [illegible] [illegible]

[illegible]
Secretary Of The Army

# ACADEMIC EVALUATION REPORT

For use of this form, see AR 623-1; the proponent agency is MILPERCEN

10 October 1991

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BRANCH | 5. SPECIALTY/MOSC | 8. COM |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. (Sec) | [redacted] | CPT | AG | 42 | U |

6. COURSE TITLE: ADJUTANT GENERAL OFFICER ADVANCED COURSE 3-91

7. NAME OF SCHOOL: U.S. ARMY ADJUTANT GENERAL SCHOO FORT BENJAMIN HARRISON, IN 46216

9. TYPE OF REPORT: [X] RESIDENT [ ] NON-RESIDENT

10. PERIOD OF REPORT (Year, Month, Day): From: 91 04 28 Thru: 91 09 18 [X]

11. DURATION OF COURSE (Year, Month, Day): From: 91 04 29 Thru: 91-09 18

12. EXPLANATION OF NON-RATED PERIODS

13. PERFORMANCE SUMMARY

- *a. [ ] EXCEEDED COURSE STANDARDS (limited to 20% of class enrollment)
- *b. [X] ACHIEVED COURSE STANDARDS
- *c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- *d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in item 16.

14. DEMONSTRATED ABILITIES

| | NOT EVALUATED | UNSAT | SAT | SUPERIO |
|---|---|---|---|---|
| a. WRITTEN COMMUNICATION | [ ] | [ ] | [ ] | [X] |
| b. ORAL COMMUNICATION | [ ] | [ ] | [ ] | [X] |
| c. LEADERSHIP SKILLS | [ ] | [ ] | [ ] | [X] |
| d. CONTRIBUTED TO GROUP WORK | [ ] | [ ] | [ ] | [X] |
| e. EVALUATION OF STUDENTS RESEARCH ABILITY | [ ] | [ ] | [ ] | [X] |

(SUPERIOR/UNSAT rating must be supported by comments in item 16)

15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?

[X] YES [ ] NO [ ] N/A (A "NO" response must be explained by comments in item 16)

16. COMMENTS (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential leadership capabilities, moral and overall p qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs.)

CPT Daniel C. Ingham successfully achieved all standards set for the course. He served in severa significant positions throughout the course. He volunteered to serve as the CINC during the smal group battle analysis of the Lorraine Campaign, which for the first time was done from a German perspective. CPT Ingham successfully performed Mr. Vice during the Class Dining In. He served a primary staff officer on the team staff and volunteered to assist in the preparation of the Regimental Ball seating arrangements. He is a superb communicator. CPT Ingham provided invaluab information to his fellow students during the Echelons Above Corps Capstone. He was singled out the Combined Arms Department for his leadership ability while serving as Company Commander during four-day CPX/FTX. CPT Ingham demonstrated a clear understanding of the AirLand Battle Imperative and Personnel Doctrine. He easily scored 300 points on the final APFT. He will excel in command any assignment. 69/136 YES PASS 9108

17. AUTHENTICATION

a. TYPED NAME, GRADE, BRANCH AND TITLE OF PREPARING OFFICER: GAIL E. DELZELL, MAJ, AG, Team Leader, AGOAC — SIGNATURE: [signature]

b. TYPED NAME, GRADE, BRANCH AND TITLE OF REVIEWING OFFICER: ANTONIO M. RIOS III, LTC, AG, Course Director, AGOAC — SIGNATURE: [signature]

18. MILITARY PERSONNEL OFFICER

a. FORWARDING ADDRESS (Rated Student)

488 McGregor Road
De Land, Florida 32720

b. DISTRIBUTION

[X] STUDENT [ ] UNIT CDR (P/B) NCOES only) TD4

[X] STUDENT'S OFFICIAL MILITARY RECORDS

DA Form 1059 (TRADOC), Apr 78

HQDA Case Number 89-01

00134