SECURITY

PART I – ADMINISTRATIVE DATA

| a. LAST NAME FIRST NAME MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 04 21 | AG | 42A/53A | | W4UR |

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND: USAR Con Gp (AGR) ARPERCEN W/DY USAISC-ARPERCEN (W4URAA) 9700 Page Blvd, St Louis, MO 63132-5200

j. REASON FOR SUBMISSION: 04 PCS

k. CMD CODE: CZ

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 90 09 24 | 91 04 10 | 8 | RP01 | ☐ 1. GIVEN TO OFFICER ☒ 2. FORWARDED TO OFFICER 26 Apr 91 | |

q. EXPLANATION OF NONRATED PERIODS

PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First, MI): CHUNN, WILLARD H.M. SSN: [redacted] SIGNATURE: Willard H. M. Chunn

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: MAJ, OD, USAISC-ARPERCEN, St. Louis, MO Ch, Analysis Branch DATE: 10 Apr 91

b. NAME OF INTERMEDIATE RATER (Last, First, MI): HOLLINGSWORTH, PEGGY C. SSN: [redacted] SIGNATURE: Peggy C Hollingsworth

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GM-13, USAISC-ARPERCEN, St. Louis, MO Ch, SIDPERS-USAR Support Center DATE: 10 Apr 91

c. NAME OF SENIOR RATER (Last, First, MI): SUTHERLAND, GARY W. SSN: [redacted] SIGNATURE: Gary W. Sutherland

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, SC, USAISC-ARPERCEN, St. Louis, MO Commander DATE: 14 Apr 91

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 15 Mar 91 | | | | |

PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: ADP Project Officer b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serve as ADP Officer for the maintenance of the Standard Installation/Division Personnel System - U.S. Army Reserve (SIDPERS-USAR). Coordinate with the functional user to identify, review, and analyze requirements so as to thoroughly and completely define system functions. Coordinate system changes with computer technicians. Review and maintain design specifications and user documentation. Direct the use of development and documentation standards IAW DOD and DA guidance. Provide customer assistance covering all areas which impact SIDPERS-USAR, i.e., operations and telecommunications. Validate program/subsystem/system changes to ensure that they satisfy the identified functional requirements.

PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | | Item | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9011 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a1. Superior learning capability.
a5. Displays physical and mental toughness.
b2. Seeks and accepts responsibility.
b5. Displays high state of integrity.
b6. Stands up for the right things.
b8. Character reflects high values and standards.

APR 29 1991

DA FORM 67-8, 1 SEP 79 REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE 1 NOV 79. US ARMY OFFICER EVALUATION REPORT

83

PERIOD COVERED - 900924-910410

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME DANIEL C. INGHAM SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham individually implemented the United States Army Civil Affairs Psychological Operations Command (USACAPOC) automation system changes. He identified the personnel records of this command in order to separate them from other commands while they physically remained dispersed throughout Army areas. He was responsible for coordinating in-process reviews between FORSCOM, USACAPOC, and United States Special Operations Command. To successfully achieve this separation, CPT Ingham's highly effective managerial abilities enabled him to successfully develop, analyze, and validate three Engineering Change Proposals. He also developed one and validated four additional Engineering Change Proposals that impacted the total SIDPERS-USAR data base system. He successfully accomplished a quarterly release of Engineering Change Proposals via telephone that rendered a $5,000 savings to the Government. Through his own initiative, CPT Ingham developed and coordinated a recycling concept that will transform waste paper into a $41,000 potential annual income for the Government. CPT Ingham is a highly motivated officer who will accept any task and accomplish positive results. His personality gives him an asset that allows him to work well with superiors, peers, and subordinates. CPT Ingham can be counted on to accomplish the mission.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

CPT Ingham demonstrates great potential to be a field grade staff officer and a developer of subordinates at battalion level. He should be retained in the AGR program and be given an assignment in a Troop Program Unit. He should attend the AG Advance Course.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

CPT Ingham's potential is unlimited. His energy, enthusiasm, innovative ideas, and versatility make him a valuable asset to the SIDPERS-USAR Support Center and the U.S. Army. CPT Ingham's ability to identify areas for improvement and provide sound problem solving recommendations have saved the U.S. Army thousands of dollars. Recommend this officer for command level assignments.

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | | RA |
|---|---|---|
| | CMC 513 | |
| [ ] | RO: CPT | 0 |
| [X] | INGHA [redacted] | 1* |
| [ ] | | 0 |
| [ ] | SR: COL | 0 |
| [ ] | SUTHE [redacted] | 0 |
| [ ] | | |
| [ ] | PDTE 910520 | 0 |
| [ ] | RDTE < 9104 | 0 |
| [ ] | 101 880217 | 0 |
| [ ] | RATED 1 | 0 |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in c)

b. COMMENTS

CPT Ingham is a superb staff officer and knows how to improve the performance of those around him. He can be counted on to provide sound technical expertise and guidance in complex staff issues. He performs his assigned duties in an outstanding manner and has made significant contributions towards improving a major automated system. His advise is sage and responsive and has greatly improved productivity of the organization. A superb officer with vast potential. Assign to tough positions. He is an achiever.

PL

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL CENTER
9700 PAGE BOULEVARD
Saint Louis, Missouri 63132-5200

PERMANENT ORDERS 28-2

11 March 1991

INGHAM, DANIEL C., [redacted] CPT USAR Con Gp (AGR) ARPERCEN
w/dy USAISC-ARPERCEN 9700 Page Blvd., St. Louis, MO 63132-5200

Announcement is made of the following award.

Award: Army Commendation Medal (1OLC)
Date(s) or period of service: 19 June 1988 - 27 April 1991
Authority: Para 2-20, AR 672-5-1
Reason: Meritorious Service
Format: 320

FOR THE COMMANDER:

ANN F. STEINKELLNER
CW3, USAR
Chief, Personnel Service
Center

DISTRIBUTION:
Indiv Conc (5)
DARP-ZHC-A (Rec Set) (1)
DARP-PR (OMPF) (1)
DARP-ZHC (1)
DARP-ZPA (1)

Inquiries concerning this order should be directed to Chief, Personnel Service Center, U.S. Army Reserve Personnel Center, 9700 Page Blvd., Saint Louis, MO 63132-5200. DSN 892-3414, Commercial (314) 538-3414

SEE PRIVACY ACT STATEMENT IN DA FORM 67-8-1

For use of this form, see AR 623-105, proponent agency is US Army Military Personnel Center

S-23

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME FIRST NAME MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 / 04 / 21 | AG | 42A/53A | | W4UR |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR Con Gp (AGR) ARPERCEN W/DY USAISC-ARPERCEN (W4URAA) 9700 Page Blvd, St Louis, MO 63132-5200 | 03 CHANGE OF RATER | SF |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 89 / 12 / 18 | 90 / 09 / 23 | 9 | RP01 | [X] 1. GIVEN TO OFFICER 901228<br>[ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| | SSN | SIGNATURE | DATE |
|---|---|---|---|
| a. NAME OF RATER (Last, First, MI): HILL, JAMES R., III | [redacted] | James R. Hill III | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: MAJ, SF, USAISC-ARPERCEN, St. Louis, MO Ch, Analysis Branch | | | 3 Dec 90 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI): HOLLINGSWORTH, PEGGY C. | [redacted] | Peggy C Hollingsworth | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GM-13, USAISC-ARPERCEN, St. Louis, MO Ch, SIDPERS-USAR Support Center | | | 3 Dec 90 |
| c. NAME OF SENIOR RATER (Last, First, MI): SUTHERLAND, GARY W. | [redacted] | Gary W. Sutherland | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, SC, USAISC-ARPERCEN, St. Louis, MO Commander | | | 14 Dec 90 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 3 Dec 90 | 901228 | BaR | | Ø |

**PART III – DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE: ADP Project Officer — b. SSI-MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serve as ADP Officer for the maintenance of the Standard Installation/Division Personnel System - U.S. Army Reserve (SIDPERS-USAR). Coordinate with the functional user to identify, review, and analyze requirements so as to thoroughly and completely define system functions. Coordinate system changes with computer technicians. Direct the use of development and documentation standards IAW DOD and DA guidance. Validate program/subsystem/system changes to ensure that they satisfy the identified functional requirements.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| | | | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9004 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a1. Exceptional ability to grasp new concepts.
a2. Exceptional analyst with complete understanding of automation concepts.
a9. Completing Master's Degree with A average (4.0).
b5. His integrity is unquestionable.
b8. CPT Ingham's moral standards are an excellent example to us all.

99E

CERTIFIED TRUE Copy [signature] MAJ, AAD

DA FORM 1 SEP 79 67-8 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT

00138

PERIOD COVERED 891218-900923

PART V – PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

a. RATED OFFICER'S NAME DANIEL C. INGHAM SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [x] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67–8 AND PART III a, b, AND c, DA FORM 67–8–1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67–8 AND PART III a, b, AND c, DA FORM 67–8–1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham was solely responsible for the proper activation of the U.S. Army Reserve Special Operations Command (USARSOC) within the ARPERCEN automation community including regulatory changes; fielding of hardware, software, and communications equipment; standardization of codes; and training of USARSOC personnel. He developed an interim process to provide USARSOC essential personnel information on the 12,000 soldiers assigned to that command. He coordinated that implementation with the Project Manager's office for the Reserve Component Automation System, Forces Command, Department of the Army-Deputy Chief of Staff for Personnel, and ARPERCEN. CPT Ingham also developed additional procedures to provide USARSOC critical military skills information in support of operation Desert Shield. These actions required developing and validating 23 Engineering Change Proposals. He developed and coordinated an initiative to recycle waste paper that would save ARPERCEN an estimated $34,000 annually. On numerous occasions, when staffing was reduced to below 20% authorized strength, CPT Ingham shouldered responsibility for all aspects of the Support Center operations.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

CPT Ingham's potential is unlimited. He possesses the technical skills and the knowledge of automation and the Army to be an excellent asset to any staff. CPT Ingham should definitely be continued in the AGR program. He should be sent to the Officer's Advance Course and CAS[3]. CPT Ingham should be given every opportunity for advanced military and civilian training.

PART VI – INTERMEDIATE RATER

a. COMMENTS

CPT Ingham is relentless in his analytical activities. His thoroughness during the USARSOC activation was key to the success of the interim solution. CPT Ingham's system expertise was invaluable during the initial phases of operations "Just Cause" and "Desert Shield." Recommend that upon completion of the AG Officers Advanced Course that CPT Ingham be assigned to positions of greater responsibility.

PART VII – SENIOR RATER

a. POTENTIAL EVALUATION *(See Chapter 4, AR 623-105)*

SR DA

CMC 513 BB
RO: CPT
INGHA
[redacted]
SR: COL
SUTHE
[redacted]
PDTE 910129
NOT RATED
101 88021X
RATED

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [ ] YES [ ] NO *(Explain in b)*

b. COMMENTS

I am unable to evaluate the rated officer because I have not been his senior rater for the required number of days.