G4

# STETSON UNIVERSITY

DELAND, FLORIDA 32720

| SOCIAL SECURITY NO. | STUDENT NAME | BIRTHDATE | SEX | DATE OF ISSUE |
|---|---|---|---|---|
| [redacted] | INGHAM, DANIEL C | [redacted] | M | 28 MAY 1982 |

| SECONDARY SCHOOL | PLACE OF BIRTH | MAJOR |
|---|---|---|
| BUCHHOLZ HIGH SCHOOL | | MANAGEMENT/MARKETING |

| DEGREE | DATE | PARENT OR GUARDIAN NAME & ADDRESS |
|---|---|---|
| BACH OF BUS ADM | 05/16/82 | M/M DONALD INGHAM [redacted] |

| STARTING SEM | ADM BASIS | ACT CMP | ACT ENG | ACT MTH | SAT V | SAT M | ACH ENG | ACH MTH |
|---|---|---|---|---|---|---|---|---|
| 80/03 | T | 20 | 15 | 23 | | | | |

| TERM | COURSE TITLE | | DEPT | CRS NO | SEC | GRD | HRS ATT | HRS ERN | QUAL PTS | SEM AVER | CUM AV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00/TR | MARION INSTITUTE | | | | | | | | | | |
| | MARION, ALA | | | | | | | | | | |
| | ENG COMP | 3.0 | | | | | | | | | |
| | DESC GEOM & CALCULUS | 8.0 | | | | | | | | | |
| | ANAL GEOM & CALC | 3.0 | | | | | | | | | |
| | INTRO POL SCIE | 3.0 | | | | | | | | | |
| | MILITARY SCIENCE | 1.0 | | | | | | | | | |
| | GEN CHEMISTRY | 4.0 | | | | | | | | | |
| | PHYS ED | 0.5 | | | | | | | | | |
| | UNIVERSITY OF FLORIDA | | | | | | | | | | |
| | GAINESVILLE, FLA | | | | | | | | | | |
| | US SINCE 1877 | 3.3 | | | | | | | | | |
| | INTRO TO SHAKESPEARE | 2.6 | | | | | | | | | |
| | RELIGION OF ASIA | 2.6 | | | | | | | | | |
| | SANTA FE COMM COLLEGE | | | | | | | | | | |
| | GAINESVILLE, FLORIDA | | | | | | | | | | |
| | BASIC ECONOMICS | 3.0 | | | | | | | | | |
| | MUSIC APPRECIATION | 3.0 | | | | | | | | | |
| | UNIV OF FLORIDA | | | | | | | | | | |
| | GAINESVILLE, FL | | | | | | | | | | |
| | WESTERN CIV 18C TO PRES | 2.6 | | | | | | | | | |
| | REAL ESTATE ANALYSIS | 3.3 | | | | | | | | | |
| | RIS & INSURANCE | 2.6 | | | | | | | | | |
| | HRS 45.6 QP 91.3 | | | | | | | | | | |
| 80/03 | JUDAEO-CHRISTIAN HERITAGE | | RN | 200 | 02 | B | 3.0 | 3.0 | 9.0 | | |
| | ELEM BUS & ECON STATISTICS | | BN | 282 | 03 | C | 3.0 | 3.0 | 6.0 | | |
| | INTO TO LITERATURE | | EH | 102 | 14 | C | 3.0 | 3.0 | 6.0 | | |
| | PRIN OF ECON-MICRO | | ES | 202 | 04 | B | 3.0 | 3.0 | 9.0 | | |
| | U.S. THRU CIVIL WAR | | HY | 203 | 02 | B | 3.0 | 3.0 | 9.0 | | |
| | SEMESTER INDEX: | | | | | | 15.0 | 15.0 | 39.0 | 2.600 | |
| | CUMULATIVE INDEX: | | | | | | 15.0 | 15.0 | 39.0 | | 2.600 |
| 81/01 | PRIN OF MANAGEMENT | | MGT | 305 | 01 | A | 3.0 | 3.0 | 12.0 | | |
| | ADV BUS & ECON STATISTICS | | BN | 283 | 03 | B | 3.0 | 3.0 | 9.0 | | |
| | INTRO ACCOUNTING | | ATG | 211 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | INTRO TO COMPUTER PROGRAM | | BN | 291 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | MARKETING PRINCIPLES | | MKT | 315 | 03 | C | 3.0 | 3.0 | 6.0 | | |
| | SEMESTER INDEX: | | | | | | 15.0 | 15.0 | 39.0 | 2.600 | |
| | CUMULATIVE INDEX: | | | | | | 30.0 | 30.0 | 78.0 | | 2.600 |

OFFICIAL TRANSCRIPT WILL BEAR THE UNIVERSITY SEAL; COPIES FURNISHED STUDENT WILL NOT, UNLESS STATEMENT TO THE CONTRARY IS SHOWN. THE STUDENT IS ENTITLED TO AN HONORABLE DISMISSAL.

REGISTRAR

00140

# STETSON UNIVERSITY

DELAND, FLORIDA 32720

| I.D. | STUDENT NAME | BIRTHDATE | SEX | DATE OF ISSUE |
|---|---|---|---|---|
| | INGHAM, DANIEL C | [redacted] | M | 28 MAY 1982 |

| SECONDARY SCHOOL | PLACE OF BIRTH | MAJOR |
|---|---|---|
| ... HIGH SCHOOL | | MANAGEMENT/MARKETING |

OFFICIAL TRANSCRIPT ISSUED TO STUDENT

THIS IS ... STAMP

| DEGREE | DATE | PARENT OR GUARDIAN NAME & ADDRESS |
|---|---|---|
| BACH OF BUS ADM | 05/16/82 | M/M DONALD INGHAM [redacted] |

| STARTING SEM | ADM BASIS | A.C.T. CMP | A.C.T. ENG | A.C.T. MTH | SAT V | SAT M | ACH ENG | ACH MTH |
|---|---|---|---|---|---|---|---|---|
| 80/03 | T | 20 | 15 | 23 | | | | |

| | COURSE TITLE | DEPT | NO | SEC | GRD | HRS ATT | HRS ERN | QUAL PTS | SEM AVER | CUM AVE |
|---|---|---|---|---|---|---|---|---|---|---|
| 81/03 | HUMAN RELATS & PERSONNEL ADM | MGT | 306 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | BUSINESS FINANCE | FIN | 311 | 03 | B | 3.0 | 3.0 | 9.0 | | |
| | INTR. TO MANAGEMENT ACCOUNTING | ATG | 212 | 05 | C | 3.0 | 3.0 | 6.0 | | |
| | CASES IN MARKETING | MKT | 316 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | LABOR ADMINISTRATION | MGT | 406 | 01 | B | 3.0 | 3.0 | 9.0 | | |
| | SEMESTER INDEX: | | | | | 15.0 | 15.0 | 36.0 | 2.400 | |
| | CUMULATIVE INDEX: | | | | | 45.0 | 45.0 | 114.0 | | 2.533 |
| 82/01 | BASIC MILITARY SCIENCE | MY | 201 | 02 | B | 2.0 | 2.0 | 5.0 | | |
| | BUSINESS LAW I | BN | 407 | 01 | A | 3.0 | 3.0 | 12.0 | | |
| | ADMINISTRATIVE POLICIES | BN | 499 | 01 | B | 3.0 | 3.0 | 9.0 | | |
| | INVESTMENTS | FIN | 420 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | BUSINESS COMMUNICATIONS | BN | 301 | 03 | C | 3.0 | 3.0 | 6.0 | | |
| | MARKETING MANAGEMENT | MKT | 413 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | SEMESTER INDEX: | | | | | 17.0 | 17.0 | 45.0 | 2.647 | |
| | CUMULATIVE INDEX: | | | | | 62.0 | 62.0 | 159.0 | | 2.565 |
| 82/02 | PIANO FOR BEGINNERS | MC | 199 | 01 | P | 1.0 | 1.0 | 0.0 | | |
| | THE ARMY OFFICER | MY | 398 | 01 | A | 3.0 | 3.0 | 12.0 | | |
| | SEMESTER INDEX: | | | | | 3.0 | 4.0 | 12.0 | 4.000 | |
| | CUMULATIVE INDEX: | | | | | 65.0 | 66.0 | 171.0 | | 2.631 |
| 82/03 | ADVANCED MILITARY SCIENCE | MY | 302 | 01 | A | 3.0 | 3.0 | 12.0 | | |
| | MGMT & INDUSTRIAL ECONS | MGT | 432 | 01 | C | 3.0 | 3.0 | 6.0 | | |
| | BUSINESS AND SOCIETY | BN | 209 | 02 | C | 3.0 | 3.0 | 6.0 | | |
| | BASIC MILITARY SCIENCE | MY | 202 | 02 | A | 2.0 | 2.0 | 8.0 | | |
| | BUSINESS RESEARCH | BN | 418 | 01 | B | 3.0 | 3.0 | 9.0 | | |
| | ADVERTISING & SALES PROMO | MKT | 440 | 01 | D | 3.0 | 3.0 | 3.0 | | |
| | SEMESTER INDEX: | | | | | 17.0 | 17.0 | 44.0 | 2.588 | |
| | CUMULATIVE INDEX: | | | | | 82.0 | 83.0 | 215.0 | | 2.522 |
| U | DEGREE EARNED: BBA | | | | | | | | | |
| | GRAD. DATE: 05/16/82 | | | | | | | | | |
| | CUM. AVERAGE: 2.622 | | | | | | | | | |
| | GRADE POINT AVERAGE: | | | | | 82.0 | 86.0 | 215.0 | | 2.522 |

OFFICIAL TRANSCRIPT WILL BEAR THE UNIVERSITY SEAL; COPIES FURNISHED STUDENT WILL NOT, UNLESS STATEMENT TO THE CONTRARY IS SHOWN. THE STUDENT IS ENTITLED TO AN HONORABLE

REGISTRAR STETSON UNIVERSITY

FEB 17 1986

00141

62

[redacted] 6
Ingham Daniel C.
[redacted]
09/06/60

LINDENWOOD COLLEGE
St. Charles, MO 63301

**PERMANENT RECORD**

Ingham, Daniel C.

Degrees Conferred

MASTER OF BUSINESS ADMINISTRATION 6-30-90

1989 WINTER QUARTER 892Q

IBA-550 MKTG CONCEPTS 3.0 A
IBA-551 MKTG STRAT & MGMT 3.0 A
IBA-589 LGL ASPCT MKTG STRAT 3.0 A

1989 SPRING QUARTER 893Q

IBA-540 ORGANIZATNL CONCEPTS 3.0 A
IBA-541 ORGANIZATNL DEVELPMT 3.0 A
IBA-543 PRS MGMT & LBR RLTNS 3.0 A

SUMMER QUARTER 894Q 894Q

IBA-530 FINANCIAL CONCEPTS 3.0 A
IBA-531 FINANCIAL POLICY 3.0 A
IBA-532 MANAGERIAL FINANCE 3.0 A

1989 FALL QUARTER 901Q 901Q

IBA-593 MGMT RESEARCH & INFO 6.0 A

WINTER QUARTER 902Q 902Q

ICU-599 GRAD CULM PROJECT 0.0 P

OFFICIAL TRANSCRIPT
ISSUED TO STUDENT
VOID IF ERASED OR
ALTERED

261713057 Ingham Daniel C.

DEC 7 1990

00142

ON DA FORM 67-8-1 ... agency is US Army Military Personnel Center.

PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 04 21 | AG | 42A/53A | | W4UR |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR Con Gp (AGR) ARPERCEN W/DY USAISC-ARPERCEN (W4URAA) 9700 Page Blvd, St Louis, MO 63132-5200 | 03 CHANGE OF RATER 9L | CZ |

| l. PERIOD COVERED FROM (Year Month Day) | THRU (Year Month Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 89 06 12 | 89 12 17 | 6 | RP01 | [X] 1. GIVEN TO OFFICER 900308 [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| WALKER, DELORIA L. | [redacted] | *(signature)* |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: CPT, AG, USAISC-ARPERCEN, St Louis, MO Ch, Analysis Br, SIDPERS-USAR Spt Ctr | | DATE: 1 MAR 90 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI): HOLLINGSWORTH, PEGGY C. | [redacted] | *(signature: Peggy C. Hollingsworth)* |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GM-13, USAISC-ARPERCEN, St Louis, MO Ch, SIDPERS-USAR Support Center | | DATE: 1 MAR 90 |
| c. NAME OF SENIOR RATER (Last, First, MI): COPES, RONALD A. | [redacted] | *(signature: Ronald A. Copes)* |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, AR, USAISC-ARPERCEN, St Louis, MO Commander | | DATE: 1 MAR 90 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *(signature)* | 1 MAR 90 | 900308 | BAH | | 0 |

PART III — DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: ADP Project Officer b. SSI/MOS: 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serve as ADP Officer for the maintenance of the $20 million Army Reserve Automated Personnel System which supports approximately 350,000 Reserve Soldiers. Coordinate with the functional user to identify, review, and analyze requirements so as to thoroughly and completely define system functions. Coordinate system changes with computer technicians. Direct the use of development and documentation standards IAW DOD and DA guidance. Validate program/subsystem/system changes to ensure that they satisfy the identified functional requirements. Provide customer assistance covering all areas which impact SIDPERS-USAR.

PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 8910 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a9. Is pursuing a MBA degree, sustaining a grade point average of 4.0.
b2. Has displayed an excellent sense of responsibility by successfully completing research that was essential to mission accomplishment.
b3. Supports subordinates' efforts in overcoming difficult tasks. Gets directly involved by providing hands-on assistance.

13 MAR 1990

DA FORM 67-8, 1 SEP 79 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT

18 APR 1990

00143

81

PERIOD COVERED 890612-891217

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME DANIEL C. INGHAM SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

CPT Ingham has performed the duties of ADP Project Officer in an outstanding manner. He implemented the division training program and provided formal and informal expert training to all division members. As an analyst, he supervised two employees and was directly responsible for their training. He was also responsible for impacting, testing, and validating ten changes to SIDPERS-USAR. All inquiries assigned, both technical and functional, were worked thoroughly and with complete satisfaction to the users. Additionally, CPT Ingham was responsible for coordinating a Configuration Control Board for the Deputy Chief of Staff for Personnel. This is an enormous effort which requires coordination with several major commands. CPT Ingham was able to tie the entire process together with superior results. CPT Ingham has demonstrated his resourcefulness by submitting a recycling initiative that was approved for implementation. As an additional self improvement initiative, CPT Ingham completed five graduate courses, sustaining a 4.0 average.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

CPT Ingham is an intelligent, aggressive, and hard-working officer with tremendous potential for any assignment. His career should be carefully managed through positions of increased responsibility. Recommend CPT Ingham continue in the AGR program and be given every opportunity for advanced military and civilian training to enhance his value to the U.S. Army and the U.S. Army Reserve.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

CPT Ingham's involvement during this rating period has resulted in substantial improvement for ARPERCEN and this Command. He consistently involves himself in what needs to be accomplished. He is the lead man on the SOCOM initiative and he has worked to give the user the greatest advantage by being in place to resolve all concerns.

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | | DA USE ONLY |
|---|---|---|
| | CMC 513 | |
| | RO: CPT | 11 |
| X | INGHA [redacted] | 15* |
| | | 3 |
| | SR: COL | 0 |
| | COPES [redacted] | 1 |
| | PDTE 900403 | 0 |
| | RDTE < 9003 | 0 |
| | 101 880217 | 0 |
| | RATED 30 | 0 |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

b. COMMENTS

During this rating period, as an analyst, CPT Ingham impacted, tested, and validated ten changes to SIDPERS-USAR. He has performed the duties of trainer by implementing training guidance to the division and to the users at CONUSA level. He has researched technical and functional queries on SIDPERS-USAR and has worked diligently with the users to ensure that the users' requirements were understood and met. All urgent requests were coordinated and resolved in a positive and expeditious manner. Additionally, CPT Ingham was responsible for coordinating a SIDPERS-USAR Configuration Control Board. To assist in improving the ARPERCEN community, CPT Ingham submitted a recycling initiative that was approved by the ARPERCEN Chief of Staff for implementation. This officer should be retained in the AGR program.

64 194 24 (SEC)

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

FILE OMPF 9249 PRE

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

3

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | CPT | 89 04 21 | AG | 42A/53A | | W4UR |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR Con Gp (AGR) ARPERCEN W/DY USAISC-ARPERCEN (W4URAA) 9700 Page Blvd, St Louis, MO 63132-5200 | 05 ANNUAL | 5 SF |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 88 06 12 | 89 06 11 | 12 | RP01 | [X] 1. GIVEN TO OFFICER 890817 / [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

880612-880618=6 days/TDY/Casual

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| TOY, DAVID J. | [redacted] | David J Toy | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, AG, USAISC-ARPERCEN, St Louis, MO ADP Project Officer | | | 11 Aug 89 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| HILL, JAMES R., III | [redacted] | James R Hill III | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, SF, USAISC-ARPERCEN, St Louis, MO Ch, SIDPERS-USAR Support Center | | | 11 Aug 89 |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| COPES, RONALD A. | [redacted] | Ronald A Copes | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| COL, AR, USAISC-APRERCEN, St Louis, MO Commander | | | 11 Aug 89 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 11 Aug 89 | 890817 | DCI | | 0 |

**PART III – DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE ADP Project Officer    b. SSI/MOS 53A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Serve as ADP Officer for the maintenance of the Army Reserve Automated Personnel System. Coordinate with the functional user to identify, review, and analyze requirements so as to thoroughly and completely define system functions. Coordinate system changes with computer technicians. Review and maintain design specifications and user documentation. Direct the use of development and documentation standards IAW DoD and DA guidance. Provide customer assistance covering all areas which impact SIDPERS-USAR i.e., operations and telecommunications. Validate program/subsystem/system changes to ensure they satisfy the identified functional requirements.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 8904 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/143 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1 DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5 INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a1. Exceptional learning skills.
a4. Superior interpersonal skills which instill the motivation for subordinates to reach their maximum potential.
a9. Enrolled in a MBA program, completing 18 hours with a 4.0 (A) average.
b2. Actively seeks and accepts responsibility.

23 AUG 1989

00145

PERIOD COVERED 880612 - 890611

PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

CPT Ingham precipitated the reorganization of the Customer Assistance Office in order to meet the demand for three more analysts and to provide the soldiers a greater opportunity for professional development. This enabled the Systems Analysis Branch the advantage to augment their assets at no cost to the organization resulting in an enhancement of overall efficiency in both branches. As the branch supervisor, CPT Ingham instilled group cohesion, enhanced morale, defined standards and expectations, and promoted a technically proficient, professionally run branch. CPT Ingham researched, analyzed, and impacted 18 Software Engineering Change Proposals. He supervised the successful formalization, centralization, and automation of the division's $215,000 budget. He developed, completed, and implemented a software change package SOP and an accreditation package. CPT Ingham streamlined the administrative process by cutting out three steps, thereby decreasing turnaround time from four days to one day. He successfully coordinated five CONUSAs, three OCONUSs, respective ARPERCEN POCs, and FORSCOM and DA proponents for the April 1989 Configuration Control Board. CPT Ingham is a highly energetic, self-motivating officer who is able to accomplish tasks at any level, implied or assigned in order for 100 percent mission accomplishment. He works equally well with subordinates, peers, and superiors. CPT Ingham is an exceptionally well-rounded officer.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

CPT Ingham demonstrates great potential in AG automation and leadership skills. He should be scheduled to attend the AG Advance Course. He possesses the technical skills and the knowledge of the Army to be an excellent asset to any staff. Recommend CPT Ingham continue in the AGR program and be given every opportunity for advanced military and civilian training to enhance his value to the U.S. Army and the U.S. Army Reserve.

PART VI - INTERMEDIATE RATER

COMMENTS

CPT Ingham adapts quickly to our ever changing work environment, accepts these changes as a challenge, and implements the best effective measures in order for the organization to become more efficient at a cost savings to the U.S. Army. CPT Ingham is in a perpetual state of professional development as can be noted by his pursuit of his MBA degree. He shares his knowledge with subordinates, peers, and his supervisor. This provides an up-to-date baseline of learning that produces a positive impact on the quality of work life and the quality of our product to the customer.

PART VII - SENIOR RATER

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

SR

CMC 513
RO: CPT 11
INGHA 12*
[redacted] 3
SR: COL 0
COPES 1
[redacted]
PDTE 890901 0
0
101 880217 0
RATED 27 0

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW

[X] YES [ ] NO (Explain in b)

b. COMMENTS

CPT Ingham has performed in an excellent manner during the rating period. He has worked diligently to learn the SIDPERS-USAR system, which has shown positive results in his ability to complete research and analysis on engineering change proposals in an expeditious manner. CPT Ingham has demonstrated the ability to be a good staff officer. He supervised the Administrative and Customer Assistance Branch of the Support Center. He handled all required actions in a satisfactory manner. He has coordinated with CONUSAs and FORSCOM headquarters prior to the Configuration Control Board. This officer has the potential for greater responsibility. He should be retained in the AGR program.

64184-24

HHC, 167th Spt Gp

D 11

**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL AGENCY (PROVISIONAL)
9700 PAGE BOULEVARD
ST. LOUIS, MISSOURI 63132-5200

REPLY TO ATTENTION OF

DAPC-MSL-N

15 FEB 88

MEMORANDUM FOR:

INGHAM DANIEL CLIFT CMC 300 A-890421
[redacted] UIC-YAEAAO
ARCOM UIC-1K

SUBJECT: Selection for Promotion

1. A Department of the Army Reserve Components Selection Board convened at this Center considered you for promotion. I am pleased to inform you that you have been selected for promotion to the next higher grade. Your promotion eligibility date (PED) is shown after A above.

2. You will be notified by separate correspondence from the U.S. Army headquarters to which you are assigned of further actions required on your part.

3. Congratulations and best wishes for continued success in the future.

FOR THE COMMANDER:

Daniel B. Cooley

DANIEL B. COOLEY
LTC, GS
Chief, Office of Promotions,
Reserve Components

DISTRIBUTION: FL 2019 01
(1) INDIV 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 1LT
(2) CONUSA-1K//FCOM-GOCOM

S 1

00147

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL CENTER
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF

DARP-ZHC (640a)

MEMORANDUM THRU: Director, ATTN: DARP-IM, U.S. Army Reserve Personnel Center, 9700 Page Blvd., St. Louis, MO 63132-5200

FOR: First Lieutenant Daniel C. Ingham

SUBJECT: Letter of Commendation

1. I would like to take this opportunity to express my congratulations for your impressive score of 300 on the Fall 1988 Army Physical Fitness Test.

2. You are to be commended on your physical preparedness and personal dedication to the Army's "Fit to Win" program.

3. Your performance exemplifies the highest standards of personal achievement and serves as an example for all to emulate.

4. A copy of this correspondence will be placed in your Official Military Personnel File.

Gary M. Profit

GARY M. PROFIT
MAJ, FA
Commanding

"MANAGEMENT FOR MOBILIZATION"

00288674

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | LTC | 2003 / 01 / 13 | AG | 42/53 |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: 99th RRC, 99 Soldiers Lane, Coraopolis, PA 15108-2550 AGR W8BZAA

h. REASON FOR SUBMISSION: 05 Annual

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2003 / 12 / 01 | 2004 / 11 / 30 | 12 | | | 1. Given to Officer [ ]; 2. Forwarded to Officer [X] | 06 JAN 05 | OTC | 1U | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. Rater | KNICKERBOCKER, DONALD E. | [redacted] | GS-13 | IMO | [signature] | 13 DEC 04 |
| b. Intermediate Rater | | | | | | |
| c. Senior Rater | DURBIN, ROBERT T., JR. | [redacted] | COL | DCS, G6 | [signature] | 13 DEC 04 |

SENIOR RATER'S ORGANIZATION: 99th RRC, 99 Soldiers Lane, Coraopolis, PA 15108-2550

BRANCH: AR

SENIOR RATER TELEPHONE NUMBER: 412-604-8100

E-MAIL ADDRESS: bob.durbin@us.army.mil

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [ ] No

SIGNATURE OF RATED OFFICER: [signature] DATE: 13 DEC 04

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Chief, Automation/Telecommunications Division

b. POSITION AOC/BR: 25C

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for the leadership of a highly specialized technical team, consisting of twenty-three highly trained network, automation systems, and telecommunications managers and technicians, engaged in all aspects of the management of automation (LAN/WAN) and telecommunications hardware and software operations. Oversees maintenance, training, procurement, trouble ticketing, contract management, customer/vendor relations, team building, catalyst for building coalitions and relations with higher HQ and other agencies, cost analysis, budget administration, configuration management, life cycle/change management, network security, respective policies and standards, impacting all business processes for a regional headquarters and the USAR serving in excess of 27,000 soldiers at 133 remote sites across a five state region and the District of Columbia.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No |
|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7. DUTY: Fulfills professional, legal, and moral obligations | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

| Selected | Attribute | YES | NO |
|---|---|---|---|
| X | 1. MENTAL — Possesses desire, will, initiative, and discipline | X | |
| | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | X | |
| | 3. EMOTIONAL — Displays self-control; calm under pressure | X | |

b.2 SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

| Selected | Skill | YES | NO |
|---|---|---|---|
| X | 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | |
| | 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | |
| X | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | X | |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | X | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| Category | Selected | Action | YES | NO |
|---|---|---|---|---|
| INFLUENCING — Method of reaching goals while operating / improving | | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | X | |
| | | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | X | |
| | X | 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING — Short-term mission accomplishment | | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | X | |
| | X | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | |
| | | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING — Long-term improvement in the Army | X | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | X | |
| | | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | X | |
| | | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS DATE: APR 2004 HEIGHT: 69 WEIGHT: 150 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? [ ] YES [ ] NO [X] N/A



JAN 1 4 2005

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 20031201 - 20041130

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

LTC has performed in an exceptional manner during this rating period. He was instrumental in several critical tasks that have, through his work and dedication, improved the overall service, support, security, and operational capabilites of the G6. LTC Ingham developed the basis for automation equipment distribution which directly lead to the development of a system of business rules used within the command. He was directly responsible for the development of a Basis of Issue Plan (BOIP) for deploying units that identifies minimum automation equipment support. This BOIP is being used as a model for many of the RRCs within the USAR. LTC Ingham was the driving force behind the G6 initiative to develop and deploy a Voice-Over-IP (VOIP) telephony solution for the USAR and resulted in more than 90 new telephone switches being installed within the command. The 99th RRC G6 is now conducting testing on this IP telephony solution for the ESA and USARC. LTC Ingham was also responsible for identifying automation equipment requirements and securing funding from USARC to support the replacement of more than 1600 desktop and notebook computers within the command. He developed the Information Assurance program within the command and secured additional funding from the IAM at USARC to conduct two Information Assurance training programs, improving the security posture and awareness of the command. LTC Ingham has been an exceptional soldier and asset to the United States Army and to this command. His selfless dedication to duty and his tireless efforts in support of our the G6 mission will definitely be missed upon his retirement. If he should return to active duty LTC Ingham should be recalled at his the grade of 05 or higher and assigned to a 53 series, senior command Information Technology position.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII -SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior 2 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: LTC INGHAM DANIEL C
[redacted]

SR: COL DURBIN ROBERT T JR
[redacted]

DATE: 2005 01 14

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

LTC Dan Ingham is an absolutely outstanding officer who has turned in an outstanding performance. His standards, expectations , and motivational skills are the best I have seen. His passion for excellence is unequalled and his energy is endless. He commands loyalty and respect from all his solders and civilian employees.

LTC Ingham has the potential for command responsibility and promotion. It is a great loss to the Army that he will retire and take that potential to the civilian work force.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Retirement Evaluation, no further assignments expected or requested.