0024023578

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL, C. | [redacted] | LTC | 2003 / 01 / 13 | AG | 42/53 |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| 99th RRC, 99 Soldiers Lane, Coraopolis, PA 15108-2511 | 22 Senior Rater Option |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2002 / 12 / 16 | 2003 / 11 / 30 | 11 | | | 1. Given to Officer [ ]<br>2. Forwarded to Officer [X] | 24 FEB 04 | [initials] | 1U | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI) | KNICKERBOCKER, DONALD, E. | [redacted] | GS-13 | IMO | [signature] | 10 FEB 04 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | MORIHLATKO, JOHN, M., JR. | [redacted] | COL | G6 | [signature] | 10 FEB 04 |

SENIOR RATER'S ORGANIZATION: 99th RRC, 99 Soldiers Lane, Coraopolis, PA 15108-2511

BRANCH: SC

SENIOR RATER TELEPHONE NUMBER: (412) 264-1098

E-MAIL ADDRESS: John.MorihlatkoJr@us.army.mil

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [ ] No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 10 FEB 04

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Chief Automation and Telecommunications Division

b. POSITION AOC/BR: 53A/SC

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for the leadership of a highly specialized technical team, consisting of twenty-three highly trained network, automation systems, and telecommunications managers and technicians, engaged in all aspects of the management of automation (LAN/WAN) and telecommunications hardware and software operations. Oversees maintenance, training, procurement, trouble ticketing, contract management, customer/vendor relations, team building, catalyst for building coalitions and relations with higher HQ and other agencies, cost analysis, budget administration, configuration management, life cycle/change management, network security, respective policies and standards, impacting all business processes for a regional headquarters and the USAR serving in excess of 27,000 soldiers at 133 remote sites across a five state region and the District of Columbia.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No | Value | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

| Category | | | | |
|---|---|---|---|---|
| b.1. *ATTRIBUTES (Select 1)* Fundamental qualities and characteristics | [X] MENTAL — Possesses desire, will, initiative, and discipline — YES (X) / NO | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing — YES (X) / NO | 3. EMOTIONAL — Displays self-control; calm under pressure — YES (X) / NO | |
| b.2 *SKILLS (Competence) (Select 2)* Skill development is part of self-development; prerequisite to action | [X] CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning — YES (X) / NO | 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering — YES (X) / NO | [X] TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions — YES (X) / NO | |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting — YES (X) / NO | | | |

b.3. *ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving*

| Category | | | |
|---|---|---|---|
| *INFLUENCING* Method of reaching goals while operating / improving | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups — YES (X) / NO | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely — YES (X) / NO | [X] MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment — YES (X) / NO |
| *OPERATING* Short-term mission accomplishment | [X] PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable — YES (X) / NO | [X] EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources — YES (X) / NO | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement — YES (X) / NO |
| *IMPROVING* Long-term improvement in the Army its people and organizations | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders — YES (X) / NO | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate — YES (X) / NO | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading — YES (X) / NO |

c. APFT: PASS DATE: SEP 2003 HEIGHT: 69 WEIGHT: 145 YES

d. JUNIOR OFFICER DEVELOPMENT - *MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.* [ ] YES [ ] NO [X] N/A

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?

DA FORM 67-9, OCT 97 REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 USAPA V2.00

MAR 01 2004

00151

NAME INGHAM, DANIEL, C. SSN [redacted] PERIOD COVERED 20021216 - 20031130

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

LTC Ingham has performed in an exceptional manner during the rating period. He immediately took charge of the Automation-Telecom Div, completing an analysis of the division and restructuring the workforce to improve the work efficiency of his limited staff. LTC Ingham has introduced a variety of programs to improve the technical skills of his staff and to improve the quality of service to the entire command. His work with designing and implementing a new architecture for voice and data has been instrumental in developing a new voice-over-ip telecom solution that will most certainly become the standard for the USAR and possibly DA. LTC Ingham reorganized his staff to provide a new Information Assurance cell responsible for the security of the network and the data contained on it. This proactive approach to IA was directed down to the lowest levels of the command through a new IAO/IMO training workshop that resulted in more than 150 unit representatives being trained in a three day period. The workshop was extremely successful and received many accolades from USARC and the attendees. LTC Ingham was instrumental in obtaining additional funding from USARC and this command to purchase and replace critical network components, servers, and computers. These equipment replacments and upgrades directly improved the capabilities of this office to manage and maintain the network while improving its overall efficiency. LTC Ingham is a dedicated and caring leader who has worked diligently to mentor, train, and counsel his staff. He has instituted monthly training classes to provide each individual with the latest information on a variety of topics to improve their technical skills. He developed a training plan and procured funding to support classes for the staff in new Microsoft programs and software leading them to obtain certification as a Microsoft Certified System Engineer. LTC Ingham possesses all of the qualities and skills required of a leader in the Army today and demonstrates unlimited potential. He should be promoted immediately.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

LTC Ingham possess the technical skills and the understanding of networking and telecommunications infostructure and he should be assigned to a leadership position in NETCOM or the ESA.

Would serve Army best in IOCF/53/30

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior rate 2 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: LTC INGHAM DANIEL C
[redacted]

SR: COL MORIHLATKO JOHN MICHAEL
[redacted]

DATE: 2004 03 01

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

LTC Ingham is an outstanding officer and a welcomed addition to the G6 staff. Dan's well rounded IT background and expertise has enabled him to restructure two divisions and build teams that are knowledgeable, efficient, and responsive to our customers needs. His OPTEMPO and energy level are the highest that I have ever seen and it is contagious. He was very instrumental in identifying, and procuring funding to replace over 45% of the commands infrastructure. This aggressive action will enable the 99th RRC to transition to active directory with minimal interruption of service. Dan has the uncanny ability to continuously focus on the big picture and he possesses the courage to stay on course in the face of obstacles or opposition. LTC Ingham is passionate about his profession and has demonstrated the highest standards of moral and ethical behavior. He truly is an asset to the USAR who should be assigned to a leadership position in ESA or NETCOM.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Bn Command, G6 USARC, NETCOM Staff

Would serve Army best in IOCF/53/30

00202626

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

412-604-8090

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 1996 / 04 / 20 | AG | 42A |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: North Central Info Ops Center, Moon Township, PA 15108, AGR, (W8MBD1) USARRC

h. REASON FOR SUBMISSION: 04 PCS

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2002 / 03 / 24 | 2002 / 12 / 16 | 6 | Z | | 1. Given to Officer [ ]; 2. Forwarded to Officer [X] | 030610 | [signature] | 2G | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI) | DOLAN, JOHN M. | [redacted] | LTC | Commander, NCIOC | [signature] | 10 JUN 03 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | MIZUSAWA, BERT K. | [redacted] | COL | Commander | [signature] | 10 JUN 03 |

SENIOR RATER'S ORGANIZATION: Army Reserve Information Operations Command, 2800 Powder Mill Road, Adelphi, Maryland 20783

BRANCH: TC

SENIOR RATER TELEPHONE NUMBER: 301-394-1056

E-MAIL ADDRESS: bert.mizusawa@us.army.mil

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [ ] No

SIGNATURE OF RATED OFFICER: [signature] DATE: 10 JUN 03

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: IO Planner

b. POSITION AOC/BR: 01A

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

As the Information Planner responsible for all facets of operations and training for the North Central Information Operations Center (NCIOC) and respective detachments. Develop and maintain a mobilization plan. Develop a mobilization and training status for all soldiers. Support the NCIOC commander and deputy commander's Information Operations (IO) Information Assurance (IA) vision for the NCIOC. Concurrently serve as the Army Reserve Information Operation Command (ARIOC) Chief Technology Officer. Responsible for integrating all technology within the ARIOC while providing the leadership and vision to utilize the technology to its potential.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

| | | | |
|---|---|---|---|
| b.1. *ATTRIBUTES (Select 1)* Fundamental qualities and characteristics | [X] MENTAL — YES [X] NO — Possesses desire, will, initiative, and discipline | 2. PHYSICAL — YES [X] NO — Maintains appropriate level of physical fitness and military bearing | 3. EMOTIONAL — YES [X] NO — Displays self-control; calm under pressure |
| b.2 *SKILLS (Competence) (Select 2)* Skill development is part of self-development; prerequisite to action | 1. CONCEPTUAL — YES [X] NO — Demonstrates sound judgment, critical/creative thinking, moral reasoning | [X] INTERPERSONAL — YES [X] NO — Shows skill with people: coaching, teaching, counseling, motivating and empowering | [X] TECHNICAL — YES [X] NO — Possesses the necessary expertise to accomplish all tasks and functions |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting — YES [X] NO | | |

b.3. *ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving*

| | | | |
|---|---|---|---|
| *INFLUENCING* Method of reaching goals while operating / improving | 1. COMMUNICATING — YES [X] NO — Displays good oral, written, and listening skills for individuals / groups | 2. DECISION-MAKING — YES [X] NO — Employs sound judgment, logical reasoning and uses resources wisely | [X] MOTIVATING — YES [X] NO — Inspires, motivates, and guides others toward mission accomplishment |
| *OPERATING* Short-term mission accomplishment | 4. PLANNING — YES [X] NO — Develops detailed, executable plans that are feasible, acceptable, and suitable | [X] EXECUTING — YES [X] NO — Shows tactical proficiency, meets mission standards, and takes care of people/resources | 6. ASSESSING — YES [X] NO — Uses after-action and evaluation tools to facilitate consistent improvement |
| *IMPROVING* Long-term improvement in the Army its people and organizations | [X] DEVELOPING — YES [X] NO — Invests adequate time and effort to develop individual subordinates as leaders | 8. BUILDING — YES [X] NO — Spends time and resources improving teams, groups and units; fosters ethical climate | 9. LEARNING — YES [X] NO — Seeks self-improvement and organizational growth; envisioning, adapting and leading |

c. APFT: PASS DATE: JUN 02 HEIGHT: 69 WEIGHT: 144 YES

d. JUNIOR OFFICER DEVELOPMENT - *MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.*
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES NO [X]

DA FORM 67-9, OCT 97 — REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 — USAPA V2.00

JUN 17 2003

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 20020324 - 20021216

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1..

MAJ Ingham is an outstanding officer who played an indispensable role in the continued growth and success of the North Central Information Operations Center (NCIOC). He made major contributions to the training, mission, and administrative activities of the NCIOC and the Army Reserve Information Operations Command (ARIOC) as a whole. He coordinated the ARIOC's information assurance support of the 311th Theater Signal Command in the Grecian Firebolt 2002 exercise and assisted the 311th in their Cisco Academy initiative. He led the ARIOC's support of the USAR DITSCAP phase-two accreditation process, coordinating efforts from each of the five IOC's. He developed a working relationship with West Point and initiated NCIOC involvement in the annual Service Academies Cyberexercise. MAJ Ingham oversaw the development of an NCIOC computer lab and classroom and contributed to the development of an NCIOC inter-detachment exercise capability used to exercise computer network defense and vulnerability assessment skills during drills. He initiated contact with V Corps in Germany, leading to a developing NCIOC information security mission there. He was also active in recruiting, assisting with the recruitment of 5 soldiers, and laying the groundwork for a detachment in Colorado Springs, CO through a liaison visit. He was selected to serve as a member of the FA 53A critical task and site selection board for the entire Army. He was competitively selected for and graduated in December 2002 from the National Defense University's Army Management Program, receiving certification as a Chief Information Officer and Information Assurance expert. MAJ Ingham is tirelessly energetic, consistently takes initiative, and develops and implements excellent ideas. He should be promoted at the earliest opportunity to Lieutenant Colonel and selected for the Army War College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior 55 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: MAJ INGHAM DANIEL C
[redacted]

SR: COL MIZUSAWA BERT K
[redacted]

DATE: 2003 06 17

TOTAL RATINGS: 49

RATINGS THIS OFFICER: 1C

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Ingham is an outstanding officer who should be promoted at the earliest opportunity. His efforts have significantly contributed to the success of the NCIOC and the ARIOC. The employment of his skills and initiative in the crisis action center greatly aided the recovery of the Pentagon after the 11 September 2001 attack. He has worked tirelessly to improve the welfare and training of soldiers, achieve the missions and goals of the NCIOC, and improve his own technical and professional knowledge. MAJ Ingham is a self-starting, high-energy achiever with the ability to manage large projects. Promote immediately to Lieutenant Colonel and place in positions of increasing responsibility.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

RSC Division Chief, OCAR Staff Officer, Corp IO Staff

00217052

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 1996 / 04 / 20 | AG | 42A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| North Central Info Ops Center, Moon Township, PA 15108, AGR, (W8MBD1) USARRC | 05 Annual |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2001 / 03 / 24 | 2002 / 03 / 23 | 12 | | | 1. Given to Officer ☐ 2. Forwarded to Officer ☒ | 6 Aug 2003 | [signature] | 2G | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. NAME OF RATER | FOLZ, FRANCIS J. | [redacted] | LTC | Deputy Cdr, NCIOC | Francis J. Folz | 6 Aug 2003 |
| b. NAME OF INTERMEDIATE RATER | | | | | | |
| c. NAME OF SENIOR RATER | MIZUSAWA, BERT K. | [redacted] | COL | Commander | [signature] | 6 Aug 2003 |

SENIOR RATER'S ORGANIZATION: Army Reserve Information Operations Command, 2800 Powder Mill Road, Adelphi, Maryland 20783

BRANCH: TC | SENIOR RATER TELEPHONE NUMBER: 301-394-1056 | E-MAIL ADDRESS: bert.mizusawa@us.army.mil

d. This is a referred report, do you wish to make comments? ☐ ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 6 Aug 2003

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: IO Planner

b. POSITION AOC/BR: 01A

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

As the Information Planner responsible for all facets of operations and training for the North Central Information Operations Center (NCIOC) and respective detachments. Develop and maintain a mobilization plan. Develop a mobilization and training status for all soldiers. Support the NCIOC commander and deputy commander's Information Operations (IO) Information Assurance (IA) vision for the NCIOC. Concurrently serve as the Army Reserve Information Operation Command (ARIOC) Chief Technology Officer. Responsible for integrating all technology within the ARIOC while providing the leadership and vision to utilize the technology to its potential.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No | Value | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

**b.1. ATTRIBUTES (Select 1)** Fundamental qualities and characteristics

| Box | Attribute | Yes | No |
|---|---|---|---|
| X | MENTAL — Possesses desire, will, initiative, and discipline | X | |
| 2. | PHYSICAL — Maintains appropriate level of physical fitness and military bearing | X | |
| 3. | EMOTIONAL — Displays self-control; calm under pressure | X | |

**b.2 SKILLS (Competence) (Select 2)** Skill development is part of self-development; prerequisite to action

| Box | Skill | Yes | No |
|---|---|---|---|
| 1. | CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | |
| X | INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | |
| X | TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | X | |
| 4. | TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | X | |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

| Category | Box | Action | Yes | No |
|---|---|---|---|---|
| INFLUENCING — Method of reaching goals while operating / improving | 1. | COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | X | |
| | 2. | DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | X | |
| | X | MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING — Short-term mission accomplishment | 4. | PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | X | |
| | 5. | EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | |
| | X | ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING — Long-term improvement in the Army its people and organizations | 7. | DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | X | |
| | 8. | BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | X | |
| | X | LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading | X | |

c. APFT: PASS DATE: OCT 2001 HEIGHT: 69 WEIGHT: 139 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? ☐ YES ☐ NO ☒ NA



SEP 10 2003

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 20010324 - 20020323

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[ ] OUTSTANDING PERFORMANCE, MUST PROMOTE [X] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Major Ingham performed the duties of NCIOC Information Operations planner, and he performed his duties adequately. Major Ingham is a technically capable officer that thrives in managing technically challenging issues. He has used his technical expertise to develop unit missions. MAJ Ingham has strived to develop new skills in the information operations arena and apply those skills to current tasks. He used his knowledge to assist the crisis action center at the Pentagon after the 11 September 2001 attack. He assisted in the development of the NCIOCs mobilization plan by giving encouragement and resources to the mobilization officer so that a first class mobilization plan could be developed. He coordinated with the 99th to bring the ARIOC on to the 99th RSCs network backbone. MAJ Ingham has sought various opportunities to improve his knowledge base by attending Information Operation conferences and courses. MAJ Ingham worked with the ARIOC to develop a skills matrix document that is used to track civilian acquired skills and Army developed skills within the ARIOC structure. He acted as a Project Officer for the ARIOC during a portion of the rating period to assist with making the ARNet operational. Additionally, he worked with the 99th RSC personnel in the conversion of ARLNet from Lotus notes to Exchange. MAJ Ingham has achieved the various successes when he worked with the ARIOCs staff, and the USARCs and 99th RSCs DCSIM staffs, in a mutually beneficial purpose. With sound senior level guidance, MAJ Ingham can achieve unit goals. MAJ Ingham should be considered for the most challenging automation positions within the USAR. Promote to Lieutenant Colonel with his contemporaries.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

MAJ Ingham is an Information Technology professional and should be selected for an FA53 position.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior 55 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: MAJ INGHAM DANIEL C [redacted]

SR: COL MIZUSAWA BERT K [redacted]

DATE: 2003 09 10

TOTAL RATINGS: 61

RATINGS THIS OFFICER: 1C

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Ingham is one of the most technically qualified officers in the Army Reserve as well as an outstanding leader. As the IO planner, he has demonstrated the ability to achieve results in challenging situations. MAJ Ingham has recruited highly skilled IT soldiers into the NCOIC, and is assisting with the development of the necessary management controls to care for and administer the NCIOC detachments. Additionally, his technical abilities are exceptional, and he is able to breakdown complex technical issues into simple achieveable solutions. MAJ Ingham should be provided opportunities to continue to contribute to the Army with his considerable technical talents in the area of information technology. Promote to Lieutenant Colonel immediately.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

RSC Division Chief, OCAR Staff Officer, Corp IO Staff

[redacted]



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO **MAJOR DANIEL C. INGHAM**
**HEADQUARTERS, 1ST INFORMATION OPERATIONS (NC) BATTALION**

FOR FOR MERITORIOUS SERVICE AS A DISC4 CRISIS ACTION TEAM LEADER AFTER THE WORLD TRADE CENTER ATTACK. YOUR EFFORTS WERE DIRECTLY RESPONSIBLE IN FACILATING THE RESTORATION OF THE NATIONAL MILITARY COMMAND AUTHORITY NETWORK. YOUR EXTRAORDINARY EFFORTS AND ACCOMPLISHMENTS REFLECT DISTINCT CREDIT UPON YOU, THE 1ST IO (NC) BN, AND THE UNITED STATES ARMY.

**FROM: 18 SEP 2001 TO 23 SEP 2001**

THIS 25TH DAY OF OCTOBER 2001

Orders 1-02, 25 OCTOBER 2001
HQ, 1ST INFORMATION OPERATIONS (NC) BATTALION
ALLISON PARK, PA 15101-1926

LAWRENCE LENTZ
LTC, AD, Commanding

DA FORM 4980-18, NOV 97

00110112

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

412-364-5449

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES | g. PMOS (WO) |
|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 1996 / 04 / 20 | AG | 53A | |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| NCIOC, 9225 Peebles Road Allison Park, PA 15101 (W8MBD1) (AGR), 99th RSC | 22 SR Option |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2000 / 09 / 06 | 2001 / 03 / 23 | 7 | | | X 1. Given to Officer; 2. Forwarded to Officer | 01 0815 | [illegible] | 1U | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI): Folz, Francis J. | [redacted] | LTC | Acting Commander | [signature] | 01 0814 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI): Pedigo Walter S. | [redacted] | COL | Commander | [signature] | 01 0814 |

SENIOR RATER'S ORGANIZATION: Reserve Information Operations Center, Adelphi, MD 20783

BRANCH: | SENIOR RATER TELEPHONE NUMBER: | E-MAIL ADDRESS: pedigo@ocar.army.pentagon.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 01 0814

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Executive Officer

b. POSITION AOC/BR: O1A

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for pursuing mutually beneficial relationships with corporate America, academia concentrating on Carnegie Mellon University (CMU), and other governmental agencies when dealing with information security. Assist in the initial start up of a new unit. Act as the primary point of contact for CMU. Develop operational strategies for the integration and implementation of the North Central Information Operation Center into the Reserve Information Operation Coordination Center. Develop best practices for conducting Information Assurance Missions. Create innovative ways of conducting mission. Design a methodology for recruiting, conducting remote administration in a decentralized environment, automation support, and training. Develop a training program that supports the focus of the organization.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

### CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

| | | | |
|---|---|---|---|
| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | X MENTAL [YES: X] NO — Possesses desire, will, initiative, and discipline | 2. PHYSICAL [YES: X] NO — Maintains appropriate level of physical fitness and military bearing | 3. EMOTIONAL [YES: X] NO — Displays self-control; calm under pressure |
| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X CONCEPTUAL [YES: X] NO — Demonstrates sound judgment, critical/creative thinking, moral reasoning | 2. INTERPERSONAL [YES: X] NO — Shows skill with people: coaching, teaching, counseling, motivating and empowering | X TECHNICAL [YES: X] NO — Possesses the necessary expertise to accomplish all tasks and functions |
| | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting [YES: X] NO | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| | | | |
|---|---|---|---|
| INFLUENCING Method of reaching goals while operating / improving | 1. COMMUNICATING [YES: X] NO — Displays good oral, written, and listening skills for individuals / groups | X DECISION-MAKING [YES: X] NO — Employs sound judgment, logical reasoning and uses resources wisely | 3. MOTIVATING [YES: X] NO — Inspires, motivates, and guides others toward mission accomplishment |
| OPERATING Short-term mission accomplishment | 4. PLANNING [YES: X] NO — Develops detailed, executable plans that are feasible, acceptable, and suitable | X EXECUTING [YES: X] NO — Shows tactical proficiency, meets mission standards, and takes care of people/resources | 6. ASSESSING [YES: X] NO — Uses after-action and evaluation tools to facilitate consistent improvement |
| IMPROVING Long-term improvement in the Army its people and organizations | 7. DEVELOPING [YES: X] NO — Invests adequate time and effort to develop individual subordinates as leaders | X BUILDING [YES: X] NO — Spends time and resources improving teams, groups and units; fosters ethical climate | 9. LEARNING [YES: X] NO — Seeks self-improvement and organizational growth; envisioning, adapting and leading change |

c. APFT: PASS DATE: OCT 2000 HEIGHT: 69 WEIGHT: 140 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. YES NO [X]

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?



AUG 20 2001

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 20000906 - 20010323

PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Ingham has performed in a stellar manner this rating period and exceeded all expectations. He was thrust into a new unit activation with minimal guidance and support. He has been the driving force towards making the units strength the best in the command recruiting 22 personnel, with approximately 20 additional personnel in varying stages of being in-processed, within a five month time frame. No other I/O unit has had this much success so quickly. This can be directly attributed to the recruiting methodology MAJ Ingham designed and implemented from the onset of unit activation. From recruiting to executing mission the success of the units activation is tied directly to MAJ Ingham's keen sense of direction, focus, and creative ways of accomplishing the mission with minimal funding and guidance. One specific example of this is the way personnel are being trained in the unit. MAJ Ingham has coordinated, reviewed, received, and distributed training aids (i.e. books, Cd's, websites, tapes) that customize the training to the specific training focus. MAJ Ingham's philosophy will be highly successful in producing the necessary skill set for an ever evolving IT mission. MAJ Ingham has spent considerable time and efforts nurturing relationships with other commands, corporate America, and academia pursuing mutually beneficial relationships that are starting to pay off. A perfect example of this is his coordination with Microsoft to partner with the security arm of Microsoft. MAJ Ingham has developed, from scratch, every process necessary to maintain and sustain the unit. MAJ Ingham took the lead on designing, developing, coordinating, and implementing the USAR I/O Internet Web site and the NCIOC Intranet web site. One of the benefits of the Internet web site was the ability to recruit a minimum of 50 more potential candidates throughout the structure. MAJ Ingham's potential is unlimited. Promote MAJ Ingham below the zone and send to the senior service college.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

PART VI - INTERMEDIATE RATER

PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

I currently senior rate 17 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

ABOVE CENTER OF MASS

RO: MAJ INGHAM DANIEL C [redacted]

SR: COL PEDIGO WALTER S [redacted]

DATE: 2001 08 20

TOTAL RATINGS: 15

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Ingham is one of my best officers. Technically experienced, he is also self-motivated to making command guidance a success. An officer with high energy and capability, MAJ Ingham has significantly increased his commander's mission support capability by implementing a remote drilling operation and systems architecture enabling future flexible mission success. Also, he initiated many means by which to recruit citizen soldier expertise, among them being a web site that proved very successful. Indicative of a much more senior officer, MAJ Ingham successfully cross-walked information systems development by collaborating with corporate and government organizations who are developing and enhancing computer network defense operations. A super officer with great potential. Promote to LTC with subsequent selection at a resident Senior Service College.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Commander of a Information Operations Center; Chief USAR CIO IT/C4; Deputy Director ISSO.



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

MAJOR DANIEL C. INGHAM
Headquarters, United States Army Reserve Command

FOR exceptionally meritorious service while serving as the Director for Network Services with the Chief Information Office. Major Ingham portrayed an indomitable sense of duty, tenacity of purpose and constantly contributed to the successful completion of the most critical automation project in the history of the Army Reserve - - establishing an enterprise wide area network. With over 900 points of presence and a capitalized value of over $100 million, the resultant network is recognized as one of the world's largest frame relay networks. The significant achievements and devotion to duty of Major Ingham reflect great credit upon him, this Command and the United States Army.

From: 16 November 1995 to 5 September 2000

This 9th day of January 2001

Permanent Orders #009-001
U.S. Army Reserve Command
Fort McPherson, Georgia

THOMAS J. PLEWES
Major General, U.S. Army
Commanding General

DA FORM 4980-12, NOV 97

# RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is ODCSPER

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| | | |
|---|---|---|
| 1. TO<br>Cdr, U.S. Army Reserve Command, Attn: AFRC-PRH-S<br>Fort McPherson, GA 30330-2000 | 2. FROM<br>HQ, U.S. Army Reserve Command, Attn: CIO<br>Fort McPherson, GA 30330-2000 | 3. DATE<br>1 Dec 00 |

**PART I - SOLDIER DATA**

| | | |
|---|---|---|
| 4. NAME<br>INGHAM, DANIEL CURTIS | 5. RANK<br>MAJ | 6. SSN<br>[redacted] |
| 7. ORGANIZATION<br>HQ, U.S. Army Reserve Command, Attn: CIO<br>Fort McPherson, GA 30330-2000 | 8. PREVIOUS AWARDS<br>MSM, ARCOM-4 | |
| 9. BRANCH OF SERVICE<br>U.S. Army | 10. RECOMMENDED AWARD<br>LOM | 11. PERIOD OF AWARD<br>a. FROM 16 Nov 95 b. TO 05 Sep 00 |

12. REASON FOR AWARD

| | | |
|---|---|---|
| 12a. INDICATE ACH, SVC, PCS, ETS, OR RET<br>PCS | 12b. INTERIM AWARD YES [ ] NO [X]<br>IF YES, STATE AWARD GIVEN | 13. POSTHUMOUS<br>YES [ ] NO [X] |

**PART II - RECOMMENDER DATA**

| | | |
|---|---|---|
| 14. NAME<br>LETTERMAN, LESTER H. | | 15. ADDRESS<br>HQ, U.S. Army Reserve Command, Attn: AFRC-CI<br>1401 Deshler Street SW<br>Fort McPherson, GA 30330-2000 |
| 16. TITLE/POSITION<br>Director, Information Systems Services Div. | 17. RANK<br>LTC | |
| 18. RELATIONSHIP TO AWARDEE<br>Supervisor | | 19. SIGNATURE |

**PART III - JUSTIFICATION AND CITATION DATA** *(Use specific bullet examples of meritorious acts or service)*

20. ACHIEVEMENTS

ACHIEVEMENT #1

See attachment

ACHIEVEMENT #2

ACHIEVEMENT #3

ACHIEVEMENT #4

21. PROPOSED CITATION

See attached citation

DA FORM 638, NOV 94

REPLACES DA FORM 638-1.
PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE.

USARC V1.00

NAME: INGHAM, DANIEL CURTIS
SSN: [redacted]

**PART IV - RECOMMENDATION/APPROVAL/DISAPPROVAL**

22. *I certify that this individual is eligible for an award in accordance with AR 600-8-22; and that the information contained in Part I is correct.*
22a. SIGNATURE: [signature]
22b. DATE: 7 Dec 00

| 23. INTERMEDIATE AUTHORITY | a. TO: DCSPER | b. FROM: CIO | c. DATE: 7 Dec 00 |
|---|---|---|---|

d. RECOMMEND: [X] APPROVAL [ ] DISAPPROVAL UPGRADE TO: DOWNGRADE TO:

| e. NAME | f. RANK |
|---|---|
| THOMAS C. MAIELLO, JR. | COLONEL |
| **g. TITLE/POSITION** | **h. SIGNATURE** |
| U.S. Army Reserve Chief Information Officer | [signature] |

i. COMMENTS

Soldier meets height and weight standards of AR 600-9; HT: 69 WT: 141

| 24. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE |
|---|---|---|---|

d. RECOMMEND: [ ] APPROVAL [ ] DISAPPROVAL UPGRADE TO: DOWNGRADE TO:

| e. NAME | f. RANK |
|---|---|
| **g. TITLE/POSITION** | **h. SIGNATURE** |

i. COMMENTS

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE |
|---|---|---|---|

d. RECOMMEND: [ ] APPROVAL [ ] DISAPPROVAL UPGRADE TO: DOWNGRADE TO:

| e. NAME | f. RANK |
|---|---|
| **g. TITLE/POSITION** | **h. SIGNATURE** |

i. COMMENTS

| 26. APPROVAL AUTHORITY | a. TO: Orders issuing authority | b. FROM: Commander, USARC | c. DATE: 5 JAN 2001 |
|---|---|---|---|

d. [ ] APPROVED [ ] DISAPPROVED RECOMMEND UPGRADE TO: DOWNGRADE TO: MSM

| e. NAME | f. RANK |
|---|---|
| THOMAS J. PLEWES | Major General, U.S. Army |
| **g. TITLE/POSITION** | **h. SIGNATURE** |
| Commander | [signature] |

i. COMMENTS

**PART V - ORDERS DATA**

| | | |
|---|---|---|
| 27a. ORDERS ISSUING HQ: Hq, U.S. Army Reserve Command, Fort McPherson, GA 30330-2000 | 27b. PERMANENT ORDER NO.: 009-001 | 31. DISTRIBUTION: UNIT (1) INDIV (1)<br>MPRJ (1), AFRC-PRH-S (1)<br>Cdr, AR PERSCOM<br>ATTN: ARPC-ARO (1)<br>ARPC-PMD (1)<br>ARPC-PRD (1) |
| 28a. NAME OF ORDERS APPROVAL AUTHORITY: MARY LYNN LOLMAUGH | 28b. RANK: DAC | |
| 28c. TITLE/POSITION: Assistant Adjutant | 29. APPROVED AWARD: MSM (1 OLC) | |
| 28d. SIGNATURE: [signature] | 30. DATE: 9 Jan 01 | |

REVERSE, DA FORM 638, NOV 94 USAPPC V8.0

00073165 BOARDS: 00SS

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

Mr. Chris Yaste (404) 464-8906

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 1996 04 21 | AG | 53A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| HQ USARC (W47AAA), FORT MCPHERSON, GA 30330-2000 (AGR) FC | 04 PCS |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| 2000 04 28 | 2000 09 05 | 4 | | | 1. Given to Officer / 2. Forwarded to Officer | | FC | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI): LETTERMAN, LESTER H. | [redacted] | LTC | Acting Director, ISSD | [signature] | 2Nov 2000 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI): MAIELLO JR., THOMAS C. | [redacted] | COL | USAR CIO | [signature] | 2Nov 2000 |

SENIOR RATER'S ORGANIZATION: HQ USARC, 1401 DESHLER STREET SW FORT MCPHERSON, GA 30330-2000

BRANCH: EN

SENIOR RATER TELEPHONE NUMBER: 404-464-9399

E-MAIL ADDRESS: maiellot@usarc-emh2.army.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

SIGNATURE OF RATED OFFICER: [signature] DATE: 2Nov 2000

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director, Network Services

b. POSITION AOC/BR: 53A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

The individual responsible to ensure the USAR Wide Area Network is operational at 99.99% for 7 days per week, 24 hours per day. Manages/supervises 200 personnel, provides connectivity, for 40,000 workstations, 1,100 servers, manages 900 data circuits, 50 video circuits, 16,000 voice circuits, and 750 PBX's. Serves as the Contracting Officer Representative for a $12 Million services contract for a contract workforce of 140 personnel. Provides Program Management for an annual operating budget of $50 million for a network with a capitalized cost of $400 million. Develops the operational policies and standards for the USAR network. Develops, coordinates, and implements policies and procedures for the integration of information technology changes into the USAR's automation and communications systems. Plans the life cycle management of hardware and software.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader; combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

| | | | |
|---|---|---|---|
| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | [X] MENTAL (YES: X) Possesses desire, will, initiative, and discipline | 2. PHYSICAL (YES: X) Maintains appropriate level of physical fitness and military bearing | 3. EMOTIONAL (YES: X) Displays self-control; calm under pressure |
| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | 1. CONCEPTUAL (YES: X) Demonstrates sound judgment, critical/creative thinking, moral reasoning | [X] INTERPERSONAL (YES: X) Shows skill with people: coaching, teaching, counseling, motivating and empowering | [X] TECHNICAL (YES: X) Possesses the necessary expertise to accomplish all tasks and functions |
| | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting (YES: X) | | |
| b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving | | | |
| INFLUENCING Method of reaching goals while operating / improving | 1. COMMUNICATING (YES: X) Displays good oral, written, and listening skills for individuals / groups | 2. DECISION-MAKING (YES: X) Employs sound judgment, logical reasoning and uses resources wisely | [X] MOTIVATING (YES: X) Inspires, motivates, and guides others toward mission accomplishment |
| OPERATING Short-term mission accomplishment | 4. PLANNING (YES: X) Develops detailed, executable plans that are feasible, acceptable, and suitable | [X] EXECUTING (YES: X) Shows tactical proficiency, meets mission standards, and takes care of people/resources | [X] ASSESSING (YES: X) Uses after-action and evaluation tools to facilitate consistent improvement |
| IMPROVING Long-term improvement in the Army its people and organization | 7. DEVELOPING (YES: X) Invests adequate time and effort to develop individual subordinates as leaders | 8. BUILDING (YES: X) Spends time and resources improving teams, groups and units; fosters ethical climate | 9. LEARNING (YES: X) Seeks self-improvement and organizational growth; envisioning, adapting and leading change |

c. APFT: PASS DATE: APR 2000 HEIGHT: 69 WEIGHT: 141 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? ☐ YES ☐ NO ☒

DA FORM 67-9, OCT 97 REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 USAPA V2.00

NOV 17 2000

00163

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 20000428 - 20000905

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Ingham's analytical skills have again accrued cost savings for the American tax payer as demonstrated by his discovery that the government billing agent and the vendor were posting different bills. This discovery recovered approximately $5 million for the USAR and $12 million DOD-wide in cost savings. MAJ Ingham also developed a methodology and started implementation to double bandwith within current budget. He also developed and implemented a plan to acquire, receive approval, and globally field trouble ticketing software that will be the standard for the USAR. MAJ Ingham has also developed approximately $140 million of Unresourced Requirements (URR's) for the USAR enterprise network, providing the CG more visibility from a USAR Information Management perspective. MAJ Ingham has taken a network that was predominantly decentralized with no true visibility of expenditures or problems to a centralized operations with measurements, tools to remotely resolve problems, trend/cost analysis, visibility of expenditures/future costs, consolidation of many different technical support contracts, integration of security throughout the enterprise, and a vision to strive towards. It is through MAJ Ingham's ability to visualize, conceptualize, integrate, facilitate, manage limited resources, and orchestrate personalities that he has been able to produce results on massive projects with significant obstacles. MAJ Ingham invests a great deal of time in properly training his personnel to ensure a quality support structure. MAJ Ingham has developed a plan to save approximately $1 million to upgrade the USAR from W2K to O2K. MAJ Ingham's technical and analytical skills are unsurpassed by few in the Army today. Select for below the zone promotion and senior service college.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

I currently senior rate 19 officer(s) in this grade

A completed DA Form 67-9-1 was received w/this report and considered in my evaluation and review [X] YES [ ] NO (Explain)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

ABOVE CENTER OF MASS

RO: MAJ INGHAM DANIEL C [redacted]

SR: COL MAIELLO JR THOMAS C [redacted]

DATE: 2000 11 17

TOTAL RATINGS: 15

RATINGS THIS OFFICER: 0

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Ingham's performance can be characterized as simply superb! He approaches his responsibilities as director for network services with the highest degree of technical sophistication and innovation, constantly solving difficult problems with a dedicated commitment to the units he serves. With this strong customer orientation, his staff has remained engaged in providing world-class support for one of the DoD's largest computer networks. He has deftly managed the day-to-day activities; maintained a vision for the future while strategically positioning the USAR to meet tomorrow's IT challenges. MAJ Ingham's initiative, ability to prioritize, and ability to accomplish a myriad of competing tasks, while leading and caring for his troops is among the best I have seen. MAJ Ingham is strong candidate for development as a senior automation manager in the USAR. Promote this officer to Lieutenant Colonel immediately.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

USAR staff representative to DISA/DISC4, Network Manager for AR-PERSCOM, Information Management Officer for an OCONUS RSC

00054505

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 1996 / 04 / 20 | AG | 53A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| HQ USARC (W47AAA) Fort McPherson, GA 30330-2000 (AGR) FC | 05 Annual |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| 1999 / 04 / 28 | 2000 / 04 / 27 | 9 | Q | | 1. Given to Officer / 2. Forwarded to Officer — Date | | FC | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI): LETTERMAN, LESTER H. | [redacted] | LTC | Deputy Dir, USAR ISSD | [signature] | 25May 2000 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI): LEONARD, MELVIN T. | [redacted] | GS-15 | Director, USAR ISSD | [signature] | 26 May 2000 |

SENIOR RATER'S ORGANIZATION: HQ USARC, 1401 DESHLER STREET SW FORT McPHERSON, GA 30330-2000

BRANCH: Civ | SENIOR RATER TELEPHONE NUMBER: (404) 464-9103 | E-MAIL ADDRESS: LeonardM@usarc-emh2.army.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

SIGNATURE OF RATED OFFICER: [signature] DATE: 26 May 2000

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director Network Services, USAR Information Systems Services Div | b. POSITION AOC/BR: 53A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

The individual responsible to ensure the USAR Wide Area Network is operational at 99.99% for 7 days per week, 24 hours per day. Manages/supervises 175 personnel, provides connectivity for 40,000 workstations,1,100 servers, manages 850 data circuits, 16,000 voice circuits, and 750 PBXs. Serves as the Contracting Officer Representative for a $12 million services contract for a contract workforce of 133. Provides Program Management for an annual operating budget of $50 million dollars for a network with a capitalized cost of $400 million. Develops the operational policies and standards for the USAR network. Develops,coordinates, and implements policies and procedures for the integration of information technology changes into the USAR's automation and communications systems. Plans life cycle management of hardware and software.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

| Select | Attribute | Yes | No |
|---|---|---|---|
| X | 1. MENTAL — Possesses desire, will, initiative, and discipline | X | |
| | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | X | |
| | 3. EMOTIONAL — Displays self-control; calm under pressure | X | |

b.2. SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

| Select | Skill | Yes | No |
|---|---|---|---|
| | 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | |
| X | 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | |
| X | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | X | |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | X | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| | Select | Action | Yes | No |
|---|---|---|---|---|
| INFLUENCING — Method of reaching goals while operating / improving | | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | X | |
| | X | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | X | |
| | | 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING — Short-term mission accomplishment | | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | X | |
| | X | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | |
| | | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING — Long-term improvement in the Army its people and organizations | | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | X | |
| | X | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | X | |
| | | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS DATE: APR 2000 HEIGHT: 69 WEIGHT: 141 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? ☐ YES ☐ NO ☒

DA FORM 67-9, OCT 97 REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 USAPA V2.00

JUN 23 2000

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 19990428 - 20000427

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE  [ ] SATISFACTORY PERFORMANCE, PROMOTE  [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Major Ingham has performed his duties in an outstanding manner. During a period of increasing expectations for, reliance on and complexity of automated systems; he has been the driving force behind the U.S. Army Reserve's wide area network operations achieving these goals for the U.S. Army Reserve Command. He has offset significant insufficiencies in funding and staffing by maintaining a high OPTEMP, while continuing to improve on a very positive command climate and can-do attitude within his directorate. His efforts have been very significant considering the reliance on the network infrastructure for command and control, support of all business processes, the collection and processing of data required for improving readiness, providing decision support systems and support of mobilization. Major Ingham completed certification as a Microsoft Certified Systems Engineer (MCSE) and CGSC during this rating period. He is one of very few technically proficient AGR officers who can make the professional decisions supportive of the USAR's enterprise network operations, goals and objectives. He is quick to analyze problem areas and develop solutions that address complex management issues. He is mentally agile and communicates well with other members of the staff. His innovative and progressive efforts have left a lasting, very positive and significant effect across the entire USAR. Assign to positions of increased responsibility and visibility within Information Operations or the primary staff of the Chief Information Officer. Promote to Lieutenant Colonel now and select for Senior Service College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER *(Explain below)*

I currently senior rate 2i officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: MAJ INGHAM DANIEL C
[redacted]

SR: GS15 LEONARD MELVIN T
[redacted]

DATE: 2000 06 23

TOTAL RATINGS: 7

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Ingham is the most technically competent automation Officer in the USAR. He has been working in a LTC position for over 3 years and never ceases to amaze me at what he can accomplish. He has been managing shortfalls in his budget to personnel, yet achieves mission through creativity, initiative, and hardwork while instilling in the work force a sense of pride and esprit that is refreshing. There are very few major automation projects being implemented today that he isn't responsible for supporting/ implementing in some way. MAJ Ingham became a Microsoft Certified Systems Engineer. He also completed CGSC during this rating period. He is an invaluable leader promote immediately to LTC and send to War College.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Chief, USAR CIO IT/C4 Plans;PEO STAMIS;Deputy Director ISSO