00019996

BOARDS: 9PDE

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| IGHAM, DANIEL C. | [redacted] | MAJ | 1996 / 04 / 20 | AG | 42A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| Q, USARC (W47AAA), FT. MCPHERSON, GA 3033-2000 (AGR) FC | 05 Annual |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL. | m. RATED OFFICER COPY (Check one and date) | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| 998 / [redacted] | 1999 / 04 / 27 | 10 | Q | | 1. Given to Officer / 2. Forwarded to Officer | | FC | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI): Leonard, Melvin T., JR. | [redacted] | GS-15 | Director, ISSD, CIO | [signature] | 30 Jun 1999 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI): | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI): Helmly, James R. | [redacted] | BG | CIO | [signature] | 10 Aug 1999 |

SENIOR RATER'S ORGANIZATION: Office of the Chief, Army Reserve, The Pentagon, Washington, DC 20310-2400

BRANCH: GO — SENIOR RATER TELEPHONE NUMBER: (703) 697-1260 — E-MAIL ADDRESS: HELMLY@ocar.army.pentagon.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER: [signature] — DATE: 18 Aug 1999

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director, USAR Network Services

b. POSITION AOC/BR: 53A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for the implementation of new technology; maintaining, managing, and administering current automation, telecommunications, and video teleconference technology for the USAR network which consist of 700 segments distributed throughout the world supporting 28,000 users in a variety of functions ranging from E-mail to Internet access. Supervises the technical workforce to accomplish the aforementioned responsibilities. Represents the CIO and provides technical guidance at meetings, conferences, and staff visits to higher, adjacent and subordinate commands. Provides technical guidance and assists with policy on the information management disciplines. Manages a budget of approximately $100 million. Manages/Supervises a workforce of more than 135 military, civilian, and contractor personnel.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No |
|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7. DUTY: Fulfills professional, legal, and moral obligations | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

| Selected | Item | Yes/No |
|---|---|---|
| X | 1. MENTAL — Possesses desire, will, initiative, and discipline | YES |
| | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | YES |
| | 3. EMOTIONAL — Displays self-control; calm under pressure | YES |

b.2. SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

| Selected | Item | Yes/No |
|---|---|---|
| X | 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES |
| | 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES |
| X | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | YES |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| Category | Selected | Item | Yes/No |
|---|---|---|---|
| INFLUENCING — Method of reaching goals while operating / improving | | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | YES |
| | X | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | YES |
| | X | 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | YES |
| OPERATING — Short-term mission accomplishment | | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | YES |
| | X | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES |
| | | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | YES |
| IMPROVING — Long-term improvement in the Army its people and organizations | | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | YES |
| | | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | YES |
| | | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES |

c. APFT: PASS DATE: ARP 1999 HEIGHT: 69 WEIGHT: 137 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? ☐ YES ☐ NO ☒ N/A

DA FORM 67-9, OCT 97 — REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 — USAPA V2.00

AUG 3 1 1999

NAME INGHAM, DANIEL C. SSN [redacted] PERIOD COVERED 19980428 - 19990427

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, [ ] UNSATISFACTORY PERFORMANCE, [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Ingham has exceeded all expectations. He was thrust into a position of much greater responsibility during a very strenuous reorganization and turned a chaotic situation into a successful undertaking impacting 3 large geographically dispersed agencies and approximately 3,600 personnel. MAJ Ingham is balancing approximately 140 concurrent projects with minimal resources, He has been able to manage the growth and maintain a stable Wide Area Network (WAN) even though according to the private sector's models, he has been working under a constraint of a $82 million shortfall in resource support. MAJ Ingham successfully orchestrated the Engineer conversion from Novell to NT which was a global endeavor impacting 18 sites. He successfully oversaw the conversion of 100% of all non-standard USAR networks within his control. MAJ Ingham is overseeing a centralization of USAR telephone bills that is projected to save approximately $6 million per year. MAJ Ingham developed and is in the implementation phase of a USAR wide centralized help desk and an Enterprise solution for remotely managing the USAR network. He has now set into motion a plan that has the potential to regionalize electronic support and permit remote troubleshooting and distribution of software which could save millions in TDY cost alone. MAJ Ingham has managed the 700% growth of the WAN this year (from 100 to 700 segments) adding approximately 10,000 users. MAJ Ingham is the technical point of contract for approximately $9 million in contract support. He also successfully completed Phase 2 and 3 of CGSC. His organizations' support was voted number 2 in a HQ sensing session for positive things happening in the USARC, MAJ Ingham is clearly performing functions well above his current grade. He has unlimited potential, and is one of the best automators in the USAR. Promote this officer to the grade of LTC immediately. Select for resident War College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

MAJ Ingham is a top notch automator, with very sharp technical skills.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior rate 7 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: MAJ INGHAM DANIEL C
[redacted]

SR: BG HELMLY JAMES R
[redacted]

DATE: 1999 08 31

TOTAL RATINGS: 10

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Major Ingham is a top drawer young officer whose in-depth technical competence, sharp management acumen and dedication combine to create exceptional performance in every responsibility. Methodical and extremely conscientious, his actions are well planned, smoothly executed and presented in a concise, timely manner leading to superior results. Totally professional, poised, mature, and dedicated he enjoys the willing support and cooperation of all with whom he comes in contact. Promote him and assign him the tough jobs to groom for senior leadership positions in the USAR. Select for Defense Management College Advanced Program Management Training and resident Command and Staff College. Rich in potential he posesses in full measure those skills and abilities most widely sought in senior leaders.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Chief, USAR CIO IT/C4 Plans; PEO STAMIS; Deputy Dir, CIO ISSO ;Career Field 53, Program Management

5/8

## SERVICE SCHOOL ACADEMIC EVALUATION REPORT

For use of this form, see AR 623-1; the proponent agency is MILPERCEN.

DATE: 99 04 26

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| INGHAM DANIEL C | [redacted] | MAJ | AG | |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| COMMAND AND GENERAL STAFF OFFICER COURSE (1-250-C3) [4] | US ARMY COMMAND AND GENERAL STAFF COLLEGE | AR |

**9. TYPE OF REPORT**
- [ ] RESIDENT
- [X] NONRESIDENT

**10. PERIOD OF REPORT** *(Year, month, day)* From: N/A Thru: N/A

[X] **11. DURATION OF COURSE** *(Year, month, day)* From: 97 01 16 Thru: 99 04 26

**12. EXPLANATION OF NONRATED PERIODS**
N/A

**13. PERFORMANCE SUMMARY**
- *a. [ ] XXXXXXXXXXXXXXXXXX NOT USED IN XXXXXXXXXXXXXXXXXX CGSOC
- b. [X] ACHIEVED COURSE STANDARDS
- *c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- *d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

**Rating must be supported by comments in ITEM 16.*

**14. DEMONSTRATED ABILITIES**

| | NOT EVALUATED | UNSAT | SAT | SUPERIOR |
|---|---|---|---|---|
| a. WRITTEN COMMUNICATION | [ ] | [ ] | [X] | [ ] |
| b. ORAL COMMUNICATION | [ ] | [ ] | [X] | [ ] |
| c. LEADERSHIP SKILLS | [ ] | [ ] | [X] | [ ] |
| d. CONTRIBUTION TO GROUP WORK | [X] | [ ] | [ ] | [ ] |
| e. EVALUATION OF STUDENT'S RESEARCH ABILITY | [X] | [ ] | [ ] | [ ] |

*(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)*

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
[X] YES [ ] NO [ ] N/A *(A "NO" response must be supported by comments in ITEM 16)*

**16. COMMENTS** *(This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential; leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs)*

THE STUDENT OFFICER ACHIEVED THE COURSE STANDARDS OF THE CORE CURRICULUM WHICH STRESSES LARGE UNIT WARFIGHTING IN THE CONTEXT OF OPERATIONAL ART. THE COURSE OF STUDY INCLUDED LEADERSHIP CONCEPTS AND COMMUNICATIVE SKILLS AT THE BATTALION THROUGH DIVISION LEVEL; EVOLUTION OF MODERN WARFARE; FUNDAMENTAL COMBAT OPERATIONS; SUSTAINMENT OPERATIONS FROM TACTICAL, OPERATIONAL, AND STRATEGIC LEVELS INCORPORATING ARMY AND JOINT ENVIRONMENTS; COUNTERINSURGENCY, THEATER OF WAR, AND THEATER OF OPERATIONS LEVEL ANALYSIS.

**17. AUTHENTICATION**

| a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER | SIGNATURE |
|---|---|
| DEBBIE LEWIS<br>COUNSELOR CHIEF, CGSC, ARS | Debbie Lewis |
| **b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER** | **SIGNATURE** |
| KATHIE WAGNER<br>CHIEF, NR MATERIAL/STUDENT SVS, CGSC | Kathie Wagner |

**18. MILITARY PERSONNEL OFFICER**

**a. FORWARDING ADDRESS** *(Rated student)*
114 WINDSONG DR
STOCKBRIDGE GA 30281

**b. DISTRIBUTION**
- [X] STUDENT
- [ ] UNIT CDR *(P/B NCOES only)*
- [X] STUDENT'S OFFICIAL MILITARY RECORDS

DA FORM 1059, 1 NOV 77 EDITION OF 1 JUL 73 IS OBSOLETE.

PROCESSED BY OFC...

RC

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



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO MAJOR DANIEL C. INGHAM
HEADQUARTERS, UNITED STATES ARMY RESERVE COMMAND

FOR OUTSTANDING ACHIEVEMENT WHILE SERVING AS CHIEF, USARC NETWORK CONTROL CENTER, OFFICE OF THE DEPUTY CHIEF OF STAFF FOR INFORMATION MANAGEMENT. MAJOR INGHAM'S LEADERSHIP, MANAGEMENT SKILLS, TECHNICAL KNOWLEDGE AND "CAN DO" ATTITUDE ENABLED HIM TO IMPLEMENT THE JOINT TECHNICAL ARCHITECTURE-ARMY STANDARDS DURING A CRITICAL PERIOD IN THE TECHNOLOGICAL EVOLUTION OF THE COMMAND. THE SIGNIFICANT ACHIEVEMENTS AND DEVOTION TO DUTY OF MAJOR INGHAM REFLECT GREAT CREDIT UPON HIM, THIS COMMAND, AND THE UNITED STATES ARMY.

FROM: 1 APRIL 1997 TO 31 OCTOBER 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 29TH DAY OF JUNE 19 98

3355010425

THOMAS J. PLEWES
MAJOR GENERAL, U.S. ARMY
COMMANDING GENERAL

PERMANENT ORDERS # 180-009
U.S. ARMY RESERVE COMMAND
ATLANTA, GEORGIA

3355010424

# RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is ODCSPER

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE |
|---|---|---|
| HQ. USARC<br>ATTN: AFRC-PRH-S | HQ. USARC<br>ATTN: AFRC-IM | 25 Sep 97 |

**PART I - SOLDIER DATA**

| 4. NAME | 5. RANK | 6. SSN |
|---|---|---|
| Ingham, Daniel | MAJ | [redacted] |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| HQ, USARC ATTN: AFRC-IM<br>1401 Deshler St. Ft McPherson, GA 30330-2000 | ASR, NDSM, OSR, ARC OM-3 |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD a. FROM | b. TO |
|---|---|---|---|
| ARMY | MSM | 1 Apr 97 | 31 Oct 97 |

12. REASON FOR AWARD

| 12a. INDICATE ACH, SVC, PCS, ETS, OR RET | 12b. INTERIM AWARD | 13. POSTHUMOUS |
|---|---|---|
| ACH | YES [ ] NO [X]<br>IF YES, STATE AWARD GIVEN | YES [ ] NO [X] |

**PART II - RECOMMENDER DATA**

| 14. NAME | | 15. ADDRESS |
|---|---|---|
| THOMAS C. MAIELLO, JR. | | HQ, USARC<br>ATTN: AFRC-IM<br>1401 Deshler St. Ft. McPherson, GA 30330-2000 |
| 16. TITLE/POSITION<br>DCSIM | 17. RANK<br>COL | |
| 18. RELATIONSHIP TO AWARDEE<br>Deputy Chief of Staff, Information Management | | 19. SIGNATURE<br>Thomas C. Maiello |

**PART III - JUSTIFICATION AND CITATION DATA** *(Use specific bullet examples of meritorious acts or service)*

20. ACHIEVEMENTS

ACHIEVEMENT #1

o Directed and managed conversion of more than 800 USARC users from CC Mail electronic mail system to MS Exchange and further oversaw and implemented the conversion of all work stations from Windows for Work Groups to Windows NT operating system.

ACHIEVEMENT #2

o Was responsible for the receipt, configuration and installation of over 644 Compaq Computers workstations throughout the USARC Headquarters.

ACHIEVEMENT #3

o Directed the closure and stand up of the USARC Network Control Center from Camp Creek Business Center to the new USARC Headquarters through superior planning and execution.

ACHIEVEMENT #4

o Was responsible for the design and development of a virtual Local Area Network and the relocation of 17 separate high speed data circuits to ensure consistent automation performance for all USARC end users.

21. PROPOSED CITATION

**MAJ Ingham as Chief USARC Network Control Center distinguished himself by exceptionally meritorious service during a critical period (Apr-Oct 97) in the technological evolution of USARC. Through his leadership, management skills, technical knowledge and "can do now" attitude, he was able to implement the Joint Technical Architecture-Army standards, install 644 new computers, install a virtual local area network, establish Wide Area Network (WAN) to 38 Regional Support Commands/Direct Reporting Commands and greatly improve support to the members of the USARC Headquarters. He was able to move complex, expensive and sensitive network equipment from the old USARC to the new USARC Headquarters with outstanding results. His performance during this critical period in the history of this Command reflect great credit upon himself and are in the highest traditions of the U.S. Army.**

NAME
Ingham, Daniel

SSN
[redacted]

## PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL

22. *"I certify that this individual is eligible for an award in accordance with AR 600-8-22 and that the information contained in Part I is correct.*

22a. SIGNATURE

22b. DATE
13 Nov 97

23. INTERMEDIATE AUTHORITY

a. TO HQ, USARC DCSPER
ATTN: AFRC-PRH-S

b. FROM HQ, USARC
DCSIM ATTN:ARFRC-IM

c. DATE

d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL UPGRADE TO: DOWNGRADE TO:

e. NAME
THOMAS C. MAIELLO, JR

f. RANK
Colonel

g. TITLE/POSITION
Deputy Chief of Staff Information Management

h. SIGNATURE

i. COMMENTS Strongly Recommend approval. MAJ Ingham is a super performer. Soldier is in compliance with the weight standards.
Height " Weight lbs.
69" 141 lbs.

24. INTERMEDIATE AUTHORITY

a. TO
USARC, CofS

b. FROM
USARC, DCSIM

c. DATE
4/3/98

d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL UPGRADE TO: DOWNGRADE TO: ARCOM

e. NAME
ANTONIO M. TAGUBA

f. RANK
BG, USA

g. TITLE/POSITION
Chief of Staff, USARC

h. SIGNATURE

i. COMMENTS Sir, achievement warrants ARCOM as appropriate. MAJ Ingham did a yeoman job to get us functional in a short time.

25. INTERMEDIATE AUTHORITY

a. TO

b. FROM

c. DATE

d. RECOMMEND: ☐ APPROVAL ☐ DISAPPROVAL UPGRADE TO: DOWNGRADE TO:

e. NAME

f. RANK

g. TITLE/POSITION

h. SIGNATURE

i. COMMENTS

26. APPROVAL AUTHORITY

a. TO
Order Issuing Authority

b. FROM
Commander, USARC

c. DATE
9 Jun 98

d. ☐ APPROVED ☐ DISAPPROVED RECOMMEND UPGRADE TO: DOWNGRADE TO: ARCOM

e. NAME
THOMAS J. PLEWES

f. RANK
MG, USA

g. TITLE/POSITION
COMMANDER

h. SIGNATURE

i. COMMENTS

## PART V - ORDERS DATA

27a. ORDERS ISSUING HQ
HQs, U.S. Army Reserve Command
Fort McPherson, GA 30330-2000

27b. PERMANENT ORDER NO.
180-009

31. DISTRIBUTION
2-AFRC-PRH-S 1-MPRJ
1-Indiv 1-Unit
3-ARPERCEN, ATTN:
ARPC-PRD, PRM, ARO

28a. NAME OF ORDERS APPROVAL AUTHORITY
MARY LYNN LOLMAUGH

28b. RANK
DAC

28c. TITLE/POSITION
Assistant Adjutant

29. APPROVED AWARD
ARCOM (3OLC)

28d. SIGNATURE

30. DATE
29 Jun 98

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

1 8888 20214

Pat Campbell 404-464-8908

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 96 / 04 / 20 | AG | 42A | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR CON GP (AGR) AR-PERSCOM, ST. LOUIS, MO 63132 w/dty HQ, USARC (W47AAA) FORT McPHERSON, GA 30330-2000 | 05 ANNUAL C | 5 FC |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 97 / 04 / 28 | 98 / 04 / 27 | 12 | FS05 | ☐ 1. GIVEN TO OFFICER ☐ 2. FORWARDED TO OFFICER | 114 Windsong Drive Stockbridge, Ga. 30281 |

q. EXPLANATION OF NONRATED PERIODS

**PART II - AUTHENTICATION** *(Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)*

| | SSN | SIGNATURE | DATE |
|---|---|---|---|
| a. NAME OF RATER *(Last, First, MI)*: Hicks, Gerald D. | [redacted] | Gerald D. Hicks | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GS-14, HQ, USARC, Chief, Automation & Telecommunications Division | | | 2 JUN 98 |
| b. NAME OF INTERMEDIATE RATER *(Last, First, MI)*: Leonard, Melvin T. Jr. | [redacted] | Melvin T. Leonard, Jr. | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GS-14, HQ, USARC, Assistant Deputy Chief of Staff, Information Management | | | 3 JUN 98 |
| c. NAME OF SENIOR RATER *(Last, First, MI)*: Maiello, Thomas C. Jr. | [redacted] | Thomas C. Maiello Jr. | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, GS, HQ, USARC, Deputy Chief of Staff, Information Management | | | 3 JUN 98 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 28 MAY 98 | | | | |

**PART III - DUTY DESCRIPTION** *(Rater)*

a. PRINCIPAL DUTY TITLE Chief, Network Control Center — b. SSI/MOS 53C00

c. REFER TO PART IIIa, DA FORM 67-8-1

Network Control Center (NCC) responsible for the maintenance, administration, and management of the centralized automation resources of the HQ, USARC Local Area Network (LAN), servicing approximately 1,000 locals users, and communications continuity of the Wide Area Network (WAN) servicing several thousand users. Compares, coordinates, and maintains technical interfaces with internal staff and external agencies on automation initiatives within the Department of the Army. Monitors ADP systems to insure internal information needs of the Reserve component management structure and those of external organizations are adequately serviced. Evaluates hardware, software, and communication proposals from higher Headquarters, Headquarters staff, and subordinate units. Prepares cost analysis for various initiatives. Responsible for connecting approximately 1,000 RCAS LAN's to the USARC WAN. Prepares and gives oral presentations to HQs subordinate, and DA staff.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE *(In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS/9804 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/141 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2. Continuously provides experienced, insightful senior level analysis of technical situations

a.4. Inspires, encourages, motivates and challenges subordinates to exceed their potential

a.10. Understands the dynamics of change management

b.6. Demonstrates strong moral courage by not being afraid to voice his opinion

DA FORM 67-8, 1 SEP 79 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT USAPPC V3.00

JUN 25 1998

PERIOD COVERED 970428-980427

**PART V - PERFORMANCE AND POTENTIAL EVALUATION *(Rater)***

a. RATED OFFICER'S NAME: INGHAM, DANIEL C. SSN: [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

MAJ Ingham's exceptional planning, implementation, and change management skills produced results well beyond anyone's expectations during the physical move to the new USARC headquarters. He successfully planned and implemented the entire move of the USARC LAN/WAN. This enormous feat was successfully accomplished with minimal to no degradation of services while simultaneously operating two networks and two help desks in separate locations with no additional personnel and no room for error. The HQ was converted from a copper to a fiber optic environment. He fielded 644 brand new PC's during the move incorporating them into the 1,000 node LAN, which resulted in a seamless transition for the user community. His expertise in managing the myriad of variables of this complex transition resulted in a savings of $250,000.00 to the command through the use of in-house personnel. MAJ Ingham has managed the wide area network as it has grown 300%. He has standardized the classified and unclassified network operating systems (NOS) as well as the individual work-station's operating systems. He manages and is the contract representative for approximately 90 highly skilled network engineers. He is the POC for 3 contracts valued at $8.5 million dollars. He has developed an SOP for the operations and an on-call operating guide which were both non-existent prior to his tenure. MAJ Ingham directed the training programs for approximately 1,500 personnel during this rating cycle. He successfully orchestrated the 10 major regional sites standardization of one e-mail package as a short-fuse mission. MAJ Ingham has completed Phase I of CGSC and is currently enrolled in Phase II.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

MAJ Ingham is an individual with unlimited potential. He is a "make it happen" mission oriented leader and manager. MAJ Ingham continues to grow both technically and as a manager. Would make an outstanding commander or USAR advisor at DA or MACOM's. Promote to LTC immediately.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

Major Ingham is one of the finest officers that I have had the privilege to work with. He has consistently performed at a LTC level. Major Dan Ingham has "made it happen" for this organization as the Chief of the Network Control Center. Because of his expertise and ability to get the job done, I have personally selected him to be the first Deputy Director, USAR Network Services. Agree 100% with raters comments, this soldier should be promoted immediately to the rank of LTC.

**PART VII - SENIOR RATER**

a. POTENTIAL

SR

```
CMC 0512
ERGRES MAJ
X   X  2 INGHAM DANIEL
       4 SSN [redacted]
       0    SR: COL
       0 MAIELLO THOMA
       0 [redacted]
       0 PROC 19980904
       0 SIGN 19980603
       0   RATINGS    6
       0  OFFICERS    6
LO
```

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO *(Explain in b)*

b. COMMENTS

Major Ingham is the most technically motivated and highly proficient Automation Officer I know. His technical expertise is superior to anyone of his grade and service experience. His keen managerial skills were clearly visible as he successfully directed his staff during a highly technical and time sensitive transition of all automation support services, LAN hardware, and communication circuits and components to the new USARC HQs facility. Major Ingham works in one of the most dynamic and technically challenging automation environments in all the Army. His exemplary job performance and unlimited technical potential make him the ideal candidate to manage DOD's most important and technically challenging Command and Control infrastructures anywhere in the world. He commands the respect of his subordinates, peers, and superiors. Give him top priority at any future military schooling and promote now to LTC!

USAPPC V3.00

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

19 108200017

PART I - ADMINISTRATIVE DATA

Adm Poc: 404-629-8538

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 96 / 04 / 20 | AG | 53C | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR CON GP( (AGR) ARPERCEN ST.LOUIS,MO 63132 W/DY HQ USARC (W47AAA) ATLANTA, GA 30331-5092 FC | 03 CHANGE OF RATER C | FC |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 96 / 11 / 16 | 97 / 04 / 27 | 9 | FS05 | 1. GIVEN TO OFFICER; 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| WEST, GERALD B. | [redacted] | Gerald B. West | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GS-13, HQ, USARC, ATD, CHIEF, HQ AUTOMATION SUPPORT BRANCH | | | DATE 21 Jul 97 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI): HICKS, GERALD D. | [redacted] | Gerald D. Hicks | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: GS-14, HQ, USARC, CHIEF, HQ, AUTOMATION AND TELECOMMUNICATIONS DIVISION | | | DATE 21 Jul 97 |
| c. NAME OF SENIOR RATER (Last, First, MI): RUSSELL, CAROLYN E. | [redacted] | Carolyn E Russell | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, SC, HQ, USARC, DEPUTY CHIEF OF STAFF, INFORMATION MANAGEMENT | | | DATE 21 Jul 97 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 21 Jul 97 | | | | |

PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE Chief, Network Control Center    b. SSI/MOS 53C00

c. REFER TO PART IIIa, DA FORM 67-8-1

Chief, Network Control Center (NCC) responsible for the maintenance, administration, and management of the centralized automation resources of the HQ, USARC Local Area Network (LAN), servicing approximately 1,000 local users, and communications continuity of the Wide Area Network (WAN) servicing several thousand users. Compares, coordinates, and maintains technical interfaces with internal staff and external agencies on automation initiatives within the Department of the Army. Monitors ADP systems to insure internal information needs of the Reserve component management structure and those of external organizations are adequately serviced. Evaluates hardware, software, and communication proposals from higher Headquarters, Headquarters staff, and subordinate units. Prepares cost analysis for various initiatives. Responsible for connecting approximately 1,000 RCAS LAN's to the USARC WAN. Prepares and gives oral presentations to HQs subordinate, and DA staff.

PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 9704 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/143 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a2. Management /technical expertise has greatly contributed to the turn-around of the NCC.

a5. Stays in control and can assess the problem with results in critical situations.

b10. Understands the dynamics of change management.

b14. Excellent influencing skills.

DA FORM 67-8, 1 SEP 79 NOV 8 1990123 REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.

US ARMY OFFICER EVALUATION REPORT USAPPC V3.00

PERIOD COVERED 961116 - 970427

PART V - PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

MAJ Ingham was thrown into an environment undergoing a critical evolutionary process in its life cycle. An environment that had been grossly mismanaged and unstable for the past couple of years. With nothing less than a stellar performance MAJ Ingham developed: a mission statement, scope of operations, reorganized personnel and duties, job descriptions, solutions in the technical (vs political) channels, a training plan, a software and reference library, a crude performance measurement tool, input to policy and procedures, several RCAS transition plans, and organized PT program, priorities, and improved communications between the NCC and the user community. MAJ Ingham procured approximately $2 million worth of equipment. MAJ Ingham improved the performance of the NCC by taking a 1000 client LAN from daily system failures to averaging increments of 10 continuous days of up time. MAJ Ingham is the Microsoft representative for the Headquarters and the technical POC for a $4 million LAN administrator contract (approximately 60 LAN administrators). He conducted a LAN administrator workshop to assess the strengths/weaknesses of the WAN and to "cross pollinate" strengths to weaknesses. In addition to all these accomplishments, MAJ Ingham has developed a major plan to physically move the NCC to another location which entails transitioning from a copper to a fiber environment; this move will impact thousands of users with minimum downtime. MAJ Ingham has tremendously diverse skills with an unparalleled work ethic which has permitted him to do in 5 months what should have taken more than a year.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

MAJ Ingham is a "can-do", self motivated, high-energy performer. There is no task that is beyond his capability Assign this invaluable asset to positions of greater responsibility. Promote MAJ Ingham to LTC as soon as possible.

PART VI - INTERMEDIATE RATER

a. COMMENTS

MAJ Ingham's performance of duty is truly outstanding. He is a natural leader who sells his plan to superiors and subordinates. He is decisive, intelligent, and articulate. MAJ Inghan is a true professional who thrives on difficult administrative and technical challenges. He is completing Command and General Staff College by correspondence during off-duty hours. Major Ingham is physically fit, a self-starter and loyal to the USAR Army mission.

PART VII - SENIOR RATER

a. POTEN CMC 0512

SR ERGRES MAJ

[X] X 13 INGHAM DANIEL

5 SSN [redacted]

0 SR: COL

1 RUSSELL CAROL

0 [redacted]

0 PROC 19980113

0 SIGN 19970721

0 RATINGS 19

0 OFFICERS 8

LO

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO *(Explain in b)*

b. COMMENTS

MAJ Ingham is the best major I have seen in 30 years in the Army, regardless of component. He is far more mature than other Officers of his age and grade and definitely deserves to be promoted ahead of his contemporaries. MAJ Ingham has completed tasks that Lieutenant Colonels could not accomplish and handles the most difficult of assignments with ease. Given the proper assignments, MAJ Ingham has the potential to be a General Officer.

USAPPC V3.0

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

FILE MPF (US OUP MF) 1-970206123 3 2

Mrs Campbell 404-629-8538

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | MAJ | 96 / 04 / 20 | AG | 53C | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| USAR CON GP (AGR) ARPERCEN ST. LOUIS, MO 63132 W/DY HQ USARC (W47AAA) ATLANTA, GA 30331-5092 FC | 05 Annual C | FC 2 |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 95 / 11 / 16 | 96 / 11 / 15 | 11 | FS05 | 1. GIVEN TO OFFICER [ ] 2. FORWARDED TO OFFICER [X] 970124 | 114 WINDSONG DRIVE STOCKBRIDGE, GA 30281 |

q. EXPLANATION OF NONRATED PERIODS
951116-19 4 dys PCS/LV; 951120-960101 43 days CR

**PART II - AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| SCHWEERS, STEVEN J. | [redacted] | [signature] |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC, SC, HQ, USARC, DCSIM Field Automation Support Branch, Chief Automation Officer — DATE 31 Dec 96

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| TAYLOR, ARTHUR R. | [redacted] | [signature] |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
GS-13, HQ, USARC, DCSIM, Chief, Field Automation Support Branch — DATE 31 Dec 96

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| RUSSELL, CAROLYN E. | [redacted] | Carolyn E. Russell |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
COL, SC, HQ, USARC, DIRECTOR DCSIM — DATE 31 Dec 96

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR/APO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 31 Dec 96 | | | [initials] | |

**PART III - DUTY DESCRIPTION (Rater)**

a. PRINCIPAL DUTY TITLE Systems Engineer — b. SSI/MOS 53C00

c. REFER TO PART IIIa, DA FORM 67-8-1

Act as Executive Officer of branch for all administrative requirements. Responsible for technical troubleshooting/support for Center Level Application Software (CLAS) and networking from the user to the technician level throughout the United States Army Reserve Command (USARC). Responsible for the following program development initiatives and training support for: help desk, network, administrative and programming teams; manage Field Automation Support Branch (FASB) portion of Command Operating Budget, manage a fluid travel budget, promote esprit de corps/group cohesion/team building, coordinate/orchestrate workshops/conferences, coordinate/communicate between the FASB and internal and external agencies, develop more efficient ways of doing current business processes, provide cost benefit analysis for alternate business procedures and central POC for procurement actions.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness Pass 10/96 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/145 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a2. Experience and technical knowledge of Direct Reporting Command automation operations resulted in improved service to all commands.

a6. Can always be counted upon to provide frank and objective feedback on automation issues.

b2. Dedicated, professional officer who has taken on and successfully completed projects that no one else could handle.

b7. Leads the way through tireless, nonstop support of the field regardless of the mission or time.

DA FORM 67-8, 1 SEP 79 970116 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT — USAPPC V3.00

00177

PERIOD COVERED 951116-961115

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

MAJ Ingham has been a key component within his organization. He has initiated programs to dramatically improve communications/coordination both within the organization and with agencies outside of the organization. During a period of unparalleled growth, he has assured a smooth transition for new personnel and for the larger organization through new communications efforts. He identified the requirement and procured the necessary equipment to establish an automation laboratory to ensure adequate product testing prior to fielding, thus resolving a major issue for the field. Cost estimates show that between the testing and training opportunities provided by the lab, the USARC and subordinate commands will save hundreds of thousands of dollars. MAJ Ingham's technical expertise and diversity have enhanced the operation of the FASB. His rare ability to provide technical assistance/troubleshooting while being able to communicate on a layman's level have made him an invaluable asset for all field support missions. He has successfully engineered the FASB move to new office space, coordinated the General Officers' briefing on the CLAS Request For Orders process, and served as the project officer for the automation/telecommunications workshop for more than 300 technical/functional personnel from around the world. He has an infectious can-do attitude that permeates throughout the organization and has proven to be an exceptional leader who is without peer in his single minded focus on mission accomplishment

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

MAJ Ingham, is an outstanding officer who is well ahead of his contemporaries in his expertise, technical competence and professional ability. Despite the fact that he is a brand new field grade officer, MAJ Ingham has the maturity and capability of being competitive for early promotion once he completes the Command and General Staff College studies.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

MAJ Ingham has the rare ability to step into a new situation and immediately have an impact to improve the overall product. He is one of the most dedicated and technically competent officers I have known. His professionalism and field experience have increased the mission capability of the USARC DCSIM. He has worked tirelessly in support of improving the technical and operational efficiency of the FASB and of the Regional Support Commands (RSC) and DRCs in the field. His credibility and proficiency have allowed this office to substantially improve its field support ability and enhanced the credibility of the FASB.

**PART VII - SENIOR RATER**

a. POTENTIAL

CMC 0512
ERGRES MAJ
X 10 INGHAM DANIEL
3 SSN [redacted]
0 SR: COL
1 RUSSELL CAROL
0 [redacted]
0 PROC 19970226
0 SIGN 19961231
0 RATINGS 14
0 OFFICERS 7

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

b. COMMENTS

He is an outstanding officer with professional ability beyond his rank and experience. MAJ Ingham has the unusual combination field level experience and technological expertise that will serve him and the Army Reserve well for the rest of his career. He has personally dedicated himself to improving communications with field level units and in the process has raised the credibility and professionalism of the DCSIM. He has taken his own time to improve his technical skills through attending additional training and staying on the leading edge of technological development. He has been proactive in support of the field and in resolving potential problems before they become unmanageable. Both of these qualities have increased program reliability and field level confidence in the final software product. Once he has completed C&GSC, he has the experience and technical competence to serve on the OCAR Information Management staff.

USAPPC V3.00

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



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

MAJOR DANIEL C. INGHAM
HEADQUARTERS, UNITED STATES ARMY RESERVE COMMAND

FOR OUTSTANDING ACHIEVEMENT WHILE SERVING AS CHIEF, USARC NETWORK CONTROL CENTER, OFFICE OF THE DEPUTY CHIEF OF STAFF FOR INFORMATION MANAGEMENT. MAJOR INGHAM'S LEADERSHIP, MANAGEMENT SKILLS, TECHNICAL KNOWLEDGE AND "CAN DO" ATTITUDE ENABLED HIM TO IMPLEMENT THE JOINT TECHNICAL ARCHITECTURE-ARMY STANDARDS DURING A CRITICAL PERIOD IN THE TECHNOLOGICAL EVOLUTION OF THE COMMAND. THE SIGNIFICANT ACHIEVEMENTS AND DEVOTION TO DUTY OF MAJOR INGHAM REFLECT GREAT CREDIT UPON HIM, THIS COMMAND, AND THE UNITED STATES ARMY.

FROM: 1 APRIL 1997 TO 31 OCTOBER 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 29TH DAY OF JUNE 19 98

THOMAS J. PLEWES
MAJOR GENERAL, U.S. ARMY
COMMANDING GENERAL

PERMANENT ORDERS # 180-999
U.S. ARMY RESERVE COMMAND
ATLANTA, GEORGIA

# DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL CENTER
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF

ECF

DARP-ARO
ORDERS R-05-001934

03 MAY 1988

10 JUN ENTD

DANIEL C. INGHAM
[redacted]

[redacted] ILT AG
USAR CON GP (AGR)

YOU ARE ORDERED TO ACTIVE DUTY IN ACTIVE GUARD/RESERVE STATUS IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN BELOW. YOU WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: US ARMY INFORMATION SYSTEMS COMMAND (W4URAA) ST LOUIS, MO 63132-5200
REPORTING DATE: 19 JUN 88
TEMPORARY DUTY ENROUTE AT: ARRTC FT MCCOY, WI
REPORTING DATE, TEMPORARY DUTY STATION: 12 JUN 88
PERIOD OF TEMPORARY DUTY: 12 JUN 88 - 17 JUN 88
PURPOSE OF TEMPORARY DUTY: TO ATTEND AGRET
ATTACHED TO: SAME AS REPORT TO
PERIOD (ACTIVE DUTY COMMITMENT): 3 YEARS
PURPOSE: AGR/USAR ADP PROJECT OFFICER SIDPERS-USAR PMO (PARA 002A LINE 05A)

ADDITIONAL INSTRUCTIONS: (A) TRAVEL BY PRIVATELY OWNED VEHICLE IS AUTHORIZED. (B) DEPENDENT TRAVEL TO NEW PERMANENT DUTY STATION IS AUTHORIZED IAW CHAP 5, VOL 1, JTR. (C) YOU ARE AUTHORIZED SHIPMENT OF HOUSEHOLD GOODS IAW CHAP 5, VOL 1, JTR. (D) YOU ARE REQUIRED TO REPORT TO THE FAMILY HOUSING/HOUSING REFERRAL OFFICE BEFORE YOU MAKE HOUSING ARRANGEMENTS FOR RENTING, LEASING, OR PURCHASING ANY OFF-POST HOUSING. (E) YOU ARE A MEMBER OF THE SELECTED RESERVE, THEREFORE, IN THE EVENT OF MOBILIZATION, BY ORDER OF THE SECRETARY OF THE ARMY, YOU ARE IMMEDIATELY MOBILIZED AND ASSIGNED TO YOUR PRESENT DUTY STATION. THIS MOBILIZATION ASSIGNMENT REMAINS IN EFFECT FOR THE DURATION OF THIS ARPERCEN ORDER. ARPERCEN WILL REPORT YOU TO TAPA AS BEING ON ACTIVE DUTY. TAPA WILL ISSUE REASSIGNMENT INSTRUCTIONS TO YOUR SERVICING PSC, IF APPROPRIATE. (F) YOU WILL HANDCARRY MPRJ, PFR, HEALTH AND CLOTHING RECORDS TO FT MCCOY, WI. (G) YOU MUST REPORT TO: POST BILLETING, BLDG 2168, FT. MCCOY, WI FOR BILLETTING AT YOUR TDY SITE. (H) WHILE YOU ARE IN A STUDENT STATUS UCMJ, ADMINISTRATION, RATIONS, AND BILLETS AUTHORIZATION AND RESPONSIBILITY IS: ARRTC, FT. MCCOY, WI. GOVERNMENT QUARTERS & MESS ARE AVAILABLE AND WILL BE UTILIZED. (I) YOU MUST MAKE ARRANGEMENTS FOR YOUR DEPENDENT(S) HOUSING PRIOR TO DEPARTURE TO YOUR TDY STATION. YOU ARE NOT AUTHORIZED MOVEMENT OF YOUR DEPENDENT(S) AND HOUSEHOLD GOODS AT GOVERNMENT EXPENSE TO YOUR TDY STATION. (J)POV IN AND AROUND MILEAGE NOT AUTHORIZED AT TDY STATION. (K) YOU ARE RESPONSIBLE FOR REPORTING TO YOUR DUTY STATION/SCHOOL IN SATISFACTORY PHYSICAL CONDITION, ABLE TO PASS THE APFT AND MEET WEIGHT STANDARDS. (L) YOU WILL OBTAIN A HIV TEST FROM A DESIGNATED MILITARY FACILITY ENROUTE TO OR IMMEDIATELY UPON ARRIVAL AT YOUR DUTY STATION. IF YOU ARE CONFIRMED HIV POSITIVE, OR HIV NEGATIVE AND RESULTS ARE NOT COMMUNICATED THROUGH ESTABLISHED MEDICAL CHANNELS TO THE ORDERS ISSUING AUTHORITY WITHIN THE FIRST 29 DAYS INCLUDING TRAVEL TIME, THESE ORDERS WILL TERMINATE.

FOR ARMY USE: AUTH: 10 USC 672(D) (DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE ARMY)
ACCT CLAS: 2182070 32-7 P4H17.1020-X (1198-1199-1230-211F-211J-219F-219J-2230-2240) S99999. SCTY CL: SECRET DOR: 22 OCT 84 PMOS/SSI: 42A00 PEBD: 09 SEP 82 HOR: SAME AS SNL DMOS/SSI: 53A00 MPRJ RESP: W4MOAA UCMJ RESP: CDR, ARPERCEN, ST LOUIS MO REFRAD: 11 JUN 91
FORMAT: 174

*************
* ARPERCEN *
* OFFICIAL *
*************
PAUL L. BABIAK
BRIGADIER GENERAL, USA
COMMANDING

DISTRIBUTION: D3 PLUS
2-DAAR-COB
2-OCAR JUMPS LN TM
10-1LT DANIEL C. INGHAM
2-CMDT, ARRTC, ATTN: AFYB-DS-SD (MR. E. FAGAN) FT MCCOY, SPARTA, WI 54656
2-CDR, US ARMY INFORMATION SYSTEMS COMMAND ST LOUIS, MO 63132-5200
1-DARP-ZHC 12-DARP-ZAG 1-DARP-RMM

041984-24

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

PART I – ADMINISTRATIVE DATA

| a. LAST NAME FIRST NAME MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, Daniel C. | [redacted] | 1LT | 84 / 10 / 22 | AG | 42A | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| 167th Support Group, Grenier Fld, Manchester, NH 03103; 94th ARCOM, First US Army (WYAEAA) | 42 Reassignment | |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 86 / 11 / 28 | 87 / 10 / 14 | 11 | | [ ] 1. GIVEN TO OFFICER [X] 2. FORWARDED TO OFFICER 28 Oct 87 | 360-101, Lake Point Dr Altamonte Springs, FL 32701 |

AT 0 Days

q. EXPLANATION OF NONRATED PERIODS

PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| NICHOLS, David R. | [redacted] | (signature) | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: MAJ, FI, 167th Support Group, S-1 Officer | | | DATE: 20 Oct 87 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| SWEENEY, Thomas L. | [redacted] | (signature) | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, EN, 167th Support Group, Executive Officer | | | DATE: 27 Oct 87 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| (signature) | 14 Oct 87 | 24 Oct 87 | (initials) | | 0 |

PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE (Overstrength) S-1 Officer — b. SSI/MOS 42A

c. REFER TO PART IIIa, DA FORM 67-8-1

1. Morale Support Officer for AT
2. Automation SOP
3. Develop User Group

PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/147 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.3.: APFT not scheduled.

27 NOV 1987

DA FORM 67-8, 1 SEP 79 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE — US ARMY OFFICER EVALUATION REPORT

PERIOD COVERED 861128 to 87-1014

PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME Daniel C. Ingham SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[ ] ALWAYS EXCEEDED REQUIREMENTS [X] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

During this period of duty, 1LT Ingham worked as the assistant S-1 for the S-1 section of the 167th Support Group. Duties included morale support planning for AT 87, Gagetown, preparation and execution of SOP's in the areas of automation and safety. In addition, 1LT Ingham represented the S-1 in acting as S-1 for the Northern Viking Exercise 1987. In all of his assignments, 1LT Ingham approached his responsibilities in an outstanding manner. He exercised fine leadership traits such as attitude, cooperation and esprit de corps. He played an integral role in keeping the morale of the section very high during IDT and Northern Viking exercises. His willingness to take on increased responsibility resulted in excellent results in all areas of the S-1 operations. 1LT Ingham is a fine officer who gives much to the USAR program.

No. of Assemblies Scheduled: 44 No. of Assemblies Attended: 38

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

1LT Ingham should continue to expand his knowledge of the AG function. Recommend that this officer take the AG Advance Course. Highly recommend 1LT Ingham for both staff and command positions.

PART VI – INTERMEDIATE RATER

a. COMMENTS

PART VII – SENIOR RATER

a. POTEI

SR

CMC 300
RO: 1LT
INGHA
[redacted]
SR: LTC
SWEEN
[redacted]
PDTE 871204
RDTE <8710
10J 871211
RATED 6

0
2*
1
1
2
0
0
0
0

[X]

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

b. COMMENTS

1LT Ingham has a great deal of enthusiasm and willingness to learn and participate in the USAR Program. As a result, his potential to the USAR Program is significant. He should take the Officer's Advance Course ASAP. He is capable of either further staff work or a company command.

U.S. GOVERNMENT PRINTING OFFICE: 1985 0 - 489-188

00182