ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

**1. DATE**

**2. FROM:** *(Reporting Agency) (Include ZIP Code)*

167th Support Group Grenier Field Manchester, NH 03

**3. RETIREMENT YEAR ENDING DATE**

10 Sept

**4. TO:** *(Custodian of reservists' field 201 file.) (Include ZIP Code)*

HHC, 167th Support Group
USAR Center, Grenier Field
Manchester, NH 03103-7474

**5. LAST NAME - FIRST NAME - MIDDLE INITIAL**

Ingham Daniel C

**6. GRADE**

O-?

**7. SOCIAL SECURITY NO.**

[redacted]

**8. BRANCH**

AG

**9. INDIVIDUAL'S ASSIGNED ORGANIZATION** *(If different from office of addressee)*

Same

**10. THE ABOVE NAMED RESERVIST PERFORMED** ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☐ OTHER *(Check applicable box)* DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY *(Cite authorization)*:

BST 110 18/19 July

| a. DATE DAY | MONTH | YEAR | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| 15 | June | 87 | 8 | P2 | Performed normal S1 duties |
| 16 | June | 87 | 8 | P2 | |
| | | | | | Nothing Follows |

**11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED.**

Patricia M. Pevear, LV SAA
GS-8

**12. SIGNATURE OF OFFICER** *(Item 11)*

[signature]

**13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS**

☐ REPORTED TO SERVICING DATA PROCESSING UNIT | PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 73 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC

1. DATE: 19 May 87

2. FROM: (Reporting Agency) (Include ZIP Code): 167th Support Group, Grenier Field, Manchester, NH 0310[illegible]

3. RETIREMENT YEAR ENDING DATE:

4. TO: (Custodian of reservists' field 201 file.) (Include ZIP Code): HHC, 167th Support Group, USAR Center, Grenier Field, Manchester, NH 03103-7474

5. LAST NAME - FIRST NAME - MIDDLE INITIAL: [illegible] Daniel C

6. GRADE: O-3

7. SOCIAL SECURITY NO.: [redacted]

8. BRANCH: AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION (If different from office of addressee): Same

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER (Check applicable box) DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY (Cite authorization): RMA

| a. DATE DAY | MONTH | YEAR | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| 19 | May | 87 | 4 | 1 | Preparation of Training for Gagetown |
| | | | | | Nothing Follows |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: David R. Nichols MAJ, AG, USAR

12. SIGNATURE OF OFFICER (Item 11): [signature]

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT — PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 75 1380 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 28 Apr 87

2. FROM: (Reporting Agency) (include ZIP Code): 167th Support Group, Grenier Field Manchester, NH 03103

3. RETIREMENT YEAR ENDING DATE:

4. TO: (Custodian of reservists' field 201 file.) (Include ZIP Code)
HHC, 167th Support Group
USAR Center, Grenier Field
Manchester, NH 03103-7474

5. LAST NAME - FIRST NAME - MIDDLE INITIAL: Ingham Daniel C

6. GRADE: O-3

7. SOCIAL SECURITY NO.: [redacted]

8. BRANCH: AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION (If different from office of addressee): Same

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER RMA
(Check applicable box) DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY (Cite authorization):

| a. DATE | | | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| DAY | MONTH | YEAR | | | |
| 28 | Apr | 87 | 4 | P1 | Performed Administrative duties with the S-1 Section. |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: Patricia M. Pennick GS-7 SAS

12. SIGNATURE OF OFFICER (Item 11): Patricia M. Pennick SAS

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT

PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1380, 1 FEB 78 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

00185

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 31 Mar 87

2. FROM: *(Reporting Agency) (Include ZIP Code)*
167th Support Group, Grenier Field Manchester, NH 03103

3. RETIREMENT YEAR ENDING DATE:

4. TO: *(Custodian of reservists' field 201 file.) (Include ZIP Code)*
HHC, 167th Support Group
USAR Center, Grenier Field
Manchester, NH 03103-7474

5. LAST NAME - FIRST NAME - MIDDLE INITIAL: Ingham Daniel C

6. GRADE: O-2

7. SOCIAL SECURITY NO.: [redacted]

8. BRANCH: AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION *(If different from office of addressee)*: Same

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER RST *(Check applicable box)* DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY *(Cite authorization)*:
16 MAY 87

| a. DATE DAY | MONTH | YEAR | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| 5 | April | 87 | 4 | 1 | Blood Test HTLV |
| | | | | | Nothing Follows |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: David R. Nichols MAJ, FC, USAR

12. SIGNATURE OF OFFICER *(Item 11)*: [illegible]

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 75 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 31 Mar 87

2. FROM: (Reporting Agency) (Include ZIP Code): 167th Support Group, Grenier Field Manchester, NH 03103

3. RETIREMENT YEAR ENDING DATE:

4. TO: (Custodian of reservists' field 201 file.) (Include ZIP Code):
HHC, 167th Support Group
USAR Center, Grenier Field
Manchester, NH 03103-7474

5. LAST NAME - FIRST NAME - MIDDLE INITIAL: Joaquin Daniel C

6. GRADE: O-2

7. SOCIAL SECURITY NO.: [redacted]

8. BRANCH: AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION (If different from office of addressee): Same

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER: ATA
(Check applicable box) DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY (Cite authorization):

| a. DATE DAY | MONTH | YEAR | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| 31 | Mar | 86 | 4 | 01 | Preparation of training for Gayeton 87 |
| | | | | | Nothing Follows |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: PATRICIA M. POVIROMIN CW4 SAS

12. SIGNATURE OF OFFICER (Item 11): [signature]

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT | PAY DATA ☐ EXTRACTED ☒ NOT APPLICABLE

DA FORM 1 FEB 71 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

00187

8

## CLASSIFIED [illegible] SURE AGREEMENT

An Agreement Between Daniel Ingham (Name - Printed or Typed) and the United States

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is information that is either classified or classifiable under the standards of Executive Order 12356, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised and am aware that direct or indirect unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge such information unless I have officially verified that the recipient has been properly authorized by the United States Government to receive it or I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) last granting me a security clearance that such disclosure is permitted. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised and am aware that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; and the termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised and am aware that any unauthorized disclosure of classified information by me may constitute a violation or violations of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, and 952, Title 18, United States Code, the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all information to which I may obtain access by signing this Agreement is now and will forever remain the property of the United States Government. I do not now, nor will I ever, possess any right, interest, title, or claim whatsoever to such information. I agree that I shall return all materials which have, or may have, come into my possession or for which I am responsible because of such access, upon demand by an authorized representative of the United States Government or upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance. If I do not return such materials upon request, I understand that this may be a violation of Section 793, Title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. I have read this Agreement carefully and my questions, if any, have been answered to my satisfaction. I acknowledge that the briefing officer has made available to me Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, Section 783(b) of Title 50, United States Code, the Intelligence Identities Protection Act of 1982, and Executive Order 12356, so that I may read them at this time, if I so choose.

11. I make this Agreement without mental reservation or purpose of evasion.

| SIGNATURE | DATE | SOCIAL SECURITY NO. (See notice below) |
|---|---|---|
| Ellen K. McCarthy | 870331 | [redacted] |

ORGANIZATION

HHC, 167th Support Group, USARC, Grenier Field, Manchester, NH 03103-7474

The execution of this Agreement was witnessed by the undersigned, who, on behalf of the United States Government, agreed to its terms and accepted it as a prior condition of authorizing access to classified information.

WITNESS AND ACCEPTANCE

| SIGNATURE | DATE |
|---|---|
| [illegible] | 31 Mar 87 |

ORGANIZATION

HHC, 167th Support Group, USARC, Grenier Field, Manchester, NH 03103-7474

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations.

5

ARMY RESERVE

**RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING**

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 17 Mar 87

2. FROM: *(Reporting Agency) (Include ZIP Code)*: HQ, 167th Support Group

3. RETIREMENT YEAR ENDING DATE:

4. TO: *(Custodian of reservists' field 201 file.) (Include ZIP Code)*

COR
HHC, 167th Support Group
Manchester, NH

5. LAST NAME - FIRST NAME - MIDDLE INITIAL: Jenkins David C

6. GRADE: O-2

7. SOCIAL SECURITY NO.: [redacted]

8. BRANCH: AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION *(If different from office of addressee)*:

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER *(Check applicable box)* DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY *(Cite authorization)*: ATA

| a. DATE DAY | MONTH | YEAR | HOURS b | RETIREMENT POINTS c | NATURE OF DUTIES, TRAINING OR INSTRUCTION d |
|---|---|---|---|---|---|
| 17 | Mar | 87 | 4 | P1 | Training Preparation for S-1 Conference |
| | | | | | NOTHING FOLLOWS |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: PATRICIA M. Perreault, SFC, PSNCO

12. SIGNATURE OF OFFICER (item 11): [signature]

13. *FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS*

☐ REPORTED TO SERVICING DATA PROCESSING UNIT | PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 75 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

00189

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 17 Feb 88

2. FROM: (Reporting Agency) (Include ZIP Code)
HQ, 167th Support Group, Grenier Field, Manchester, NH 03103

3. RETIREMENT YEAR ENDING DATE

4. TO: (Custodian of reservists' field 201 file.) (Include ZIP Code)
HHC, 167th Support Group
USAR Center, Grenier Field
Manchester, NH 03103-7474

FILE

| 5. LAST NAME - FIRST NAME - MIDDLE INITIAL | 6. GRADE | 7. SOCIAL SECURITY NO. | 8. BRANCH |
|---|---|---|---|
| Ingham, Daniel C. | O-2 | [redacted] | A.G. |

9. INDIVIDUAL'S ASSIGNED ORGANIZATION (If different from office of addressee)
Same

10. THE ABOVE-NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☐ OTHER (Check applicable box) DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY (Cite authorization):
ATA

| a. DATE: DAY | MONTH | YEAR | HOURS | RETIREMENT POINTS | NATURE OF DUTIES, TRAINING OR INSTRUCTION |
|---|---|---|---|---|---|
| 17 | Feb | 88 | 4 | P1 | Preparation of Training S-1 Grf |
| | | | | | Nothing Follows |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED
David R. Nichols MAJ, FA

12. SIGNATURE OF OFFICER (Item 11)

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS
☐ REPORTED TO SERVICING DATA PROCESSING UNIT. PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1380, FEB 75 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE: 14 Jan 87

2. FROM: (Reporting Agency) (Include ZIP Code): HQS, 167th Spt Gp USARC Greniew Fld Maw, NH 03103-7474

3. RETIREMENT YEAR ENDING DATE:

4. TO: (Custodian of reservists' field 201 file.) (Include ZIP Code): Cdr HHC, 167th Spt Gp Greniew Fld Maw, NH 03103-7474

| 5. LAST NAME - FIRST NAME - MIDDLE INITIAL | 6. GRADE | 7. SOCIAL SECURITY NO. | 8. BRANCH |
|---|---|---|---|
| Ingham Daniel C | 1LT | [redacted] | AG 42/53 |

9. INDIVIDUAL'S ASSIGNED ORGANIZATION (If different from office of addressee):

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER RST
(Check applicable box) DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY (Cite authorization):

| a. DATE DAY | MONTH | YEAR | HOURS b. | RETIREMENT POINTS c. | NATURE OF DUTIES, TRAINING OR INSTRUCTION |
|---|---|---|---|---|---|
| 10 | Jan | 87 | 8 | P-2 | Performed in lieu of 20 Dec 1986 |
| 11 | Jan | 87 | 8 | P-2 | Performed in lieu of 21 Dec 1986 |
| | | | | Nothing | Follows |

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED: David R. Nichols, MAJ, Adjutant

12. SIGNATURE OF OFFICER (Item 11): [signature]

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT | PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 75 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

C 13

ARMY RESERVE

# RECORD OF INDIVIDUAL PERFORMANCE OF RESERVE DUTY TRAINING

For use of this form, see AR 140-185; the proponent agency is RCPAC.

1. DATE

2. FROM: *(Reporting Agency) (Include ZIP Code)*

HQ, 167 Spt Gp Manchester, NH 03103

3. RETIREMENT YEAR ENDING DATE

4. TO: *(Custodian of reservists' field 201 files) (Include ZIP Code)*

HHC, 167th SPT GP
Grenier Field, USARC
Manchester, NH 03103

5. LAST NAME - FIRST NAME - MIDDLE INITIAL

Jaghoo Daniel C

6. GRADE

O-2

7. SOCIAL SECURITY NO.

[redacted]

8. BRANCH

AG

9. INDIVIDUAL'S ASSIGNED ORGANIZATION *(If different from office of addressee)*

10. THE ABOVE NAMED RESERVIST PERFORMED ☐ EQUIVALENT ☐ APPROPRIATE ☐ SUITABLE ☒ OTHER *(Check applicable box)* DUTIES, TRAINING OR INSTRUCTION ON THE DATES AND FOR THE HOURS INDICATED AS AUTHORIZED BY *(Cite authorization)*: RMA

| DAY | MONTH | YEAR | HOURS | RETIREMENT POINTS | NATURE OF DUTIES, TRAINING OR INSTRUCTION |
|---|---|---|---|---|---|
| 9 | Jan | 87 | 4 | P1 | Coordination of Automation equipment |

Nothing Follows

11. TYPED NAME, GRADE AND POSITION OF OFFICER HAVING KNOWLEDGE OF DUTIES PERFORMED

David R. Nichols MAJ, IC

12. SIGNATURE OF OFFICER *(Item 11)*

13. FOR CUSTODIAN OF INDIVIDUAL RESERVIST'S RECORDS

☐ REPORTED TO SERVICING DATA PROCESSING UNIT

PAY DATA ☐ EXTRACTED ☐ NOT APPLICABLE

DA FORM 1 FEB 75 1380 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

S

641124

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL CENTER
9700 PAGE BOULEVARD
ST. LOUIS, MO 63132-5260

DARP-MOB
ORDERS C-12-056765

15 DEC 86

INGHAM DANIEL CURTIS MOB [redacted] ILT 42B5P
[redacted] REINFORCEMENT
DUTY MOS/SSI

YOU ARE REASSIGNED IN THE RESERVE AS INDICATED BELOW.

AUTHORITY: AR 140-10
RELIEVED FROM: USAR CONTROL GROUP REINFORCEMENT
REASON: VOLUNTARY
ASSIGNED TO: 0167 CS HHC GRP SPT CO
GRENIER AIR FORCE BASE MANCHESTER NH 03103
EFFECTIVE DATE: 28 NOVEMBER 1986 VOCG: 28 NOVEMBER 1986
ADDITIONAL INSTRUCTIONS: SECURITY CLEARANCE IS SECRET.
PEBD IS 10 SEP 82.
FORMAT: 450

**************
* ARPERCEN *
* OFFICIAL *
**************

PAUL L. BABIAK
BRIGADIER GENERAL, USA
COMMANDING

DISTRIBUTION: G3 PLUS
1) CG 1ST US ARMY ATTN: AFKA-PA-RC
4) 0167 CS HHC GRP SPT CO
GRENIER AIR FORCE BASEMANCHESTER NH 03103 (WYAEAA )

0167 CS HHC GRP SPT CO
GRENIER AIR FORCE BASE
MANCHESTER NH 03103

DEPARTMENT OF THE ARMY
U. S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-ARO-0512
ORDERS R-02-000455

02 FEBRUARY 1999

INGHAM DANIEL CURTIS
[redacted]

[redacted] MAJ AG
USAR CON GP (AGR)

YOU ARE ATTACHED OR RELEASED FROM ATTACHMENT AS SHOWN:

ACTION: YOU ARE RELEASED FROM ATTACHMENT TO:
US ARMY RESERVE COMMAND (HQ) (W47AAA 014D 02),
1401 DESHLER STREET SW, FT MCPHERSON, GA 30330-2000
AND FURTHER ATTACHED TO: US ARMY RESERVE COMMAND (SPT) (W496AA)
1401 DESHLER STREET SW, FT MCPHERSON, GA 30330-2000
EFFECTIVE DATE: 02 FEBRUARY 1999
PERIOD: N/A
PURPOSE: DEP DIR NETWORK SVCS (PARA 065A LN 01)
ACCT CLASS: 2192070 23-6100 P4H10.1000 (1198-1199-1210-1250-21P3
-21P4-21T1-21T2-22N*) S99999
ADDITIONAL INSTRUCTIONS:
(A) DMOS/SSI: 53A00
FOR ARMY USE: AUTHORITY: N/A
MPRJ RESP: W4M0AA FTSMD, 1 RESERVE WAY, ST LOUIS, MO
UCMJ RESP: W0U8AA CDR, HQ CMD FT MCPHERSON, FT MCPHERSON, GA
FORMAT 440

FOR THE COMMANDER:

****************
* AR-PERSCOM *
* OFFICIAL *
****************

W. BRUCE PITTMAN
COLONEL, EN
DIRECTOR

DISTRIBUTION:
1-CDR, US ARMY RESERVE COMMAND (SPT), 1401 DESHLER STREET SW
FT MCPHERSON, GA 30330-2000
1-CDR, US ARMY RESERVE COMMAND (HQ), 1401 DESHLER STREET SW
FT MCPHERSON, GA 30330-2000
1-CDR, USARC, ATTN: AFRC-PRP-F, 1401 DESHLER ST SW, FORT MCPHERSON,
GA 30330-2000
1-CDR, B CO USAG, FT MCPHERSON, GA 30330
1-CDR, USARC, ATTN: AFRC-PRP-F, 1401 DESHLER ST SW, FORT MCPHERSON,
GA 30330-2000
1-CDR, B CO USAG, FT MCPHERSON, GA 30330
1-MPRJ, FTSMD, 1 RESERVE WAY, ST. LOUIS, MO 63132-5000

DEPARTMENT OF THE ARMY
U. S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-ARO-0512
ORDERS R-07-004535

18 JULY 2000

INGHAM DANIEL CURTIS
[redacted]

[redacted] MAJ AG
USAR CON GP (AGR)

YOU ARE ON ACTIVE DUTY IN ACTIVE GUARD/RESERVE STATUS AND WILL PROCEED ON PERMANENT CHANGE OF STATION AS SHOWN.

REPORT TO: N CENTRAL ELMNT USAR INFO OPNS COORD CTR (W8MBD0) 9225 PEEBLES ROAD, ALLISON PARK, PA 15101-1926
REPORTING DATE: 08 SEP 00 ATTACHED TO: SAME AS REPORT TO.
RELEASED FROM ATTACHMENT TO: US ARMY RESERVE COMMAND (SPT) (W496AA) 1401 DESHLER STREET SW,
FT MCPHERSON, GA 30330-2000
PURPOSE: IO PLANNER (PARA 502, LN 02)
TDY ENROUTE AT: N CENTRAL ELMNT
TDY REPORTING DATE: 06 SEP 00
PERIOD OF TDY : 06 SEP 00 - 07 SEP 00
PURPOSE OF TDY: INPROCESSING

ADDITIONAL INSTRUCTIONS: (A) TRAVEL BY TWO PRIVATELY OWNED VEHICLES IS AUTHORIZED. (B) YOU ARE AUTHORIZED SHIPMENT OF HOUSEHOLDS GOODS IAW CHAP 5, VOL 1, JFTR. (C) YOU WILL NOT BE ISSUED SEPARATION DOCUMENTS OR PAID FOR ACCRUED LEAVE UNTIL ALL ACTIVE DUTY HAS BEEN COMPLETED. (D) CONTACT THE INSTALLATION HOUSING OFFICE AT YOUR NEW DUTY STATION TO DETERMINE THE AVAILABILITY OF QUARTERS BEFORE ENTERING INTO ANY HOUSING AGREEMENT. TO OBTAIN INFORMATION ON HOUSING AT YOUR NEW DUTY STATION, CONTACT THE OFFICE OF THE ASSISTANT CHIEF OF STAFF FOR INSTALLATION MANAGEMENT WEBSITE. THE WEBSITE ADDRESS IS: HTTP://WWW.HQDA.ARMY.MIL/ACSIMWEB/RELOCATE.HTM. (E) LOSING MPRJ FACILITY WILL SHIP/MAIL MPRJ TO GAINING MPRJ FACILITY. (F) YOU ARE A MEMBER OF THE SELECTED RESERVE, THEREFORE, IN THE EVENT YOUR USAR UNIT IS ORDERED TO ACTIVE DUTY OR MOBILIZED YOU ARE IMMEDIATELY ASSIGNED TO THAT UNIT AND CONSIDERED A UNIT MEMBER FOR ALL PURPOSES. THIS ASSIGNMENT REMAINS IN EFFECT FOR THE DURATION OF THIS AR-PERSCOM ORDER. (G) YOU ARE RESPONSIBLE FOR REPORTING TO YOUR NEXT DUTY STATION/SCHOOL IN SATISFACTORY PHYSICAL CONDITION, ABLE TO PASS THE APFT AND MEET WEIGHT STANDARDS. (H) EARLY REPORT DATE AUTHORIZED PER AR 600-8-10. (I) DEPENDENT TRAVEL TO NEW PERMANENT DUTY STATION IS AUTHORIZED IAW CHAP 5, VOL 1, JFTR. (J) UPON COMPLETION OF PCS YOU ARE REQUIRED TO FILE COMPLETED TRAVEL VOUCHER AT GAINING COMMANDS DEFENSE MILITARY PAY OFFICE. (K) ADVANCE IS AUTHORIZED. (L) OFFICIAL TRAVEL ARRANGEMENTS PURCHASED THROUGH A COMMERCIAL TRAVEL OFFICE (TRAVEL AGENCY) NOT UNDER CONTRACT TO THE GOVERNMENT IS NOT REIMBURSABLE.

FOR ARMY USE: AUTHORITY: TITLE 10 USC 12301(D) (DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE ARMY)
ACCT CLASS: 2102070 23-6100 P4H10.1000 (1198-1199-1210-1250-21P3-21P4-21T1-21T2-22N*) S99999
SCTY CL: SECRET DOR: 20 APR 96 PMOS/SSI: 42A00 PEBD: 10 SEP 82 DMOS/SSI: 01A
MPRJ RESP: W4M0AA FTSMD, 1 RESERVE WAY, ST LOUIS, MO
UCMJ RESP: W4M0AA FTSMD, 1 RESERVE WAY, ST LOUIS, MO
FORMAT 452

FOR THE COMMANDER

****************
* AR-PERSCOM *
* OFFICIAL *
****************

BARRY B. GALLAGHER
COLONEL, MP
DIRECTOR

DISTRIBUTION:
1-CDR, N CENTRAL ELMNT USAR INFO OPNS COORD CTR, 9225 PEEBLES ROAD, ALLISON PARK, PA 15101-1926
1-CDR, US ARMY RESERVE COMMAND (SPT), 1401 DESHLER STREET SW, FT MCPHERSON, GA 30330-2000
1-CDR, 99TH REGIONAL SUPPORT COMMAND, 5 LOMBAUGH STREET, OAKDALE, PA 15071-5099
1-CDR, USARC, ATTN: AFRC-PRP-F, 1401 DESHLER ST SW, FORT MCPHERSON, GA 30330-2000
1-CDR, B CO USAG, FT MCPHERSON, GA 30330

Please read the instructions before completing this form.

# Servicemembers' Group Life Insurance Election and Certificate

| Use this form to: (check all that apply) | *Important:* This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance. |
|---|---|
| [X] Name or update your beneficiary<br>[ ] Reduce the amount of your insurance coverage<br>[ ] Decline insurance coverage | |

| Last name | First name | Middle name | Rank, title or grade | Social Security Number |
|---|---|---|---|---|
| INGHAM | DANIEL | CURTIS | MAJ/04 | [redacted] |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES ARMY | 99TH REGIONAL SUPPORT COMMAND, CORAOPOLIS, PA 15108 |

## Amount of Insurance

By law, you are automatically insured for $250,000. ***If you want $250,000 of insurance,*** skip to *Beneficiary(ies) and Payment Options*. ***If you want less than $250,000*** of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $10,000. ***If you do not want any insurance,*** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

[ ] I want coverage in the amount of $__________ Your initials________

[ ] ____________________

(Write "I do not want Insurance at this time.")

*Note:* Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (If known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. [redacted] | [redacted] | [redacted] | 100% | LUMP SUM |
| 2. | | | | |
| **Contingent** | | | | |
| 1 [redacted] | [redacted] | [redacted] | 25% | LUMP SUM |
| 2 [redacted] | [redacted] | | 25% | LUMP SUM |
| 3 [redacted] | [redacted] | | 25% | LUMP SUM |

I HAVE READ AND UNDERSTAND the instructions on pages 2 and 3 of this form. I ALSO UNDERSTAND that:

- *This form cancels any prior beneficiary or payment instructions.*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $250,000.

**SIGN HERE IN INK** ➤ [signature] Date: 30 Dec 02

(Your signature. Do not print.)

Do not write in space below. For official use only.

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [signature] | SFC, PSNCO | 99TH RSC | 30 DEC 02 |

SGLV 8286, April 2001

SUPERSEDES AND REPLACES FORM SGLV 8286, March 2000 WHICH WILL NOT BE USED.

Original Copy - Member's Official Personnel File
Photocopy 1 - To Member
Photocopy 2 - To Active or Reserve Component of Uniformed Service

p 2

**CONTINUATION OF SGLV-8286**
**SERVICEMEN'S GROUP LIFE INSURANCE ELECTION AND CERTIFICATE**

**DATE COMPLETED: 20021230**

Page 2 of 2

Continuation of SGLV-8286, item 2 - Beneficiary(ies) and Payment to Beneficiary(ies)

I designate the following beneficiaries to receive payment of my insurance proceeds as shown below:

| COMPLETE NAME AND ADDRESS CONTINGENT(S) | SSN | RELATIONSHIP TO YOU | SHARE TO EACH BENEFICIARY | PAYMENT OPTION |
|---|---|---|---|---|
| 3. [redacted] | [redacted] | FATHER | 12.5% | LUMP SUM |
| [redacted] | [redacted] | MOTHER | 12.5% | LUMP SUM |

SIGNATURE: Daniel Curtis [signature] 30 Dec 02

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [signature] | SFC, PSNCO | HHC, 97TH ESC | 30 DEC 02 |

NOTE: You may continue to identify additional PRINCIPAL and CONTINGENT beneficiaries in a similar manner.

SGLV - 8286C-E, APRIL 1996

PERSONAL DATA - PRIVACY ACT OF 1974

PATHOLOGY REPORT
USAF MEDICAL CENTER SCOTT
SCOTT AFB, ILLINOIS 62225-5300

(This form is in lieu of and as continuation of SF 515.)

ACCESSION NUMBER: S-05070-90
PATIENT NAME: INGHAM, DONALD

ACCESSION DATE: 06/07/90
FP-SSAN: [redacted]

GROSS DESCRIPTION:

Received is a specimen labeled "redundant skin from penis". The specimen consists of two fragments of white to tan grey rugose skin with some edema. Grossly consistent with foreskin. The fragments measure 1.5 x 0.8 x 0.8cm and 1.4 x 1 x 0.7cm in greatest dimension respectively. Representative sections are submitted in a single cassette. MPB/rt

[illegible]S(ES):
[illegible]D CHRONIC POSTHITIS. /ib

PATHOLOGIST: MALCOLM N. GOODWIN JR, LTC, USAF, MC, FS

(signature)

10/07/90
(date signed)

SENDING MTF: SCOTT AFB

REGISTER NUMBER: 034511 PAGE 2