515 – 110

**MEDICAL RECORD** | **TISSUE EXAMINATION** 5070

SPECIMEN SUBMITTED BY
DATE OBTAINED 6 July 90

SPECIMEN
Rel... skin from penis

BRIEF CLINICAL HISTORY *(Include duration of lesion and rapidity of growth, if a neoplasm)*
phimosis

PREOPERATIVE DIAGNOSIS

OPERATIVE FINDINGS
phimosis

POSTOPERATIVE DIAGNOSIS
SIGNATURE AND TITLE

**PATHOLOGICAL REPORT**

NAME OF LABORATORY
ACCESSION NO (S).

*(Gross description, histologic examination and diagnoses)*

PATHOLOGY TEXT STARTS
ON PAGE 2

*(Continue on reverse side)*

SIGNATURE OF PATHOLOGIST
DATE

[redacted]

AGE | SEX | RACE | IDENTIFICATION NO.

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name–last, first, middle; grade; date; hospital or medical facility)*

REGISTER NO. | WARD NO.

0345011 2A 06JUL90
INGHAM,DONALD
M
[redacted] 01APR88 ABKA
USA DEP AD CPT 02Y PBT
F1756 USAF MED CEN SCOTT

ARPECEN

**TISSUE EXAMINATION**

STANDARD FORM 515 (REV. 9-77)
Prescribed by GSA and ICMR, FIRMR (41 CFR) 201-45.505

Exception to SF 515
approved by OIRM 9/82

*U.S. GPO: 1987-193-538

6

COMPUTATION SHEET
BASIC DATE (mandatory removal from active status
under ROPA for max authorized years service)

NAME Ingham, Daniel C. DATE ACCEPTED INITIAL APPTMT 83-04-22 (16)
SN SSN [redacted] DOB [redacted]
GRADE F BRANCH MG AGE AT ACCEPTANCE 24 07 16
DATE OF PROMOTION (to Col, BG or MG) ______ DT ATTAINS AGE 60 ______

Lieutenant Colonel and lower

25 years of age at acceptance of initial appointment — yr mo day
1. Date of birth . . . . . . . . . . ______
2. Add 53 years . . . . . . . . . . ______
3. Basic date (total minus 1 day) . . . . . . ______
4. Mandatory Removal Date (30 days after Basic Date) . . . . ______

Under 25 years of age at acceptance of initial appointment — yr mo day
1. Date of accpt of initial apptmt (Use appt date if accpt not shown) . . 83 04 22
2. Add 28 years commissioned service. . . . . . . . 28
3. Tentative basic date (total minus 1 day) . . . . . . 11 04 21
4. Subtract constructive service granted at initial appointment or, if none shown, subtract * years for MC, * years for DC, VC, JAGC, or Chaplain . . ______
5. Basic date . . . . . . . . . . ______
6. Mandatory Removal Date (30 days after Basic Date) . . . . . ______

Generals and Colonels

25 years of age or over at acceptance of initial appointment — yr mo day
1. Date of birth . . . . . . . . . . ______
2. If:
   (1) Maj Gen add 60 years . . . . . . . . ______
   (2) Brig Gen or Col add 55 years . . . . . . ______
3. Tentative basic date (total minus 1 day) . . . . . . ______
4. Mandatory Removal Date is 30 days after basic date . . . . . ______
5. Date of promotion ______ plus 5 years (anniversary) . . . ______
6. Basic Removal Date (later of 3 or 5) . . . . . . . ______
7. Mandatory Removal Date (later of 4 or 5) . . . . . . ______

Under 25 years of age at acceptance of initial appointment — yr mo day
1. Date of accpt of initial apptmt (use apptmt date if accpt not shown). ______
2. Projected date of completion of 30 or 35 yrs of commissioned service. ______
   (1) Major General add 35 years . . . . . . . . ______
   (2) Brigadier General or Colonel add 30 years . . . . ______
3. Tentative basic date (minus 1 day) . . . . . . . . ______
4. Subtract constructive service granted at initial appointment or, if none shown, subtract * yrs for MC or * yrs for DC, VC, JAGC, or Chaplain. . . ______
5. Mandatory Removal Date based on completion of 30 or 35 yrs (30 days after basic date) . . . . . . . . . . ______
6. Date of promotion ______ plus 5 years (anniversary) . . . ______
7. Basic Removal Date (later of 4 or 6) . . . . . . . ______
8. Mandatory Removal Date (later of 5 or 6) . . . . . . ______

*See data item 67, Army Reserve Coding Manual, ARPERCEN.
See explanatory remarks on reverse.

5

## OFFICER SERVICE COMPUTATION FOR RETIREMENT

For use of this form, see AR 600-8-24; the proponent agency is ODCSPER

| 1. NAME | 2. SSN | 3. DOB | 4. BR |
|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | [redacted] | |
| 5. DATE OF ENTRY ON CURRENT TOUR | a. YEAR 1988 | b. MONTH 06 | c. DAY 12 |
| 6. DATE OF ACCEPTANCE OF RA APPOINTMENT | a. YEAR | b. MONTH | c. DAY |

**7. ENLISTED SERVICE**

| FROM | | | TO | | | IT | ACTIVE PERIODS | | | INACTIVE PERIODS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MONTH | DAY | YEAR | MONTH | DAY | | YEAR | MONTH | DAY | YEAR | MONTH | DAY |
| 82 | 09 | 10 | 83 | 04 | 21 | | 00 | 06 | 02 | 00 | 01 | 10 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | 00 | 06 | 02 | 00 | 01 | 10 |
| TOTALS CONVERTED TO MONTHS AND DAYS | | | | | | | | | | | | |

**8. WARRANT OFFICER SERVICE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |
| TOTALS CONVERTED TO MONTHS AND DAYS | | | | | | | | | | | | |

**9. COMMISSIONED SERVICE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 04 | 22 | 88 | 06 | 11 | | 03 | 00 | 12 | 02 | 01 | 08 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | 03 | 00 | 12 | 02 | 01 | 08 |
| TOTALS CONVERTED TO MONTHS AND DAYS | | | | | | | | | | | | |
| 10. TOTAL ACTIVE SERVICE | | | | | | | 03 | 06 | 14 | | | |

| | | | |
|---|---|---|---|
| 11. TOTAL INACTIVE SERVICE | 02 | 02 | 18 |
| 12. CONSTRUCTIVE SERVICE FOR BASIC PAY - MC OR DC DATES *(In Red)* | 00 | 00 | 00 |
| 13. TDRL SERVICE | 00 | 00 | 00 |
| 14. TOTAL SERVICE PRIOR TO CURRENT TOUR | 05 | 09 | 02 |
| 15. BASIC PAY ENTRY DATE *(Subtract #14 from #5)* | 82 | 09 | 10 |
| 16. PROJECTED RETIREMENT DATE *(In Red)* | 05 | 01 | 31 |
| 17. LESS DATE OF ENTRY ON CURRENT TOUR *(See Item #5)* | 88 | 06 | 12 |
| 18. SUBTOTAL | 16 | 07 | 19 |
| 19. PLUS ACTIVE SERVICE PRIOR TO CURRENT TOUR | 03 | 06 | 14 |
| 20. TOTAL ACTIVE SERVICE | 20 | 02 | 03 |
| 21. PLUS INACTIVE SERVICE *(See Item #11)* | 02 | 02 | 18 |
| 22. TOTAL SERVICE FOR BASIC PAY PURPOSES | 22 | 04 | 21 |
| 23. TOTAL SERVICE FOR PERCENTAGE PURPOSES *(1405 Service In Red)* | 20 | 04 | 20 |

| 24 RA - RES | 25. AUS GRADE | 26. RA GRADE | 27. RESERVE |
|---|---|---|---|
| | | | |

| 28. REMARKS | 29. HIGHEST AD GRADE HELD | |
|---|---|---|
| | COL/O6 | |
| | 30a. HOR<br>DELAND, FL | 30c. 18 YR AFS AS OF NOV 81 |
| | 30b. PL EAD | YES ☐ NO ☐ |

| 31. COMPUTED BY | 32. REVIEWER |
|---|---|
| GRUVER, ROBERT | |

DA FORM 7301-R, DEC 93

| 33. NAME | 34. SSN |
|---|---|
| INGHAM, DANIEL C. | [redacted] |

35. RETIREMENT POINTS CREDITED AFTER 1 JUNE 1958

| FROM<br>a | TO<br>b | MEMBERSHIP<br>c | INACTIVE DUTY<br>d | COURSE COMP.<br>e | TOTAL POINTS<br>f |
|---|---|---|---|---|---|
| 820910 | 821019 | 02 | 00 | 00 | 02 |
| 830422 | 830909 | 06 | 00 | 00 | 06 |
| 850910 | 860909 | 15 | 00 | 00 | 15 |
| 860910 | 870909 | 15 | 24 | 00 | 39 |
| 870910 | 880909 | 15 | 00 | 00 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | g. TOTAL | 77 |

36. 1405 SERVICE AS OF 14 September 2004

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| 37. ACTIVE SERVICE | 20 | 02 | 03 |
| 38. INACTIVE SERVICE PRIOR TO 1 JUN 58 | 00 | 00 | 00 |
| 39. RETIREMENT POINTS AFTER 1 JUN 58 | 00 | 02 | 17 |
| 40. MEDICAL AND/OR DENTAL SCHOOL AND INTERNSHIP | 00 | 00 | 00 |
| 41. TOTAL 1405 SERVICE | 20 | 04 | 20 |

*PAGE 2, DA FORM 7301-R, DEC 93*

IDENTIFICATION PURPOSES — SAFEGUARD IT — ALTERATIONS RENDER FORM VOID

**DD FORM 214** JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Entry |
|---|---|
| 1. NAME *(Last, first, middle)* | INGHAM, DANIEL CURTIS |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY-RA |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4a. GRADE, RATE OR RANK | SP5 |
| 4b. PAY GRADE | E5 |
| 5. DATE OF BIRTH | [redacted] |
| 6. PLACE OF ENTRY INTO ACTIVE DUTY | Knoxville, Tennessee |
| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 50th Co, 5th Stu Bn, TSB, USAIS, TRADOC |
| 8. STATION WHERE SEPARATED | Fort Benning, Georgia |
| 9. COMMAND TO WHICH TRANSFERRED | USAR Control Group (Reinforcement) RCPAC, St Louis MO 63132 |
| 10. SGLI COVERAGE | AMOUNT $ 35,000 ☐ NONE |
| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY *(Additional specialty numbers and titles involving periods of one or more years)* | 09S0O Student Officer Candidate |

| 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|
| a. Date Entered AD This Period | 82 | 10 | 20 |
| b. Separation Date This Period | 83 | 04 | 21 |
| c. Net Active Service This Period | 00 | 06 | 02 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 01 | 10 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 83 | 01 | 16 |
| i. Reserve Oblig. Term. Date | 88 | 10 | 19 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

Rifle M16 Marksman Qualification Badge/ Hand Grenade First Class Qualification Badge

14. MILITARY EDUCATION *(Course Title, number weeks, and month and year completed)*

Officer Candidate Course 2-83/14 weeks/Apr 83

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO

16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO

17. DAYS ACCRUED LEAVE PAID: NA

18. REMARKS

NONE "NOTHING FOLLOWS"

19. MAILING ADDRESS AFTER SEPARATION

Route #1, P.O. Box 491 EEE
Benton, TN 37307

20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS ☐ YES ☒ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]

22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: [signature] D. W. SMITH, CW4, USA, Assistant Adjutant General

### SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| Field | Entry |
|---|---|
| 23. TYPE OF SEPARATION | Discharge |
| 24. CHARACTER OF SERVICE *(Includes upgrades)* | Honorable |
| 25. SEPARATION AUTHORITY | Chapter 2, AR 635-200 |
| 26. SEPARATION CODE | KGL |
| 27. REENLISTMENT CODE | RE-2 |
| 28. NARRATIVE REASON FOR SEPARATION | To accept commission in US Army |
| 29. DATES OF TIME LOST DURING THIS PERIOD | None |
| 30. MEMBER REQUESTS COPY 4 | DCI (INITIALS) |

00203

DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY INFANTRY CENTER
Fort Benning, Georgia 31905

ORDERS 104-175 14 April 1983

1. INGHAM, DANIEL C [redacted] SP5 USA Transfer Point (WOU2NT) Fort Benning GA 31905

You are discharged from component indicated.

Authority: AR 600-43
Effective date: 21 Apr 83
Component: NA
Additional instructions: You are discharged for the purpose of accepting commission in the US Army.
Format: 500

2. You are reassigned as indicated below. No travel involved.

Relieved from: 50th Co 5th Stu Bn, The School Brigade, USAIS, Fort Benning GA 31905
Assigned to: USA Transfer Point (WOU2NT 9) Fort Benning GA 31905
Reporting date: 21 Apr 83
Movement designator code: NZE 3
Additional instructions: NA

| Name | SSN | Grade |
|---|---|---|
| INGHAM, DANIEL C | 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 | SP5 |

Format: 421

FOR THE COMMANDER:

U.S. ARMY INFANTRY CENTER
HQ. FORT BENNING, GEORGIA
OFFICIAL
LTC, AGC
Adjutant General

DISTRIBUTION:
J Plus
2 Ea Indiv Indic (2)
Stu Rec (2)
Stu Fin (5)
Stu Mgt (5)
Cdr, 50th Co 5th Stu Bn TSB USAIS (3)
Cdr, US Army Transfer Point Ft Benning, GA (3)

B12

DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY INFANTRY CENTER
Fort Benning, Georgia 31905

28 January 1983

ORDERS 028-190

The Secretary of the Army has reposed special trust and confidence in the patriotism, valor, fidelity, and professional excellence of the following soldiers. In view of these qualities and their demonstrated potential for professional competence and dedicated service to the US Army, they are, therefore, promoted to the grade of rank shown. Promotion is made in the MOS shown in the name line and the MOS is awarded as his or her primary MOS on the effective date of the promotion. Promotion is not valid and it will be revoked if the soldier concerned is not in a promotable status on the effective date of promotion. The authority for this promotion is 7-45 (a) AR 600-200. Confirms verbal orders of Commanding Officer, 16 Jan 83. Other MOS actions are NA.

Assigned to: 50th Co 5th Stu Bn, The School Brigade, USAIS (W2L52W) Fort Benning GA 31905
Additional instructions: NA

| Name, SSN, Primary MOS | Grade of rank promoted to | Effective date | Date of rank |
|---|---|---|---|
| [redacted] | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |