88-10-1 813

ORDERS 028-190 HQ USAIC FT BENNING, GA 31905 DTD 28 JANUARY 1983

| | | | |
|---|---|---|---|
| [redacted] | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 15 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |
| [redacted]INGHAM, DANIEL C [redacted] 09S00 | SP5 | 16 JAN 83 | 16 JAN 83 |
| [redacted] | SP5 | 16 JAN 83 | 16 JAN 83 |
| | SP5 | 16 JAN 83 | 15 JAN 83 |
| | SP5 | 16 JAN 83 | 16 JAN 83 |

Format: 303

FOR THE COMMANDER:

HQ. U.S. ARMY INFANTRY CENTER
OFFICIAL
K. G. WEEMS
LTC, AGC
Adjutant General
FORT BENNING, GEORGIA

DISTRIBUTION:
J Plus
Stu Mgt (2)
Stu Rec (3 Ea) (84)
Stu Fin (2 Ea) (56)
Cdr, 50th Co TSB, USAIS (3)
Cdr, USA Enl Rec & Eval Ctr, ATTN: PCRE-F, Ft Benjamin Harrison IN 46249 (1 Ea) (28)
1 Ea Indiv Indic (28)

Standard Form 88
Revised 10-75
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.806-8

# REPORT OF MEDICAL EXAMINATION

88-119

85 C
6

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Ingham, Daniel Curtis | Officer Candidate RA | [redacted] |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| [redacted] | O.C.S. Pre-Commissioning | 12 JAN 1983 / 12 Jan 83 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|
| M | Cauc | MILITARY 0 / CIVILIAN 0 | | 50th Comp |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| [redacted] | Ft. Lauderdale, Fla | Donald + Doris Ingham, mom+dad same as 4 |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| Medical MACH FT. BENNING, GA 31905 | PMC 2 |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|
| | | |

| NOR-MAL | CLINICAL EVALUATION (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK, AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| X | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | X |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| X | 36. FEET | |
| X | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| X | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| X | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES. (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

Aortic stenosis - murmur

#29: Mitral valve prolapse by echocardiogram (See attached report of Cardiac Consultation and SF600 dated 26 January 1983). See EKG attached.

MEDDAC, Fort Benning, GA 31905

Medically qualified for: ~~ROTC SCHOLARSHIP~~ (OCS) (ARBN) (RNGR) ~~SP FORCES~~ ~~REL~~

Medically disqualified because of ~~MVP~~

31 JAN 1983

Medically qualified for ✓ Appointment
Medically ✓ qualified for CMBT ARMS
Recommend [illegible] (Continue in item 73)

RONALD G. WILLIAMS, COL, MC
Chief, Professional Services

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth / Non-restorable teeth / Missing teeth / Replaced by dentures

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.023 | | 46. CHEST X-RAY (Place, date, film number, and result) |
|---|---|---|
| B. ALBUMIN NEGATIVE | D. MICROSCOPIC | MACH FT. BENNING, GA 31905 12 JAN 1983 |
| C. SUGAR NEGATIVE | | NORMAL. |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| FLOCC: NONREACTIVE | Sinus bradycardia. Intraventricular conduction delay. | | See attached Cardiac Consultation |

5
6

00207

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 69" | 136 | Red | Blue | [✓] SLENDER [ ] MEDIUM [ ] HEAVY [ ] OBESE | |

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 120 DIAS. 82 | SYS. DIAS. | SYS. DIAS. |

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 74 | | | | |

| 59. DISTANT VISION | 60. REFRACTION | 61. NEAR VISION |
|---|---|---|
| RIGHT 20/ 20 CORR. TO 20/ | BY S. CX | J-1 CORR. TO BY |
| LEFT 20/ 20 CORR. TO 20/ | BY S. CX | J-1 CORR. TO BY |

62. HETEROPHORIA (Specify distance)

ES° EX° R.H. L.H. PRISM DIV. PRISM CONV. PC PD CT

| 63. ACCOMMODATION | 64. RED PASSES (Test used and score) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED / CORRECTED |
|---|---|---|---|
| RIGHT LEFT | All PASSES 15 | | |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER AN SI

| | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | X | 10 | 10 | 5 | 10 | 5 | 10 | X |
| LEFT | X | 15 | 10 | 5 | 10 | 10 | 20 | X |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

#29: See above item.

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

See attached report of Cardiac Consultation & SF600 dated 26 January 1983. Profiles terminated as of 26 Jan83.

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (Check)

A. [X] IS QUALIFIED FOR
B. [ ] IS NOT QUALIFIED FOR

OCS & USAR APPOINTMENT, Abn/Ranger/SF

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| X | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

None.

79. TYPED OR PRINTED NAME OF PHYSICIAN: EMIL ROMITAN, MD — SIGNATURE: [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE: [signature]

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979—311-153/5084

20 Oct 82 AP G-2

# ENLISTMENT/REENLISTMENT DOCUMENT — ARMED FORCES OF THE UNITED STATES

## A. IDENTIFICATION DATA

| 1. NAME *(Last - First - Middle - Jr - Sr - etc.)* | 2. SSAN | 3. DATE OF ENL/REENL | 4. GRADE |
|---|---|---|---|
| Ingham Daniel Curtis | [redacted] | 10SEPTEMBER1982 | PFC-3 |

| 5. HOME OF RECORD *(City, State, ZIP Code)* | 6. PLACE OF ENLISTMENT/REENLISTMENT |
|---|---|
| Belleview FL 32620 | MEPS Jacksonville FL |

| 7. DATE OF BIRTH | 8. SELECTIVE SERVICE NO. |
|---|---|
| [redacted] | ☐ NOT REGISTERED |

| 9. PREV MIL SVC UPON ENL/REENL | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | 00 | 00 | 00 |
| b. Total Inactive Military Service | 00 | 00 | 00 |

## B. AGREEMENTS

10. I am enlisting/reenlisting in the United States ARMY RESERVE on 10 SEPTEMBER, 1982 for 6 years in pay grade E-2. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A ______ ______.

*a.* *FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP) (Not applicable to the Army or Air National Guard):* I understand that I will, within 40 days, be ordered to active duty as a Reservist for 2 years unless I enlist in the Regular Component of the United States Army for not less than 3 years. My enlistment in the DEP is in a non-pay status. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, or mailing address.

*b.* Remarks: *(If "None" so state)* **I understand my period of time in the DEP is creditable for pay purposes upon enlistment on active duty. I also understand that this time is NOT counted toward fulfillment of my military service obligation or commitment.**

*c.* The agreements in this section and the attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED. [signature]

*(Initials of Enlistee/Reenlistee)*

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

11. *FOR ALL ENLISTEES OR REENLISTEES:* Many laws, regulations, and military customs will govern my conduct and require me to do many things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

*a.* My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

*(1)* Required to obey all lawful orders and perform all assigned duties.

*(2)* Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

*(3)* Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

A3

LAST NAME: Ingham | SSAN: [redacted]

C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS *(Continued from page 1)*

*(4)* Required upon order to serve in combat or other hazardous situations.

*(5)* Entitled to receive pay, allowances and other benefits as provided by law and regulation.

*b.* Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my Status, pay, allowances, benefits, and responsibility as a member of the Armed Forces REGARDLESS of the provisions of this enlistment/reenlistment document.

*c.* In the event of war, my enlistment in the Armed Forces continues until six months after the war ends, unless my enlistment is ended sooner by the President of the United States.

12. Military Service Obligation. *(FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS INCLUDING THE NATIONAL GUARD.)*

*a.* *FOR ALL ENLISTEES* ~~*AGE 17 THROUGH 25.* If I enlist before my twenty-sixth birthday,~~ I must serve a total of six years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

*b.* If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six months after the end of that period.

*c.* As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty *(other than for training)* for the entire period of the war or emergency and for six months after its end.

*d.* As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent *(other than as provided in paragraph 10 of this enlistment/reenlistment document)* as follows:

*(1)* In a time of national emergency declared by the President, I may be ordered to active duty *(other than for training)* for not more than 24 consecutive months.

*(2)* I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

*(a)* I am not assigned to or participating satisfactorily in a unit of the Ready Reserve; and

*(b)* I have not met my Reserve obligation; and

*(c)* I have not served on active duty for a total of 24 months.

*(3)* I may be ordered to perform additional active duty for training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than 6 months.

*(4)* When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of a selected Reserve unit.

*e.* Except in time of war or national emergency declared by Congress, I may be transferred to the Standby Reserve, upon my request, if I am not serving on active duty and if my total active duty *(other*

A4

| LAST NAME | SSAN |
|---|---|
| Ingham | [redacted] |

**C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS** *(Continued from page 2)*

*than active duty for training)* service and satisfactory service in the Ready Reserve has lasted at least 60 months. As a member of the Standby Reserve, I will have no Reserve training requirements and can be involuntarily ordered to active duty only in time of war or national emergency declared by Congress or as otherwise authorized by law. I may not transfer to the Standby Reserve while I am serving under an agreement to remain in the Ready Reserve for a stated period.

13. *IF ENLISTING IN THE NAVY OR MARINE CORPS:* I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**D. CERTIFICATION AND ACCEPTANCE**

14. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. Any questions I had were explained to my satisfaction. I fully understand that ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, check "NONE" and initial)*

[✓] NONE ____ *(Initials of Applicant/Reenlistee)*

| 14a. TYPED NAME OF APPLICANT/REENLISTEE | 14b. SIGNATURE OF APPLICANT/REENLISTEE | 14c. DATE SIGNED |
|---|---|---|
| Daniel Curtis Ingham | | 10 Sep 1982 |

15. On behalf of the United States Army, I accept this applicant for enlistment. I have witnessed the signature in item 14b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| 15a. NAME, GRADE, SSAN AND ORGANIZATION OF SERVICE REPRESENTATIVE | 15b. SIGNATURE OF SERVICE REPRESENTATIVE | 15c. DATE SIGNED |
|---|---|---|
| [redacted] | | 10 Sep 1982 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

16. *FOR SERVICE IN A REGULAR OR RESERVE COMPONENT OF THE ARMED FORCES EXCEPT THE ARMY NATIONAL GUARD OR AIR NATIONAL GUARD:*

I, Daniel Curtis Ingham, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

A5

LAST NAME: Ingham | SSAN: [redacted]

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT** *(Continued from page 3)*

I acknowledge that the above oath has been administered to me and that I have sworn *(or affirmed)* to the same.

16a. SIGNATURE OF ENLISTEE/REENLISTEE AND DATE: 10 Sep 1982 [signature]

16b. SIGNATURE OF ENLISTEE ENLISTED FROM DEP INTO REGULAR COMPONENT AND DATE: [signature] 20 Oct 1982

16c. The above oath, as filled in, was administered, subscribed, and duly sworn to *(or affirmed)* before me on 10 SEPTEMBER, 19 82.

16d. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER *(Type or print)*: Francis C Miles CPT USA, MEPS Jacksonville FL

16e. SIGNATURE OF ENLISTING OFFICER: [signature]

17. *FOR ENLISTMENT IN A REGULAR COMPONENT FROM A DELAYED ENTRY/ENLISTMENT PROGRAM:*

I request to be discharged from the Delayed Entry/Enlistment Program and enlisted in the Regular Component of the United States Army for a period of three years effective this date. No changes have been made in my enlistment options OR if changes were made they are recorded on Annex(es) B which replace(s) Annex(es) A. The information in my "Application for Enlistment — Armed Forces of the United States" *(DD Form 1966)* is accurate as of this date.

17a. DATE: 20 October 1982

17b. SIGNATURE OF DEP ENLISTEE: [signature]

**F. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE**

18. This enlistee is discharged from the Reserve Component shown in Item 10 and is accepted for enlistment in the Regular Component of the United States Army this date, in pay grade E-3. Applicant served 00 years 01 months 10 days in the DEP. AGREEMENTS IN ITEM 10 AND ATTACHED ANNEX(ES) OR AS MODIFIED IN ITEM 17, REMAIN IN EFFECT.

18a. NAME, GRADE, SSAN, AND ORGANIZATION OF SERVICE REPRESENTATIVE *(Type or print)*: B C Willioughby SFC(P) [redacted] USADRC Nashville TN

18b. SIGNATURE OF SERVICE REPRESENTATIVE: [signature]

18c. The oath of enlistment in Item 16, as filled in, was readministered, subscribed, and duly sworn to *(or affirmed)* before me on 20 October, 19 82.

18d. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER *(Type or print)*: Steve Erdely III CAPT, MEPS Knoxville TN

18e. SIGNATURE OF ENLISTING OFFICER: [signature]

A6

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION, KNOXVILLE
1013 North Central Street
Knoxville, Tennessee 37917

Enlistment/Travel Order No. 209-5 20 October 1982

Authority: AR 601-210

1. Having enlisted this date in the US Army under the authority shown above, you are hereby assigned to active duty. Comply with the instructions contained in paragraph 3 below and if applicable, other supplemental instructions attached to these orders.

2. Government transportation is authorized in connection with these orders and is chargeable to PCS MDC 1AE3. Movement of dependents and household goods in connection with these orders is not authorized. Use of transportation request and meal ticket directed.

3. You are transferred from this activity effective this date and are directed to proceed and report to US Army Reception Station, Ft Dix, NJ.
* indicates individual discharged from USAR 19 Oct 82 UP AR 135-178.

| Name/ Social Security No. | Remarks Special Instructions |
|---|---|
| [redacted] | BCT, 25 October 1982 |
| | BCT, 25 October 1982 OST 63B Dix |
| Ingham, Daniel C.* [redacted] | BCT, 25 October 1982 |

STEVE ERDELY III
CAPT, USAF
Acting Commanding Officer

DISTRIBUTION:
3-each individual's master military personnel record
7-each individual's service record
3-each individual's local recruiting service file
3-each individual
1-MEPS file
1-MEPS Travel Clerk
1-Cdr, USARECSTA, Ft Dix, NJ

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION (MEPS)
2826 ART MUSEUM DRIVE
JACKSONVILLE, FLORIDA 32207

ENLISTMENT/TRAVEL ORDER NO. 182-15 10 September 1982

AUTHORITY: AR601-210

1. HAVING ENLISTED THIS DATE IN THE US ARMY RESERVE UNDER THE AUTHORITY SHOWN ABOVE, YOU ARE HEREBY ASSIGNED TO INACTIVE DUTY. COMPLY WITH THE INSTRUCTIONS CONTAINED IN PARAGRAPH 3 BELOW AND IF APPLICABLE, OTHER SUPPLEMENTAL INSTRUCTIONS ATTACHED TO THESE ORDERS.

2. GOVERNMENT TRANSPORTATION IS AUTHORIZED IN CONNECTION WITH THESE ORDERS AND IS CHARGEABLE TO 2122020 38-8303 P871711.11F1J-2190 S09177.. MOVEMENT OF DEPENDENTS AND HOUSEHOLD GOODS IN CONNECTION WITH THESE ORDERS IS NOT AUTHORIZED.

3. YOU WILL PROCEED TO YOUR CURRENT HOME ADDRESS, AS INDICATED BELOW, AND RETURN TO THIS MEPS FOR ADDITIONAL ENLISTMENT PROCESSING AT THE TIME AND DATE SHOWN. AT THAT TIME YOU ARE ORDERED TO COMMENCE EXTENDED ACTIVE DUTY (VOLUNTARY) FOR PERIOD SHOWN BELOW UNDER 672 TITLE 10, UNITED STATES CODE, OR REPORT FOR THE PURPOSE OF DISCHARGE FROM THE US ARMY RESERVE AND ENLISTMENT IN THE US ARMY.

| NAME/ SOCIAL SECURITY NO. | RETURN BY 0645 HOURS | HOME ADDRESS/ SPECIAL INSTRUCTIONS |
|---|---|---|
| [redacted] | | |
| INGHAM Daniel C PFC | 20Oct82 | [redacted] |
| [redacted] | 3 Yrs | |

[redacted]