A8

ENLISTMENT/TRAVEL ORDER NO 182-15 MEPS(W00306)JACKSONVILLE FLORIDA 32207
10September1982 (Cont)

FOR THE COMMANDER:

DISTRIBUTION: FRANCIS G MILES
3-ea indiv CPT USA
11-ea indiv svc recrod Assist Adjutant
1-MEPS Record Set
5-DRC Jacksonville Fl
1-ea indiv DRC Jacksonville Fl

20/20 NOR (85) THOMPSON INLAND 3K3H ORLANDO G-2 A9

Personal

## APPLICATION FOR ENLISTMENT — ARMED FORCES OF THE UNITED STATES

Form Approved OMB 22-R 0331

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

AUTHORITY: Title 10, United States Code, Sections 504, 505, 508, and 510, and Executive Order 9397.

PRINCIPAL PURPOSE: To determine your eligibility for enlistment.

ROUTINE USES: If you are enlisted, this form becomes the principal source document for, and a part of, your military personnel records which are used to make decisions related to your training, promotion, reassignment, and other personnel management actions.

DISCLOSURE: Voluntary; failure to answer all questions on this form except 12, 26, 32, and 35 may result in denial of your enlistment.

### WARNING

Information provided by you on this form is FOR OFFICIAL USE ONLY and will be maintained and used in strict compliance with Federal law and regulation. The information provided by you becomes the property of the United States Government, and it may be consulted throughout your military service career, particularly whenever either favorable or adverse administrative or disciplinary actions related to you are involved.

YOU CAN BE PUNISHED BY FINE, IMPRISONMENT OR BOTH IF YOU ARE FOUND GUILTY OF MAKING A KNOWING AND WILLFUL FALSE STATEMENT ON THIS APPLICATION.

### INSTRUCTIONS *(Read carefully BEFORE filling out this form)*

1. Type or print LEGIBLY all answers; if the answer is "None" or "Not Applicable," so state.
2. Questions 12, 26, and 32 are optional and may be left blank. Question 35 may be answered orally.
3. If additional space is needed for any answer, continue it in Item 37, "REMARKS."

### SECTION I — PERSONAL DATA

SERVICE: B A R — [X] NPS [ ] PS

1. SOCIAL SECURITY ACCOUNT NUMBER: [redacted]

2. NAME (Last - First - Middle (& Maiden, if any), Jr., Sr., etc.): DURHAM, Daniel Curtis

3. CURRENT ADDRESS (Street, City, County, State, & ZIP Code): 12277 S.E. 117th Court Belleview, Marion, Fl 32620 — 1 2 1 2 7 / 3 2 6 2 2

4. HOME OF RECORD (City, County, State, & ZIP Code): [redacted] — 1 2 1 2 7 / 3 2 6 2 2

5. CITIZENSHIP: [X] U.S. (BIRTH) [ ] U.S. (DERIVED) [ ] U.S. (NATURALIZED) [ ] U.S. NATIONAL [ ] NON-U.S. (Specify): — C A

6. SEX: [X] MALE [ ] FEMALE — M

7. POPULATION GROUP: [ ] AM INDIAN [ ] ASIAN [ ] BLACK [X] WHITE [ ] OTHER (Specify) — C

8. ETHNIC GROUP: NONE — V

9. MARITAL STATUS: SINGLE — S

10. NO. OF DEPENDENTS: NONE — Ø

11. DATE OF BIRTH (YY MM DD): 6 0 0 9 0 6

12. RELIGIOUS PREFERENCE: CATHOLIC — 6 2

13. EDUC (Highest grade completed): 16K — 1 6 K

14. SELECTIVE SERVICE INFORMATION: NUMBER / CLASS — [ ] NOT REGISTERED

15. FOREIGN LANGUAGE AND SKILL: NONE — [ ] SPEAK [ ] WRITE [ ] READ

16. DRIVER'S LICENSE INFORMATION: STATE Fla — NUMBER D525-163-60-326 — EXPIRES 6 Sep 86

DO NOT WRITE IN THIS SECTION (Go on to Item 22)

### SECTION II — EXAMINATION AND ENLISTMENT DATA PROCESSING CODES — FOR OFFICE USE ONLY —

17. MENTAL TEST RESULTS

| a. TEST ID | b. AFQT %ILE | c. ASVAB | G/S | A/R | W/K | P/C | N/O | C/S | A/S | M/K | M/C | E/I | V/E | | d. TEST SITE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | 85 | | 21 | 27 | 28 | 15 | 54 | 75 | 18 | 25 | 16 | 11 | 43 | | 2141 |

18. MEDICAL RESULTS

| a. PULHES X | b. HT. | c. WEIGHT | d. BLOOD PRESSURE SYSTOLIC | DYSTOLIC | e. HAIR COLOR | f. EYE COLOR | g. VISUAL ACUITY UNCORRECTED | CORRECTED | h. COLOR VISION |
|---|---|---|---|---|---|---|---|---|---|
| 1 1 1 1 1 1 | 71 | 137 | 143 | 81 | Red | Blue | RT 20/ 20 LF 20/ 20 | RT 20/ LF 20/ | P |

19. DELAYED ENL/ENTRY DATA

| a. DATE OF ENLISTMENT | b. PROJ ACTIVE DUTY DATE | c. ES | d. RECRUITER IDENTIFICATION | e. PROG ENL FOR | f. T-E MOS/AFS |
|---|---|---|---|---|---|
| 820910 | 821020 | 3 | 2 6 5 9 2 5 9 2 6 | 5HOCS | 09S10 |

20. ACCESSION DATA

| a. DATE OF ENLISTMENT | b. ACTIVE DUTY SVC DATE | c. PAY ENTRY DATE | d. TOE | e. WAIVER | f. PAY GRADE | g. DATE OF GRADE | h. ES | i. HIGHEST GRADE |
|---|---|---|---|---|---|---|---|---|
| 821020 | 821020 | 820910 | 3 | YYY | E03 | 821020 | 1 | 16K |

| j. RECRUITER IDENTIFICATION | k. PROG ENL FOR | l. T-E MOS/AFS | m. PMOS/AFS | n. YOUTH | o. DA | p. TRANSFER TO |
|---|---|---|---|---|---|---|
| 2 6 5 9 2 5 9 2 6 | 5HOCS | 09S10 | 09S00 | YYØ | FV | FTDIXY |

21. SVC REQUIRED DATA CODES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ø | Ø | 1 | A | E | P | F | C | 3 | Ø | Ø | Ø | 1 | 1 | S | 1 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 1 | 2 | 8 | 1 | 2 | S | 1 | Ø | 5 | 1 | 2 | 6 | 1 | 2 | 2 | 1 |

| 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 8 | 1 | 1 | 3 | 1 | 2 | Ø | Ø | Ø | Ø | 0 | 3 | B | 3 | H | N | Ø |

| 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | Ø | Ø | Ø | Ø | 1K | F | 9 | Ø | | | | | | |

Card 2

| LAST NAME | SSAN |
|---|---|
| INGHAM | [redacted] |

## SECTION III — VERIFICATION OF PERSONAL DATA

22. EDUCATION *(List all high schools and colleges attended; if none attended, show last school attended.)*

| a. MONTH & YEAR FROM | TO | b. NAME AND LOCATION OF SCHOOL | c. GRADUATE NO | YES | d. DEGREE RECEIVED |
|---|---|---|---|---|---|
| Feb 80 | Pres | Stetson University Deland, Fl | X | | |
| Jun 81 | Aug 81 | University of Florida Gainesville, Fl | X | | |
| Jun 80 | Aug 80 | Santa Fe Community College Gainesville, Fl | X | | |

23. CITIZENSHIP *(You must provide your recruiter with the necessary documents to confirm your answers.)*

a. PLACE OF BIRTH *(City County, State, & Country)*: Fort Lauderdale, Broward, Florida

b. CERTIFICATE ISSUED BY *(County & State)*: Broward, Florida

c. BIRTH CERTIFICATE FILE NO.: 109-60-071562

d. NATURALIZATION CERTIFICATE NO.: N/A

e. IF CITIZENSHIP IS DERIVED, GIVE PARENTS' CERTIFICATE NO(S), DATE, PLACE, & COURT: N/A

f. IF AN ALIEN, GIVE ALIEN REGISTRATION NO.: N/A

g. NATIVE COUNTRY: N/A

h. DATE AND PORT OF ENTRY INTO THE U.S.A.: N/A

i. DATE AND PLACE LAST REGISTERED: N/A

24. MILITARY SERVICE

a. ARE YOU NOW OR HAVE YOU EVER BEEN IN ANY REGULAR OR RESERVE BRANCH OF THE ARMED FORCES OR IN THE ARMY NATIONAL GUARD OR IN THE AIR NATIONAL GUARD?

☒ NO *(Go on to question 26)*

☐ YES *(Complete the following and give your recruiter the appropriate DD Form 214 or DD Form 215 for his review.)*

| b. PAY GRADE | c. SERVICE NUMBER | d. SERVICE COMPONENT | e. DATE OF ENTRY | f. DATE OF DISCH/REL | g. TYPE OF DISCH/REL CERTIFICATE | h. DAYS LOST (If any) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

i. IF YOU ARE NOW A MEMBER OF ANY RESERVE OR NATIONAL GUARD UNIT, GIVE THE UNIT NAME, ITS ADDRESS, AND TELEPHONE NUMBER:

*DO NOT WRITE IN THIS BLOCK — COMPLETED BY RECRUITER*

| 25. VERIFICATION OF SERVICE | a. | YRS | MOS | DAYS | b. PEBD | c. ADSD | d. LAST RE-CODE | e. SPN/SPD |
|---|---|---|---|---|---|---|---|---|
| | TOT ACT MIL SVC | 00 | 00 | 00 | 820910 | 821020 | NA | NA |
| | TOT INACT MIL SVC | 0 | 01 | 15 | | | | |

## SECTION IV — OTHER BACKGROUND DATA

26. COMMERCIAL LIFE INSURANCE POLICIES *(OPTIONAL ENTRY)*

*(Information, if provided, is used to assist your survivors in filing claims should you die while on active duty.)*

| a. NAME OF COMPANY ISSUING POLICY | b. POLICY NUMBER |
|---|---|
| NONE | |

27. EMPLOYMENT *(Show all periods of employment and unemployment.)*

| a. MONTH & YEAR FROM | TO | b. NAME AND ADDRESS OF COMPANY | c. JOB TITLE | d. NAME OF SUPERVISOR |
|---|---|---|---|---|
| Sep 80 | May 82 | Stetson University Deland, Fl | Janitorial | |
| Dec 80 | Jan 81 | Mc Donalds Restaurant Gainesville, Fl | Cook | |
| Jun 80 | Aug 80 | Mc Donalds Restaurant Gainesville, Fl | Cook | |

| LAST NAME | SSAN |
|---|---|
| INGHAM | 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 |

## SECTION IV – OTHER BACKGROUND DATA *(Continued from page 2)*

28. RESIDENCES *(List all for the last five years or 13th birthday, whichever is shorter.)*

| a. MONTH & YEAR FROM | TO | b. STREET ADDRESS | c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|---|---|---|
| Feb 81 | Pres | 12277 S.E. 117th Court | Belleview | Florida | 32620 |
| Sep 78 | Feb 80 | 8019 XIXX N.W. 1st Place | Gainesville | Florida | |
| Feb 80 | Pres | P.O. Box 969 Stetson University | Deland | Florida | 32720 |

29. MARITAL STATUS AND DEPENDENCY

| | NO | YES |
|---|---|---|
| a. Are you now, or have you ever been, married? | ✓ | |
| b. If you have been married, are you now living with your spouse? | ✓ | |
| c. Have you ever been divorced or legally separated? *(If "yes", enter date, place and court which granted the divorce or legal separation in item 37, "REMARKS".)* | ✓ | |
| d. Is any court order or judgment in effect that directs you to provide support for children or alimony? *(If "yes", enter date, place and court which granted alimony or support, including orders resulting from paternity suits, in item 37, "REMARKS".)* | ✓ | |
| e. Is any person dependent on you for their support? *(If "yes", list them in item 30 below and check "DEPN/YES" block.)* | ✓ | |

30. RELATIVES

| a. NAME *(Last - First - Middle)* | b. DEPN NO | DEPN YES | c. DATE OF BIRTH | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER [redacted] | ✓ | | [redacted] | Clarksville Tenn | 12277 S.E. 117th Ct. Belleview, Marion, Fl | U.S. |
| MOTHER *(Maiden Name)* [redacted] | ✓ | | [redacted] | Lewiston, Maine | 12277 S.E. 117th Ct. Belleview, Marion, Fl | U.S. |
| SPOUSE *(Maiden Name)* | | | | | | |
| CHILDREN | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHERS *(Brothers, Sisters, In-laws, etc.)* [redacted] | ✓ | | 23 Jan 62 | Greenville, So. Carolina | Stetson University Deland, Volusia, Fl | U.S. |
| | | | | | | |

31. RELATIVES AND FRIENDS LIVING IN FOREIGN COUNTRIES
*(List anyone with whom you had or have a close relationship who lives in a foreign country.)*

| a. NAME | b. RELSHIP | c. AGE | d. OCCUPATION | e. ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |

A12

LAST NAME: INGHAM | SSAN: [redacted]

## SECTION IV – OTHER BACKGROUND DATA *(Continued from page 3)*

### 32. MEMBERSHIP IN YOUTH PROGRAMS

| | NO | YES |
|---|---|---|
| Have you ever been enrolled in an ROTC, Junior ROTC, or Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(Optional entry - you may be entitled to a higher enlistment grade based on such membership and participation. If "yes", enter organization and its address in item 37.)* | | ✓ DCS |

### 33. DECLARATIONS

*(Answer by placing your initials in the appropriate block; explain "yes" answers in item 37. "REMARKS".)*

| | NO | YES |
|---|---|---|
| a. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | DCS | |
| b. Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | DCS | |
| c. Are you now drawing, or do you have an application pending, or approval for: Retired pay, disability allowance, severance pay, or a pension from the Government of the United States? | DCS | |
| d. Are you a conscientious objector? That is, do you now have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | DCS | |
| e. Are you the only living child of your parents? | DCS | |
| f. Have you been a draft evader or participated in an amnesty program? | DCS | |
| g. Do you now have, or have you had within the past ten years, knowing membership with the specific intent of furthering the aims of, or adherence to, and active participation in any foreign or domestic organization or association or movement or group or combination of persons which unlawfully advocates or practices the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or the Laws of the United States, or of any State, or which seeks to overthrow the Government of the United States or subdivision thereof by unlawful means? *(If "yes", give the name(s) of the organization(s) and inclusive dates of your membership in item 37.)* | DCS | |
| h. Have you ever visited a foreign country except as a member of the United States Armed Forces performing official duties? *(If "yes", give year and month, countries visited, and purpose of travel in item 37.)* | | DCS |
| i. Have you ever worked for a foreign government? *(If "yes", give dates of employment, name of the government you worked for, and description and location of your duties in item 37.)* | DCS | |

### 34. UNDERSTANDINGS

| | INITIALS |
|---|---|
| a. I UNDERSTAND THAT IF I AM REJECTED FOR ENLISTMENT BECAUSE OF A DISQUALIFICATION THAT I HAVE CONCEALED, I MAY NOT BE PROVIDED RETURN TRANSPORTATION FROM THE PLACE OF EXAMINATION TO MY HOME. | DCS |
| b. I UNDERSTAND THAT ~~IF I HAVE NOT REACHED MY 26TH BIRTHDAY~~, AN ORIGINAL ENLISTMENT OBLIGATES ME TO SERVE IN THE ARMED FORCES FOR A PERIOD OF SIX (6) YEARS *(ACTIVE AND RESERVE)* UNLESS SOONER DISCHARGED. | DCS |

### 35. CHARACTER AND SOCIAL ADJUSTMENT

*(Read and consider the following instructions carefully BEFORE answering questions a through f on top of page 5.)*

1. If your answer to every question is truthfully "NO", initial in the appropriate space.

2. You are not required to answer or explain your responses to these questions in writing if your answer is "YES" or you have reservations about answering questions of this nature. Instead, you may request a personal interview in which you may provide the required information for each question orally.

   a. If you choose the personal interview, the information you give may be investigated; however, any written record of the interview itself will not be retained more than six months after your entry on active duty and will not become a part of your permanent military personnel service record.

   b. This information may be requested from you again at some future date if you enlist and may become a part of your security investigative file at that time. This could occur as a result of your being considered for duties involving access to classified information or other types of duty requiring a personnel security investigation.

3. A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation involved.

INITIAL HERE IF YOU PREFER A PERSONAL INTERVIEW: ______

*DO NOT WRITE IN THIS BLOCK — TO BE COMPLETED BY INTERVIEWER*

APPLICANT HAS BEEN INTERVIEWED AND IS

☐ ELIGIBLE FOR ENLISTMENT ☐ INELIGIBLE FOR ENLISTMENT

| DATE OF INTERVIEW | GRADE, NAME, ORG & TITLE OF INTERVIEWER | SIGNATURE OF INTERVIEWER |
|---|---|---|
| | | |

A13

LAST NAME: INGHAM

SSAN: [redacted]

**SECTION IV — OTHER BACKGROUND DATA** *(Continued from page 4)*

| | NO | YES |
|---|---|---|
| *a.* Have you ever taken any narcotic substance, sedative, stimulant, or tranquillizer drugs, except as prescribed by a licensed physician? | JCS | |
| *b.* Have you ever intentionally sniffed glue, paint, hairspray, or other chemical fumes? | JCS | |
| *c.* Have you ever been involved in the use, purchase, possession, or sale of marijuana, LSD, or any other harmful or habit-forming drugs and/or chemicals, except as prescribed by a licensed physician? **or the selling of marijuana?** | JCS | |
| *d.* Has your use of alcoholic beverages *(such as liquor, beer, wine)* ever resulted in the loss of a job, arrest by police, or treatment for alcoholism? **or drug abuse?** | JCS | |
| *e.* Have you ever been a patient *(whether or not formally committed)* in any institution primarily devoted to the treatment of mental, nervous, emotional, psychological, or personality disorders? | JCS | |
| *f.* Have you ever engaged in homosexual activity *(sexual relations with another person of the same sex)*? | JCS | |

**36. INVOLVEMENT WITH POLICE OR JUDICIAL AUTHORITIES**

YOUR ANSWERS TO THE FOLLOWING QUESTIONS WILL BE VERIFIED WITH THE FEDERAL BUREAU OF INVESTIGATION *(FBI)* AND OTHER AGENCIES TO DETERMINE ANY PREVIOUS RECORDS OF ARREST OR CONVICTIONS OR JUVENILE COURT ADJUDICATIONS. IF YOU CONCEAL SUCH RECORDS AT THIS TIME, YOU MAY, UPON ENLISTMENT, BE SUBJECT TO DISCIPLINARY ACTION AND/OR DISCHARGE/SEPARATION FROM THE MILITARY SERVICE WITH OTHER THAN AN HONORABLE DISCHARGE.

*(Answer by placing your initials in the appropriate block.)*

| | NO | YES |
|---|---|---|
| *a.* Have you ever been arrested, charged, cited *(including traffic violations)* or held by any law-enforcement or juvenile authorities in the United States or in a foreign country regardless of whether the citation or charge was dropped or dismissed or you were found not guilty? | ~~JCS~~ | JCS |
| *b.* As a result of being arrested, charged, cited, or held by law-enforcement or juvenile authorities, have you ever been convicted, fined, or forfeited bond, or adjudicated a youthful offender or juvenile delinquent *(regardless of whether the record in your case has been "sealed", expunged, or otherwise stricken from the court record)*? | ~~JCS~~ | JCS |
| *c.* Have you ever been detained, held in, or served time in, any jail or prison or reform or industrial school or any juvenile facility or correctional institution in the United States or in a foreign country? | JCS | |
| *d.* Have you been released from parole, probation, juvenile supervision, or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? | JCS | |
| *e.* Are you now involved in, or a party to, or connected with, any court action or civil suit? *(Explain a "yes" answer in item 37.)* | JCS | |

*f.* Explain below "yes" answers given in "a" through "d" above. *(Include all incidents with law-enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)*

| OFFENSE (1) | DATE (2) | PLACE (3) | AGE (4) | DISPOSITION (5) | COURT (6) |
|---|---|---|---|---|---|
| Speeding: Traffic Violation | Sept. 13, 85 | Belleview, Fl. | 22 | Fined $25.00 | Belleview, Fl. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

A14

| LAST NAME | SSAN |
| --- | --- |
| INGHAM | [redacted] |

**SECTION IV — OTHER BACKGROUND DATA** *(Continued from page 5)*

**37. REMARKS** *(Enter item(s) being continued)*

**H R A P- 0**

33h continued: visited Canada on vacation for approximately two days around 1965

Visited Mexico during a track meet around 1972

E3 2-3 E5

CCN 42533250

**38. I AM INTERESTED IN THE FOLLOWING MILITARY SKILLS; I FULLY UNDERSTAND THAT I WILL NOT BE GUARANTEED ANY SPECIFIC MILITARY SKILL OR ASSIGNMENT TO A GEOGRAPHICAL AREA UNLESS IT IS INCLUDED IN SECTION VI OF THIS FORM AND IN MY DD FORM 4 AND ATTACHED ANNEXES OR IF MY RECRUITER LISTED IT IN ITEM 37 ABOVE.**

81

| LAST NAME | SSAN |
|---|---|
| INGHAM | [redacted] |

## SECTION V — CERTIFICATIONS

39. I CERTIFY THAT THE INFORMATION GIVEN BY ME IN THIS DOCUMENT IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT I AM BEING ACCEPTED FOR ENLISTMENT BASED ON THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT; THAT IF ANY OF THE INFORMATION IS KNOWINGLY FALSE OR INCORRECT, I COULD BE TRIED IN A CIVILIAN OR MILITARY COURT AND COULD RECEIVE A LESS THAN HONORABLE DISCHARGE WHICH COULD AFFECT MY FUTURE EMPLOYMENT OPPORTUNITIES.

*(Your signature in this block must be witnessed by your recruiter.)*

| a. DATE SIGNED | b. NAME OF APPLICANT *(Type or print)* | c. SIGNATURE OF APPLICANT |
|---|---|---|
| 23 Mar 82 | Daniel Curtis Ingham | Daniel Curtis Ingham |

40. DATA VERIFICATION BY RECRUITER *(Enter a description of the actual document used to verify items below.)*

| a. NAME | b. AGE | c. CITIZENSHIP |
|---|---|---|
| Birth Certificate | B.C. | B.C. |

| d. EDUCATION | e. SOCIAL SECURITY ACCOUNT NUMBER |
|---|---|
| Transcript | S.S.A.N. Card |

| f. PRIOR MILITARY SERVICE | g. OTHER *(Specify)* |
|---|---|
| | Driver's License |

41. I CERTIFY THAT I HAVE WITNESSED APPLICANT'S SIGNATURE ABOVE AND THAT I HAVE VERIFIED THE DATA IN SECTIONS I, III, AND IV OF THIS DOCUMENT AND THE DOCUMENTS LISTED ABOVE AS PRESCRIBED BY MY DIRECTIVES. I FURTHER CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES OTHER THAN THOSE LISTED AND SIGNED BY ME IN ITEM 37. I UNDERSTAND MY LIABILITY TO TRIAL BY COURTS-MARTIAL UNDER THE UNIFORM CODE OF MILITARY JUSTICE SHOULD I EFFECT OR CAUSE TO BE EFFECTED THE ENLISTMENT OF ANYONE KNOWN BY ME TO BE INELIGIBLE FOR ENLISTMENT.

| a. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION *(Type or print)* | c. SIGNATURE OF RECRUITER |
|---|---|---|
| 23 Mar 82 | [redacted] Michael V. Thompson E-7 | Michael W. Thompson |

## SECTION VI — ENLISTMENT OPTIONS ACCEPTED

*(COMPLETED BY GUIDANCE COUNSELLOR, AFEES LIAISON NCO, ETC., AS SPECIFIED BY SPONSORING SERVICE)*

| 42a. ENL COMP | b. GRADE/RATE | c. DATE OF RANK | d. TERM ENL |
|---|---|---|---|
| RA | E03 PFC | 20 OCT 82 | 3YR |

| e. T-E MOS/AFS | f. PMOS/AFS | g. WAIVER CODE | h. OPT ANAL | i. PROG ENL FOR |
|---|---|---|---|---|
| Ø9S1 | Ø9S1OØ | NONE | NA | NA |

j. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Write in clear text English)*

H11 US ARMY OFFICER CANdicate school enlistment AR6Ø1-21Ø option

k. I CERTIFY THAT I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT AND, TO THE BEST OF MY JUDGMENT AND BELIEF, APPLICANT FULFILLS ALL LEGAL AND POLICY REQUIREMENTS FOR ENLISTMENT. I ACCEPT HIM/HER FOR ENLISTMENT ON BEHALF OF THE UNITED STATES Army AND CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES EXCEPT AS LISTED IN ITEM 42, ABOVE. I FURTHER CERTIFY THAT SERVICE REGULATIONS GOVERNING SUCH ENLISTMENT HAVE BEEN STRICTLY COMPLIED WITH AND ANY WAIVERS REQUIRED TO EFFECT APPLICANT'S ENLISTMENT HAVE BEEN SECURED AND ARE ATTACHED TO THIS DOCUMENT.

| l. DATE SIGNED | m. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION *(Type or print)* | n. SIGNATURE OF ACCEPTOR |
|---|---|---|
| 10 Sept 82 | 14Ø98ØGI James Johnson Jr SSG | [signature] |

## SECTION VII — ENTNAC/NAC PROCESSING

*(COMPLETED BY AFEES ENTNAC INTERVIEWER)*

43a. ENTNAC/NAC INTERVIEW COMPLETED ON 10 SEP 82 ADDITIONAL INFORMATION

☒ WAS NOT DISCLOSED. ☐ WAS DISCLOSED AND REPORTED TO THE SPONSORING SERVICE REPRESENTATIVE.

| b. DATE SIGNED | c. GRADE, NAME & ORGANIZATION OF INTERVIEWER *(Type or print)* | d. SIGNATURE OF INTERVIEWER |
|---|---|---|
| 10 SEP 82 | GEORGE TAYLOR JR, SSG MGR FAX | George Taylor |

82

LAST NAME: INGHAM

SSAN: [redacted]

## SECTION VIII — RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY

44. I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT THIS DATE; THAT INFORMATION IS STILL CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. IF CHANGES WERE REQUIRED, THE ORIGINAL ENTRY HAS BEEN MARKED "SEE VIII" AND THE CORRECT INFORMATION IS PROVIDED BELOW.

| a. QUESTION | b. CHANGE REQUIRED |
|---|---|
| | NONE |
| | |
| | |
| | |

c. GRADE, NAME, & SSAN OF WITNESS (Type or print): SSG Arthur B. [illegible] [redacted]

f. SIGNATURE OF WITNESS: [signature]

d. SIGNATURE OF APPLICANT: [signature]

e. DATE: 20 Oct 82

## SECTION IX — PARENTAL/GUARDIAN CONSENT FOR ENLISTMENT

45.

a. I/WE CERTIFY THAT ____ HAS NO OTHER LEGAL GUARDIAN OTHER THAN ME/US AND I/WE CONSENT TO HIS/HER ENLISTMENT IN THE UNITED STATES ____ I/WE CERTIFY THAT NO PROMISES OF ANY KIND HAVE BEEN MADE TO ME/US CONCERNING ASSIGNMENT TO DUTY, TRAINING OR PROMOTION DURING HIS/HER ENLISTMENT AS AN INDUCEMENT TO ME/US TO SIGN THIS CONSENT. I/WE HEREBY AUTHORIZE THE ARMED FORCES REPRESENTATIVES CONCERNED TO PERFORM MEDICAL EXAMINATIONS, OTHER EXAMINATIONS REQUIRED, AND TO CONDUCT RECORDS CHECKS TO DETERMINE HIS/HER ELIGIBILITY. I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGE OR COMPENSATION FOR SUCH SERVICE.

b. FOR ENLISTMENT IN A RESERVE COMPONENT: I/WE UNDERSTAND THAT, AS A MEMBER OF A RESERVE COMPONENT, HE/SHE MUST SERVE MINIMUM PERIODS OF ACTIVE DUTY FOR TRAINING UNLESS EXCUSED BY COMPETENT AUTHORITY. IN THE EVENT HE/SHE FAILS TO FULFILL THE OBLIGATIONS OF HIS/HER RESERVE ENLISTMENT, HE/SHE MAY BE RECALLED TO ACTIVE DUTY AS PRESCRIBED BY LAW. I/WE FURTHER UNDERSTAND THAT WHILE HE/SHE IS IN THE READY RESERVE, HE/SHE MAY BE ORDERED TO EXTENDED ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS OR THE PRESIDENT OR WHEN OTHERWISE AUTHORIZED BY LAW.

c. I/WE CERTIFY THAT HIS/HER BIRTHDAY IS: ____

| | | |
|---|---|---|
| 46a. NAME OF WITNESS (Type or print) | b. NAME OF PARENT (Type or print) | c. DATE |
| d. SIGNATURE OF WITNESS | e. SIGNATURE OF PARENT | |
| f. NAME OF WITNESS (Type or print) | g. NAME OF PARENT (Type or print) | h. DATE |
| i. SIGNATURE OF WITNESS | j. SIGNATURE OF PARENT | |

47. VERIFICATION OF SINGLE SIGNATURE CONSENT

## SECTION X — STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

48. IF THE PREFERRED ENLISTMENT NAME (name given in block 2) IS NOT THE SAME AS ON YOUR BIRTH CERTIFICATE AND IT HAS NOT BEEN CHANGED BY LEGAL PROCEDURE PRESCRIBED BY STATE LAW, COMPLETE THE FOLLOWING:

a. N/A
(Enter name as shown on your Birth Certificate)

b. I HEREBY STATE THAT I HAVE NOT CHANGED MY NAME THROUGH ANY COURT OR OTHER LEGAL PROCEDURE, THAT I PREFER TO USE THE NAME OF N/A BY WHICH I AM KNOWN IN THE COMMUNITY AS A MATTER OF CONVENIENCE AND WITH NO CRIMINAL INTENT. I FURTHER STATE THAT I AM THE SAME PERSON AS THE PERSON WHOSE NAME IS SHOWN IN BLOCK 2.

c. MY SOCIAL SECURITY ACCOUNT NUMBER REFLECTS THE NAME N/A

| | | |
|---|---|---|
| d. GRADE & NAME OF WITNESS (Type or print) | e. SIGNATURE OF APPLICANT | f. DATE |
| g. SIGNATURE OF WITNESS | | |

B

STATEMENTS FOR ENLISTMENT

## PART VI – US ARMY OFFICER CANDIDATE SCHOOL (*OCS*) ENLISTMENT OPTION

For use of this form, see AR 601-210; the proponent agency is DCSPER.

*TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS ENLISTMENT OPTION*

1. ACKNOWLEDGEMENT: In connection with my enlistment in the Regular Army for the United States Army Officer Candidate School (*OCS*) Enlistment Option, I hereby acknowledge that:

*a.* I must successfully complete training, which includes basic training and officer candidate school to become eligible for a commission.

*b.* I must qualify for a security clearance.

Satisfactorily pass the Advanced Physical Fitness Examination prior to enrollment in the OCS program.

*d.* Although I may indicate a branch preference prior to commissioning, I will accept a commission in any branch selected by Department of the Army.

*e.* After being commissioned, I will serve no less than 36 months on active duty as a commissioned officer, unless sooner released from active duty by the Army, and I will serve the remainder of the military obligation required by law.

*f.* Throughout my training, I must be prepared to meet the rigorous physical, mental and psychological requirements.

*g.* After accepting an OCS class assignment, I will not be allowed to withdraw from the OCS program for personal reasons until I have completed at least 4 weeks of OCS training, and subsequent to the completion of 4 weeks of OCS training, only if determined by the Army to be in its best interest.

*h.* In the event I should fail to complete OCS training successfully, I will be required to complete the time remaining on the 3-year Regular Army enlistment period in an enlisted status and to serve the remainder of the military obligation required by law.

2. UNDERSTANDING: I have read and understand each of the statements above and the statements contained in DD Form 1966, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment, any other promise or representation of commitment made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived (*if none, write "NONE"*). X

AUTHENTICATION

| NAME OF APPLICANT | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| Daniel Curtis Ingham | [signature] | 20 Oct 82 |
| **TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL** | **SIGNATURE OF WITNESSING OFFICIAL** | **DATE** |
| [illegible] | [signature] | 20 Oct 82 |

00224

## STATEMENTS FOR ENLISTMENT
### DELAYED ENTRY PROGRAM - OFFICER CANDIDATE SCHOOL/WARRANT OFFICER FLIGHT TRAINING

FOR USE OF THIS FORM, SEE AR 601-210; THE PROPONENT AGENCY IS THE OFFICE OF THE DEPUTY CHIEF OF STAFF FOR PERSONNEL.

*TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS ENLISTMENT OPTION*

1. ACKNOWLEDGMENT: In connection with my enlistment in the US Army Reserve, this date, I understand and agree that:

a. I am required by law to serve on active training and service in the Armed Forces, including the Reserve components, for a total of 6 years unless sooner discharged by proper authority.

b. I will be assigned to the US Army Reserve Control (Delayed Entry), during which time I will be in a nonpay status, and will not be authorized to participate in any Reserve training.

c. My time served in the Reserve will be creditable for pay purposes when I enlist in the Regular Army or enter on active duty.

d. The time served in the Reserve prior to entry on active duty will not be creditable to my 6-year obligation.

e. If OCS I agree to serve on active duty for 3 years from date of appointment in any job assignment specified by the Army. The date of my enlistment in the Regular Army is scheduled for 20 OCT 82 (specify), unless granted further delay by proper authority.

f. If WOFT, I agree to serve on active duty for 48 months following successful completion of flight training. If I fail to complete the course, I will be required to serve the remaining portion of my enlistment in an MOS for which I am qualified and for which a vacancy exists.

g. In the event I no longer meet OCS/[redacted] (cross out option not applicable) criteria upon reporting for Regular Army enlistment, I will be required to serve on active duty for 3 years in any job assignment specified by the Army, unless I am eligible to apply for discharge.

h. In the event the school course is discontinued before I attend the course, while I am attending the course, or I am determined disqualified for the course selected, I will be required to complete the period of service for which enlisted. However, I will be provided the opportunity to elect a related course or any other course for which qualified and for which quotas are available, and such election will be honored.

i. In the event I should fail to qualify for security clearance, or fail to complete the course selected, will be required to complete the time remaining on my Regular Army enlistment period in an enlisted status and serve the remainder of my military obligation required by law.

j. Upon completion of my active duty, I will serve in the Ready Reserve in accordance with laws and regulations then in effect or thereafter put into effect.

k. In the event I willfully fail to report on the date specified in my active duty orders to the AFEES designated therein, I will be in an absent without leave (AWOL) status and subject to apprehension and diciplinary action under Article 85 (Desertion) or Article 86 (AWOL) of the Uniform Code of Military Justice (10 USC 885, 886).

2. UNDERSTANDING: I understand that in the event the Secretary of the Army determines that military necessity of a national scope requires that service members be available for immediate assignment/reassignment, any guarantees contained in this agreement may be terminated. Under these conditions I may be assigned or reassigned according to the needs of the Army.

I have read and understand each of the statements above and in the DD Form 1966 series, signed by me, and understand that these statements are intended to constitute all promises whatsoever concerning my enlistment. Any other promise or representation of commitments made to me in connection with my enlistment is written below in my own handwriting, or is hereby waived. (If none, write "NONE").

**AUTHENTICATION**

| SIGNATURE OF GUIDANCE COUNSELOR | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| | | 10 Sept 82 |
| TYPED NAME, GRADE AND SSN OF WITNESSING OFFICIAL | SIGNATURE OF WITNESSING OFFICIAL | DATE |
| | | |

# APPLICATION FOR APPOINTMENT

For use of this form, see AR 135-100, AR 145-1, AR 351-5 and AR 601-100; the proponent agency is MILPERCEN.

| TYPE OF APPOINTMENT FOR WHICH APPLICATION IS SUBMITTED | | GOVERNING REGULATION OR CIRCULAR (Specify applicable sections) |
|---|---|---|
| | COMMISSIONED OFFICER - REGULAR ARMY | GRADE FOR WHICH APPLYING (Reserve appointments only) |
| | COMMISSIONED OFFICER - ARMY RESERVE | |
| | WARRANT OFFICER - REGULAR ARMY | SOURCE OF APPLICATION (ROTC only) |
| | WARRANT OFFICER - ARMY RESERVE | DMG / DATE DESIGNATED: |
| X | OFFICER CANDIDATE SCHOOL | SCHOLARSHIP - ENTER 1, 2, 3 OR 4 YEARS: |

**BRANCH PREFERENCES (Commission only)**

REGULAR ARMY: Enter by 1, 2, 3, and 4, preference by branch other than CA or SS.
OFFICER CANDIDATES: Enter 3 branches in order of preference.
RESERVE: a. If applying for a specific vacancy enter ONLY branch of vacant position. Others may indicate more than one choice. b. ROTC graduates - To be checked only by applicants for assignment to MI.

**APPLICANTS FOR REGULAR ARMY MSC AND WARRANT OFFICER** (List choice by MOS code and title)

| MOS CODE | MOS TITLE |
|---|---|
| | |

## PERSONAL DATA

| PREFERENCE 1,2,3,4 | BRANCH CODE |
|---|---|
| | AD |
| | AG |
| | AN |
| | AR |
| | CA |
| | CH |
| | DE |
| | EN |
| | FA |
| | FI |
| | IN |
| | JA |
| | MC |
| | MI |
| | MP |
| | MS |
| | OD |
| | QM |
| | SC |
| | SP |
| | SS |
| | TC |
| | VC |
| | WC |

1. LAST NAME - FIRST NAME - MIDDLE NAME (Explain variations from birth certificate in Item 35.): INGHAM, Daniel Curtis
2. GRADE: N/A
3a. SOCIAL SECURITY NUMBER: [redacted]
3b. SELECTIVE SERVICE NUMBER:
4. BRANCH (MOS if wo or enlisted):
5. TOTAL YEARS ACTIVE SERVICE:
6. MARITAL STATUS:
7. NUMBER OF DEPENDENTS UNDER 18 YRS OF AGE:
8. DATE OF BIRTH: [redacted]
9. PLACE OF BIRTH (City, county, state): [redacted]
10. SEX: Male
11. COMPLETE MILITARY ADDRESS (If presently on active duty) (Include ZIP Code) / PHONE (Include area code)
12. PERMANENT ADDRESS (Include ZIP Code) / PHONE (Include area code): [redacted]
13. CURRENT MAILING ADDRESS (Include ZIP Code) (If different from Item 12): [redacted]
14. US CITIZEN: [X] YES [ ] NO
a. NATIVE: [ ] YES [ ] NO
b. [ ] NATURALIZATION [ ] DERIVED [ ] IMMIGRANT
c. APPLICANT'S CERTIFICATE NO. (If Item b. checked) (Date, place, court)

15. CIVILIAN EDUCATION (See page 2 and 3 for additional requirements for professional personnel.)
a. HIGH SCHOOL GRADUATE: [X] YES [ ] NO
b. NAME AND LOCATION OF HIGH SCHOOL: Buchholz High School

| c. NAME AND LOCATION OF COLLEGE OR UNIVERSITY (Include USMA, USNA and USAFA) | DEGREE | SEMESTER CREDITS EARNED | YEARS ATTENDED | GRADUATED OR WILL GRADUATE DAY | MONTH | YEAR | MAJOR SUBJECT |
|---|---|---|---|---|---|---|---|
| Stetson University Deland, Fl | | 66.0 | 2 | 27 | May | 82 | |
| U. of Florida Gainesville, Fl | | 17.0 | 2 Sem. | | | | |
| Santa Fe Comm Coll Gainesville | | 6.0 | 1 Sem | | | | |
| Marion Mil. Inst. Marion, Al | | 22.5 | 1 | | | | |

d. SPECIAL EDUCATIONAL HONORS, SCHOLARSHIPS, ETC.
e. IF YOU HAVE EVER BEEN EXPELLED FROM SCHOOL, OR PLACED ON PROBATION, EITHER FOR ACADEMIC OR DISCIPLINARY REASONS, EXPLAIN.

16. HIGHEST LEVEL SERVICE SCHOOL ATTENDED

| NAME OF SCHOOL | COURSE | DATES (Month and Year) FROM | TO | COMPLETED YES | NO | IF NOT COMPLETED GIVE REASON |
|---|---|---|---|---|---|---|
| | | | | | | |

17. FOREIGN LANGUAGES AND DEGREE OF PROFICIENCY | ALAT SCORE (If applicable)

18. [X] I UNDERSTAND THAT, IF I AM SELECTED FOR APPOINTMENT, I WILL BE EXPECTED TO ACCEPT SUCH ASSIGNMENTS AS ARE IN THE BEST INTEREST OF THE SERVICE REGARDLESS OF MY MARITAL STATUS AND/OR RESPONSIBILITY FOR DEPENDENTS, AND IT IS MY RESPONSIBILITY TO MAKE APPROPRIATE ARRANGEMENTS FOR THE CARE OF MY DEPENDENTS SHOULD I BE REQUIRED TO PERFORM DUTY IN AN AREA WHERE DEPENDENTS ARE NOT PERMITTED.

19. HAVE YOU EVER UNDER EITHER MILITARY OR CIVILIAN LAW BEEN INDICTED OR SUMMONED IN TO COURT AS A DEFENDANT IN A CRIMINAL PROCEEDING (Including any proceedings involving juvenile offenses, article 15, UCMJ, and any court-martial) REGARDLESS OF THE RESULT OF TRIAL, OR CONVICTED, FINED, IMPRISONED, PLACED ON PROBATION, PAROLED OR PARDONED, OR HAVE YOU EVER BEEN ORDERED TO DEPOSIT BAIL OR COLLATERAL FOR THE VIOLATION OF ANY LAW, POLICE REGULATION OR ORDINANCE? (Exclude traffic violations involving a fine or forfeiture of $100 or less)
[ ] YES [X] NO. IF SO, LIST THE DATE, THE NATURE OF EACH ALLEGED OFFENSE OR VIOLATION, THE NAME AND LOCATION OF THE COURT OR PLACE OF HEARING, AND THE PENALTY IMPOSED OR OTHER DISPOSITION OF EACH CASE AND FURNISH COPY OF COURT ACTION OR DETAILED STATEMENT IN AFFIDAVIT FORM AS TO THE OUTCOME OF EACH CASE.

21. ACTIVE MILITARY SERVICE *(Indicate tour with each service separately - show ROTC Camps in Item 33)*

| | ORGANIZATION (US Armed Forces, USCG, NOAA, US Public Health Service, Peace Corps) | BRANCH OF SERVICE | PRIOR SERVICE NO. | HIGHEST GRADE AND COMPONENT | DATES (Day, Month and Year) FROM | TO |
|---|---|---|---|---|---|---|
| ENLISTED | | | | | | |
| WARRANT OFFICER | | | | | | |
| COMMISSIONED | | | | | | |

CURRENT ACTIVE DUTY TOUR TERMINATES ______ DATE OF LAST AUS PROMOTION ______

22. RESERVE OR NATIONAL GUARD SERVICE *(Not on active duty)*

| | ORGANIZATION (US Armed Forces, USCG, NOAA, US Public Health Service, Peace Corps) | BRANCH OF SERVICE | PRIOR SERVICE NO. | HIGHEST GRADE AND COMPONENT | DATES (Day, Month and Year) FROM | TO |
|---|---|---|---|---|---|---|
| ENLISTED | | | | | | |
| WARRANT OFFICER | | | | | | |
| COMMISSIONED | | | | | | |

23. SOURCE OF CURRENT COMMISSION *(If applicable)*

NGUS: ☐ OCS ☐ DIRECT APPOINTMENT

USAR: ☐ ROTC ☐ OCS ☐ DIRECT APPOINTMENT

24. AWARDS *(Do not list theater or service medals)*

25. HAVE YOU EVER APPLIED AND NOT BEEN SELECTED FOR ROTC: ☐ YES ☒ NO; OCS ☐ YES ☒ NO

| APPOINTMENT IN RESERVE COMPONENT | YES | NO | APPOINTMENT IN REGULAR ARMY | YES | NO |
|---|---|---|---|---|---|
| AS A WARRANT OFFICER | | | AS A WARRANT OFFICER | | |
| AS A COMMISSIONED OFFICER | | | AS A COMMISSIONED OFFICER | | |

IF ANSWER IS "YES" EXPLAIN FULLY

26. ARE YOU NOW OR HAVE YOU EVER BEEN IN THE MILITARY SERVICE OF OR BEEN EMPLOYED BY A FOREIGN GOVERNMENT? *(If yes, give dates, country and type of service or employment)*

No

27. HAVE YOU EVER RESIGNED OR BEEN ASKED TO RESIGN IN LIEU OF ELIMINATION PROCEEDINGS, BEEN DISCHARGED IN LIEU OF ELIMINATION; FURLOUGHED *(other than regular furlough or leave)* OR PLACED ON INACTIVE STATUS WHILE SERVING IN THE US ARMED FORCES OR IN ANY POSITION OF PRIVATE OR GOVERNMENT EMPLOYMENT? *(If yes, state circumstances. If necessary, continue on separate sheet)*

☐ YES ☒ NO

28. *APPLICANTS FOR JUDGE ADVOCATE GENERAL'S CORPS ONLY*

BARS OF WHICH YOU ARE A MEMBER *(Specify dates)*

29. *APPLICANTS FOR CHAPLAINS BRANCH ONLY*

RELIGIOUS DENOMINATION BY WHICH YOU WILL BE INDORSED



ORGANIZATION TYPED NAME AND GRADE OR TITLE

00227

APPLICANTS FOR MEDICAL AND DENTAL CORPS ONLY

| TRAINING | | NAME AND LOCATION OF HOSPITAL | MONTH AND YEAR | |
|---|---|---|---|---|
| LEVEL | TYPE | | FROM | TO |
| INTERNSHIP | | | | |
| RESIDENCY TNG | | | | |
| SPECIALTY TNG | | | | |

| SPECIALTY BOARDS | DATES OF CERTIFICATION |
|---|---|
| | |
| | |
| | |

PLACE IN WHICH CURRENTLY LICENSED

11. APPLICANTS FOR ARMY NURSE CORPS AND ARMY MEDICAL SPECIALIST CORPS ONLY

| a. NAME OF NURSING OR ACCREDITED PROFESSIONAL SCHOOL | | b. LOCATION |
|---|---|---|
| c. DATES OF ATTENDANCE | d. STATE AND NUMBER OF CURRENT REGISTRATION | e. STATE AND DATE (Day, month and year) OF INITIAL REGISTRATION |

POSTGRADUATE COURSES (*Include courses at general hospitals, service schools, and short courses.*)

| SUBJECT OR COURSE | NAME AND LOCATION OF SCHOOL OR HOSPITAL | SEMESTER CREDITS EARNED | DATES OF ATTENDANCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

12. HAVE YOU BEEN EMPLOYED BY THE U.S. ARMY AS A DIETITIAN, OCCUPATIONAL OR PHYSICAL THERAPIST? (*If yes, give dates.*)

☐ YES ☐ NO

13. ARMY ROTC (*To be completed only by prospective ROTC graduates applying for appointment in USAR or RA.*)

a. SUCCESSFULLY COMPLETED AROTC PROGRAM AS FOLLOWS:

| COURSE | FROM (Month and Year) | TO (Month and Year) | (3) CAMP TRAINING | |
|---|---|---|---|---|
| (1) BASIC | | | INSTALLATION (Basic) | COMPLETION DATE |
| (2) ADVANCED | | | INSTALLATION (Advanced) | COMPLETION DATE |

b. ARMY ROTC FLIGHT TRAINING PROGRAM

| (1) PRESENTLY ENROLLED | (2) SUCCESSFULLY COMPLETED | |
|---|---|---|
| ☐ YES ☑ NO | ☐ YES ☐ NO (*If yes, complete following:*) | (a) NUMBER HOURS FLYING TIME COMPLETED<br>(b) INCLUSIVE DATES OF TRAINING<br>(c) FAA PILOT'S LICENSE RECEIVED ☐ YES ☐ NO |

34. MAIN CIVILIAN EMPLOYMENT

| a. NAME AND ADDRESS OF EMPLOYER | b. JOB TITLE | c. TOTAL EXPERIENCE FROM (Month and Year) | TO (Month and Year) |
|---|---|---|---|
| Stetson University<br>Deland, Florida 32720 | Janitorial | Sep 80 | Present |

d. PRINCIPAL DUTIES (*Describe briefly*)

Janitorial in Dorms

35. REMARKS (*Experience, proficiencies and special abilities not shown elsewhere in this application—Those required to enter basic entry specialties, see Para 1-27, AR 601-100. (If additional space is required attach additional sheet.)*)

| 36. THE INFORMATION CONTAINED HEREIN IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. | DATE | SIGNATURE OF APPLICANT |
|---|---|---|
| | 4/8/82 | Daniel [signature] |



00228

THIS PAGE NOT TO BE COMPLETED BY APPLICANT

**PART I - RECOMMENDATION FOR APPOINTMENT OF ROTC GRADUATE AS A (REGULAR) (OR (RESERVE) COMMISSIONED OFFICER OF THE ARMY (AR 601-100, AR 145-1) (To be completed by PMS only)**

FROM: (Name and Address of Institution) | TO: (Appropriate Region Commander)

a. APPLICANT WILL HAVE SUCCESSFULLY COMPLETED AT THIS INSTITUTION THE PRESCRIBED COURSE FOR THE UNIT ON ____ (Date)

b. APPLICANT ☐ HAS COMPLETED SUCCESSFULLY THE REQUIRED CAMP TRAINING, OR APPLICANT ☐ HAS NOT ATTENDED THE REQUIRED CAMP TRAINING.

c. ☐ APPLICANT WILL HAVE ATTAINED A BACCALAUREATE UPON SUCCESSFUL COMPLETION OF ROTC COURSE.

d. I CONSIDER APPLICANT PHYSICALLY, MENTALLY, MORALLY, AND PROFESSIONALLY QUALIFIED FOR APPOINTMENT AS A (Regular) (Reserve) COMMISSIONED OFFICER OF THE ARMY AND RECOMMEND HIS APPOINTMENT.

| DATE | BRANCH FOR ASSIGNMENT | SIGNATURE AND GRADE (PMS) |
|---|---|---|
| | | |

**PART II - RECOMMENDATION FOR APPLICANTS FOR OCS ONLY**

a. STATEMENT

TO: | DATE 9 Apr 82

1. I have known this applicant for 3 months. He has served under me for ___ months. His principal duty is Student

2. I ☒ do ☐ do not recommend the applicant.

3. Remarks (Include your opinion as to his ability and value to the service)

I have known Dan Ingham for a short time, and in that short time he has impressed me a great deal. I have spoken with several instructors and personnel at Stetson University Army ROTC and all concerned gave Dan high recommendations. Dan appears to be very military oriented. Dan is eager to enter the U.S. Army and accept the responsibility of an officer and to capitolize on the opportunities available through an Army career. Dan expressed a desire to attend Flight School. I feel Dan will make a fine officer and I would be proud to work as his subordinate any time. I recommend Dan Ingham be accepted to attend Officers Candidate School.

| INCLOSURES | SIGNATURE |
|---|---|
| | Michael W. Thompson (signature) |
| ORGANIZATION | TYPED NAME AND GRADE OR TITLE |
| | Michael W. Thompson E-7<br>U.S. Army Recruiter |

b. STATEMENT

TO: | DATE

1. I have known this applicant for ___ months. He has served under me for ___ months. 2. I ☐ do ☐ do not recommend the applicant. 3. Remarks (Include your opinion as to his ability and value to the service)

| INCLOSURES | SIGNATURE |
|---|---|
| ORGANIZATION | TYPED NAME AND GRADE OR TITLE |

Standard Form 88
Revised 10/75
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.806-8

B10

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Ingham Daniel Curtis | Civilian | [redacted] |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| [redacted] | Commission - Army | 19 Mar 82 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Male | Cau | none | none | DA | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| [redacted] | Ft. Lauderdale, Fl | Donald Ingham (DAD) [redacted] |

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: MEPS JACKSONVILLE, FL

16. OTHER INFORMATION

17. RATING OR SPECIALTY — TIME IN THIS CAPACITY (Total) — LAST SIX MONTHS

## CLINICAL EVALUATION

(Check each item in appropriate column; enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| — | 18. HEAD, FACE, NECK AND SCALP | |
| — | 19. NOSE | |
| — | 20. SINUSES | |
| — | 21. MOUTH AND THROAT | |
| | 22. EARS—GENERAL (Int. and ext. canals) (Auditory acuity under items 70 and 71) | X |
| — | 23. DRUMS (Perforation) | |
| — | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| — | 25. OPHTHALMOSCOPIC | |
| — | 26. PUPILS (Equality and reaction) | |
| — | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| — | 28. LUNGS AND CHEST (Include breasts) | |
| — | 29. HEART (Thrust, size, rhythm, sounds) | |
| — | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| — | 31. ABDOMEN AND VISCERA (Include hernia) | |
| — | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| — | 33. ENDOCRINE SYSTEM | |
| — | 34. G-U SYSTEM | |
| — | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| — | 36. FEET | |
| — | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| — | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| — | 40. SKIN, LYMPHATICS | |
| — | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| — | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

22. wax bilateral mild asym

OFFICE OF THE SURGEON
USAREC
APR 21 1982
Medically (qualified) (disqualified)
[signature] CPT MC

39. 1" scar below [illegible] [redacted]

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth — Non-restorable teeth — Missing teeth — Replaced by dentures — Fixed Partial dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: [signature]

### LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY
B. ALBUMIN NEG
C. SUGAR NEG
D. MICROSCOPIC

46. CHEST X-RAY (Place, date, film number and result): 19 Mar 82 — 14 X 17 Chest X-Ray results [signature] MEPS, JACKSONVILLE, FLORIDA U12440

47. SEROLOGY (Specify test used and result): RPR NEG

48. EKG

49. BLOOD TYPE AND RH FACTOR

50. OTHER TESTS

Encl 6

88-118

00230