## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 68 | 138 | Red | Blue | SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | |

57. BLOOD PRESSURE (Arm at heart level): A. SITTING SYS. 142 DIAS. 81; B. RECUMBENT SYS. DIAS.; C. STANDING (3 min.) SYS. DIAS.

58. PULSE (Arm at heart level): A. SITTING 71; B. AFTER EXERCISE; C. 2 MIN. AFTER; D. RECUMBENT; E. AFTER STANDING 3 MIN.

59. DISTANT VISION: RIGHT 20/20 CORR. TO 20/; LEFT 20/20 CORR. TO 20/

60. REFRACTION: BY S. CX; BY S. CX

61. NEAR VISION: J1 CORR. TO BY; J1 CORR. TO BY

62. HETEROPHORIA (Specify distance): ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

63. ACCOMMODATION: RIGHT LEFT

64. COLOR VISION (Test used and result): PIP 0/14 PASSED

65. DEPTH PERCEPTION (Test used and score): UNCORRECTED CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING: RIGHT WV /15 SV /15; LEFT WV /15 SV /15

71. ANSI AUDIOMETER

| | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | 10 | 10 | 5 | 0 | 0 | 30 | | |
| LEFT | 15 | 15 | 10 | 10 | 5 | 15 | | |

72. MEPS USE ONLY

| WK | ST | DATE | INITIAL |
|---|---|---|---|
| 6 | P | 821020 | MEJ |

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

DISTANT VISUAL ACUITY OU 20/20

AFEES, JACKSONVILLE, FLA. INSPECTION PHYSICAL or communicable defect and/or disqualifying defect this date

| DATE | QUAL/DISQ | SIGNATURE |
|---|---|---|
| SEP 1 0 1982 | | R. C. ATKINSON, M.D. |
| 20 OCT 1982 | | |

| DATE | HEIGHT | WEIGHT |
|---|---|---|
| SEP 1 0 1982 | 68 | 137 |
| 20 Oct 82 | 68 | 136 |

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

28. W/c Bilaterally - Mdy Dx, Ponds - Councilled OK W/c Waiv

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

ENLISTMENT: NATIONAL GUARD ___ ARMY (X) NAVY ___ AIR FORCE ___ MARINE CORPS ___ ARMY RES. ___ MARINE RES. ___ COAST GUARD ___

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

B. PHYSICAL CATEGORY: A B C E

77. EXAMINEE (Check): A. (X) IS QUALIFIED FOR; B. ☐ IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN: W. I. HUYGHE, M.D. SIGNATURE:

80. TYPED OR PRINTED NAME OF PHYSICIAN SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY: R. C. ATKINSON, M.D. SIGNATURE: NUMBER OF ATTACHED SHEETS

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977—O-241-530 #3375

00231

# Lindenwood College

Be it known that the Board of Directors of Lindenwood College, upon the recommendation of the Faculty, certifies that

## Daniel Curtis Ingham

has completed the course of study required by candidates and hereby confers the degree of

## Master of Business Administration

with all the honors and privileges pertaining to that degree.

In Testimony Whereof, the signatures of the officials and the seal of the College are affixed at Lindenwood College, in the City of St. Charles, State of Missouri, this fifth day of May, in the year of our Lord one thousand nine hundred ninety.

President of the College

Chairman of the Board

VERNMENT EXPENSE

AREAS RENDER FORM VOID

DD FORM 1 JUL 79 214 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, first, middle): INGHAM, DANIEL CURTIS
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY USAR ADJUTANT GENERAL
3. SOCIAL SECURITY NO.: [redacted]
4a. GRADE, RATE OR RANK: 1LT
4b. PAY GRADE: 02
5. DATE OF BIRTH: [redacted]
6. PLACE OF ENTRY INTO ACTIVE DUTY: FORT BENNING, GEORGIA
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC 2d SUPCOM ( COJAA) USAREUR
8. STATION WHERE SEPARATED: FORT JACKSON, SOUTH CAROLINA
9. COMMAND TO WHICH TRANSFERRED: USAR CON GP (REINF) RCPAC 9700 PAGE BLVD ST LOUIS, MO 63132
10. SGLI COVERAGE AMOUNT $ 50,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY *(Additional specialty numbers and titles involving periods of one or more years)*

42A, ADMINISTRATIVE & PERSONNEL SYSTEM MANAGEMENT 03 YRS 00 MOS//

53B, AUTOMATED DATA PROCESSING 02 YRS 06 MOS//NOTHING FOLLOWS//

| 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|
| a. Date Entered AD This Period | 83 | 04 | 22 |
| b. Separation Date This Period | 86 | 04 | 21 |
| c. Net Active Service This Period | 03 | 00 | 00 |
| d. Total Prior Active Service | 00 | 06 | 02 |
| e. Total Prior Inactive Service | 00 | 01 | 09 |
| f. Foreign Service | 02 | 04 | 27 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 84 | 10 | 22 |
| i. Reserve Oblig. Term. Date | 88 | 01 | 11 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

PARACHUTIST BADGE//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// NOTHING FOLLOWS//

14. MILITARY EDUCATION *(Course Title, number weeks, and month and year completed)*

OFFICER CANDIDATE CRS, 14 wks, 1983//BASIC AIRBORNE CRS, 3 wks, 1983//ADJUTANT GENERAL OFFICER BASIC CRS, 11 wks, 1983//AUTOMATED DATA PROCESSING OFFICER CRS, 12 wks, 1983// SYSTEM ANALYSIS CRS, 2 wks, 1985//LARGE DATA PROCESSING INSTALLATION MANAGEMENT CRS, 1 wk, 1985// NOTHING FOLLOWS//

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: XXX YES ☐ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: XX YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: NONE

18. REMARKS

DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS OF SEPARATION//NOTHING FOLLOWS//

19. MAILING ADDRESS AFTER SEPARATION: 488 McGREGOR ROAD DELAND, FLORIDA 32720
20. MEMBER REQUESTS COPY 6 BE SENT TO FL DIR. OF VET AFFAIRS: XX YES ☐ NO
21. SIGNATURE OF MEMBER BEING SEPARATED: Daniel C. Ingham
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: JOHN D. THUSS CPT, AGC COMMANDING

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

23. TYPE OF SEPARATION: RELIEF FROM ACTIVE DUTY
24. CHARACTER OF SERVICE *(Includes upgrades)*: HONORABLE
25. SEPARATION AUTHORITY: AR 635-100 CHAPTER 3 PARA 3-57c (1)
26. SEPARATION CODE: MBK
27. REENLISTMENT CODE: NONE
28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: DCI

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO FIRST LIEUTENANT DANIEL C. INGHAM, UNITED STATES ARMY

FOR EXCEPTIONALLY MERITORIOUS SERVICE DURING THE PERIOD NOVEMBER 1985 TO FEBRUARY 1986 WHILE SERVING AS ASSISTANT ADJUTANT, HEADQUARTERS, 7TH SUPPORT GROUP, AND THEN AS CHIEF, SYSTEMS TRAINING AND ANALYSIS DIVISION, DATA SYSTEMS OFFICE, HEADQUARTERS, 2D SUPPORT COMMAND (CORPS). 1LT INGHAM'S DEVELOPMENT OF IMPROVED SYSTEMS AND PROCEDURES IN THE AUTOMATION FIELD AND THE GUIDANCE HE PROVIDED FOR USER IMPLEMENTATION REPRESENTED SIGNIFICANT ACHIEVEMENTS. HIS DESIGN FOR AUTOMATION OF SEVEN SELF SERVICE SUPPLY CENTERS REDUCED MANPOWER AND COSTS, IMPROVED INVENTORY CONTROL, AND PROVIDED SUPERIOR MANAGEMENT REPORTS. 1LT INGHAM'S EXTRAORDINARY EFFORTS AND ACCOMPLISHMENTS REFLECT DISTINCT CREDIT UPON HIM, THE 2D SUPCOM (CORPS) AND THE UNITED STATES ARMY.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 19th DAY OF February 1986

JOHN P. DRESKA
Brigadier General, USA

SECRETARY OF THE ARMY

DA FORM 638-16 APR 81

DEPARTMENT OF THE ARMY
Headquarters, 2d Support Command (Corps)
APO New York 09160

PERMANENT ORDERS 20-2

19 February 198

INGHAM, Daniel C. [redacted] 1LT Headquarters and Headquarters Company, Special Troops Battalion (WCOJAA) APO New York 09160

Announcement is made of the following award.

Award: Army Commendation Medal
Date(s) or period of service: 4 November 1983 - 21 February 1986
Authority: Para 2-20, AR 672-5-1
Reason: For meritorious service
Format: 320

FOR THE COMMANDER:

THOMAS L. PATTY
MAJ, AG
Adjutant General

DISTRIBUTION:

AG Rec Set (1)
AG Ref Set (1)
Cdr, RPC-Hellingen, APO New York 09160 (1)
HQDA, 200 Stovall St., Alexandria, VA 22332 (1)
Cdr, HHC, Sp Trps Bn APO 09160 (2)
Cdr, Sp Trps Bn, APO 09160 (2)
1LT Daniel C. Ingham (5)

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR ...; proponent agency is US Army Military Personnel Center

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| INGHAM, DANIEL C. | [redacted] | 1LT | 84 10 22 | AG | 42/53 | | AE072 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| HHC, 2d SUPCOM (Corps) APO NY 09160//VII Corps (USAREUR) | ~~12A~~ 04 REFRAD | UV |

| l. PERIOD COVERED FROM (Year/Month/Day) | THRU (Year/Month/Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 85 03 22 | 86 02 12 | 11 | EU46 | [ ] 1. GIVEN TO OFFICER [X] 2. FORWARDED TO OFFICER 860305 | |

q. EXPLANATION OF NONRATED PERIODS

**PART II — AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| HARPER, BRIAN E. | [redacted] | (signature) | 12 Feb 86 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, MP, HHC, 2d SUPCOM (Corps) Chief, Data Systems Office | | | |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
| FLANAGAN, WILLIAM J. | [redacted] | William J Flanagan | 18 Feb 86 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, QM, HHC, 2d SUPCOM (Corps) Chief of Staff | | | |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C. Ingham | 11 Feb 86 | | RDF | | Ø |

**PART III — DUTY DESCRIPTION (Rater)**

a. PRINCIPAL DUTY TITLE Chief, Systems and Training Analysis — b. SSI/MOS 53B00

c. REFER TO PART IIIa, DA FORM 67-8-1

Primary analyzer of Automatic Data Processing needs for Data Systems Office of a General Officer Command supporting the Army's largest forward deployed Corps. Conducts analyses of functional requirements and proposes automated solutions for the command. Prepares requirements documents, economic analysis, contract specifications and associated documents. Developes training programs and supervises presentation of training. Functions as Contracting Officer's Representative and validates compliance with internal controls.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comment will be reflected by a narrative) — HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness PASS 8511 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance YES 69/143 | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS

a.1 Learns quickly, asks astute questions.
a.4 Superior skills in guiding subordinates to reach their potential.
a.9 Completed one-half of resident graduate program.
b.2 Actively seeks and accepts responsibility.

35

DA FORM 67-8 — REPLACES DA FORM 67-7, 1 JAN 79, WHICH IS OBSOLETE 1 NOV 79 — US ARMY OFFICER EVALUATION REPORT

PERIOD COVERED 850322 thru 860212

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME INGHAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND d, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

1LT Ingham is an extremely competent and dedicated officer whose duty performance has resulted in measurable long term benefits to the command. He supervised development of an in-house microcomputer training program presented to 150 personnel over five weeks. The training was superior to that offered by contractors and at a savings of $130,000. His Materiel Fielding and Distribution Plan for 75 microcomputers was superior and favorably noted by the Army Audit Agency. 1LT Ingham has conducted accurate analyses of user needs resulting in systems designed to solve problems efficiently. He consistently goes beyond requirements to total systems management by assisting users in areas such as supplies, documentation, maintenance and accountability. His economic analysis for copier acquisitions has shown inaccuracies in higher headquarters procedures and saved several thousand dollars. 1LT Ingham's data base design for management of over 900 lines of automation equipment has proven sound, providing accurate information and saving hundreds of manhours. His daily manner of duty performance constantly produces superior results. 1LT Ingham is truly a superior officer.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

Select at earliest opportunity for command of a US Army reserve unit. Develop and capitalize on his leadership potential.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105) DA USE ONLY

SR

[ ] 03 RO: 1LT
[X] 11 INGHAM DAN
[ ] 03 [redacted]
[ ] 01 SR: COL
[ ] [redacted]
[ ] RO DATE 860521
[ ] 03 TOTAL OFF
[ ] 03 RATED

b. COMMENTS 1LT Ingham has done an exceptional job of increasing this command's effectiveness through implementation of 95 ADP systems, and management of training programs that ensured early, full, and efficient operation of the systems. He thinks ahead, anticipates problems and develops solutions that will work. He is poised, competent, and articulate in providing technical advise that can be utilized by commanders. Seldom does a lieutenant make such significant contributions as outlined by the rater. His demonstrated management and technical competence are what one would expect from a good field grade officer. He will do well in any assignment and should be identified for positions of responsibility and leadership in the Reserve Components. Promote now to Captain and give him a command

DEPARTMENT OF THE ARMY
Nellingen Composite Team, 198th Personnel Service Company
38th Personnel and Administration Battalion
APO New York 09061

ORDERS 023-1 23 January 1986

INGHAM, DANIEL C. [redacted] 1LT HHC 2d SUPCOM (WCOJAA) APO NY 09160

You are reassigned to the US Army separation transfer point as indicated for separation processing. After processing, you are relieved from active duty, not by reason of physical disability, and assigned as indicated on date immediately following relief from active duty. Any temporary appointments held are terminated on your effective date of relief from active duty. If you are delayed in reporting to the separation transfer point, you will still report to the separation transfer point as soon as possible or as authorized to receive a new effective date of relief from active duty.

Assigned to (for separation processing): United States Army Separation Transfer Point (WOU61A) Fort Jackson, South Carolina 29207

Reporting date to separation transfer point: 18 February 1986
Date of relief from active duty (unless changed or rescinded): 21 April 1986
Assigned to: United States Army Control Group (Reinforcement) Reserve Components Personnel and Administration Center, St Louis, Missouri 63132
Military Selection Service Act Obligation: 19 October 1988
Additional instructions: (a) If you plan to ship personal property at Government expense, contact your local transportation officer within five working days after receipt of these orders to arrange for shipment. If you ship personal property at Government expense contact the transportation office of your new duty station immediately to arrange for delivery.

(b) The US Government does not pay claims for the loss of cameras, jewelry, watches or other small items of $100.00 or more that are not personally carried during transit unless the owner makes a written declaration of such items at the time of application for shipment. (Para 11-6j, AR 27-20)

(c) Information concerning your port call will be provided separately.

(d) If you are enlisted, grade E-5 - E-9, you must have a properly completed SEER in your possession when you report for outprocessing.

(e) You are authorized shipment of household goods and privately owned vehicle.

(f) You are allowed two pieces of baggage free of charge as long as each piece does not exceed 62 (sixty-two) linear inches or 70 pounds in weight. As an exception, duffel, B-4 and sea bags will be accepted as one free piece without regard to size or weight, however, two duffel, B-4 or sea bags will not be accepted without incurring an excess baggage charge for one of the additional bags.

(g) Soldier will report to the separation transfer point immediately after arrival in the Continental United States for separation processing prior to departure on terminal leave. Soldier is authorized 59.5 days terminal leave.

ORDERS 023-1 DA, 198th PSC APO NY 0?06 23 January 1986

9

FOR ARMY USE
Auth: AR 635-100
HOR: Benton, TN
Pl EAD or OAD: Ft Benning, GA
ETS: 21 April 1986
MDC: 7A06
Format: 526

Comp: United States Army Reserve
PEBD: NA
CIC: 261A73
Aval date: 13 February 1986

FOR THE PERSONNEL OFFICER:

023-001

MARTIN J. PATTERSON
1LT, AG
Assistant Personnel Officer

DISTRIBUTION:
A Plus
Individual (50)
CDR, HHC 2d SUPCOM APO NY 09160 (2)
CDR, 2d SUPCOM Sp Trps Bn ATTN: PSNCO APO NY 09160 (2)
CDR, USA Sep Trf Pnt Ft Jackson, SC 29207 (2)
MPRJ (1)
Reference Set (1)
SQT Clerk (1)
OER Clerk (1)
Redeployment files (1)
Hsg Off APO NY 09154 (3)
Trans Off APO NY 09154 (3)
Cdr, 106th Finance Section APO NY 09279 (3)

Inquiries concerning this order should be directed to the Commander, 198th Personnel Service Company, Nellingen Composite Team, APO NY 09061. Telephone: Nellingen Military 2724-6308. A subordinate organization of the 38th Personnel and Administration Battalion (AETS-PA-SN-M).

DEPARTMENT OF THE ARMY
Wellingen Composite Team, 198th Personnel Service Company
38th Personnel and Administration Battalion
APO New York 09061-0381

ORDERS 040-16 12 February 1986

Following order is amended as indicated.

So much of: Orders 023-1, Wellingen Comp Tm, 198th PSC, dated 23 January 1986
Pertaining to: Reassignment of INGHAM, DANIEL C. [redacted] 1LT HHC 2d SUPCOM (WCOJAA) APO NY 09160
As reads: FOR ARMY USE: HOR: Benton, TN
How changed: Is amended to read: FOR ARMY USE: HOR: Deland, FL
Authority: VOCO
Format: 700

040-16

JAMES E. SIMPSON
CPT, AG
Personnel Officer

DISTRIBUTION:
Individual (25)
MPRJ (1)
Reference Set (2)
OER Clerk (1)
Redeployment files (1)
Hsg Off APO NY 09154 (3)
Trans Off APO NY 09154 (3)
Cdr, 106th Finance Sect, APO 09279 (1)
Cdr, HHC 2d SUPCOM, APO NY 09160 (2)
Cdr, 2d SUPCOM Sp Trps Bn ATTN: PSNCO, APO NY 09160 (2)
Cdr, USA Sep Trf Pnt, Ft Jackson, SC 29207 (3)

Inquiries concerning these orders will be directed to Commander, Wellingen Composite Team, 198th Personnel Service Company, APO NY 09061-0381, Phone Wellingen Mil (421-) 6393/6390, a subordinate organization of the 38th P&A Bn, APO NY 09061-0381

MSR 8

88098-2

DAPC-OPG-P

4 December 1985

SUBJECT: Withdrawal of Conditional Voluntary Indefinite (CVI) Status

THRU: Commander
2d Support Command (Corps)
ATTN: AETS-SC-DS
APO New York 09160

TO: First Lieutenant Daniel C. Ingham, AG
[redacted]

1. Your request for withdrawal of your application for extended active duty is approved.

2. The expiration date of your term of obligated service is reestablished as 21 April 1986. You will be released from active duty as prescribed in Section IV, AR 635-100.

3. This letter is the authority for amending your official records to show your status as an obligated officer with the expiration date of 21 April 1986.

4. A copy of this letter will be placed in your field 201 file and separation action will be accomplished by your local commander.

BY ORDER OF THE SECRETARY OF THE ARMY:

BOBBY S. POWERS
Captain, GS
Personnel Actions Branch
Combat Service Support Division

7

1 MILPO/AUIC EU44/COJAA

# OFFICER RECORD BRIEF (DA PAM 600-8)

PRM LIST NO/SEQ NO- 1F85/2732

| 1300 | BRIEF DATE 8508MB | DATE OF AUDIT | BASD/CON OR SR DR EXPIRES AO/AD | COMPONENT USAR | AD GRADE ADOR 1LT 841022 | [redacted] | NAME INGHAM DANIEL CURTIS |
|---|---|---|---|---|---|---|---|

**SECTION I - ASSIGNMENT INFORMATION**

OVERSEAS DUTY

| FRGNC RTN | COUNTRY | MONTHS | TCS | NUMBER OF OS TOURS SHORT | LONG |
|---|---|---|---|---|---|
| | | | | | 860421 |
| | | | | DROS NA | DEROS 861207 |
| | | | | CONUS DEPARTURE DATE | |

DATE DEPENDENTS ARRIVED OS

SPECIALTY/MOS DATA

| SSI/MOS 42A | SSI/MOS 53A |
|---|---|

ADDITIONAL SSI/MOS

ASI DATA 5P

| | |
|---|---|
| INITIAL SPEC | ADMIN/PERS SYSTEMS MGT |
| ADDITIONAL SPEC | AUTO DATA SYSTEMS MGMT |
| PREV INITIAL SPEC | |
| PREV ADDNL SPEC | |
| CONTROL SPECIALTY | AUTO DATA SYSTEMS MGMT |
| AVAILABLE SPECIALTY | |
| FAO GEOG AREA | |

AVIATOR QUALIFICATIONS

ASED

HEALTH AS OF

| PILOT STATUS | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

RATING DATE

**SECTION II - SECURITY DATA**

SCTY CLEARANCE

COMPL DATE

TYPE/COMB

**SECTION V - FOREIGN LANGUAGE**

| LANGUAGE | READ | LISTEN |
|---|---|---|
| | | |

DLAT

**SECT. VI - MILITARY EDUCATION** LVL 7

| COURSE | YEAR |
|---|---|
| AUTO DATA PROCESSING | 83 |
| OFFICER CANDIDATE | 83 |
| AIRBORNE | 83 |
| ADP OFFICER | 83 |
| ADJ GEN OFF BASIC | 83 |

**SECTION III - SERVICE DATA**

| PEBD (OFF)/BASD (WO) 820918 | CURRENT PPN U2 | EAD CURRENT TOUR 830422 |
|---|---|---|
| BASIC DATE OF APT | BASIC YR GP FY83 | SOURCE OF ORIG APT OCS |
| ACTIVE DATE APPT 833/10 | MO AFS 035 | TYPE OF ORIG APT |
| CURR SVC AGMNT/EXPR DATE OBV 860421 | DATE OF PROJ/MAND RET | |

| ADOR | 2LT 830422 | 1LT 841022 | CPT-CW3 | MAJ-CW4 |
|---|---|---|---|---|
| PROR | | | | |
| ADOR | LTC | COL | BG | MG |
| PDOR | | | | |
| TDOR | LTG | | GEN | |

**SECTION VII - CIVILIAN EDUCATION** CEL

INSTITUTION Stetson Univ
DISCIPLINE BA Mgt BBA YR 82

INSTITUTION
DISCIPLINE YR

INSTITUTION
DISCIPLINE YR

**SECTION VIII - AWARDS AND DECORATIONS**

ASR -01

PRCHTBAD

**SECTION IV - PERSONAL/FAMILY DATA**

| DATE OF BIRTH [redacted] | BIRTHPLACE FLORIDA |
|---|---|
| COUNTRY OF CIT US | SEX/RACE M/WHITE |
| DEPENDENT/CHILDREN | RELIGION ROMAN-CATH |
| MARITAL STATUS SINGLE | SPOUSE BIRTHPLACE/CIT |
| PHYSICAL/DATE 111111/8301 | HEIGHT/WEIGHT 69/150 |

HOME OF RECORD AT EAD

MAILING ADDRESS HHC 2ND SUPCOM
APO NY NY [redacted]

**SECTION X - REMARKS**

INVEST-F=ENTNAC DTEINV=8210

CLNC-F=SEC

DATE LAST PHOTO

P. Dennis Price SGT(P)
P. DENNIS PRICE
CW2, USA
Asst Pers Officer [redacted]

DATE OF AVAILABILITY

DATE LAST PCS 831115

**SECTION IX - ASSIGNMENT HISTORY**

DATE OF LAST OER 850321

ORG ZIP CODE

| STAGE | FROM DATE | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | SMOS |
|---|---|---|---|---|---|---|---|---|---|
| (PM) | | | | | | | | | |
| CURRENT | 840327 | | 0002 | LG CMD HHC CORPS | HELLINGEN | GE | E7 | DATA SYSTEM ANAL | 53B00000 |
| 1ST PREV | 8401 | 02 | 0007 | CS HHC GRP SUP C | LUDWIGSBRG | GE | E7 | ASST ADJ GENERAL | 42A00000 |
| 2ND PREV | ~~8301~~ | ~~08~~ | ~~W3VS~~ | ~~OFFICER AD ACCESSIO~~ | ~~ALEXANDRIA~~ | ~~VA~~ | ~~MW~~ | Delete | |
| 3RD PREV | | | | | | | | | |
| 4TH PREV | | | | | | | | | |
| 5TH PREV | | | | | | | | | |
| 6TH PREV | | | | | | | | | |
| 7TH PREV | | | | | | | | | |
| 8TH PREV | | | | | | | | | |
| 9TH PREV | | | | | | | | | |
| 10TH PREV | | | | | | | | | |
| 11TH PREV | | | | | | | | | |
| 12TH PREV | | | | | | | | | |
| 13TH PREV | | | | | | | | | |
| 14TH PREV | | | | | | | | | |
| 15TH PREV | | | | | | | | | |
| 16TH PREV | | | | | | | | | |
| 17TH PREV | | | | | | | | | |
| 18TH PREV | | | | | | | | | |
| 19TH PREV | | | | | | | | | |

Daniel C. Ingham
31 OCT 85

YRMO LAST PREF STATEMENT

PRINT CONTROL- 2249

CPM 31 Oct 85

8

DEPARTMENT OF THE ARMY
198th Personnel Service Company
38th Personnel and Administration Battalion
Nellingen Composite Team
APO NY 09061

ORDERS 295-38 21 October 1984

The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity and abilities of DANIEL C. INGHAM. In view of these qualities and he demonstrated potential for increased responsibility, he is, therefore, promoted in the United States Army from SECOND LIEUTENANT to FIRST LIEUTENANT. Promotion is effective 22 OCT 84 with a date of rank of 22 OCT 84 and is in the component in which he is serving. The authority for this promotion is section 602 of title 10 United States Code.

Format: 300

FOR THE MILITARY PERSONNEL OFFICER:

P. Dennis Price

P. DENNIS PRICE
CW2,USA
ASST PERS OFFICER

295-038

DISTRIBUTION:

1LT DANIEL C. INGHAM 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, 2nd SUPCOM HHC (10)
CDR, HHC 2d SUPCOM, ATTN: PSNCO, APO NY 09160 (2)
CDR, HHC 2d SUPCOM, ATTN: S1, APO NY 09160 (2)
HQDA (DAPC-MSR-R), 200 Stovall Street, Alexandria, VA 22332-0400 (1)
HQDA (DAPC-MSE-A), 200 Stovall Street, Alexandria, VA 22332-0400 (1)
HQDA (DAPC-OP-TC), 200 Stovall Street, Alexandria, VA 22332-0400 (1)
FINANCE OFFICE (1)
MPRJ (1)

Inquiries concerning these orders will be directed to the Commander 198th Personnel Service Company, Nellingen Composite Team, APO NY 09061. Tel: NEL MIL (2724)-7237/6270.

5

88098-2 04 [redacted] B3 A4 4151-5004

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

**PART I – ADMINISTRATIVE DATA**

INGRAM

| a. LAST NAME, FIRST NAME, MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year / Month / Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| ~~INGHAM~~, DANIEL C. | [redacted] | 2LT | 83 / 04 / 22 | AG | 42/54 | | AE072 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| HHC, 7th Spt Gp, APO NY 09279, VII Corps, USAREUR | 04 Change of duty | UV |

| l. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 83 / 11 / 04 | 84 / 03 / 21 | 04 | EU47 | [X] 1. GIVEN TO OFFICER 16 April 84; [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

831104-831123 20 days PCS leave & travel

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| PATTY, THOMAS L. | [redacted] | Thomas L Patty | 18 Apr 84 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: CPT, AG, HHC 7th Support Group, Group S-1 | | | |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
| HARDISTER, JAMES C. | [redacted] | James C. Hardister | 19 Apr 84 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, TC, HHC 7th Support Group, Group XO | | | |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Daniel C Ingram | 18 Apr 84 | 840321 | | | Ø |

**PART III – DUTY DESCRIPTION (Rater)**

a. PRINCIPAL DUTY TITLE Assistant Adjutant    b. SSI/MOS 42A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Assistant Adjutant responsible for personnel administration and management for approximately 4,600 service members of a support group comprised of three maintenance battalions and one supply and service battalion. Responsible for the supervision and control of the areas of OERs and EERs, SIDPERS data analysis, daily status reporting, arrival and departure briefings, key personnel management and the coordination of data processing systems within the headquarters. Responsible for the supervision of two military personnel. Additional duties include Voting Officer and Advance Party Assistant OIC.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | Rating | Item | Rating |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness 8310 PASS | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance 69/140 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1. Quick to learn and comprehend.
a.2 In top physical condition.
b.5 Integrity above reproach.

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT