PERIOD COVERED 831104-840321

PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME ~~INGHAM~~ INGRAM, DANIEL C. SSN [redacted]

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[ ] ALWAYS EXCEEDED REQUIREMENTS [X] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

Although new to the Army, 2LT Ingham performed his duties as Assistant S-1 in a superior manner. He was only on the job 3 months prior to being reassigned to higher headquarters therefore, making it difficult to provide a more meaningful evaluation. During his time here, 2LT Ingham displayed a keen, energetic desire to learn the job and readily accepted responsibility. He was quick to learn from mistakes and developed proper systems to prevent their recurrence. As 2LT Ingham progresses in his Army career, he will become a valued asset to any organization.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[ ] PROMOTE AHEAD OF CONTEMPORARIES [X] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

2LT Ingham has unlimited potential. Recommend he continue to receive assignments at the battalion or brigade level commensurate with his specialty.

PART VI – INTERMEDIATE RATER

a. COMMENTS

PART VII – SENIOR RATER

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

SR DA

[ ] RO: 2LT
[ ] INGRAM, DAN
[ ] [redacted]
[ ] SR: LTC
[ ] HARDI,
[redacted]
[ ] DATE 840607
[ ] *NOT RATED*
[ ] TOTAL OFF
[ ] RATED

b. COMMENTS

SR does not meet senior rater criteria IAW AR 623-105.

c. I HAVE COMPLETED THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

04 SERVICE SCHOOL / [illegible] 038 4 29 Jul 83

For use of this form, see AR 623-1; the proponent agency is MILPERCEN

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BRANCH | 5. SPECIALTY/MOSC | 8. COMPONENT |
|---|---|---|---|---|---|
| 88098-2 INGHAM DANIEL C | [redacted] | 2LT | AG | 42A | USAR |

| 6. COURSE TITLE | 7. NAME OF SCHOOL |
|---|---|
| 009-83 MEL-CODE: 7/ ADJUTANT GENERAL OFFICER BASIC COURSE | USA INST OF PERS AND RESOURCE MGT FT B HARRISON IN 46216 |

**9. TYPE OF REPORT**

[X] RESIDENT

[ ] NON-RESIDENT

**10. PERIOD OF REPORT (Year, Month, Day)** From: 830515 Thru: 830729

**11. DURATION OF COURSE (Year, Month, Day)** [X] From: 830515 Thru: 830729

**12. EXPLANATION OF NON-RATED PERIODS**

**13. PERFORMANCE SUMMARY**

*a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)

*b. [X] ACHIEVED COURSE STANDARDS

*c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS

*d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in item 16.

**14. DEMONSTRATED ABILITIES**

| | NOT EVALUATED | UNSAT | SAT | SUPERIOR |
|---|---|---|---|---|
| a. WRITTEN COMMUNICATION | [ ] | [ ] | [X] | [ ] |
| b. ORAL COMMUNICATION | [ ] | [ ] | [ ] | [X] |
| c. LEADERSHIP SKILLS | [ ] | [ ] | [ ] | [X] |
| d. CONTRIBUTED TO GROUP WORK | [ ] | [ ] | [ ] | [X] |
| e. EVALUATION OF STUDENTS RESEARCH ABILITY | [X] | [ ] | [ ] | [ ] |

(SUPERIOR/UNSAT rating must be supported by comments in item 16)

**15 HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**

[X] YES [ ] NO [ ] N/A (A "NO" response must be explained by comments in item 16)

**16 COMMENTS** (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential leadership capabilities; moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs.)

2LT Daniel Ingham is an outstanding, professional, and mature officer. He is a self-starter who is highly motivated. He is intelligent, conscientious, and dedicated. Give him jobs with increased responsibility. He is a definite asset to any unit assigned. Physical training at the AG School is a five-day-a-week structured program of selected Army conditioning drills and a daily 2-3 mile run which culminated in this officer attaining a maximum score on the Army Physical Readiness Test. 2LT Ingham exhibited outstanding leadership abilities, enthusiasm, and team spirit during the Field Training Exercise. This officer leads by example. Other officers look to him for guidance. 2LT Ingham actively supported all class functions and made valuable contributions to all class projects.

69/145 YES PASS 8307

**17. AUTHENTICATION**

a. TYPED NAME, GRADE, BRANCH AND TITLE OF PREPARING OFFICER
DARELL L. NEPIL, CPT, AGC, Course Dir, AGOBC — SIGNATURE: [signature]

b. TYPED NAME, GRADE, BRANCH AND TITLE OF REVIEWING OFFICER
M. C. BENDER, CPT, AGC, Dir, Prof Dev Dept — SIGNATURE: [signature]

**18. MILITARY PERSONNEL OFFICER** TD04

a. FORWARDING ADDRESS (Rated Student)
RT 2 BOX 491 EEE
BERTON, TN 37307

b. DISTRIBUTION
[X] STUDENT [ ] UNIT CDR (P/B) NCOES only)
[ ] STUDENT'S OFFICIAL MILITARY RECORDS

DA Form 1059 (TRADOC) HQDA Case Number 3900 Source of Supply: HQ TRADOC OCT 18

# University of Southern California

## INSTITUTE OF SAFETY AND SYSTEMS MANAGEMENT

## CERTIFICATE IN INFORMATION SYSTEMS

is awarded to

**DANIEL CURTIS INGHAM**
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

on December 22, 1985

Executive Director

Chairman, Systems Management Department

REPRODUCED AT GOVERNMENT EXPENSE

# CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

64194-24

An Agreement Between Daniel C. Ingham (Name - Printed or Typed) and the United States.

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is information that is either classified or classifiable under the standards of Executive Order 12356, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised and am aware that direct or indirect unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge such information unless I have officially verified that the recipient has been properly authorized by the United States Government to receive it or I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) last granting me a security clearance that such disclosure is permitted. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised and am aware that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; and the termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised and am aware that any unauthorized disclosure of classified information by me may constitute a violation or violations of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, and 952, Title 18, United States Code, the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all information to which I may obtain access by signing this Agreement is now and will forever remain the property of the United States Government. I do not now, nor will I ever, possess any right, interest, title, or claim whatsoever to such information. I agree that I shall return all materials which have, or may have, come into my possession or for which I am responsible because of such access, upon demand by an authorized representative of the United States Government or upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance. If I do not return such materials upon request, I understand that this may be a violation of Section 793, Title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. I have read this Agreement carefully and my questions, if any, have been answered to my satisfaction. I acknowledge that the briefing officer has made available to me Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, Section 783(b) of Title 50, United States Code, the Intelligence Identities Protection Act of 1982, and Executive Order 12356, so that I may read them at this time, if I so choose.

11. I make this Agreement without mental reservation or purpose of evasion.

| SIGNATURE | DATE | SOCIAL SECURITY NO. *(See notice below)* |
|---|---|---|
| Daniel C. Ingham | 11 Dec 85 | [redacted] |

ORGANIZATION

HHC 2d SUPCOM APO 09160

The execution of this Agreement was witnessed by the undersigned, who, on behalf of the United States Government, agreed to its terms and accepted it as a prior condition of authorizing access to classified information.

WITNESS AND ACCEPTANCE:

| SIGNATURE | DATE |
|---|---|
| Patricia M. Mourseau | 11 Dec 85 |

ORGANIZATION

HHC 2d SUPCOM (Corps) DATA SYSTEMS OFFICE, APO 09160

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations.

STANDARD FORM 189 (8-83)
Prescribed by GSA/ISOO
32CFR 2003, E.O. 12356

00248

For use of this form, see ... 23-1; the proponent agency is MILPERCEN

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BRANCH | 5. SPECIALTY/MOSC | 6. COMPONENT |
|---|---|---|---|---|---|
| INGHAM DANIEL C 880982 | [redacted] | 2LT | AG | 53 | USAR |

| 6. COURSE TITLE | 7. NAME OF SCHOOL |
|---|---|
| 009-83 MEL-CODE: 7 ADP OFFICER | USA INST OF PERS AND RESOURCE MGT FT B HARRISON IN 46216 |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT (Year, Month, Day) | 11. DURATION OF COURSE (Year, Month, Day) |
|---|---|---|
| [X] RESIDENT | From: 830729 Thru: 831104 [X] | From: 830807 Thru: 831104 |
| [ ] NON RESIDENT | 12. EXPLANATION OF NON-RATED PERIODS | |

**13. PERFORMANCE SUMMARY**

- *a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- *b. [X] ACHIEVED COURSE STANDARDS
  This course is pass/fail
- *c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- *d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in item 16.

**14. DEMONSTRATED ABILITIES**

| | NOT EVALUATED | UNSAT | SAT | SUPERIOR |
|---|---|---|---|---|
| a. WRITTEN COMMUNICATION | [ ] | [ ] | [X] | [ ] |
| b. ORAL COMMUNICATION | [ ] | [ ] | [X] | [ ] |
| c. LEADERSHIP SKILLS | [ ] | [ ] | [X] | [ ] |
| d. CONTRIBUTED TO GROUP WORK | [ ] | [ ] | [X] | [ ] |
| e. EVALUATION OF STUDENTS RESEARCH ABILITY | [ ] | [ ] | [X] | [ ] |

(SUPERIOR/UNSAT rating must be supported by comments in item 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**

[X] YES [ ] NO [ ] N/A (A "NO" response must be explained by comments in item 16)

**16. COMMENTS** (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs.)

Second Lieutenant Daniel C. Ingham was an exceptional student who consistently strove to obtain the maximum benefit from the instruction. He led many of the classroom discussions and contributed significantly to the success of the work groups. He displayed an excellent ability to rapidly master complex, technical material and was a valuable help to fellow students and the Computer Science School faculty. Lieutenant Ingham also displayed exceptional physical fitness by scoring 300 on the Army Physical Readiness Test.

Ref #13: This course is pass/fail, only 13b or 13d will be checked.

Ref #14: Only sat or unsat ratings are given.

PASS 8310 70/139 YES

**17. AUTHENTICATION**

| | SIGNATURE |
|---|---|
| a. TYPED NAME, GRADE, BRANCH AND TITLE OF PREPARING OFFICER: JAMES F. MOGAN, CPT(P), AGC, Class Advisor, CCS | [signature] |
| b. TYPED NAME, GRADE, BRANCH AND TITLE OF REVIEWING OFFICER: LEROY M. BOND, LTC, IN, DEPUTY DIRECTOR, CCS | [signature] |

**18. MILITARY PERSONNEL OFFICER** TD04

| a. FORWARDING ADDRESS (Rated Student) | b. DISTRIBUTION |
|---|---|
| 488 MCGREGOR RD.<br>DELAND, FL 32720 | [X] STUDENT [ ] UNIT CDR (P/B NCOES only)<br>[ ] STUDENT'S OFFICIAL MILITARY RECORDS |

DA Form 1059 (TRADOC) HQDA Case Number 3900- Source of Supply: HQ TRADOC

11 JAN 1984

DEPARTMENT OF THE ARMY
US ARMY SOLDIER SUPPORT CENTER
OFFICE OF THE COMMANDING GENERAL
FORT BENJAMIN HARRISON, INDIANA 46216

21 OCT 1983

ATSG-CS

SUBJECT: Letter of Commendation

2LT Danial C. Ingham
[redacted]

1. It is indeed a great pleasure to commend your achievement of attaining a maximum score of 300 points on the recent Army Physical Readiness Test. Your willingness to train hard and put forth the extra effort to achieve those results is indicative of your professionalism.

2. Physical readiness is an invaluable part of our combat readiness and enhances our ability to win in combat. Your untiring efforts substantiate your ability, desire, and dedication to excel and are qualities needed to be an outstanding officer.

3. Congratulations and best wishes for continued success.

4. A copy of this letter will be placed in your Official Military Personnel File.

R. N. WAGGENER
COL, GS
Acting Commander

CF:
OMPF

DEPARTMENT OF THE ARMY
U.S. ARMY COMMAND AND GENERAL STAFF COLLEGE
ATTN: ATZL-SWE-R
FORT LEAVENWORTH, KANSAS [illegible]

SUBJECT: CERTIFICATE OF COURSE COMPLETION AD AA [redacted] 93 05 14

1. CAPTAIN INGHAM, DANIEL C. HAS SUCCESSFULLY COMPLETED THE COMBINED ARMS AND SERVICES STAFF SCHOOL, CLASS 93-02, FROM 15 MARCH 1993 TO 14 MAY 1993 AT THE US ARMY COMMAND AND GENERAL STAFF COLLEGE, FORT LEAVENWORTH, KANSAS.

2. CAS3 IS A RIGOROUS STAFF OFFICER'S TRAINING PROGRAM. IT PREPARES OFFICERS FOR DUTIES ON BATTALION, BRIGADE AND DIVISION LEVEL STAFFS. COURSE GOALS ARE TO IMPROVE EACH OFFICER'S ABILITY: TO ANALYZE AND SOLVE MILITARY PROBLEMS; TO INTERACT AND COORDINATE AS A MEMBER OF A STAFF; TO WRITE AND BRIEF EFFECTIVELY; AND TO UNDERSTAND ARMY ORGANIZATION, OPERATIONS AND PROCEDURES. EACH STAFF GROUP OF TWELVE STUDENTS IS TAUGHT, EVALUATED, MENTORED, AND LED BY AN EXPERIENCED LTC STAFF LEADER.

FOR THE COMMANDANT:

CPT INGHAM, DANIEL C.
CLASS 93-03
SG LC8

KENNETH A. NORRIS
REGISTRAR

DEPARTMENT OF THE ARMY
US ARMY SOLDIER SUPPORT CENTER
OFFICE OF THE COMMANDING GENERAL
FORT BENJAMIN HARRISON, INDIANA 46216

29 JUL 1983

ATZI-CG

SUBJECT: Letter of Commendation

2LT Daniel C. Ingham
[redacted]
US Army Institute of [redacted]
Fort Benjamin Harrison, IN 46216

1. It is indeed a great pleasure to commend your achievement of attaining a maximum score of 300 points on the recent Army Physical Readiness Test. Your willingness to train hard and put forth the extra effort to achieve those results is indicative of your professionalism.

2. Physical readiness is an invaluable part of our combat readiness and enhances our ability to win in combat. Your untiring efforts substantiate your ability, desire, and dedication to excel and are qualities needed to be an outstanding officer.

3. Congratulations and best wishes for continued success.

4. A copy of this letter will be placed in your Official Military Personnel File.

DANIEL W. FRENCH
Major General, USA
Commanding

CF:
OMPF

2452 Nettie 5/10/87

88098-2

675

G13

DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY INFANTRY CENTER
Fort Benning, Georgia 31905

9 MAY 1983

PERMANENT ORDERS 87-1

Presently attached to HHC, 4th Airborne Training Battalion, The School Brigade USAIS (W2L52F) Fort Benning GA 31905 (Airborne 23-83 44TH CO)

| NAME | SSN | RANK |
| --- | --- | --- |
| [redacted] | | |
| INGHAM DANIEL C | 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 | 2LT |
| [redacted] | | |

Announcement is made of the following award:

Award: Parachute Badge
Date(s) or period of service: 15 May 1983
Authority: Paragraph 5-14, AR 672-5-1
Reason: For successful completion of Airborne training
Format: 320

G12

PERM. ENT ORDERS 87-1 HQ USAIC Ft Benning, GA 31905 dtd 9 May 85 (Cont'd)

FOR THE COMMANDER:

U.S. ARMY INFANTRY CENTER
HQ.
OFFICIAL
Adjutant General
FORT BENNING, GEORGIA

DISTRIBUTION:
AG-ASC (2)
1 Ea Indiv Indic (32)
Stu Rec (1 Ea) (32)
Stu Mgt (5)
Cdr, HHC 4th Abn Tng Bn, The Sch Bde, USAIS (3)
DAPC-POR-R (1 Ea) (32)
ASTO-Bldg 399 (5)

# OATH OF OFFICE - MILITARY PERSONNEL

For use of this form, see AR 135-100; the proponent agency is the Office of the Chief of Personnel Operations.

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX. REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH. *(See Instructions Below)*

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| ☐ REGULAR ARMY ______ *(Branch, when so appointed)* | ☐ REGULAR ARMY |
| ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT | ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| ☒ RESERVE COMMISSIONED OFFICER | ☐ RESERVE WARRANT OFFICER |

I, DANIEL CURTIS INGHAM *(First Name - Middle Name - Last Name)*, [redacted] *(Social Security Account Number)*

having been appointed an officer in the Army of the United States, as indicated above in the grade of 2LT do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter; *SO HELP ME GOD.*

Daniel Curtis Ingham
*(Signature - full name as shown above)*

SWORN TO AND SUBSCRIBED BEFORE ME AT FORT BENNING, GOERGIA

THIS 22ND DAY OF APRIL, 19 83

PAUL V. LEMLEY, CPT, INF
*(Grade, component, or office of official administering oath)*

Paul V. Lemley
*(Signature)*

## INSTRUCTIONS

This form will be executed upon acceptance of appointment as an officer in the Army of the United States as indicated at top of form. Immediately upon receipt of notice of appointment, the appointee will, in case of acceptance of the appointment, return to the agency from which received, the oath of office *(on this form)* properly filled in, subscribed and attested. In case of non-acceptance, the notice of appointment will be returned to the agency from which received, *(by letter)* indicating the fact of non-acceptance.

## FOR THE EXECUTION OF THE OATH OF OFFICE

1. Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he is required before entering upon the duties of his office, to take and subscribe the oath prescribed by Section 1757, Revised Statutes, *(5 U.S.C. 16, M.L. 1949, Section 118).*

2. 10 U.S.C. 3394 eliminates the necessity of executing oath on promotion of officers.

3. The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty *(10 U.S.C. 1031)*, or before any warrant officer serving on active duty as an adjutant assistant adjutant, acting adjutant, or personnel adjutant in any of the Armed Forces *(See UCMJ, Article 136; 10 U.S.C. 936).* A warrant officer administering the oath of office will show his title in the block to the left of his signature.

4. Oath of office may also be taken before any civil officer who is authorized by the laws of the United States or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk of court or other proper local official.