# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL D. INGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

---

COMES NOW Plaintiff, by counsel, in the above-styled case and respectfully moves this Court pursuant to Rule 7(b), RCFC, to grant an enlargement of time for Plaintiff to file a Response to Defendant's Motion to Dismiss and, in the alternative, for Judgment on the Administrative Record.

A date of July 23, 2007, was set by the Court for plaintiff to reply to Defendant's Motion to Dismiss and to address certain matters raised sua sponte by the Court. Defendant on July 6, 2007 filed in addition to the Motion to Dismiss an alternative motion for Judgment on the Administrative Record. Such filing was not contemplated by the July 23, 2007 date.

Plaintiff respectfully requests an enlargement to July 27, 2007, to respond to the Defendant's consolidated motions.

Counsel for Plaintiff has discussed this motion with Defendant's counsel and Defendant's counsel has consented to the enlargement of time.

Respectfully submitted,

Gary Myers
Counsel for Plaintiff
D.C. Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Tel: 800-355-1095
Fax: 603-529-3009
Email: myers@mclaw.us