# In the United States Court of Federal Claims

No. 07-124 C

(Filed July 19, 2007)

```
* * * * * * * * * * * * * * * * * * * * * *
DANIEL D. INGHAM,                       *
                                        *
                Plaintiff,              *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
* * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

On July 18, 2007, plaintiff filed a Consent Motion for Enlargement of Time to File a Response to Defendant's Motion to Dismiss and, in the Alternative, for Judgment on the Administrative Record. Plaintiff requests four additional business days within which to file its responsive brief, which is currently due on July 23, 2007 according to the schedule recommended by the parties and adopted by the court. For the reasons stated therein, and because defendant is reported to consent to plaintiff's motion, the court grants plaintiff's motion. The court similarly adjusts defendant's reply deadline by four business days.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff shall **FILE** a **Response** to Defendant's Motion to Dismiss and, in the Alternative, for Judgment on the Administrative Record, on or before **July 27, 2007**; and

(2) Defendant shall **FILE** a **Reply** to Plaintiff's Response to Defendant's Motion to Dismiss and, in the Alternative, for Judgment on the Administrative Record, on or before **August 9, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge