# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL C. INGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST TO CONSIDER PLAINTIFF'S AFFIDAVIT AS PART OF PLAINTIFF'S RESPONSE TO THE ISSUE OF WHETHER THE DOCTRINE OF LACHES BARS THIS ACTION

Plaintiff, by counsel, requests that this Honorable Court consider Plaintiff's following Affidavit in considering the issue of whether the doctrine of laches bars this action.

Respectfully submitted,

Gary Myers
Counsel for Plaintiff
D.C. Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Tel: 800-355-1095
Fax: 603-529-3009
Email: myers@mclaw.us