# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL C. INGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-124C |
| | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, Daniel Ingham, of 3105 Robinson Run Road, McDonald, PA 15057, on this 25th day of July 2007 hereby swear and affirm that the following is true and correct to the best of my information and belief.

1. My name is Daniel Ingham. I am the Plaintiff in Ingham v. United States, No. 07-124C (Judge Lynn J. Bush).

2. I am providing this Affidavit to explain my actions or inaction regarding the correction of my military record.

3. I had no idea that my transferring to the reserves from active duty on April 21, 1986, would terminate my promotion to captain. To the contrary, based on what Mr. Patterson had told me, I was good to go and would be promoted to captain in the reserves just as though I were on active duty.

4. In late 1985 I asked him what would happen if I got promoted to captain and I wanted to transfer to the reserves. He told me that there would be no problem.

5. Within several months of transferring to the reserves I knew that advice was wrong. I was told by the reserves that the reserve system was different from active duty, and I would have to wait several years to be promoted to captain.

6. I asked the reserve personnel people who I was dealing with what I could do about the situation. In typical Army fashion I was told to, "Suck it up and drive on." The regulation did not allow for any relief I was told.

7. For years this situation gnawed at me. I talked with many people within the military community about what to do. In 1991 I discussed it with my advanced course class leader, Major Delzell, and members of the staff of the advanced course.

8. The response was always that the applicable regulation terminated my promotion when I transferred from active duty to reserve status. That changed in 1996, but that change had nothing to do with me.

9. I finally met a fellow officer, Major Bob Erwin, retired, at church in the summer of 2000. He worked personnel actions for many years prior to retirement. It was he who recommended I file with the ABCMR. This was

the first time I had heard of the ABCMR. I never learned that I could go directly to Federal Court.

10. He steered me in the right direction and in August 2000 I filed with the ABCMR. When I knew where to go and what to do, I acted immediately.

11. I am a Data Management and Automation type. I know nothing about personnel actions. The intersection of active duty and reserve regulations was completely unknown to me.

12. I realize and respect that each of us needs to be responsible for our actions, but I feel I gave this my best attempt at trying to resolve this in a timely manner.

13. I obviously would have tried to resolve this earlier if I had known how.

Daniel C. Ingham

Sworn to and subscribed before me this 25th day of July 2007 by Daniel C. Ingham.

County of: Newport News,
State of: VA
My commission expires:
My Commission Expires October 31, 2007

Notary Public