CERTIFICATE OF FILING

I hereby certify that on this 26th day of July 2007, I caused to be sent, via Federal Express mail, the foregoing PLAINTIFF'S STATEMENT OF FACTS, CROSS MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND IN OPPOSITION TO THE ABOVE CAPTIONED MATTER BEING BARRED BY LACHES and REQUEST TO CONSIDER PLAINTIFF'S AFFIDAVIT AS PART OF PLAINTIFF'S REPONSE TO THE ISSUE OF WHETHER THE DOCTRINE OF LACHES BARS THIS ACTION addressed to the below-listed counsel. I also understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation
Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

GARY MYERS
Civilian Counsel for Plaintiff
D.C. Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Tel: 800-355-1095
Fax: 603-529-3009
Email: myers@mclaw.us